AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| COUNTY OF SANTA CLARA, et al.<br><br>*Plaintiff(s)*<br>v.<br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 25-8330<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  [See attachment A]

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Tony LoPresti
    Office of the County Counsel
    County of Santa Clara
    70 W. Hedding Street, East Wing, 9th Floor
    San José, CA 95110

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                                                           *Signature of Clerk or Deputy Clerk*

Attachment A to Form AO 440, Summons in a Civil Action

*COUNTY OF SANTA CLARA, et al. v. KRISTI NOEM in her official capacity as Secretary of the United States Department of Homeland Security, et al.*

Case Number 25-8330

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of the General Counsel
245 Murray Lane SW, Mail Stop 0485
Washington, DC 20258-0485

KRISTI NOEM in her official capacity as Secretary of United States Department of Homeland Security
United States Department of Homeland Security
245 Murray Lane SW, Mail Stop 0485
Washington, DC 20258-0485

FEDERAL EMERGENCY MANAGEMENT AGENCY
P.O. Box 10055
Hyattsville, MD 20782-8055

David Richardson in his official capacity as Senior Official Performing the Duties of FEMA Administrator
P.O. Box 10055
Hyattsville, MD 20782-8055

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-8330

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: