TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:   (415) 355-3308
E-Mail:      David.Louk@sfcityatty.org
             Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-08330-EJD<br><br>**DECLARATION OF DAVID S. LOUK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  November 20, 2025<br>Time:          9:00 a.m.<br>Before:        Hon. Edward J. Davila<br>Place:         U.S. District Court<br>               San Jose Courthouse<br>               280 South 1st Street<br>               Courtroom 4—5th Floor<br>               San Jose, CA 95113<br><br>Trial Date:    None set |

# DECLARATION OF DAVID S. LOUK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, David S. Louk, declare and state the following:

1. I am an attorney and a member of the Bar of this Court. I am a Deputy City Attorney with the San Francisco City Attorney's Office, and an attorney of record for the Party City and County of San Francisco in the action *County of Santa Clara, et al. v. Noem, et al.*, No. 5:25-cv-08330-EJD (N.D. Cal.), filed in this District on September 30, 2025. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify to the matters stated here.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Notice to Recipients Regarding Monitoring of Disaster and Non-Disaster Federal Awards, sent from FEMA to Shiloh Kaho, Grant Writer-Senior Administrative Analyst, Finance Division, San Francisco Fire Department, by email on September 3, 2025 **("FEMA Notice to Recipients")**. I understand numerous other FEMA Award recipients to have received the same Notice by email.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an Award Letter sent from FEMA to City of Santa Monica, CA approving its application for the Fiscal Year 2024 Assistance to Firefighters Grant funding opportunity, effective date September 23, 2025 **("Santa Monica AFG Award")**.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an Award Letter sent from FEMA to City & County of San Francisco, CA, approving its application for the Fiscal Year 2025 Port Security Grant Program (PSGP) in the amount of $235,813 in Federal funding, effective date September 27, 2025 **("SF PSGP Award 1")**.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an Award Letter sent from FEMA to City & County of San Francisco, CA, approving its application for the Fiscal Year 2025 Port Security Grant Program (PSGP) in the amount of $24,000 in Federal funding, effective date September 27, 2025 **("SF PSGP Award 2")**.

6. I have personally inspected PSGP Award Letters sent from FEMA to the City of Oakland, CA, and the City of Los Angeles, CA, and they contain materially identical terms and

conditions relating to the Discrimination Conditions (Article 19), the EO Conditions (Article 33), and the Non-Applicability Clauses (Articles 58-60) as those contained in San Francisco's PSGP Awards.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an Award Letter sent from FEMA to City & County of San Francisco, CA approving its application for the Fiscal Year 2025 Transit Security Grant Program ("TSGP") in the amount of $3,066,376 in Federal funding, effective date September 26, 2025. **("SF TSGP Award")**.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an Award Letter sent from FEMA to the City of Los Angeles, CA, approving its application for the Fiscal Year 2025 Staffing for Adequate Fire and Emergency Response ("SAFER") in the amount of $4,204,414.04 in Federal funding, effective date September 24, 2025 **("LA City SAFER Award")**.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an Award Letter sent from FEMA to the City of Sacramento, CA, approving its application for the Fiscal Year 2025 National Urban Search Rescue ("US&R") Response System Readiness Cooperative Agreement in the amount of $1,497,311 in Federal funding, effective date September 26, 2025 **("Sacramento US&R Award")**.

10. Attached hereto as **Exhibit 8** is a true and correct copy of an Award Letter sent from FEMA to the County of Pierce, WA, approving its application for the Fiscal Year 2025 National Urban Search Rescue ("US&R") Response System Readiness Cooperative Agreement in the amount of $1,378,311 in Federal funding, effective date September 26, 2025 **("Pierce County US&R Award")**.

11. I have personally inspected US&R Award Letters sent from FEMA to the County of Los Angeles, CA, the City of Los Angeles, CA, the City of San Diego, CA, and the City of Oakland, CA, and they contain identical terms and conditions relating to the Discrimination Conditions (Article 19), the EO Conditions (Article 33), and the Non-Applicability Clause (Article 60) as those contained in the Pierce County US&R Award.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a Notice of Award sent from DHS Grants and Financial Assistance Division ("GFAD") to the City of Los Angeles, CA, approving its application for Securing the Cities Program Award in the amount of $6,677,557.35 in Federal funding, budget period beginning September 16, 2025 **("LA City STC Award")**.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge, and that this declaration was executed in
3  San Francisco, California, on October 1, 2025.

*/s/ David S. Louk*
DAVID S. LOUK