# EXHIBIT 1

# TO

# DECLARATION OF DAVID S. LOUK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**Kaho, Shiloh (FIR)**

| | |
|---|---|
| **From:** | FEMA (Federal Emergency Management Agency) <fema@service.govdelivery.com> |
| **Sent:** | Wednesday, September 3, 2025 1:32 PM |
| **To:** | Kaho, Shiloh (FIR) |
| **Subject:** | Notice to Grant Recipients |

This message is from outside the City email system. Do not open links or attachments from untrusted sources.




## NOTICE TO RECIPIENTS REGARDING MONITORING OF DISASTER AND NON-DISASTER FEDERAL AWARDS

The Federal Emergency Management Agency (FEMA), U.S. Department of Homeland Security (DHS) is continuing to monitor its grant activities for current disaster and non-disaster federal awards. These continued efforts are part of FEMA's ongoing commitment and requirement to ensure compliance with federal laws, federal regulations, Notices of Funding Opportunity, and the terms and conditions of federal awards; ensure the effective stewardship of federal funds; ensure effective performance by recipients and subrecipients; and ensure that current federal awards effectuate program goals and agency priorities.

FEMA expects all recipients and their subrecipients to fully cooperate with all monitoring activities, provide requested documentation in a timely manner, and ensure that they conduct all programmatic and financial activities under the federal awards in accordance with federal laws, federal regulations, Notices of Funding Opportunity, and the terms and conditions of federal awards.

FEMA also advises recipients and subrecipients to review and adhere to the Attorney General's "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination" (July 29, 2025). This guidance clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs, and identifies best practices. Entities receiving federal funds, like all other entities subject to federal antidiscrimination laws, must ensure that their programs and activities comply with federal law and do not discriminate on

the basis of race, color, national origin, sex, religion, or other protected characteristics-no matter the program's labels, objectives, or intentions.

FEMA recommends all grant recipients consult with legal counsel regarding compliance with the aforementioned laws and regulations. If, during its monitoring efforts, FEMA identifies potential noncompliance issues or concerns that a federal award no longer effectuates program goals or agency priorities, FEMA will promptly communicate these concerns to a recipient.

As part of its regular monitoring activities, FEMA will also be evaluating and holding recipients accountable for timely completion of work and associated drawdowns under their federal awards. The terms and conditions of each federal award establish a period of performance during which a recipient must incur financial obligations and complete the scope of work under a federal award. FEMA will no longer be approving extensions as a matter of routine, and will apply increased scrutiny to all requests to extend the period of performance for a federal award.

**What Recipients Should Expect as A Result**

FEMA will no longer be waiving or adjusting non-federal cost-sharing requirements under a federal award without exigent circumstances, except as required by federal law (such as for Insular Areas pursuant to 48 U.S.C. § 1469a(d) and Office of Management and Budget Controller No. 23-04, Waiving Matching Fund Requirements for Insular Areas).

**What Documentation Recipients Will Need to Provide**

Under justified circumstances, a recipient must provide documentation demonstrating specific and compelling justifications as to why an extension or cost share waiver is required, including details of the legal, policy, or operational challenges that prevent completion of work by the deadline. These requests must also include all other required information detailed in federal regulations and FEMA policy, such as an updated execution plan and amount of funds drawn down to date.

Additionally, consistent with the requirement for timely completion of work within the period of performance, the terms and conditions of federal awards generally require that recipients minimize the time between the draw down of federal funds from FEMA and the recipient's disbursement of those funds. This includes the timely payment to subrecipients. FEMA expects recipients to draw down funds in regular, project-aligned intervals that reflect actual expenditures and steady progress in completing the federal award. Unnecessary delays in drawdowns disrupt budget planning and program oversight and the failure to draw down funds on regular intervals may lead to FEMA conducting enhanced monitoring and/or imposing special conditions on a federal award.

FEMA appreciates your interest in participating in critical disaster and non-disaster grant programs. This review will reiterate the continued commitment to fiscal stewardship of federal funding for these grant programs and ensure accountability and efficiency of DHS/FEMA programs.

**Stay up-to-date on all things grants**

@FEMAGrants | X

FEMA Grants | FEMA.gov

<u>*Unsubscribe Disclaimer:*</u>

*If you no longer wish to receive messages on this topic, you must use "Change Delivery Preferences" to edit the topics you follow.*

*Please note, clicking unsubscribe below will completely remove you from <u>all</u> GovDelivery distribution lists. If you clicked unsubscribe in error, you must resubscribe to receive any messages from GovDelivery.*

*If you have any questions, please contact us at FEMA-Grants-News@fema.dhs.gov.*



Update Your E-mail Address | Change Delivery Preference | Update State and Zip Code

Subscribe to receive alerts during disasters in your state.

If you have questions or problems with the subscription service, please contact subscriberhelp.govdelivery.com.

This service is provided to you at no charge by FEMA.

[Privacy Policy](#) | GovDelivery is providing this information on behalf of U.S. Department of Homeland Security, and may not use the information for any other purposes.

---

This email was sent to shiloh.kaho@sfgov.org using GovDelivery Communications Cloud on behalf of FEMA · U.S. Department of Homeland Security · Washington, DC 20472

