TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
        Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
        Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*, <br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330 <br><br> **DECLARATION OF JENNIFER OTT** |

## DECLARATION OF JENNIFER OTT

I, Jennifer Ott, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am currently the appointed City Manager for the City of Alameda ("City" or "Alameda"). I have held this position for two years since January 2023. In my role, I am responsible for the administration of the City, including overseeing the City's departments and department heads, implementing City policies, ensuring the provision of City services, and managing the City's budget, which includes securing and administering grants as part of the City's revenue for operations, services and capital improvement projects.

### Background

3. The City of Alameda is the largest island in the San Francisco Bay located in California, and home to over 75,000 residents. The island is flat, rising only 30 feet above sea level at its center. The island is accessible to Oakland via three bridges on the eastern end of the island and two tubes on the western end of the island. A fourth bridge connects the island to Bay Farm Island, which is part of the City, to the southeast. The City covers 23 square miles, of which 10.8 are land and 12.2 are bay waters. Alameda is an urban area that is built out and is home to approximately 15,000 landowners. Alameda has several census tracts that are considered disadvantaged communities, and the City is home to many affordable housing developments. By 2040, according to the Association of Bay Area Governments, the nine-county San Francisco Bay Area is projected to grow to include 4.5 million jobs and 9.3 million people. The continued growth in population will continue to create demands and challenges on our Fire Department, both regionally and locally.

4. The Alameda Fire Department (AFD) protects a significant amount of critical infrastructure, including: four fire stations, one police station with public safety and administrative support locations, several local government facilities including City Hall, Alameda Municipal Power operations center and electrical sub-stations, Oakland International Airport, the Port of Oakland, the United States Coast Guard Base Alameda, 4th Force Reconnaissance Company of the United States

Marine Corps, United States Military Sealift Command (Ready Reserve Force Ships), the Webster and Posey Tubes (underwater tunnels connecting the City of Alameda and the City of Oakland as part of California State Route 61), and four drawbridges that offer the only above-ground access to the City of Alameda.

5. Like many local governments across the County of Alameda, the City has experienced an increased need and demand on public safety services. The AFD has seen a 23.1% call increase in the last five years and anticipates that trend to continue. The department continues to see a steady increase in call volume and need that required the department to add a 4th ambulance to their daily staffing in 2022. This call volume increase is a direct correlation to the ongoing housing growth in the city, especially in the western end of town at the former Alameda Naval Air Station. It is anticipated that the City will see an increase in population of 20,000-25,000 residents by 2040 which will further increase the call volume and the need to provide Advanced Life Support (A.L.S.) care.

6. In Alameda, soft-story homes pose a significant threat during an earthquake due to their structural weaknesses. A soft-story building has a ground floor that is significantly weaker or more flexible than the floors above it. This is typically due to large openings for garages or carports. In a major earthquake, these weak ground floors can be subjected to excessive shaking, leading to partial or total collapse. During the 1989 Loma Prieta Earthquake, soft-story failures were responsible for nearly half of all the housing units that became uninhabitable. A major earthquake could leave thousands of Alameda residents without homes, placing a substantial burden on emergency services and the community as a whole.

7. Alameda faces a severe threat from rising sea levels and increased flooding due to its low-lying, island geography, which is already being exacerbated by land subsidence and rising groundwater levels. Projections show significant water level increases by 2100, with potential for daily tides to be several feet higher and the risk of more frequent and intense flooding impacting critical infrastructure, roadways, and entire neighborhoods by 2050.

**Assistance to Firefighters Grant**

8.  On March, 8, 2024, the City applied for the Assistance to Firefighters Grant (EMW-2023-FG-07351) in the amount of $876,633.45. On August 6, 2024, the City was awarded the grant, signed a grant agreement and has been drawing down on the grant. The purpose of this grant is to help firefighters and other first responders obtain critically needed resources necessary for protecting the public and emergency personnel from fire and related hazards. The grant is currently funding eight members to attend medic school, thus expanding their expertise and ability to serve the community in case of medical emergencies.

**Staffing For Adequate Fire and Emergency Response (SAFER) FY2024 (Pub. L. No. 118-74)**

9.  On July 2, 2025, the City applied for the Staffing for Adequate Fire and Emergency Response (SAFER) program (EMW-2024-FF-01159) in the amount of $1,861,336.65 to fund four firefighter positions over a three-year period. The closing period for this grant was July 3, 2025, and the City has not yet received a notice of award. In the past, the City has been successful in receiving SAFER grant awards: in 2019 it received $1,600,786 for hiring of firefighters; in 2018 it received $1,876,823 for hiring; and in 2015 it received $2,205,300 for hiring.

10. Paragraph 9 of the SAFER NOFO provided: "A recipient of a federal award under this funding opportunity is required to comply with DHS Standard Terms and Conditions in effect at the time the award is issued. The DHS Standard Terms and Conditions are available online." The April 18, 2025 standard terms and conditions, which are the latest provisions published on the DHS website at https://www.dhs.gov/publication/dhs-standard-terms-and-conditions, contain the conditions challenged in this lawsuit.

**Urban Search and Rescue Grant**

11. On July 28, 2025, FEMA published the Fiscal Year (FY) 2025 funding opportunity for the Urban Search and Rescue (US&R) Response System. This grant provides a coordinated, national, all-hazards capability for locating, extricating, and stabilizing survivors of structural collapse and other hazards resulting from natural and man-made causes, including those involving terrorism, contaminated environments, and weapons of mass destruction. AFD has been participating in this federally funded program, through a Cooperative Agreement with the City of Oakland, since

at least 2006. On August 11, 2025, the City of Oakland applied for this funding and was awarded a grant in the amount of $1,378,311 on September 26, 2025. AFD along with 14 other agencies would be a sub-recipient. As a sub-recipient, AFD would be entitled to be reimbursed for overtime and travel expenses associated with training.

