TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
            Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
            Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al*.,

Plaintiffs,

vs.

KRISTI NOEM, *et al*.,

Defendants.

Case No. 3:25-cv-8330

**DECLARATION OF WILLIAM HEWETT**

# DECLARATION OF WILLIAM HEWETT

**I,** William Hewett, declare as follows:

1.   I am over eighteen years of age. I state the facts contained in this declaration based on my personal knowledge and my review of business records and am otherwise competent to testify to the matters in this declaration.

2. I am the Fire Chief for the Bellingham Fire Department (BFD or the Department). I have held this position since 2019. Prior to my role as Fire Chief, I served as Assistant Fire Chief for six years, overseeing various branches within the Department.

3. As Fire Chief, my duties include general management of the Department, long range planning, managing personnel, budget development and fiscal management, and oversight of fire suppression, emergency medicine, dispatching, fire prevention, and emergency management operations.  In this role I also serve as part of the senior management team for the City of Bellingham.

4. I have over 35 years' experience in the fire service and hold an Associates of Applied Science degree in Fire Protection Technology and a Bachelor of Science degree in Fire Science.

## **Background**

5. The City of Bellingham (City) is located in a coastal region, and is prone to extreme weather events such as severe flooding, wildfires, earthquakes, and tsunamis.  The Bellingham Fire Department – Office of Emergency Management (OEM) coordinates the City's Comprehensive Emergency Management planning process as well as working with Whatcom County, the county in which Bellingham is located, to develop the county-wide Natural Hazards Mitigation Plan.  Beyond these planning functions, OEM also develops training and exercises related to response to various natural disasters and terrorism events. The BFD Operations Division provides fire and emergency medical services

1

through eight fire stations covering approximately 100,000 people over a 46 square mile area.  The Operations Division responds to over 24,000 calls for service on an annual basis.

### The City of Bellingham and the BFD's DHS/FEMA Funding

6.  The Department receives approximately $58,000 in DHS/FEMA Emergency Management Performance Grant (EMPG) funds annually to support the emergency management program. Additionally, recently, BFD received $810,000 in Assistance to Firefighters Grant (AFG) funding to support fire and Emergency Medical Services (EMS) operations.  This included funding for essential personal protective equipment (PPE)during the COVID pandemic and funding to replace all the Self Contained Breathing Apparatus (SCBA) used by firefighters to be able to breathe clean air while entering burning buildings.

7.  Outside of the Fire Department, Bellingham's Public Works Department is currently managing an active FEMA Public Assistance Grant, a pass-through from FEMA to Washington State. Under this grant, FEMA is obligated to cover 90% of the City of Bellingham's estimated $4.5 million cost to replace a bridge that was destroyed by catastrophic flooding in 2021. The City's Public Works Department has also relied on FEMA funds to remove debris after windstorms and to repair roads destroyed due to other natural disasters.

### Emergency Management Performance Grant

8.  Since creating the Office of Emergency Management in 2000, the Department has annually applied for and received Emergency Management Performance Grant (EMPG) funds as a pass-through from Washington State. EMPG provides state, local, tribal and territorial emergency management agencies with resources for implementation of the National Preparedness System to work toward the National Preparedness Goal of a secure and resilient nation. The grant award amount is determined on an annual basis by the Washington State Military Department and accounts for approximately 10% of the Office

2

1   of Emergency Management's annual budget.  Most recently, on September 3, 2025, the

2   BFD applied for $44,661 in EMPG funds for FY 2025.

3   9.   The Department's annual EMPG funding supports efforts to build and sustain core

4   capabilities across the mission areas of prevention, protection, mitigation, response and

5   recovery of disasters within and around Bellingham. This funding has allowed the

6   Department to lease and manage an Emergency Operations Center with organizational

7   partners such as the Whatcom County Sheriff's Office Division of Emergency

8   Management and the Port of Bellingham. The Emergency Operations Center is utilized

9   for emergency response within the City of Bellingham and Whatcom County. It also

10  serves as a training facility for both classroom and field response training.

11  10. As of this writing, the Department has not yet received a grant agreement, but I

12  understand that, if awarded, the eventual grant agreement will likely contain or

13  incorporate terms and conditions from the 2025 DHS Standard Terms and Conditions.

14  Presuming that these conditions will be included in an eventual grant agreement, these

15  conditions would force the City to choose between accepting the conditions and

16  foregoing the funds.

17  **Assistance to Firefighters Grant and other FEMA Grant Applications**

18  11.  In December 2024, the Department applied directly to FEMA for a $133,000 Assistance

19  to Firefighters Grant (AFG) to replace needed thermal imaging cameras that are beyond

20  their useful life. Thermal imaging cameras are essential tools that allow firefighters to see

21  through smoke, locate victims, and assess fire conditions. This grant was applied for

22  directly through the FEMA Grants Outcome (FEMA GO) portal.  As of this writing, the

23  grant application still shows as "pending" in the FEMA GO portal. If the Department is

24  awarded these funds, it appears the eventual grant agreement will contain or incorporate

25  terms and conditions from the "2025 DHS Standard Terms and Conditions," as described

26  in the previous paragraph.

27  12. In FY 2025-26, the Department intends to apply for approximately $2,000,000 in FEMA

28  SAFER funds to help stave off reducing emergency responses as our City's General Fund

3

expenses outpace revenues. Due to budgetary concerns, BFD has been forced to lay off staff in 2025, and will likely lose more staff in the next fiscal year. Further layoffs could affect our 911 call responses and could risk loss of life and limb in our community. SAFER funds would help BFD avoid layoffs, improve response times, and therefore save lives.

**Irreparable Harm from the Potential Loss of FEMA Funding**

13. For the past two decades, BFD has relied on annual EMPG funds as an ongoing source of funding for emergency operations. EMPG funds constitute 10 percent of the Office of Emergency Management's budget, and the loss of these funds would result in significant budgetary uncertainty. Without these funds, BFD would likely need to shut down the joint City-County Emergency Operations Facility, which would lead to less coordination during a disaster, likely slowing response times and potentially risking harm to people and property.

14. The City of Bellingham is experiencing a budget deficit of approximately $4.5 million dollars and is projecting to fall below the emergency reserve target before the end of 2025. BFD is already in the difficult position of having to lay off staff, and there is no extra funding available to replace critically needed equipment such as our thermal imaging cameras. The only way BFD can afford to replace critical equipment is through grants – there are no alternate sources of funding of which I am aware. Without AFG grants, BFD would not be able to obtain critically needed equipment, protective gear, and other resources necessary for protecting the public and our firefighters from fire and other hazards.

/

/

/

/

/

Declaration of WILLIAM HEWETT                                                    Case No. ```

1        I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3        Executed on September 29, 20 at

4

5

6                           WILLIAM HEWET

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28