1    TONY LOPRESTI, SBN 289269
     County Counsel
2    KAVITA NARAYAN, SBN 264191
     Chief Assistant County Counsel
3    MEREDITH A. JOHNSON, SBN 291018
     Lead Deputy County Counsel
4    RAPHAEL N. RAJENDRA, SBN 255096
     HANNAH M. GODBEY, SBN 334475
5    Deputy County Counsels
     70 West Hedding Street, East Wing, Ninth Floor
6    San José, California  95110-1770
     Telephone: (408) 299-5900
7    E-Mail:    Raphael.Rajendra@cco.sccgov.org
                Hannah.Godbey@cco.sccgov.org
8

9

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
           Steven.Mills@sfcityatty.org

10   *Attorneys for Plaintiff*
     *County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

11

12                          UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14

15   COUNTY OF SANTA CLARA; CITY AND
     COUNTY OF SAN FRANCISCO, *et. al*.,
16

Case No. 3:25-cv-8330

17          Plaintiffs,

**DECLARATION OF PAUL BUDDENHAGEN**

18          vs.

19   KRISTI NOEM, *et al*.,

20          Defendants.

21

22

23

24

25

26

27

28

# DECLARATION OF PAUL BUDDENHAGEN

I, Paul Buddenhagen, declare:

1.      I am a resident of the State of California, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2.      I am the City Manager for the City of Berkeley ("Berkeley" or the "City"). I have been the City Manager since September 2024. I previously served as Berkeley's Deputy City Manager from 2019 to 2023 and Emeryville's City Manager from 2023 to 2024. I received my B.A. in psychology from Macalester College, St. Paul, Minnesota in 1991, and my Master of Social Welfare – Management & Planning from the University of California at Berkeley in 1998.

3.      As the City Manager, my office provides leadership and guidance to City departments and supports the Berkeley City Council in developing and executing its goals and policies. My role includes working with City departments to identify and apply for federal funding opportunities to benefit City programs and services.

## Background

4.      Berkeley has a population of more than 125,000 residents. It is home to the oldest campus of the University of California, which has a student enrollment of approximately 45,000. The City is in an earthquake-prone area on the San Andreas Fault System with a history of earthquakes that have caused significant structural damage. It is also situated in an area surrounded by wildlands that are susceptible to and have a history of destructive wildfires. Specifically, the City of Berkeley's Wildland-Urban Interface area in the Berkeley Hills is comprised of the Grizzly Peak Mitigation Area and the Panoramic Mitigation Area, which are designated as Very High susceptibility to wildfires, and the Hills Mitigation Area, part of which is designated as Very High vulnerability to wildfires and part of which is designated as High vulnerability. The City has recognized the significant wildfire hazard and recently updated the Berkeley Fire Code, which strengthens requirements for residents in the most fire-vulnerable areas to implement defensible space measures to reduce the risk of structure loss and increase community resilience and safety.

5.      Given the hazards posed by these natural disasters, the City's Planning and Fire Departments have applied for and received various grants from the Federal Emergency Management Agency ("FEMA"). These current and pending grants are critical to preparing for and addressing these significant seismic and wildfire safety risks to Berkeley and its residents.

### Berkeley's DHS/FEMA Grant Funding

6.      The City currently has open contracts totaling approximately $12.5 million in Department of Homeland Security ("DHS")/FEMA funding to support its fire and seismic safety programs. It has applied for approximately $27 million in additional FEMA funding.

Existing Funding for which Berkeley Has Applied for Renewal

7.      The City's Planning Department has an existing grant for $4.7 million from FEMA's Hazard Mitigation Grant Program ("HMGP"), which is passed through from California's Office of Emergency Services ("Cal OES"). This grant is used to retrofit seismically vulnerable buildings in the City to minimize structural damage in the event of an earthquake.

8.      The Fire Department has multiple active FEMA grants, including an Assistance to Firefighters Grant ("AFG") for approximately $800,000 over two years, which has enabled the City to hire two full-time experts in behavioral health and nutrition to support firefighter training and wellbeing.

Pending Funding Applications

9.      The Planning Department's existing HMGP grant for seismic retrofitting of vulnerable buildings is set to close out in April 2026. The City has applied for $3.75 million in additional HMGP funds to continue this program, which Cal OES recommended to FEMA for approval in January 2025. The Planning Department anticipated receiving the FEMA award and grant agreement in September 2025, but it is still awaiting receipt.

10.      The Fire Department has also applied to renew its AFG grant for another approximately $800,000 to allow its nutrition and mental health program to continue for two more years. It expects to hear back from the agency about this grant award in October 2025.

11.      In addition, the Fire and Planning Departments have jointly applied for $6.4 million in HMGP funds to establish a home hardening and defensible space program through Cal OES to

2

1   mitigate structural damage from wildfires and to keep wildfires from spreading into more densely

2   populated areas of Berkeley. The City's housing is largely legacy construction that is not compliant

3   with modern building codes and thus lacks resistance to direct flame, radiant heat, and embers.

4   Along with a lack of defensible space, this flammable housing stock creates a high potential that any

5   wildland fire will transition into an urban, structure-to-structure, conflagration during extreme fire

6   weather. This funding would improve the City's resilience to wildfire.

7          12.    Finally, Berkeley's Office of Economic Development has applied for approximately

8   $16.5 million in funding from HMGP through Cal OES to seismically retrofit two historic City-

9   owned buildings in Berkeley's Civic Center, the Maudelle Shirek Building or "Old City Hall" at

10  2134 Martin Luther King Jr Way (constructed 1909), and the Veterans Memorial Building, located

11  at 1931 Center Street (constructed 1928). If awarded, the grant will underwrite the seismic retrofit

12  of two historic and critical buildings to address existing structural deficiencies and reduce collapse

13  risk during major earthquakes. These retrofits will transform both seismically deficient structures

14  into resilient community assets capable of withstanding design-level earthquakes with only limited,

15  repairable damage, preserving their historic fabric and ensuring continuity of essential civic and

16  community functions in Berkeley's Civic Center.

17         13.    Although Berkeley has not received the grant agreements for these pending awards, it

18  expects that such agreements will incorporate DHS's standard terms and conditions, which include

19  Paragraph C.XVII's conditions related to DEI and immigration and Paragraph C.XXXI's

20  requirement to comply with all presidential executive orders related to grants.

**Irreparable Harm From the Potential Loss of FEMA Funding**

21

22         14.    Berkeley would be forced to either accept these newly imposed conditions, as

23  applicable, or lose access to millions in FEMA funds. The City has approximately $27 million in

24  pending grant applications, including $3.75 million in approved pass-through funds for which the

25  City is currently awaiting the award and grant agreement.

26         15.    Not being able to access these funds due to the new terms and conditions would

27  greatly impede the City's ability to mitigate serious threats to the Berkeley community posed by

28  earthquakes and wildfires.

16.     The City currently has an approximately $27 million structural budget deficit in its general fund and would be unable to support these programs if they are not funded through grants, despite their critical importance.

17.     Due to the budget deficit and uncertainty around federal funding availability, I instituted a hiring freeze as of April 18, 2025.  Losing out on substantial FEMA funds may force Berkeley to reduce staffing levels.  Losing dedicated employees with years of experience and service would negatively impact the City for years to come.

18.     In addition, as detailed above, disruptions to critical fire and building safety initiatives would have direct impacts upon city infrastructure and residents who might otherwise receive life and/or property-saving interventions from these disaster preparedness programs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___9/29/25___ at Berkeley, California.


_____
PAUL BUDDENHAGEN

Declaration of PAUL BUDDENHAGEN                                                    Case No.