1 | TONY LOPRESTI, SBN 289269
County Counsel
2 | KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
3 | MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
4 | RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
5 | Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
6 | San José, California  95110-1770
Telephone: (408) 299-5900
7 | E-Mail:    Raphael.Rajendra@cco.sccgov.org
              Hannah.Godbey@cco.sccgov.org
8 |
9 |

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
              Steven.Mills@sfcityatty.org

10 | *Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

11 |

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 |

15 | COUNTY OF SANTA CLARA; CITY AND
16 | COUNTY OF SAN FRANCISCO, *et. al.*,

Case No. 3:25-cv-8330

17 | Plaintiffs,

**DECLARATION OF JOHN NACHBAR**

18 | vs.

19 | KRISTI NOEM, *et al.*,

20 | Defendants.

21 |

22 |
23 |
24 |
25 |
26 |
27 |
28 |

### DECLARATION OF JOHN NACHBAR

I, JOHN NACHBAR, declare:

1.      I am the City Manager for the City of Culver City ("Culver City" or "the City"). I have held this position since 2010.

2.      As City Manager, I am responsible for managing City departments, overseeing the development and monitoring of the City's budget, implementing the City's strategic plans, and overseeing the application for and receipt of grant funds. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records. I am over the age of 18 years and, if called as a witness, could and would testify truthfully and competently to matters in this declaration.

### Background

3.      Culver City is a charter city and a municipal corporation organized and existing under the Constitution and laws of the State of California. Located in Los Angeles County, it is mostly surrounded by the City of Los Angeles.

4.      The Culver City Fire Department is a full-service department that is responsible for providing professional fire protection and life safety services to Culver City.

### Culver City's DHS/FEMA Grant Funding

3.      Culver City, through its Fire Department, receives approximately $30,000 annually in FEMA funds to provide firefighting, emergency response, terrorism-prevention, and response preparedness. City of Culver City has approximately $40,000 in active FEMA grants and anticipates applying for at least $3,000 in FEMA funding within the next year, but possibly more. Culver City is also a subgrantee for FEMA grants through the City of Los Angeles.

4.      In Fiscal Year 2024 Culver City received $32,273 in Urban Areas Security Initiative ("UASI") grant funding, $2,375 in State Homeland Security Program ("SHSP") funding, and $6,876 in Emergency Management Performance Grant ("EMPG") funding. The City also applied for the 2024 Assistance to Firefighters (AFG) grant but has not yet heard back from FEMA. These grants

1

1  support emergency preparedness efforts by the Fire Department.

2      5.      In Fiscal Year 2025, Culver City anticipates receiving $1,000 in SHSP funding and

3  $2,000 in UASI funding. The City intends to use these funds to sustain emergency preparedness

4  efforts for the Fire Department.

5      6.      The City has not yet received the grant agreements for grants identified in Paragraph

6  5, but anticipates that the grant agreements will require the City to comply with terms and conditions

7  set forth in the FY2025 DHS Standard Conditions.

8              **Irreparable Harm From the Potential Loss of FEMA Funding**

9      7.      These newly imposed conditions, as applicable, would force Culver City to accept

10  those conditions or lose access to at least $3,000 in DHS/FEMA funding in Fiscal Year 2025, and

11  possibly more in future fiscal years.  This will impact the City's ability to prepare for emergencies,

12  as there are no alternative funding options as the City is facing a structural deficit.  This will also

13  impact the City's ability to provide adequate staffing to prepare for and respond to emergencies and

14  threats.

15      I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.

17      Executed on September 29, 2025 at Culver City, California.

18

19

20                                             JOHN NACHBAR

21

22

23

24

25

26

27

28

Declaration of JOHN NACHBAR                                    Case No. ```