1   TONY LOPRESTI, SBN 289269
    County Counsel
2   KAVITA NARAYAN, SBN 264191
    Chief Assistant County Counsel
3   MEREDITH A. JOHNSON, SBN 291018
    Lead Deputy County Counsel
4   RAPHAEL N. RAJENDRA, SBN 255096
    HANNAH M. GODBEY, SBN 334475
5   Deputy County Counsels
    70 West Hedding Street, East Wing, Ninth Floor
6   San José, California  95110-1770
    Telephone: (408) 299-5900
7   E-Mail:    Raphael.Rajendra@cco.sccgov.org
               Hannah.Godbey@cco.sccgov.org
8

9

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
           Steven.Mills@sfcityatty.org

10  *Attorneys for Plaintiff*
    *County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15  COUNTY OF SANTA CLARA; CITY AND        Case No. 3:25-cv-8330
    COUNTY OF SAN FRANCISCO, *et. al.*,
16

17          Plaintiffs,                    **DECLARATION OF BRENDAN
                                           MCCLUSKEY**
18          vs.

19  KRISTI NOEM, *et al.*,

20          Defendants.

21

22

23

24

25

26

27

28

**DECLARATION OF BRENDAN MCCLUSKEY**

I, BRENDAN MCCLUSKEY, declare under penalty of perjury under the laws of the State of Washington and the United States of America that the following is true and correct:

1.    I am a resident of the State of Washington, and I am over the age of 18 years.  I am competent to testify as to the matters in this declaration and make it based on my personal knowledge as well as my review of relevant business records.

2.    I have been the Director of the Martin Luther King, Jr. County ("King County") Department of Executive Services, Office of Emergency Management ("OEM") since March 2019. I have a law degree from Rutgers University and Master of Public Administration from Kean University. I have worked in leadership roles in state and local emergency management for over 20 years and have taught graduate level courses on Biological Terrorism and Weapons of Mass Destruction, Public Health, Public Administration, and Emergency Management.  I completed the Federal Emergency Management Administration's ("FEMA") National Emergency Management Executive Academy and am a Certified Emergency Manager and Certified Business Continuity Professional.

## Background

3.    With nearly 2.3 million residents, King County is the twelfth largest county in the United States and the largest county in Washington State.  Due to its geography, weather, and forestation, King County is vulnerable to events such as major storms, landslides, flooding, wildland-urban fires, and other emergencies that may critically impact residents.  Located in an area known as the "Pacific Ring of Fire," King County is near five major, active, very high threat volcanoes and has numerous fault lines which are expected to create large magnitude earthquakes. The region has historically faced lahars, which is a violent type of mudflow or debris flow composed of a slurry of pyroclastic material, rocky debris and water that results from a volcanic eruption.

4.    Natural disasters are not the only emergencies for which OEM must prepare.  A central area of our focus is anti-terrorism preparation.  The Department of Homeland Security ("DHS") has recognized that King County is a "high threat" jurisdiction and a likely target of terrorist activity because of its high population density, concentration of symbolic landmarks,

Declaration of BRENDAN MCCLUSKEY                                        Case No. ```

concentration of critical infrastructure, important business interests, and potential for maximum disruption and media attention.  The collateral hazards of terrorist attacks include explosions, chemical and biological releases, and nuclear blasts.

5.    King County is an accredited Emergency Management Program through the internationally recognized Emergency Management Accreditation Program ("EMAP").

6.    King County OEM provides regional leadership to strengthen community resilience and access to services before, during, and after emergencies and disasters.  We are responsible for providing direction, control, and coordination of King County Government emergency service functions.  King County OEM is the designated liaison to all levels of government regarding emergency management matters and the regional coordinating entity for all 39 cities within the county, more than 100 special purpose districts, and the private sector.  We do this by focusing on standards-based programs that provide training, information sharing, public education, and disaster risk reduction.

7.    Many of the emergencies that OEM prepares for are not properly characterized as local or regional, they are threats against the nation itself and its security, such as terrorist attacks.

### OEM's DHS/FEMA Grant Funding

8.    To meet these challenges, OEM depends on funding through several FEMA programs including the Emergency Management Performance Grant Program ("EMPG") and Homeland Security Grant Program ("HSGP").

9.    The Washington Military Department ("WMD") Emergency Management Division ("EMD") is the State Administrative Agent ("SAA") for EMPG and HSGP and passes through grant funding to local emergency management and homeland security agencies, including King County OEM.

10.    The EMPG provides state, local, tribal and territorial emergency management agencies with the resources to implement the National Preparedness System and work toward the National Preparedness Goal of a secure and resilient nation. EMPG allowable costs support efforts to build and sustain core capabilities across the prevention, protection, mitigation, response, and recovery mission areas.  OEM is a subrecipient of EMPG grant funding, which is expected to be

Declaration of BRENDAN MCCLUSKEY                                    Case No. ```

$163,342 for FY25.

11.     The HSGP includes the Urban Area Security Initiative ("UASI"), and State Homeland Security Program ("SHSP").  Eighty percent of the amounts awarded for both UASI and SHSP must be passed through to local jurisdictions eligible to receive these funds.

