TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al*.,

Plaintiffs,

vs.

KRISTI NOEM, *et al*.,

Defendants.

Case No. 3:25-cv-8330

**DECLARATION OF DAVID MORRISON**

**DECLARATION OF DAVID MORRISON**

I, David Morrison, declare under penalty of perjury under the laws of the State of Washington and the United States of America as follows:

1. I am a resident of the State of Washington, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration and make it based on my personal knowledge as well as my review of relevant business records.

2. I am presently employed as the Accounting, Grants, and Contracts Section Manager ("Grants Manager") in the Finance and Administration Division of the King County Metro Transit Department ("Metro"). I have worked for Metro and its predecessor agencies for over 25 years. I hold a B.A. from DePauw University (1985) and a J.D. from the University of Washington School of Law (1989) although I do not have a law license, I do not practice law, and I am not a member of any bar association.

**Background**

3. Metro operates fixed-route bus, paratransit, vanpool, and passenger-only ferry services in Martin Luther King, Jr. County, Washington ("King County"), which includes 39 cities, towns, and unincorporated areas, among them the cities of Seattle, Bellevue, Kirkland, Redmond, Sammamish, Issaquah, Shoreline, Tukwila, Renton, Auburn, Kent, and Federal Way.[1] Metro also operates and maintains the Sound Transit Link light rail system and the Seattle streetcar system through contracts with the Central Puget Sound Regional Transit Agency ("Sound Transit") and the City of Seattle, respectively.[2]

4. According to demographics available on King County's webpage, King County is the 12th most populous county in the United States, with a population of 2,269,675 in the 2020 census;

---

[1] For the complete list of all 39 cities, towns, and unincorporated areas located within geographic King County, see https://kingcounty.gov/en/dept/dph/about-king-county/about-public-health/jurisdictions/king-county-cities-towns (last visited April 17, 2025).

[2] Sound Transit is formally named the Central Puget Sound Regional Transit Authority and operates light rail and express bus service in the central Puget Sound region. See https://www.soundtransit.org/get-to-know-us/our-history (last visited September 19, 2025). King County Metro's Rail Division operates and maintains Sound Transit's Link light rail and express bus service under contract to Sound Transit, as well as the City of Seattle's separate streetcar system. See https://kingcounty.gov/en/dept/metro/travel-options/rail (last visited September 19, 2025).

and the County has a total land area of 2,130 square miles, or 1,363,200 acres, which makes it nearly twice as large as the state of Rhode Island.[3]

5. Metro is the nation's seventh-largest transit agency, with over 5,800 employees, and 3,622 buses, vans, and nonrevenue vehicles and three passenger-only ferry boats in its fleet, spread across eight transit bases and numerous ancillary facilities, serving over 7,100 bus stops, numerous park-and-ride lots, sixteen transit centers, and three passenger ferry terminals across the county.

6. According to the American Public Transit Association ("APTA"), in 2024 Metro was one of just five transit agencies in the nation with over 50,000,000 annual riders and had a 14% ridership increase year over year.[4]

7. In my capacity as Metro's Grants Manager, among other things I manage and oversee all federal and state grant applications and grant compliance for Metro. Over time, Metro has successfully partnered with the U.S. Department of Homeland Security, primarily through its Federal Emergency Management Agency ("FEMA") operating division, leveraging federal grants to enhance the safety and security of our system. These federal grants are an integral part of Metro's financial planning and provide critical funding to enhance the safety of Metro's transit system and thereby allow Metro to maximize travel options for the King County residents it serves.

8. A great deal of Metro's service involves moving people around the region in connection with the many sporting, cultural, and arts events that take place in the cities of Seattle, Tacoma, Everett, Bellevue, and elsewhere. For example, Metro helps people to get to University of Washington Husky football and basketball games; to Seattle Seahawks NFL games, Seattle Mariners MLB baseball games, Seattle Sounders MLS and Reign NWSL soccer games, Seattle Storm WNBA games, and Seattle Kraken NHL games; to regional cultural events such as the Bite of Seattle, Seafair, Bumbershoot, Folklife, and the University District Street Fair; the Cirque du Soleil; and to major concerts such as Taylor Swift, Beyoncé, Post Malone, Lady Gaga, Wu-Tang Clan, Ed

---

[3] See https://kingcounty.gov/en/dept/executive/governance-leadership/performance-strategy-budget/regional-planning/demographics (last visited April 17, 2025).

[4] See https://www.metro-magazine.com/10232607/aptas-transit-wrapped-names-agencies-with-top-ridership-gains (visited April 17, 2025). According to the same source, Metro was second only to the Washington D.C. Metropolitan Area Transit Administration (WMATA), which had a 20% ridership increase.

Sheeran, the concert series at King County's Marymoor Park in Redmond, Washington; and many, many more.

9. In addition, in 2026 Seattle will be a host city for the FIFA World Cup and will host six matches, including one of the US Men's National Team group stage games. The World Cup events are anticipated to bring substantial international tourism and large crowds to Metro's service area. Major public events like these and the others described above not only impose significant transportation demands on Metro and other local transit agencies, they also require additional security measures such as counterterrorism planning, crowd and traffic management, and other forms of enhanced police staffing to ensure the safety of our transit customers, operators, and other transit service personnel, as well as to protect transit vehicles and related infrastructure. Staffed under contract by the King County Sheriff's Office, Metro Transit Police provide an on-the-ground presence at these events, and respond to complaints, issues and incidents affecting the safety and security of Metro's passengers and personnel across Metro's system.

**Metro's DHS/FEMA Grant Funding**

10. Metro has received funding from DHS/FEMA's Transit Security Grant Program ("TSGP") almost every year since the program's inception. Primarily, TSGP funds have been used to staff an anti-terrorism team, provide critical training to Metro Transit Police and to provide overtime pay to officers working Direct Overtime performing anti-terrorism patrols. In years past, TSGP funding was used to harden critical infrastructure from terrorist activities, projects such as the installation of moveable blast barriers at the entrances to the Downtown Seattle Transit Tunnel, as well as hazardous material and radiation detectors in the same high-risk facility.

11. Metro did not apply for FY2025 TSGP funds due to the Civil Immigration Conditions, Discrimination Condition, and Executive Order Condition contained in the 2025 DHS Standard Terms and Conditions. It is my understanding that without TSGP funding, the Joint Transit Anti-Terrorism Team ("JTATT") staffed by the King County Sheriff's Office ("KCSO") in support of Metro Transit Police and the Sound Transit Police has been forced to cancel previously scheduled active shooter related trainings for KCSO transit law enforcement in both 2025 and 2026. It is also

my understanding that JTATT active shooter training instructors were unable to attend updated instructor certification courses or receive additional training on recent trends.

12. It is my further understanding that TSGP Special Event funding was expected to support additional law enforcement presence at large public gatherings and sporting events, including the upcoming 2026 FIFA World Cup in Seattle, and that the lack of this funding will negatively impact the expected planning and operational capabilities of transit law enforcement serving both Metro and Sound Transit.

13. While Metro did not apply for TSGP funding this Fiscal Year, it intends to apply for the funding for the next Fiscal Year and anticipates that DHS will attempt to attach the same conditions to that grant as well. This will extend and add to the harms King County has already experienced in reductions in anti-terrorism, active shooter, and other emergency preparedness trainings; planning and operational capacity; and law enforcement presence at large public gathering and sporting events.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/29/2025 at Seattle, Washington.

DAVID MORRISON