TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:   David.Louk@sfcityatty.org
          Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF YOLANDA CHAVEZ** |

# DECLARATION OF YOLANDA CHAVEZ

I, Yolanda Chavez declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am an Assistant City Administrative Officer in the Office of the City Administrative Officer (CAO) for the City of Los Angeles (City or Los Angeles). The CAO is the financial advisor to the Mayor and City Council. I have served in this position since 2016. My colleagues and I advise the City's departments in preparing their proposed annual budgets for submission to the Mayor's Office. We then make recommendations to the Mayor and help the Mayor's Office finalize the budget. Once City Council and the Mayor approve the budget, my colleagues and I administer the budget, including by tracking revenue and expenditures and implementing policy and programmatic changes as directed by the adopted budget. Among the CAO work groups that I supervise is the Grants Group, which tracks grants awarded to the City, including federal grants. My responsibilities also include assessing impacts of the proposed federal budget on the City. Previously, I served as the Deputy Assistant Secretary for Grant Programs at the U.S. Department of Housing and Urban Development for five years.

## Background

3. Los Angeles is the second most populous city in the United States, with an estimated 3.8 million residents as of 2024. As a result of its geography, Los Angeles is particularly vulnerable to the destructive effects of wildfires, flooding, mudslides, earthquakes, and extreme heat. Indeed, the City falls within the highest risk category of FEMA's National Risk Index, "Very High," with a risk score of 100/100. In addition, the City's large population, wealth of critical infrastructure, critical role as a hub of tourism and trade, and regular hosting of high-profile international events, including the upcoming 2026 FIFA World Cup, 2027 Super Bowl, and 2028 Olympic and Paralympic Games, make it a target for terrorism. The City's readiness to prevent and respond to these grave threats is critical to the security of its residents, the West Coast, and the nation.

**City of Los Angeles DHS/FEMA Grant Funding**

4. The City expects to receive, directly and indirectly, at least $56,600,000 in pending grant funding from DHS in Fiscal Years 2025-2026 (not including fire-related recovery reimbursement from FEMA under the Public Assistance Grant or grants from previous fiscal years that are not affected by the 2025 DHS Standard Terms and Conditions). As described below, the City is a direct or prime grant recipient for numerous DHS/FEMA grants, and a subrecipient through the State of California and the County of Los Angeles for others.

**Securing the Cities Program**

5. The City has regularly received direct funding from the Securing the Cities (STC) Program since 2012. The DHS Countering Weapons of Mass Destruction Office manages the program. Most recently, the City entered into a ten-year cooperative grant agreement effective through August 31, 2030, under which it annually requests continued funding for each year through a non-competitive process. However, in Fiscal Year 2025, the City was awarded carry-forward funding only (no new funding).

6. The City was awarded $6,677,557.35 in Fiscal Year 2025 carry-forward funds through a September 12, 2025 Notice of Award. The Notice of Award incorporates the 2025 DHS Standard Terms and Conditions, with a limited carveout of immigration-related conditions in Paragraphs C.IX and C.XVII(2)(a)(iii) "to the extent their application is limited by the injunction in San Francisco v. Trump, No. 3:25-cv-01350 (N.D. Cal.), or any other litigation, so long as that injunction is in force." Funds are requested and disbursed through the Payment Management System. Grantor pre-approval is required before requesting payment. The City is the prime recipient and it has subrecipient partners that it reimburses.

7. STC funding supports radiation and nuclear detection equipment, training, and drills/exercises for regional partners in law enforcement, fire service, and public health. Partnership and participation in the STC Program encompasses Los Angeles County, Orange County, and parts of San Bernardino and Riverside Counties. As a high-risk threat agent harmful to human health, radiation cannot be easily detected. This program provides technology and expertise to aid responders in identification of harmful radioactive sources outside of regulatory control. The City

and its partners also rely on this grant for training and furnishing of specialized technology to respond to emergency incidents and to protect large events. In addition, STC program funding enables the training of responders, including through drills throughout the Los Angeles region.

**National Urban Search and Rescue Response System**

8. The Los Angeles Fire Department (LAFD) has directly received National Urban Search and Rescue Response System funding annually since 1993. Most recently, LAFD applied for Fiscal Year 2025 funding in response to the Fiscal Year 2025 National Urban Search and Rescue Response System Notice of Funding Opportunity (NOFO). DHS issued a notice of award effective September 25, 2025, offering $1,393,311 in Fiscal Year 2025 funding, contingent on the City's acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. According to the notice of award, in accepting the award, the City would acknowledge incorporation of various terms and conditions, including incorporation by reference of all "conditions set forth in the Notice of Funding Opportunity." The NOFO in turn incorporates the 2025 DHS Standard Terms and Conditions with a limited carveout of the immigration-related conditions in Paragraphs C.IX and C.XVII(2)(a)(iii). DHS requires the City to accept the award within 30 days of the September 25, 2025 effective date of the notice of award, that is, by October 25, 2025.

