| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:  Raphael.Rajendra@cco.sccgov.org<br>         Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:  David.Louk@sfcityatty.org<br>         Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF MASON MATTHEWS** |

# DECLARATION OF MASON MATTHEWS

I, Mason Matthews, declare:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the County of Los Angeles, Chief Executive Office, Budget and Finance Division as Chief Budget and Financial Officer. The Los Angeles County Consolidated Fire Protection District ("LA County Fire") is a special fund within the County budget. While LA County Fire, as a special district, is funded independent of the County General Fund, LA County Fire's funds are administered by the County.

**Background**

3. The County of Los Angeles (the "County") is the nation's largest county government with more residents than most states serving the needs of over 10 million diverse residents. The County has a budget that exceeds $49 billion in federal, state, and local funds to support a range of vital commitments including, but not limited to, healthcare, public safety operations, public benefits, workforce development, foster care, child support, housing and emergency management.

4. LA County Fire is a special district providing 24-hour emergency services to over four million people living and working in 59 of the County's 88 cities, the unincorporated areas, and the City of La Habra in neighboring Orange County, which accounts for over one million housing units. LA County Fire's vast 2,311 square mile jurisdiction also includes 159 lifeguard towers spanning 72 miles of coastline to protect millions of beach visitors annually. LA County Fire is one of the largest emergency service organizations in the country and enjoys a world-

Declaration of MASON MATTHEWS                                                Case No. ```

renowned reputation for its adeptness and innovation in managing large-scale wildfires, earthquakes, and other natural as well as man-made disasters in Southern California.

5. The County, including LA County Fire, receives approximately $5.33 billion annually from the federal government in the form of grants to provide services on an ongoing basis to residents and plays a crucial role in the County's ability to support a range of vital commitments including, but not limited to, healthcare, public safety operations, public benefits, workforce development, foster care, child support, housing and emergency management.

6. The County is the primary local agency responsible for coordinating emergency preparedness and emergency management operations in Los Angeles County, which is prone to wildfires, earthquakes, flooding, landslides, and other natural and human threats, including terrorism and terrorist threats. The recent County wildfires starting on January 7, 2025, which include the Palisades Fire, Eaton Fire, Hurst Fire, Kenneth Fire, and multiple other fires (collectively, "January 2025 Fires"), have had a devastating impact on area residents. County departments (including LA County Fire) are working diligently to provide immediate and long-term commodities, services and resources to those affected by the January 2025 Fires and have spearheaded recovery efforts. It is critical that the County and LA County Fire continue to receive federal funding, not only to respond to the January 2025 Fires, but to plan and prepare for, prevent and protect against, respond to, and recover from, other catastrophic events County residents, the State of California (State) and the nation may face in the future.

### County of Los Angeles DHS/FEMA Grant Funding

7. Numerous County departments, including the Chief Executive Office-Office of Emergency Management, Department of Health Services, Medical Examiner, Department of Public Health, Registrar-Recorder/County Clerk, Department of Public Works, the Sheriff's Department (LASD), and LA County Fire, have for more than 20 years, relied upon Department

of Homeland Security (DHS)/Federal Emergency Management Agency (FEMA) grants from a variety of programs to protect and serve the residents of Los Angeles County, the State and the nation. The County (including LA County Fire) currently has approximately $500 million in pending DHS/FEMA grants either in direct grants or through the State that the County is relying on to strengthen its capacity to prevent, prepare for, protect against, respond to, and recover from, acts of terrorism and other catastrophic events, enhance our emergency management capabilities, ensure sufficient staffing, equipment, and training for first responders and for the prevention, preparedness and response to disasters, terrorism and terrorist threats, and to invest in hazard mitigation planning, codes and standards.

8.  The programs funded by DHS/FEMA grants, should they be awarded, range from funding increased staffing costs for January 2025 Fires response and recovery efforts to rebuild devastated communities, water infrastructure improvements to increase operational flexibility during emergency events, utility undergrounding to protect against wildfires, seismic upgrades for dams, the retrofitting of LASD patrol vehicles with hi-lo sirens to create a mobile early warning system for wildfire evacuations in the County, funding for vital emergency medical services (EMS) equipment, port security, and the County's search and rescue task force.

9.  Pursuant to the State Homeland Security Grant Program (SHSP), the County anticipates receiving through the State $9.2 million as the administrative subrecipient to distribute to County departments and local jurisdictions. The County's share is anticipated to be $3,281,821, with $57,000 allocated to LA County Fire. SHSP grants are used to strengthen the nation's capacity to prevent, prepare for, protect against, and respond to acts of terrorism and other catastrophic events by supporting the implementation of risk-driven, capabilities-based State Homeland Security Strategies to address capability targets. The funding is used for law enforcement, fire service, and various emergency management and health-related activities. All

projects funded under SHSP must demonstrate a clear connection to building capabilities that prevent, prepare for, protect against, respond to, or recover from, acts of terrorism. The County intends to use the SHSP grant for Regional Hazard Mitigation Planning, terrorism training, emergency planning and disaster recovery training, urban search and rescue equipment, mobile radios, cybersecurity monitoring equipment, and emergency response equipment. LA County Fire will use its allocation for training exercises, equipment acquisition, and technical assistance.

