TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:   David.Louk@sfcityatty.org
          Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-8330 <br><br> **DECLARATION OF STEVEN TORRENCE** |

# DECLARATION OF STEVEN TORRENCE

I, STEVEN TORRENCE, declare:

1. I am a resident of the State of California, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Director of the Office of Emergency Management for the County of Marin ("Marin County" or "County"). I have been in this position since February 2023. Prior to joining Marin County, I served for three years as the Administrator for Emergency Services for the City of Santa Monica. I hold a Master's Degree in Emergency and Disaster Management from Georgetown University. I have also completed the National Preparedness Leadership Initiative at Harvard University and the National Emergency Management Advanced Academy through FEMA.

## Background

3. Marin County is located in northern California and borders the Pacific Ocean to the west and the San Francisco Bay to the east and south. The County contains rugged, hilly terrain, including Mount Tamalpais, as well as wetlands, streams, and heavily wooded areas. The County is extremely prone to natural disasters, including flooding, severe storms, wildfires, and extreme heat events. The County averages at least one federally declared emergency each year with average damage costs valued between $3 and $5 million.

4. The Office of Emergency Management ("OEM"), a division within the County's Fire Department, provides emergency management services for Marin County, which includes 11 cities and towns and over 300 special districts. The OEM is responsible for coordinating emergency operations, writing and updating emergency plans, and providing a local emergency operations center. As the Director of OEM, I oversee the County's Operational Area Emergency Operations Center and the County's alert and warning system; I am also responsible for disaster preparedness and recovery. I serve as the operational area director to coordinate all large-scale emergency responses for all cities, towns, and special districts within Marin County.

## County of Marin DHS/FEMA Grant Funding

5. Marin County relies on DHS and FEMA funding to support disaster preparedness and

Case 5:25-cv-08330-EJD    Document 19-19    Filed 10/01/25    Page 3 of 5

disaster response activities. The County receives DHS funding as a subrecipient of funds received by the State of California Office of Emergency Services ("CalOES") and the Bay Area Urban Areas Security Initiatives ("UASI"). Specifically, the County receives Hazard Mitigation Grant Program ("HMGP"), Emergency Management Performance Grant ("EMPG"), Homeland Security Grant Program ("HSGP"), and UASI funding to support a variety of programs and activities. The County also receives Public Assistance funding from FEMA after federally declared disasters. For example, in fiscal year 2023, the County received over $5 million in HMGP funding, $170,000 in EMPG funding, over $288,000 in HSGP funding, and over $500,000 through direct and indirect UASI funding. In that same fiscal year, the County also received approximately $7 million in Public Assistance related to federally declared disasters.

6. Currently, Marin County is awaiting allocations of fiscal year 2025 DHS funding as a subrecipient of pass-through funding. The County generally receives between $175,000 to $200,000 in EMPG pass-through funding from CalOES each year. This funding supports the County's Operational Area Emergency Operations Center, alert and warning system enhancements, and training for staff throughout the County. The County is awaiting its allocation of EMPG funding for the coming fiscal year. Similarly, the County receives HSGP State Homeland Security Program ("SHSP") pass-through funding from CalOES each year and has submitted project requests to CalOES for fiscal year 2025. In fiscal year 2024, the County received $288,000 in SHSP funding to support a Countywide active threat exercise, alert and warning outreach materials, enhancements to elections infrastructure, and special response equipment for law enforcement agencies within the County. The County is awaiting its allocation of HSGP SHSP funding for fiscal year 2025. The County was also recently awarded approximately $550,000 in HMGP funding to re-write all of the hazard mitigation plans for the school districts and special districts within the County. The HMGP funding is reimbursement-based, and the County will expend the awarded funds and then seek reimbursement from DHS.

7. The County is also a member of the North Hub for the Bay Area UASI, and has historically received annual UASI funding as a subrecipient to support regional preparedness efforts and staff training. Through indirect funding, the County gains access to regional training exercises,

2

Declaration of STEVEN TORRENCE    Case No. ```

such as "Golden Eagle," to support full-scale, emergency operation center exercises, which are multi-county and incorporate cities/town, county, and state agencies. The North Hub also receives indirect funding to support regional, tactical exercises for active threat incidents, which are provide to a variety of agencies, including law enforcement, fire protection agencies, emergency medical service providers, and emergency management agencies.

8. On September 15, 2025, the County submitted an application to CalOES for a $22 million Hazard Mitigation Grant to support flood control in Santa Venetia, an unincorporated area within the County. The funding will allow for the enhancement of a levee and other flood mitigation measures to prevent flooding in a flood-prone residential area of the County. The County is awaiting a decision on this application

9. The County has not yet received grant agreements for fiscal year 2025 funding. However, based on the DHS Notices of Funding Opportunity ("NOFO"), I am concerned that resulting pass-through grant agreements will contain new conditions unrelated to the programs funded by the grant. For example, the Fiscal Year 2025 EMPG NOFO states that funding recipients must comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award. The Fiscal Year 2025 HSGP NOFO contains identical language. The DHS Standard Terms and Conditions require that these provisions be imposed on subrecipients. Based on my understanding of the Hazard Mitigation Grant Program, I expect that the current DHS Standard Terms and Conditions will also apply to pass-through HMGP funding.

**Irreparable Harm From the Potential Loss of FEMA Funding**

10. The newly imposed grant conditions, as applicable, would force Marin County to accept those conditions or lose access to over fifteen million dollars in DHS/FEMA funding. If the County does not receive EMPG funding, it would jeopardize critical emergency operations infrastructure. Currently, EMPG funding supports enhancements to the County's alert and warning system; without EMPG funding, the County would likely need to lay off a staff member or reduce response capabilities to ensure continued funding for the alert system. Additionally, HSGP SHSP funds support regional staff training and field exercises and essential equipment for first responders. The County has no other source of funds for these programs, and if HSGP funding is lost, the

County would likely have to reduce services at the Emergency Operations Center to ensure staff continue to receive a minimal amount of training.

11. Losing DHS/FEMA funding will have a significant negative impact on Marin County, as well as on the cities, towns, and special districts located within the County. For example, the County has a pending application for $22 million in HMPG funding to mitigate flood risk in a residential area of the County. The proposed project includes enhancement of a levee and various other flood mitigation measures to reduce the risk of catastrophic flooding in a residential area of the County. If the County is not able to obtain these funds, this community will remain at risk of flooding, jeopardizing the health, safety, and welfare of the approximately 4,000 residents in that geographic area.

12. Finally, if the County loses DHS/FEMA funding, the County may face significant economic hardship in the event of a declared emergency. Given the geographic composition of the County, severe storms, flooding, wildfires, and severe heat events are likely to occur. Any of these events can lead to between $3 to $5 million—at a minimum—in disaster response expenses. The County relies on FEMA to reimburse qualified emergency-related expenses. Losing access to FEMA funding would significantly impact the County's ability to respond to a federally declared emergency.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on SEPTEMBER 29, 2025 at San Rafael, California.

_____
Steven Torrence