TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
           Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al*.,

Plaintiffs,

vs.

KRISTI NOEM, *et al*.,

Defendants.

Case No. 3:25-cv-8330

**DECLARATION OF JESTIN D. JOHNSON**

**DECLARATION OF JESTIN D. JOHNSON**

I, Jestin D. Johnson, declare:

1.      I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2.      I am the City Administrator for the City of Oakland. I have been in that position since 2023. I have had a long career in public service having worked as the deputy chief operating officer for the City of Atlanta, Georgia; assistant county manager for the Unified Government of Athens-Clarke County, Georgia; city manager for the City of Bisbee, Arizona; and as a management assistant to the city manager for the City of Tucson, Arizona.

3.      As City Administrator for the City of Oakland, I oversee the operations of most City departments, including the City's Fire Department. I work with the City's Finance Department, Mayor's Office, and City Council on the City's budget planning, budget priority setting, and establishment of a balanced biannual budget.

### Background

4.      Located in the San Francisco Bay Area of Northern California, the City of Oakland ("Oakland" or "City") is a charter city organized and existing under and by virtue of the laws of the state of California and incorporated on May 4, 1852. According to the U.S. Census Bureau, Oakland had an estimated population of 443,554 as of July 1, 2024. It ranks as approximately the 45th-largest city in the United States, and eighth-largest city in California. The City is located in Alameda County.

5.      The City of Oakland's Fire Department ("OFD") receives multiple annual grants from the Federal Emergency Management Agency ("FEMA") and the Department of Homeland Security ("DHS") and regularly applies for project-based grants depending on the Department's needs. The Oakland Fire Department addresses threats to Oakland from urban and industrial fires, wildfires, vehicle crashes, flooding, and Port-related emergencies including sinking vessels, and other emergencies facing Oakland residents. These grants therefore provide critical support for Oakland to be able to address security and safety for its residents and protect infrastructure.

6.      OFD is on the front line of protecting Oakland's residents and infrastructure from fire damage. In 2024, OFD responded to over 77,000 calls. This included 719 structure fires, 1,386 vehicle fires, and 601 grass and wildland fires. This also included medical incidents, hazardous materials incidents, and addressing encampments. To date in 2025, OFD has responded to 562 structure fires and 723 vehicle fires.

7.      Wildfires within Oakland have severe and pervasive impacts on Oakland residents and residents throughout the Bay Area. The severity and intensity of wildfires in California are increasing year by year. In Oakland, wildfire risk is primarily in the Wildland Urban Interface where combustible vegetation poses a threat to combustible structures, and vice versa. The California Department of Forestry and Fire Protection has designated over 10,000 acres of land in Oakland as being in a Very High Fire Hazard Severity Zone, representing 22% of Oakland's land area. Over 13% of Oakland's population lives in either high or very high wildfire severity zones and an estimated 35% of the critical facilities in Oakland are located in wildfire risk areas. The Oakland Hills are particularly vulnerable to fire and present a complex wildfire environment. Oakland is one of the highest risk areas in the country for devastating Wildland Urban Interface fires and was the location of one of the most destructive wildfires in California history, the 1991 Tunnel Fire. Oakland firefighters and inspectors conduct 25,000 vegetation inspections in the Very High Fire Severity Zone annually.

8.      Oakland is also bordered to the west by more than 20 miles of San Francisco Bay coastline. It has an active commercial shipping seaport, international airport, and key transportation infrastructure and rail lines that provide goods to the rest of the Bay Area and West Coast.

9.      OFD is responsible for providing emergency services throughout Oakland, including at the airport. The San Francisco Bay Oakland International Airport ("OAK") serves over 11 million people per year and is expected to grow to accommodate 20 million passengers per year over the next decade. It provides commercial airline and general aviation services for passengers, handles over half of the Bay Area region's domestic freight and airmail, and serves a critical role in the region during emergency response. OAK is the fifth busiest airport for passengers in California and the third largest for cargo, handling about 1.4 billion pounds of freight a year. Airport facilities

include commercial and general aviation runways, passenger and air cargo facilities, aircraft hangars, a fuel tank farm, a control tower, and a perimeter dike that provides flood protection for the site. OAK is within the FEMA Special Flood Hazard Area and is over the 99th percentile for FEMA's National Risk Index.

