| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:   Raphael.Rajendra@cco.sccgov.org<br>            Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:   David.Louk@sfcityatty.org<br>            Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al*.,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>KRISTI NOEM, *et al*.,<br><br>　　　Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF EDWARD SHIKADA** |

# DECLARATION OF EDWARD SHIKADA

1. I am a resident of the State of California, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and I make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the City Manager for the City of Palo Alto, a position I have held since 2018. I previously served as Assistant City Manager for Palo Alto, and I have over 30 years of experience in municipal government.

## Background

3. Palo Alto is a chartered municipal corporation located in Santa Clara County, California. The City operates its own Fire Department, Utilities Department, and Office of Emergency Services, among other departments. It also provides Fire services for Stanford University as well as coordinate emergency preparedness and response. Because Palo Alto is vulnerable to a range of emergencies—including wildfires, earthquakes, severe storms, and homeland security threats—the City has relied on federal grant programs administered by the Department of Homeland Security (DHS) and the Federal Emergency Management Agency (FEMA). These programs provide essential funding for firefighting, emergency response, hazard mitigation, and infrastructure resilience.

4. I am familiar with the 2025 DHS Standard Terms and Conditions that have been imposed with respect to the receipt of DHS and FEMA grants.

## Palo Alto's DHS/FEMA Grant Funding

5. The City of Palo Alto currently has multiple FEMA grants that are either active, pending, or recently completed. Under the Hazard Mitigation Grant Program (HMGP), the City has two major projects with pending grant applications for FY 2025 funding. The first is the Invasive Eucalyptus Growth Removal Project, administered through the Office of Emergency Services, for which the City has requested $406,306.50 in federal funding with a required local match of $135,306.40. The project will remove about 110 invasive eucalyptus trees that increase the flammability and spread of wildfires and provide an increased level of protection to more than 2400 residential homes and critical infrastructure sites. The project will additionally implement

reforestation measures through the planting of native trees to replace the Eucalyptus that are removed.

6. The second is the Dahl & Park Tank Seismic Retrofit Project, overseen by the Utilities Department, with a federal request of $3,009,055.93 and a local match of $1,003,018.65. This seismic retrofit project will reduce or prevent structural damage or failure of two potable water storage tanks resulting from an earthquake by retrofitting structural members and foundation of the tanks.

7. Both projects are currently pending review through Cal OES and FEMA. Cal OES is serving as a pass through for these federal funds.

8. Through the Assistance to Firefighters Grant (AFG) Program, the Fire Department has requested $139,688.82 in FY 2025 federal funding, with a local match of $13,968.88, to purchase automated chest compressors that will significantly improve emergency medical response. This application is currently under FEMA review.

9. The City has also sought FY 2025 funding through the Staffing for Adequate Fire and Emergency Response (SAFER) Program. A pending application requests $3,911,327.35 in federal support, with a local match of $2,431,365.65, to fund seven firefighter positions that are critical to maintaining operational readiness. In addition, the City has previously received a SAFER award of $3,657,685 (with a $2,969,877 local match) to restore firefighter positions that had been cut.

10. Finally, under the Public Assistance (PA) Program, the City has been awarded reimbursement for severe winter storm damage. The Administrative Services Department received $862,681.57 (with a $35,342.48 local match) for debris removal and storm cleanup under FEMA 4638-DR-CA. The Utilities Department also received $386,754.75 (with a $128,918.25 local match) under FEMA 4699-DR-CA to repair damaged pipelines.

11. Together, these pending grants, totaling more than $7 million, are essential to ensuring that Palo Alto can mitigate hazards, recover from disasters, and maintain adequate staffing and equipment for emergency response. These grants primarily serve the residents of Palo Alto through improving our disaster response, the resiliency of the City's infrastructure, and to mitigate the damage of severe weather events.

12.  The City applies for these grants annually or as opportunities arise, and they are typically administered as reimbursement grants, requiring the City to expend funds upfront and then seek reimbursement upon compliance with federal terms and conditions.

13.  The new conditions imposed by DHS and FEMA would require the City to accept broad immigration enforcement, anti-DEI, and other executive order terms to access these funds. If the City refuses or cannot comply, either because the City is unable to or prohibited by State law, it could face the loss of over $12 million in FEMA funding critical to public safety and disaster resilience.

14.  The City has not yet received grant agreements with the 2025 DHS Standard Terms and Conditions, but we have reason to believe pending grants will be subject to them. For example, the 2024 SAFER NOFO, which the City applied for and is pending review, states that recipients will be required to accept the DHS Standard Terms and Conditions in effect at the time of the award. The currently effective Terms, dated April 18, 2025, require compliance with Presidential Executive Orders "related to grants" as well as other conditions challenged in this lawsuit. I anticipate that Palo Alto's future FEMA grant agreements will incorporate these Terms.

**Irreparable Harm From the Potential Loss of FEMA Funding**

15.  Without continued federal support, the City would need to find alternative funding sources to sustain critical firefighter staffing levels, shifting funding from other critical municipal needs. The City's hazard mitigation projects of a seismic retrofit of water tanks and the removal of hazardous eucalyptus vegetation may need to be delayed or canceled altogether, leaving the community more vulnerable to earthquakes and wildfires. Planned upgrades to public safety equipment, such as the purchase of automated chest compressors for use in emergency medical calls, may not be realized unless alternative funding sources are identified. In addition, the City's ability to recover from future severe winter storms and other natural disasters may be impaired, as reimbursement for debris removal and infrastructure repairs would only be available if the City agreed to the challenged conditions. If the City cannot receive these federal funds, it would be forced to divert scarce resources from other essential services, delay projects, or cancel them entirely.

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2025 at Palo Alto, California.

_____
EDWARD SHIKADA