| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California  95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:     Raphael.Rajendra@cco.sccgov.org<br>                 Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:     David.Louk@sfcityatty.org<br>                 Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF MATTHEW E. HAWKESWORTH** |

# DECLARATION OF MATTHEW E. HAWKESWORTH

I, Matthew E. Hawkesworth, declare:

1. I am a resident of the State of California and I am over the age of 18. I am competent to testify as to the matters in this declaration and make this declaration based on my personal knowledge, my discussions with city staff, and my review of relevant business records.

## Personal Background

2. I am an Assistant City Manager for the City of Pasadena ("Pasadena"). I have held this position since July 2025. In my capacity as an Assistant City Manager, my duties include overseeing municipal operations across multiple departments, coordinating complex interdepartmental projects, and developing and implementing policies approved by the City Council and City Manager. As an Assistant City Manager, I have general oversight of grant procurement and implementation.

3. Prior to becoming an Assistant City Manager, I was the Director of Pasadena's Department of Finance from October 2015 to July 2025. In my capacity as Finance Director, my duties included overseeing Pasadena's finance department, developing and managing complex budgets, ensuring compliance with financial regulations, and advising on fiscal policies. In particular, my duties as Finance Director included overseeing and monitoring the financial aspects of Pasadena's federal and state grant activities.

## City Background

4. Pasadena is a charter city in Los Angeles County with a population of over 138,000.

5. Pasadena sits at the base of the San Gabriel Mountains, with the northern edge of the city abutting the Angeles National Forest and neighboring foothill communities such as Altadena. The San Gabriel Mountains are characterized by steep topography and dense vegetation which is highly combustible in Southern California's dry climate. Because of this proximity, Pasadena faces significant risks of wildfire, with portions of northern and western Pasadena formally designated as Very High Fire Hazard Severity Zones by the California Department of Forestry and Fire Protection.

6. On the evening of January 7, 2025, a wildfire ignited in the San Gabriel Mountains above Pasadena and, driven by dry conditions and high winds, spread rapidly downslope toward Pasadena. This fire, known as the Eaton Fire, burned thousands of acres of wildland, destroyed

1  residential neighborhoods, forced large-scale evacuations, and resulted in civilian fatalities.  As
2  relevant to this declaration, the Eaton Fire destroyed and, in other cases, severely damaged critical
3  infrastructure within and outside Pasadena's jurisdictional borders including its parklands, water
4  facilities, and energy systems.  Responding to the wildfire's devastation demanded an all-hands
5  commitment of Pasadena staff and millions of dollars in costs for emergency recovery services.
6  Remediation of property damage caused by the Eaton Fire continues to this day.

### Pasadena's DHS/FEMA Grant Funding

7.  Over the past several years, Pasadena has been an applicant for and, in many cases, a direct or indirect recipient of several grants administered by the United States Department of Homeland Security ("DHS") and its component agency the Federal Emergency Management Agency ("FEMA").  These grants include FEMA's (1) Assistance to Firefighters Grants Program ("AFG"), (2) Hazard Mitigation Grant Program ("HMGP"), (3) Homeland Security Grant Programs including State Homeland Security Program ("SHSP") and Urban Area Security Initiative ("UASI"), and (4) Public Assistance Grant Program ("PA").

8.  Pasadena currently has nearly $3 million in active DHS/FEMA grants, and expects to receive over $9 million in DHS/FEMA grant funding contingent on approval of pending and anticipated AFG, HMGP, SHSP, and UASI grant applications and agreements.

9.  **AFG Funding:** Pasadena is an annual direct recipient of AFG funding through FEMA. Pasadena has one active AFG grant in the amount of $319,380 and one pending AFG grant application in the amount of $1,018,000.  The purpose of these AFG grants is to assist Pasadena's fire department with funding its firefighting and emergency response activities.

10.  **HMGP Funding:** Pasadena is a subrecipient of HMGP grant funding through FEMA and California Governor's Office of Emergency Services ("Cal OES").  Pasadena has one active HMGP grant and one pending HMGP grant application and, in addition, intends to apply for one HMGP grant within the next year.

- **Active HMGP Funding:** Pasadena's active HMGP grant was awarded on August 27, 2020 in the approximate amount of $1.4 million and is still in project implementation. The grant's purpose is to fund seismic upgrades of a city building.

- **Pending HMGP Funding:** Pasadena applied for another HMGP grant in the approximate amount of $3.4 million in September 2025. This grant's intended purpose is to fund seismic upgrades of a city building. Cal OES has notified Pasadena that its application will be decided in mid- to late-2026 and that any grant awards will likely not be disbursed until 2027 or 2028.
- **Future HMGP Funding:** Pasadena plans to submit an HMGP grant application in the approximate amount of $4.6 million within the next year. The purpose of this grant application will be to finance post-disaster code enforcement activities. Pasadena's grant application is currently being reviewed by Cal OES and, once approved, will be submitted to FEMA.

11. **SHSP Funding:** Pasadena is a subrecipient of SHSP grant funding through FEMA and Cal OES. Pasadena has one active SHSP grant in the total amount of $18,800. The purpose of this SHSP grant is to support the implementation of the State of California's homeland security strategies against terrorism and catastrophic risks.

12. **UASI Funding:** Pasadena is a subrecipient of UASI grant funding through FEMA and Cal OES. Pasadena has two active UASI grants, one in the amount of $471,500 and the other in the amount of $320,185. The purpose of both active UASI grants is the improvement of Pasadena's capabilities to prevent, prepare for, protect against, and respond to acts of terrorism. In addition, Pasadena has one pending UASI grant in the amount of $80,619. Pasadena was awarded this UASI grant but has not yet signed a grant agreement. The purpose of this pending UASI grant is the purchase of Automated License Plate Recognition ("ALPR") cameras to enhance police operations and investigations.

13. **PA Funding:** Pasadena has 50 pending PA grant projects seeking over $36 million for its remediation efforts relating to the Eaton Fire. Of those 50 projects, most are currently in Phase IV which means FEMA is determining project eligibility and ensuring compliance with federal requirements before approving the obligation of funds.

14. I understand that the FY 2025 DHS Standard Terms and Conditions, which include newly imposed conditions that are challenged in this lawsuit, are likely to be incorporated into the

agreements for these AFG, HMGP, SHSP, and UASI grants.

**Irreparable Harm From the Potential Loss of DHS/FEMA Funding**

15. DHS/FEMA's newly imposed conditions that are challenged in this case will force Pasadena to accept those conditions or potentially lose access to millions of dollars in DHS/FEMA funding. The impacts of losing this funding would be devastating.

16. For example, if the Pasadena Fire Department lost its AFG, SHSP, and UASI funding, the Fire Department would have to devote a substantial amount of its operating budget funds toward these grant projects, leading to less money to fund vital Fire Department programs and activities. In addition, if the Pasadena Fire Department lost UASI funding which it uses to purchase specialized equipment, Pasadena would likely have to reduce its purchasing of this equipment, weakening its ability to respond to active incidents and work preventatively to avoid major disaster and thereby increasing the risk of harm to the city's residents.

17. Similarly, if Pasadena lost its HMGP funding, it would negatively impact Pasadena's ability to complete future mitigation projects and, in turn, increase the risk of harm to residents and property during future disasters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Sept 29, 2025 at Pasadena, California.

MATTHEW E. HAWKESWORTH