12. The grant forwarded to Oakland contains the conditions challenged in this lawsuit, with certain carveouts of the immigration conditions. It also incorporates the requirements of the NOFO, which in turn incorporate the FY 2025 DHS Standard Terms and Conditions, which flow down to subrecipients.

**Hazard Mitigation Grant Program (Alameda Residential Seismic Retrofits Project)**

13. On August 4, 2023, Alameda applied for $7,237,014.75 from the CalOES Hazard Mitigation Grant Program to fund the Alameda Residential Seismic Retrofits Project. CalOES has since asked for several updates to the budget and benefit-cost analysis, which the City promptly submitted, with the last update submitted on March 28, 2025.

14. This grant would fund the development of a soft story program to facilitate the seismic retrofit of the 68 eligible 5+ unit soft-story properties and approximately 15 3-to-4-unit wood frame residential properties in Alameda. This grant would provide new funds for staff and the work would not otherwise be completed without the grant.

15. This grant is still in FEMA review and has not yet been awarded, so no agreements have been received. However, the City's understanding is that it would be required to comply with the latest DHS standard terms and conditions if and when it receives the award.

**Building Resilient Infrastructure and Communities (BRIC) Grant Program**

16. On January 27, 2024, the City applied for $50,000,000 from the Building Resilient Infrastructure and Communities (BRIC) Grant Program for the 2023 Oakland Alameda Flood Adaptation and Community Benefits Project. The grant would reduce existing and future flood risks in Oakland's Airport Community Disaster Resilience Zone (CDRZ), Alameda's Bay Farm Island and along the San Leandro Creek watershed area within east Oakland underserved communities, which are all hydraulically connected. On February 21, 2024, CalOES forwarded the City's application to FEMA. On July 2, 2024, Alameda was notified the project was selected for further review.

17. In early April, FEMA announced plans to end the BRIC program, calling it "wasteful" and "politicized." This cancellation involved a total of $3 billion in undisbursed funds that cities and states had applied for between fiscal years 2020 and 2023 as well as cancellation of the fiscal year 2024 notice of funding opportunity (NOFO), where $750 million in grants was to be allocated.

18. Alameda's grant was still in FEMA review when the program was terminated and has not yet been awarded, so no agreements have been received. However, if the program were reactivated and the City awarded a grant, our understanding is that we would be required to comply with the latest DHS terms and conditions.

### Irreparable Harm From the Potential Loss of FEMA Funding

19. The newly imposed conditions, as applicable, would force Alameda to accept those conditions or lose access to approximately $61,043,170.00 in DHS/FEMA funding. The City currently has a balanced budget and the City's financial outlook remains generally stable. However, the future national economic outlook is uncertain. Loss of such significant grant funding could not be backfilled with general fund reserves and would thus threaten the health and safety of the island in that (i) there would be fewer trained paramedics to address health emergencies; (ii) fewer firefighters to respond to natural disasters, including fires, earthquakes and flooding; (iii) increased risk of personal injury and property damage due to soft-story collapse; and (iv) increased risk of personal injury and property damage due to unmitigated tidal flooding and groundwater rise.

20. <u>SAFER Grant</u>: Loss of funding for additional firefighters could result in slower response times for both fires and medical emergencies, potentially resulting in greater loss of life and property; inability to effectively serve increased population increases; and reduction of CARE Team services and other specialized services such as ALS. Staffing reductions can also create a cascade effect, leaving nearby cities without the mutual aid they need. This could strain the entire regional emergency response system.

21. <u>HMGP Seismic Retrofitting Grant</u>: One of the main barriers to seismic retrofits is high cost. Without the federal aid used as both incentive and assistance to owners, it is unlikely that these property owners will proceed with the voluntary retrofit. This would leave most of the soft

5

Declaration of JENNIFER OTT                                                    Case No. ```

story properties in this project dangerously seismically deficient. The 63 5+ unit properties account for an estimated 1,188 residential units with 2,122 residents. These property owners are also the 30% of soft story owners that have been reluctant to proceed with the voluntary retrofit since the passing of the 2009 ordinance. The 3–4-unit properties account for an estimated 15 units and 27 residents. When a major earthquake strikes near Alameda, these unretrofitted buildings will pose a serious life and safety risk to residents. Furthermore, even residents who are unharmed will likely lose their homes due to the severity of damage to the soft stories. These units represent some of the City's oldest housing stock and most vulnerable residents.

22. <u>BRIC Grant</u>: The Oakland LHMP states that the "Coliseum/Airport" is a multi-hazard sub-area totaling 1,269 buildings and $5.53 billion in building value, which represents the damage that could occur if no action is taken. Furthermore, the Port is the second largest job generator in Oakland with about 100,000 jobs and an annual value of $80 billion in 2021. Airport downtime due to flooding would have ripple effects on local and national economies. The Airport is within a CDRZ and adjacent to east Oakland economically disadvantaged communities. The Airport, and much of the surrounding area, is over the 99th percentile for FEMA's National Risk Index. This Project reduces natural hazard and climate change risks in the Airport CDRZ, while also benefiting the surrounding communities, so as to avoid loss of Airport function.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2025 at Alameda, California.

_____
JENNIFER OTT