12.     SHSP and UASI award amounts are determined by a combination of risk assessment conducted by DHS/FEMA and statutory minimums outlined in the Homeland Security Act, which allocates funding based on a state's population and potential vulnerabilities.  The final award amount is then based on the proposed project's effectiveness in addressing identified risks within the applicant's jurisdiction.

13.     Both the SHSP and UASI grant programs help King County build capabilities to prevent, prepare for, protect against, and respond to terrorism.  FEMA's program page[1] states that the programs "provide[ ] grantees with the resources required for implementation of the National Preparedness System and working toward the National Preparedness Goal of a secure and resilient nation."  The grants support mitigation, prevention, protection, response, and recovery mission areas by funding planning efforts, training, equipment acquisition, and exercise programs.

14.      OEM is the subrecipient for SHSP grants to Washington Homeland Security Region 6.  The expected amount of FY25 SHSP coming in to Region 6 is over $1.4 million.

15.     King County is a core member of the UASI Urban Area Working Group ("UAWG"), represented by OEM within this group.  As such, OEM is the subrecipient of UASI grant funding for projects to benefit the entire UASI region, which also includes Pierce and Snohomish Counties, as well as the cities of Seattle and Bellevue, both within King County.

**Irreparable Harm From the Potential Loss of FEMA Funding**

16.     The 2025 DHS Standard Terms and Conditions would force King County to accept these conditions, where applicable, or lose access to over $1.6 million in FY25 UASI grant funding slated for projects that enhance the infrared camera system on the King County Sheriff's Office

---

[1] "Homeland Security Grant Program," https://www.fema.gov/grants/preparedness/homeland-security (accessed Sep. 15, 2025).

1   Guardian 1 helicopter, provide Stop-the-Bleed equipment for public spaces, exercise election

2   security plans and procedures, design and conduct cybersecurity exercises, and contribute to other

3   anti-terrorism planning, preparedness, and operational work.

4        17.    King County will directly and indirectly benefit from other UASI projects led by

5   other UAWG core members, such as regional law enforcement training, structural collapse training

6   and equipment, an armored rescue vehicle system, regional bomb squad safety response equipment,

7   mobile barriers for infrastructure protection, and more.

8        18.    King County also expects to receive over $1.4 million in passed-through FY25 SHSP

9   grant funding.  This funding is slated for projects such as security and infrastructure upgrades to the

10  King County Elections office, training and equipment for the Joint Hazard Assessment Team

11  headquartered with the Seattle Fire Department, anti-terrorism training and equipment for law

12  enforcement agencies throughout King County, staffing for the Washington State Fusion Center and

13  OEM, and community outreach and education materials.  Loss of this funding will have significant

14  negative impacts on County emergency preparedness and response.

15       19.    King County also expects to receive $163,342 in passed-through FY25 EMPG grant

16  funding.  This grant funds critical staff positions that provide public education and community

17  outreach, emergency management and first responder exercises, and assessment and validation of

18  capabilities throughout King County.  Loss of this funding will have significant negative impacts on

19  County emergency preparedness and response.

20       20.    If these grants are not awarded to the WMD EMD and passed through to King

21  County OEM, OEM's ability to manage regional preparation for potential terrorist attacks and

22  disasters of national impact would be heavily compromised. For example, OEM would have to lay

23  off staff, would be unable to procure necessary equipment, and would be unable to conduct training

24  and coordination, among other effects.

25       21.    The upcoming FIFA World Cup 2026, with matches being played in Seattle, and the

26  entire region expected to host 750,000 unique visitors over the tournament, illustrates the need for

27  regional coordination of preparedness, planning, equipment, supplies, organization, training, and

28  exercises.  Absent these grants, King County will have limited or reduced capacity to provide

1   regional services for the largest sporting event ever conducted.  Before and after the FIFA World

2   Cup 2026, King County and the region still have great risk for terrorism, human-caused incidents,

3   and natural disasters, and the loss of this federal funding would translate to diminished capabilities to

4   be ready for, operate in, and be resilient to emergencies.

5           22.     The hardship posed by the present uncertainty regarding accessing crucial FEMA

6   funding would be difficult in any budget climate.  However, King County is facing a budget crisis

7   for the next biennium driven largely by inflation and its impact on available local tax revenues.

8           23.     Absent receipt of federal funds, the county's only option for attempting to meet the

9   National Preparedness Goal of a secure and resilient nation would be to try to fund regional

10  coordination of emergency planning and response through its General Fund.  The General Fund is

11  already obligated to fund the King County Sheriff's Office, the jails, the criminal justice system, and

12  public health clinics.  Thus, absent federal grant funding, there are insufficient resources available to

13  avoid drastic and crippling cuts to OEM operations, which would substantially endanger public

14  safety on an ongoing basis.

15          24.     Rebuilding and recovering from disasters and emergencies can take many years, cost

16  billions of dollars, and can easily bankrupt local jurisdictions.  King County OEM's work with state

17  and local partners is absolutely crucial to national security and public safety.  Without timely and

18  reliable access to the federal funding the County would be awarded, OEM will be unable to meet its

19  obligations to the residents of the county, region, and country.

20          I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct.

22          Executed on _September 29, 2025_ at Seattle, Washington.

23

24

25                                                      _____
                                                        BRENDAN MCCLUSKEY
26

27

28

Declaration of BRENDAN MCCLUSKEY                                          Case No. ```