9. The grant funds the City's Urban Search and Rescue task force, one of eight in California and 28 in the nation, staffed by three civilians and one sworn officer. FEMA deploys the team to disasters such as hurricanes, wildfires, or extreme flooding and catastrophes such as building collapses or bombings. The grant funding covers salaries, training, supplies (medical supplies, technical search and rescue supplies, supplies for handling hazardous materials, and communication and office supplies), and equipment (a Sprinter van, etc.).

**Staffing for Adequate Fire and Emergency Response Grant Program**

10. The Los Angeles Fire Department (LAFD) has directly applied for and received funding from FEMA's Staffing for Adequate Fire and Emergency Response (SAFER) Grant Program in 2016, 2017, and 2022. Most recently, on September 24, 2025, LAFD received a notice of award for $4,204,414.04 in Fiscal Year 2024 SAFER funding. This funding is to provide urgent staffing (12 firefighters) needed at a fire station where a recent Standards of Cover report identified a

gap in fire security.

11. According to the notice of award, in accepting the award, the City would acknowledge incorporation of various terms and conditions, including all conditions set forth in the Notice of Funding Opportunity. The NOFO in turn incorporates the 2025 DHS Standard Terms and Conditions. The notice of award includes a limited carveout of immigration-related conditions. DHS requires the City to accept the award within 30 days of the September 24, 2025 effective date of the notice of award, that is, by October 24, 2025. Grant funds are issued as reimbursements, with drawdowns made through the FEMA reimbursement portal.

### Port Security Grant Program

12. The Los Angeles Police Department (LAPD) has directly applied for and received Port Security Grant Program funding almost annually for over a decade, since at least 2010, on which it relies to secure the Port of Los Angeles, the nation's busiest trade gateway and a critical part of America's supply chain. The grant funds the staff, training, and equipment necessary to protect the port. LAPD provides security for maritime operations throughout the Port of Los Angeles complex. LAPD works in cooperation with local law enforcement agencies, as well as federal partner agencies, such as the Coast Guard, Federal Bureau of Investigation, Customs and Border Protection, and Department of Homeland Security. LAPD also responds to requests for assistance in the nearby Port of Long Beach complex.

13. DHS posted a Notice of Funding Opportunity (NOFO) earlier this year for the Fiscal Year 2025 Port Security Grant Program (PSGP). LAPD applied for $277,500 in Fiscal Year 2025 funding, including $187,500 for the maintenance and repair of four LAPD watercraft purchased with previously awarded PSGP funds and $90,000 for hazmat-rated drysuits needed for the LAPD Underwater Dive Unit to continue conducting diving operations in the Los Angeles Port and Long Beach Port complexes even when the water is contaminated, such as following a period of heavy rain, or following a chemical or biological incident.

14. On September 27, 2025, LAPD received a notice of award for $277,500 in Fiscal Year 2025 funding. According to the notice, in accepting the award, the City would acknowledge incorporation of various terms and conditions, including all conditions set forth in the Notice of

Funding Opportunity. The NOFO in turn incorporates the 2025 DHS Standard Terms and Conditions. The notice of award includes a limited carveout of immigration-related conditions. DHS requires the City to accept the award within 30 days of the September 27, 2025 effective date of the notice of award, that is, by October 27, 2025. Grant funds are issued as reimbursements, with drawdowns made through the FEMA reimbursement portal.

**Emergency Management Performance Grant Program**

15. The Los Angeles Emergency Management Department (EMD) has been receiving grants from the Emergency Management Performance Grant Program annually since 2001 through the County of Los Angeles. The County issues the funds as reimbursements of City expenditures. Most recently, the County applied for Fiscal Year 2025 funding in response to the Notice of Funding Opportunity (NOFO) Fiscal Year 2025 Emergency Management Performance Grant Program. EMD anticipates receiving approximately $450,000-$500,000 in funds, based on recent past funding awards ($594,998 in Fiscal Year 2023, and $524,537 in Fiscal Year 2024). EMD is required to sign an agreement with the County each year to receive the funding, and that agreement has referenced and incorporated the NOFO terms and conditions. The 2025 NOFO in turn incorporates the 2025 DHS Standard Terms and Conditions. The grant supports and makes possible the very operation of EMD, including staff and software used to run the emergency operations center and to send mass notifications.

**Homeland Security Grant Program: Urban Area Security Initiative**

16. The City has received funding from the Homeland Security Grant Program, Urban Area Security Initiative (UASI) since 2003, through the California Governor's Office of Emergency Services. UASI provides financial assistance to high-threat, high-density urban areas to build capabilities to prevent, protect against, mitigate, respond to, and recover from acts of terrorism. The City receives advance funding for projects implemented by City departments, while partner jurisdictions receive reimbursements for eligible expenses. The City requests funding from the California Office of Emergency Services on a rolling basis. The California Governor's Office of Emergency Services applied for Fiscal Year 2025 funding in response to a Notice of Funding

Opportunity (NOFO) for the Fiscal Year 2025 Homeland Security Grant Program. The City expects $38,664,255 in Fiscal Year 2025 funding (the amount predetermined in the NOFO).