10. Pursuant to the Urban Areas Security Initiative (UASI), the City of Los Angeles, as the administrative subrecipient, will receive $38,664,255 through the State and the County anticipates it will receive $10,950,530 of that amount to fund various programs at County departments and LA County Fire. In prior years, the County has received approximately $17 million in UASI funding. Similar to SHSP, UASI's goal is to strengthen the nation's capacity to prevent, prepare for, protect against, respond to, and recover from, acts of terrorism and other catastrophic events, but its focus is on high-risk Urban Area efforts to address their unique security needs. The County intends to use the 2025 UASI funds for its LA County Operational Area Olympic Games Training program, to purchase tactical and search and rescue equipment, and fund fire ground survival training, various LASD training programs, and Information Technology licensing and equipment. LA County Fire will use its allocation for training exercises, equipment acquisition, and technical assistance. LA County Fire anticipates receiving $2,200,288 from the County's USAI share and will use its allocation for training exercises, equipment acquisition, and technical assistance.

11. Pursuant to the Emergency Management Performance Grant Program (EMPG), the County anticipates receiving $1,802,009 through the State. The EMPG Program provides funding to states or territorial governments to enhance their emergency management capabilities. The funding allows recipients to address risks and strengthen core emergency

management functions with a focus on all-hazards emergency preparedness, including the evolving threats and risks associated with natural disasters. Project activities include: (1) Extreme Weather Resilience; and (2) Readiness (e.g., Catastrophic Disaster Housing; Disaster Financial Management; Evacuation Plan/Annex; Logistics – Distribution Management Planning; Continuity of Government; Resilient Communications). The County passes through approximately $1.22 million of this grant funding to local jurisdictions who use it to support their emergency preparedness by investing in training, exercises, and planning for the region. The EMPG Program requires a dollar-for-dollar local match requirement.

12. Pursuant to the 2025 DHS Notice of Funding Opportunity (2025 NOFO), the grant agreements for the SHSP, UASI, and EMPG grants will require the County to agree to certain conditions of funding prohibiting "illegal" diversity, equity, and inclusion (DEI) programs, requiring the County's cooperation in federal immigration enforcement efforts and adherence to other Presidential Executive Orders.

13. In the wake of the January 2025 Fires, on January 8, 2025, President Biden declared a major disaster exists in the State and ordered federal aid to supplement State, tribal, and local recovery efforts in the areas affected by wildfires, including making federal funding available on a cost-sharing basis for hazard mitigation measures statewide through the Hazard Mitigation Grant Program (HMGP). The County currently has pending 15 projects from eight County departments seeking grants pursuant to HMGP totaling approximately $482 million. These projects range from funding increased staffing costs for the January 2025 Fires response and recovery efforts to rebuild devastated communities ($73,281,997), to water infrastructure improvements to increase operational flexibility during emergency events ($16,993,769), to utility undergrounding to protect against wildfires ($231,000,000), to seismic upgrades for dams ($10,890,854), to funding the retrofitting of LASD patrol vehicles with hi-lo sirens to create a

mobile early warning system for wildfire evacuations in the County ($1,153,740). The County is concerned that these grants, if awarded, may be subject to the new 2025 DHS terms and conditions. LA County Fire has applied for HMGP funding in the amount of $23,767,819 for Post Disaster Code Enforcement staffing for permitting, code enforcement and for Education and Community Risk Reduction Outreach, and $1,010,648 for emergency power supply generators.

14. LASD is currently in the process of applying for the 2025 Homeland Security Grant Program (HSGP) for Regional Threat Assessment Center (RTAC) program grants through the State for the prevention of terrorism and the enhancement of all crime/hazard prevention support functions of the Joint Regional Intelligence Center (JRIC) Fusion Center, managed by the LASD. LASD anticipates being awarded $2,887,500 in RTAC grant funding. The grant funding provided for the JRIC is used for planning, equipment, training, organization, program management, and administration for terrorism prevention, preparedness, and response. LASD has fiduciary and management responsibility for the JRIC, but other agencies that work with LASD include the Los Angeles Police Department, the California Highway Patrol, the County and Los Angeles City Fire Departments, the District Attorney's Office, the Department of Justice, and contracted intelligence analysts. LASD has been receiving this grant since approximately 2012. For 2023 and 2024, LASD received $2,887,500 each year in RTAC grants.