10.    OFD is also the first responder for the Port of Oakland and its surrounding waterways. OFD, along with the U.S. Coastguard, Oakland Police Department, and the Alameda County Sheriff, shares the responsibility for surveillance, detection, response and mitigation for the Port of Oakland during Bay Area Maritime incidents. OFD also serves as a mutual aid resource for the U.S. Coast Guard in providing critical infrastructure protection and response for the Port environments, which include Oakland's Port Terminals, Oakland's Ferry Terminal, OAK, and Oakland's railways. OFD is the local government emergency response agency directly responsible for fire protection, hazardous materials response, life safety, rescue, and environmental preservation as it relates to the maritime environment for a large portion of Alameda County along the waters of the San Francisco Bay. Due to Oakland's strategic geographic location in the eastern area of the San Francisco Bay, OFD's fireboat is the closest available mutual aid maritime fire/rescue resource to surrounding areas of the East Bay region.

### City of Oakland's DHS/FEMA Grant Funding

11.    DHS and FEMA funding is a critical component of how OFD provides services to the City. OFD's annual operating budget is approximately $220 million. A large portion of this funding comes from federal grants. OFD has active grants with DHS and FEMA with a cumulative award amount of more than $30 million: the Staffing for Adequate Fire Emergency Response (SAFER) for more than $27 million; two Urban Search and Rescue (US&R) grants for $1.2 and $1.3 million; two grants for the Local Hazard Mitigation Plan (LHMP) for $50,000 and $156,370; Assistance for Firefighters; and a Port Security Grant Program (PSGP) for $520,000. Each of these grant awards was made directly to the City. OFD also regularly receives an Urban Area Security Initiative (UASI) grant and the State Homeland Security Grant Program (SHSPG) for Community Emergency Response Team (CERT) for $52,000 through State, County and local coalition pass-through grants. The City is also in the process of receiving reimbursements for repairs to infrastructure following

1   2022 flooding under the FEMA Public Assistance Program.

2       12.     Some of these grants are annual grants that the City anticipates applying for and/or

3   receiving in future years, including the State Homeland Security Grant, UASI and US&R grants.

4   The City anticipates future UASI and US&R grants each being valued at $1-1.5 million in funding

5   per cycle.

6       13.     For the 2025 grant award cycle, OFD has applied for approximately $21 million in

7   funds from four different FEMA grant programs: SAFER, US&R, PSGP, and UASI. OFD also

8   expects to receive additional funds as pass-through grants from the State Homeland Security

9   Program.

10      14.     OFD has applied for just under **$19 million from the SAFER grant program for**

11  **the 2025 funding cycle**. Funds from this grant would be used to hire 20 additional firefighters.

12  Hiring these additional personnel would address persistent staffing shortages that compromise

13  OFD's ability to meet national emergency response standards and to ensure the safety of OFD

14  personnel and the Oakland public. Because the City has faced shortages in its general fund, OFD is

15  not able to achieve requisite staffing levels with the funding the City is able to provide alone. OFD

16  has already pursued many other alternative paths to attempt to secure this funding, including

17  philanthropic partnerships and participating in regional collaboratives. The funding from the SAFER

18  grant will be used to staff high-demand and high-risk areas in the City, including the City's fire-

19  prone hills and the Port of Oakland. As with other DHS grants, SAFER funds are distributed on a

20  reimbursement model.

21      15.     OFD has applied for approximately **$1.4 million from the US&R grant program**

22  **for the 2025 funding cycle.** OFD is the sponsoring agency for Urban Seach and Rescue Taskforce 4

23  (US&R Taskforce 4), one of 28 Urban Seach and Rescue taskforces across the United States. These

24  taskforces are coordinated and deployed by FEMA. In California this is done in conjunction with the

25  California Office of Emergency Services ("Cal OES"). FEMA created the National Urban Search &

26  Rescue (US&R) Response System after the Loma Prieta earthquake of 1989 that severely impacted

27  Oakland, in order to provide emergency support nationwide in the face of crises.

28      16.     US&R Taskforce 4 is made up of OFD personnel and personnel from other local fire

departments and special fire districts as well as certain private contractors. Taskforce personnel include structural specialists, search and rescue responders, heavy equipment operators, canine handlers, and medical staff. US&R Taskforce 4 can be deployed across the nation to assist in search and rescue, disaster response, and disaster preparedness efforts as needed—both by providing personnel support and providing specialized equipment. US&R Taskforce 4 has been activated to help prepare for and respond to hurricanes in Florida, to provide search and rescue support in the wake of devastating California wildfires, and responded after the Twin Towers were attacked on 9/11.