17. The NOFO incorporates the version of the DHS Standard Terms and Conditions in effect at the date of the award, which for the anticipated 2025 award will be the 2025 DHS Standard Terms and Conditions. The NOFO requires funding recipients to comply with these terms and conditions. The City therefore expects that the notice of award that it will be required to sign to receive Fiscal Year 2025 funds will incorporate and impose the 2025 DHS Standard Terms and Conditions referenced by the NOFO.

18. The UASI grant funds homeland security and emergency preparedness activities, including training, equipment, exercises, organizational sustainment, and planning efforts. These resources directly support police, fire, and emergency management agencies throughout the Los Angeles region.

### Homeland Security Grant Program: State Homeland Security Grant Program

19. The City has received funding from the Homeland Security Grant Program, State Homeland Security Grant Program (SHSP) since 2001, through the County of Los Angeles (the grant administrator). The County in turn receives its funds from the California Governor's Office of Emergency Services. SHSP is a reimbursement grant. The City requests funding from the County of Los Angeles once projects are completed. The California Governor's Office of Emergency Services applied for Fiscal Year 2025 funding in response to a Notice of Funding Opportunity (NOFO) for the Fiscal Year 2025 Homeland Security Grant Program. The City expects $257,000 in Fiscal Year 2025 funding (the amount predetermined in the NOFO).

20. The NOFO incorporates the version of the DHS Standard Terms and Conditions in effect at the date of the award, which for the anticipated 2025 award will be the 2025 DHS Standard Terms and Conditions. The NOFO requires funding recipients to comply with these terms and conditions. The City therefore expects that the notice of award that it will be required to sign to receive Fiscal Year 2025 funds will incorporate and impose the 2025 DHS Standard Terms and Conditions referenced by the NOFO.

21.     The grant funds homeland security and emergency preparedness activities, including training, equipment, exercises, organizational sustainment, and planning efforts. These resources directly support police, fire, and emergency management agencies throughout the Los Angeles region.

**Irreparable Harm from the Potential Loss of Funding**

22.     The imposition of the 2025 DHS Standard Terms and Conditions, as applicable, on these grants would force the City to accept the conditions or lose access to tens of millions of dollars in funding needed to protect and secure its residents and greater region of southern California.

23.     Loss of Securing the Cities Program funding could result in the layoff of operations staff needed to detect and respond to emergency incidents, chiefly suspected sources of harmful radiation. Because the City is a prime recipient of STC Program grants, loss of funding would impair the security operations of not only Los Angeles but also its subrecipients throughout the greater region of southern California.

24.     Loss of the National Urban Search and Rescue Response System funding would immediately impact the staffing and readiness of the City's Urban Search and Rescue task force, significantly lowering its capability to effectively respond to a natural disaster within the City, region, state, and nation.

25.     Loss of the SAFER funds for an additional team of firefighters would result in the City's inability to address an identified gap in its firefighting force, compromising the fire security of the City and region.

26.     Loss of the PSGP funds would result in the potential non-operation of the four watercraft at the Port of Los Angeles that require immediate maintenance and repairs, as well as the inability to deploy the Underwater Dive Unit in response to crises during periods when water pollution levels are unsafe. This would hamper LAPD's response to the port threats that these watercraft target: responses to mass casualty events of hostile origin, responses to kinetic attacks against maritime critical infrastructure, and maritime counter-smuggling and anti-human trafficking operations. The vessels serve as LAPD's waterborne platforms to deliver the LAPD's Underwater Dive Unit, SWAT Unit, Bomb Squad, HAZMAT Unit, and Explosive Detection K-9 Unit. In

addition, regional and federal law enforcement partners rely on the watercraft for logistical support of joint security operations, which would likewise be imperiled by one or more of the vessels being grounded pending necessary repairs. Grounding of the vessels would likewise stop much of the day-to-day security operations that depend on them, including critical infrastructure searches at the liquid bulk terminals, passenger terminals, tourist sites, and bridge infrastructure, and to conduct weekly Preventative Radiological Nuclear Detection scans.

27. Loss of the Emergency Management Performance Grant Program funding would immediately impair the staffing and operation of the City's Emergency Management Department, including by preventing the City from being able to send mass notifications if it cannot find other funds to pay for the mass notification software license fees.

28. Loss of Urban Area Security Initiative and State Homeland Security Grant Program funding would critically undermine the Los Angeles region's ability to prevent, protect against, and respond to acts of terrorism and large-scale emergencies. Essential infrastructure such as the Joint Regional Intelligence Center (fusion center), as well as interoperable communications, specialized training, and equipment for first responders, would face severe cuts, leaving the City and surrounding jurisdictions less prepared to disrupt emerging threats and respond to disasters. Also, because the City issues some of the State Homeland Security Grant Program funds to regional subgrantees like the City of Santa Monica, loss of funding would impair the security operations of not only Los Angeles but also its subrecipients throughout the greater region of southern California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2025 in Los Angeles, California.

_____
YOLANDA CHAVEZ