15. LASD submitted its application for the 2025 Port Security Grant Program (PSGP) seeking a total of $751,276.32 in federal PSGP funds. LASD anticipates hearing from FEMA by September 30, 2025 on the award. PSGP is used to help offset the costs of maintaining the LASD watercraft fleet, as well as providing funding for LASD personnel to conduct specialized maritime training with regional and state partners for such things as chemical, biological, radiological, nuclear and explosive ship screening and enforcement. Since

2017, LASD has had a Memorandum of Agreement with the U.S. Coast Guard regarding law enforcement port security and maritime safety for the Ports of Los Angeles and Long Beach and the Los Angeles Maritime Region. LASD has received PSGP grants since at least 2014.

16. On December 20, 2024, LA County Fire applied for a grant from the Assistance to Firefighters Grant Program (AFGP) in the amount of $2,886,186.60, for EMS equipment. LA County Fire anticipates the AFGP grants would be awarded in early October 2025, but is still awaiting the grant award. LA County Fire has received four AFGP grants since 2015.

17. Urban Search and Rescue California Task Force 2 (CA-TF2) is a FEMA Urban Search and Rescue (USAR) Task Force based in Los Angeles County and is sponsored by LA County Fire. For 2025, the County has been awarded a USAR Response System Readiness Cooperative Agreement in the amount of $1,488,311 for CA-TF2 to ensure the sustainment and readiness of the task force as a part of the National Urban Search and Rescue Response System. LA County Fire received an updated Award Letter on behalf of the County, which includes certain conditions of funding prohibiting "illegal" diversity, equity, and inclusion (DEI) programs, requiring the County's cooperation in federal immigration enforcement efforts and adherence to other Presidential Executive Orders (Articles 11, 19, and 33), and Article 60 (Non-Applicability of Specific Agreement Articles), that states Article 11, paragraph (2)(a)(ii) of Article 19, and Article 42 (Termination of Federal Award) do not apply to the grant award.

18. CA-TF2 is one of 28 Task Forces nationwide that receives funding from FEMA. The FEMA USAR cooperative agreement provides funding for administration, program and grant management, specialized training, exercise, procurement (vehicle and equipment) and storage and maintenance for the 28 national task forces staffed and equipped to assist State and local governments, tribes, and territories to conduct around-the-clock search-and-rescue operations following a Presidentially declared major disaster or emergency under the Stafford

Act (e.g., earthquakes, tornadoes, floods, hurricanes, aircraft accidents, hazardous materials spills and catastrophic structure collapses). When deployed, these task forces support State and local emergency responders' efforts by leading the U.S. response to natural and man-made incidents, conducting mass search and rescue operations in the immediate aftermath of and incident, and assisting with stabilization and restoration of community lifelines immediately following an incident.

19. CA-TF2 maintains a dynamic roster of approximately 140 to 230 highly trained task force members, including firefighters, structural engineers, paramedics, physicians, canine teams (Human Remains Detection and Live Find), and other technical specialists. Federal USAR funding plays a critical role in sustaining the readiness and operational capabilities of the task force. This funding enables the delivery of specialized scenario-based training across key disciplines such as technical rescue operations, advanced medical care, hazardous materials response, and search operations. It also supports the acquisition, maintenance and replacement of mission-critical equipment including search cameras, acoustic listening devices, heavy lifting tools and medical supplies. Additionally, federal funding ensures the task force remains in a constant state of operational readiness, allowing for rapid mobilization within hours of activation. This level of preparedness is essential to meet the demands of complex disaster response missions both within California and nationwide.

20. CA-TF2 applies for yearly FEMA USAR readiness discretionary funded cooperative agreement. Each readiness cooperative agreement has a period of performance of three years. The County has active USAR readiness cooperative agreement grants for 2022 ($1,368,127), 2023 ($1,404,828), and 2024 ($1,469,884, and supplemental request pending).

**Irreparable Harm From the Potential Loss of DHS/FEMA Funding**

21. These newly imposed conditions, where applicable would force the County and LA County Fire to accept those conditions or lose access to in excess of $500 million in DHS/FEMA funding.

22. Any interruption will necessarily weaken the County's (and LA County Fire's) capacity to prevent, prepare for, protect against, respond to, and recover from, incidents of terrorism as well as natural disasters. This harm is compounded by the fact that the interruption would occur at a particularly precarious time when County/LA County Fire resources are still depleted from the January 2025 Fires.

23. Interruption to the FEMA USAR cooperative agreement would compromise the training, administration, equipping and deployment of one of the nation's elite disaster response teams, CA-TF2. The cooperative agreement supports eight County employee positions and one contractor position.

24. Interruption to the PSGP grant would decrease LASD's ability to maintain its maritime fleet, respond to security incidents, conduct critical training, and carry out joint operations with other agencies, resulting in gaps in security capabilities that could make local ports and waterways more vulnerable to a wide range of threats, including terrorism, smuggling, environmental hazards, and public safety risks.

25. As the RTAC grant fully funds the JRIC Fusion Center, an interruption to the RTAC grant would likely mean the end of the program. The RTAC grant supports 28 contractor positions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2025 at Los Angeles, California.

_____
MASON MATTHEWS