17.    A key part of the work of US&R Taskforce 4 is to maintain specialized equipment for use in these types of emergency situations. This equipment includes medical equipment, including for field surgeries; portable housing and shelter; high tech search equipment; equipment for use in managing rescuing persons from collapsed buildings; equipment for canine deployments; water rescue equipment; and semi-trucks, support vehicles, and passenger vans for transporting personnel and equipment. Personnel train with this equipment, but this equipment is not used in OFDs usual course of operations and is purchased and maintained specifically for US&R Taskforce 4. While Oakland maintains and stores this equipment on behalf of US&R Taskforce 4, the equipment is ultimately owned by FEMA.

18.    The US&R taskforces allow highly trained and specialized personnel to provide support across the country, with critical specialized equipment, including to areas that may not have needs that would justify keeping specialists on staff or justify buying equipment to perform unique functions.

19.    The 2025 US&R grant is a readiness grant that provides the basic funding needed to maintain US&R Taskforce 4 and keep it ready to deploy. The grant covers the costs of equipment, supplies, and materials; training with the specialized equipment; testing and maintaining equipment; housing equipment; and coordinating efforts across the coalition of member agencies. The grant also covers the costs of a program manager and administrative assistant as well as a warehouse specialist who oversees inventory. This grant funding is distributed on a reimbursement model for outlays that OFDs makes.

20.     As of the date of this agreement, Oakland has received notification of its award for the US&R grant. Oakland has been notified by FEMA staff that it has 90 days from September 26, 2025 to accept the award.

21.     OFD has applied for approximately **$1.2 million from the UASI grant program for the 2025 funding cycle.** Oakland exists within the regional Bay Area UASI coalition which coordinates and allocates a block of funding from DHS each year. Oakland is considered a "core city" within the Bay Area UASI, meaning that it has a representative on the Approval Authority Board. OFD receives yearly grants of at least $1 million from the UASI grant program to fund five staff members and operational costs for its Emergency Operations Center. UASI funds support terrorism response and prevention, but the staff, materials, trainings, and programs also support Oakland in preparedness and responses to any kind of emergency.

22.     The City of Oakland and the surrounding Bay Area are high-density communities at risk to terrorist attacks with many vulnerable populations. Alameda County in particular has high value targets that are vulnerable to terrorist attacks including the Port of Oakland, Oakland International Airport, rail lines, and the Bay Bridge. The Emergency Operations Center that the UASI grant funds is critical to protecting this infrastructure.

23.     In the past, UASI funds have gone towards purchasing radiation detection equipment, inflatable boats, Hazmat equipment, headsets for the Oakland Police Department, barriers and barricades for responding to civil unrest, traffic control equipment, and oxygen tanks. The funds have been used to upgrade computers, purchase new media equipment to aid in providing trainings, and maintenance of Oakland's Emergency Operations Center. The funds have also consistently been put towards funding staffing for the Emergency Operations Center.

24.     The five staff members expected to be funded by the 2025 UASI grant each serve different roles in ensuring that Oakland and the East Bay are prepared for and can respond to emergencies. The first staff member will build emergency notification and communication processes to deliver clear, consistent, accessible, and culturally appropriate information to impacted communities. This position will conduct a public awareness campaign to increase reach for preparedness messaging and emergency notifications. They will also develop and maintain

Declaration of JESTIN D. JOHNSON                                    Case No. ```

technology tools for effective communications. The second staff member will evaluate and update out of date emergency plans, coordinate operational roles and responsibilities and define tasks to prevent, protect against, mitigate, respond to, and recover from terrorist attacks. The third staff member will develop an integrated response procedure among emergency and law enforcement agencies and community organizations in Alameda and San Francisco Counties. The fourth staff member will collaborate with surrounding counties for training, exercise, and community engagement activities on a continuous basis building long-term capabilities. The fifth staff member will coordinate mass care response operations including supporting people with access and functional needs to ensure that Oakland can provide temporary shelter, food, and resources in the event of an emergency.

25.    In addition to the $1 million OFD receives annually from the UASI grant, there is additional funding allocated on an ad hoc basis according to need. In 2025, Oakland requested $225,000 in additional funding to purchase a new armored vehicle for the Oakland Police Department to replace an older one. This grant funding is distributed on a reimbursement model for outlays that OFDs makes.

26.    As of the date of this declaration, Oakland has been notified that it will receive $1,225,000 million in UASI grant awards.

27.    OFD applied for $18,000 in funds from the **2025 Port Security Grant Program**. Over the past four years, through grants awarded through the PSGP grant program, OFD has purchased a Fire and Rescue Boat and paid for certain maintenance and rehabilitation costs for that Boat. The currently applied for funds will go toward hiring a contractor to facilitate training for the Fire and Rescue Boat, which is equipped with CBRN (Chemical, Biological, Radiological, and Nuclear) defense capabilities; Gamma detection equipment; encrypted radios; encrypted Automatic Identification Systems; FLIR (Forward-Looking Infrared) thermal imaging; Side Scan Sonar; and Chart Plotter, Fire Suppression, Rescue, and Pollution Response Equipment. The proposed training will enhance operational readiness on the Boat and will enhance OFD's ability to provide protection to Maritime Transportation Security Act (MTSA) regulated facilities and vessels. The grant funds will allow training for 12 Fireboat Operators, allowing for more resilient staffing on the boat

1   throughout shifts.

2       28.    OFD firefighters need training to be able to drive and operate the Boat effectively and

3   need consistent training across all of the shifts of personnel who could be deployed to operate the

4   Boat. This grant funding is distributed on a reimbursement model for outlays that OFDs makes.

5       29.    As of the date of this declaration, Oakland has received its PSGP grant award and has

6   60 days from September, 27, 2025 to accept the award.

7       30.    OFD receives the **State Homeland Security Grant** on a yearly basis as a

8   passthrough grant from Alameda County and CalOES. In previous years, OFD has received $52,000

9   per year. OFD expects to receive funding from the State Homeland Security Grant again this year.

10      31.    The State Homeland Security Grant funding is used for Community Emergency

11  Response team and Personal Emergency Preparedness training. Funds are allocated to personnel,

12  translation services, and purchasing equipment and supplies. Equipment purchases include items like

13  EMS training manikins and fire training devices, tables, chairs, and projectors. Supplies include

14  emergency preparedness kits, handouts, and training manuals.

15              **Irreparable Harm From the Potential Loss of FEMA Funding**

16      32.    The Notice of Funding Opportunity for the grants that Oakland has applied for in

17  2025 cycle—SAFER, US&R, UASI, and PSGP—state that in order to receive a grant award, the

18  recipient must agree to DHS's Standard Terms and Conditions. The US&R NOFO stated that

19  immigration conditions outlined in Paragraph C.IX and C.XVII(2)(a)(iii) of the DHS Standard

20  Terms and Conditions do not apply to that grant. The State Homeland Security Program pass-

21  through grant is also subject to DHS's Standard Terms and Conditions.

22      33.    As of the date of this declaration, Oakland has received the PSGP grant award it

23  applied for. The PSGP grant award is contingent on Oakland agreeing to the conditions challenged

24  in this lawsuit except that it acknowledges that the terms and conditions do not apply to plaintiffs

25  subject to the preliminary injunction in effect in *City and County of San Francisco, et al. v.*

26  *Trump, et al.*, No. 3:25-cv-01350(N.D. Cal.) and it states that the immigration conditions outlined in

27  Paragraph C.IX and C.XVII(2)(a)(iii) of the DHS Standard Terms and Conditions do not apply.

28

Declaration of JESTIN D. JOHNSON                                        Case No. ```

34.    As of the date of this declaration, Oakland has received the US&R grant award it applied for. The US&R grant award is contingent on Oakland agreeing to the conditions challenged in this lawsuit except that it states that Paragraphs C.IX (Communication and Cooperation with the Department ofHomeland Security and Immigration Officials), C.XVII(2)(a)(iii) (Anti-Discrimination Grant Award Certification regarding immigration), and C.XL (Termination of aFederal Award) of the FY 2025 DHS Standard Terms and Conditions do not apply to this award.

35.    As of the date of this declaration, Oakland has received the UASI grant award that it applied for. Oakland is awaiting the award agreement for the UASI award.

36.    Oakland is expecting to receive funding from the State Homeland Security Program. As of the date of this declaration, it has not received notification of an award or an award agreement.

37.    These newly imposed conditions would force the City of Oakland to accept those conditions or lose access to up to $21 million in DHS/FEMA funding this year alone.  These funds go to critical emergency response preparedness functions, and without this funding, OFD's ability to provide lifesaving and infrastructure-protecting services to the hundreds of thousands of Oakland residents would be diminished.

38.    The City of Oakland is currently under significant financial strain. In 2024, OFD was forced to close three fire stations for a period of time. While recent budget cycles have attempted to balance that budget, the City is not in a position to absorb the loss of federal funding streams without serious impacts to services.

39.    If the City does not receive the **2025 SAFER grant**, OFD will be unable to increase staffing, placing current personnel under greater strain and limiting the effectiveness of OFD services. Without these additional firefighters, OFD is likely to see slower response times to emergencies and be able to deploy fewer personnel to each incident. Because of the critical and often life-or-death nature of the services that OFD provides, any delay in service provisions can have catastrophic consequences to life and property. Moreover, OFD's ability to respond to complex emergencies will be hampered and personnel will be more likely to experience fatigue and burnout in a high stress job that is critically important to the Oakland community. The City's staffing

Declaration of JESTIN D. JOHNSON                                              Case No. ```

1  shortages have also already increased mandatory holdovers or overtime for firefighters, which drives

2  up costs, and impacts firefighter well-being.

3      40.    If the City does not receive the **2025 US&R grant** it would place the continued

4  existence of US&R Taskforce 4 in jeopardy. These funds are awarded on a formula basis, and

5  accordingly the City has already budgeted to receive these funds. Without these funds there is not

6  sufficient money set aside to fund the basic operations of the taskforce, and it is unclear whether the

7  City would be able to or choose to continue to pay for the costs of operating US&R Taskforce 4.

8  Moreover, were the City not to receive this grant it would throw into question whether US&R

9  Taskforce 4 was still properly part of the US&R program.

10      41.    The loss of US&R Taskforce 4 would mean that the entire country would be less

11  well-positioned to face and respond to natural disasters and would leave Northern California and

12  Oakland in particular significantly more vulnerable to emergencies and less able to respond to

13  protect life, wellbeing, and property.

14      42.    If the City does not receive the **2025 UASI grant** the functioning of Oakland's

15  Emergency Operations Center would be severely compromised. The Emergency Operations Center

16  often requires staffing for 24-hr shifts. This is not possible with reduced personnel. Without UASI

17  funding, the Emergency Operations Center could lose critical cybersecurity and information sharing

18  capability. Oakland also would be less able to devote resources to enhancing community

19  preparedness for emergencies such as violence prevention training in schools and resiliency trainings

20  for community groups. In Oakland, the Fire Department, law enforcement, the Public Works

21  Department, and Information Technology Departments all directly benefit from UASI funding.

22  Because the funds have been awarded yearly since 2004 the City has already budgeted to receive

23  these funds. Losing the funding would jeopardize Oakland's ability to provide effective and fulsome

24  emergency services.

25      43.    If the City does not receive the **2025 PSGP grant,** OFD's ability to train Fireboat

26  Operators will be delayed. The City of Oakland will have to fund the training programs by

27  sacrificing funding for other critical fire safety services including training, and repairing and

28  replacing equipment such as fire trucks, fire hoses, helmets, and safety gear.

1        44.      If the City does not receive the **2025 State Homeland Security Grant,** it will be

2   unable to provide training for community members to ensure their preparedness for emergencies.

3        I declare under penalty of perjury under the laws of the United States of America that the

4   foregoing is true and correct.

5        Executed on September 30, 2025 at Oakland, California.

6

7

8                                             Jestin D. Johnson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of JESTIN D. JOHNSON                                          Case No. ```