| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:   Raphael.Rajendra@cco.sccgov.org<br>         Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:   David.Louk@sfcityatty.org<br>         Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>   Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>   Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF BRIAN COCHRAN** |

# DECLARATION OF BRIAN COCHRAN

I, Brian Cochran, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Assistant City Manager for the City of Petaluma. I have held this position from October 2019 to the present. I report directly to the City Manager and carry out a broad range of duties assigned and delegated by the City Manager, including working supervision and oversight of the Finance Director and Finance Department functions, subject to the oversight and control of the City Manager. Before joining Petaluma as its Assistant City Manager, I was employed by the City of Napa as its Finance Director from April 2017 to October 2019.

## Background

3. Petaluma is the second largest city in Sonoma County, California. Petaluma is a full-service, charter city, with a budget of $348 million for 2025/2026 and serving a population of about 60,000 residents with police, fire, parks, public works, housing, airport, marina, and other services, with many of the City services relying in part on federal grant support. Of particular relevance for this litigation, Petaluma, while not directly impacted by recent Sonoma County wildfires, including the Tubbs fire in 2017, the Glass Fire in 2020, and others, has provided important resources for directly-affected jurisdictions, including by activating Petaluma's Emergency Operation Center to provide logistical support; providing mutual aid and emergency response in affected jurisdictions through the City's Police and Fire Departments; by opening and operating evacuation centers to receive evacuees at the City's Community Center, and evacuees and animals, including farm animals, at the City's Fairgrounds; and coordinating other evacuation centers with local faith-based organizations and non-profits. Petaluma's costs of providing such emergency response during regional disasters have been reimbursed by FEMA pursuant to the California Office of Emergency Services ("Cal OES") coordinated emergency response system. In the past, Petaluma has also received multiple Assistance to Firefighters (AFG) grant awards, along with State Homeland Security Grant program (SHSGP) subawards that, together over time, have totaled in the millions of

dollars. For FY 2026, the Petaluma Police Department anticipates receiving a Mobile Vehicle Barrier Equipment subaward of $47,018 and the Petaluma Fire Department anticipates additional Disaster Preparation for Seniors funding.

**Petaluma DHS/FEMA Grant Funding**

4. DHS/FEMA funding awarded or allocated to Petaluma for the current fiscal year totals approximately $659,695 from two grants. For each of the current DHS/FEMA awards, Petaluma is a subrecipient rather than a direct grantee. The two current allocations for Petaluma consist of a grant award from the Cal OES Emergency Operations Center (EOC) Grant Program of $637,195 for FY 2024 and an allocation (not yet awarded) of $22,500 from the County of Sonoma Disaster Preparedness for Seniors Program.

5. The current Cal OES grant award of $637,195, made pursuant to FEMA's Emergency Operations Center Grant Program, provides important funding for the construction of the City's new combined Police, Fire, and Emergency Operation Center facilities on the City's Fairgrounds property. The new facilities will support the City's response to local and regional disasters and emergencies like the wildfire disasters during which Petaluma has provided critical mutual aid and evacuee support. The performance period for the Cal OES grant commenced August 1, 2024 and continues through April 30, 2027.

6. The Sonoma County grant allocation of $22,500 is made pursuant to the State Homeland Security Grant Program for FY 2025. The grant will be used to provide funds for disaster preparedness for seniors to help ensure the City's readiness to assist the City's senior populations during emergencies such as wildfire emergencies and also flooding events along the Petaluma River. There are seven mobilehome parks in Petaluma, five of which are senior mobilehome communities, and an important part of the City's emergency response support for vulnerable community members has included support for mobilehome park residents threatened by flooding events.

7. The Sonoma County grant award of $22,500 for disaster preparedness for seniors has been recommended but not yet awarded, and if awarded, the funding is expected to be available in approximately February 2026. Petaluma has not yet entered an agreement requiring certification to the conditions at issue in this litigation. However, as the funding is being allocated pursuant to the

Fiscal Year 2025 State Homeland Security Grant Program, we anticipate that the 2025 DHS Standard Terms and Conditions at issue in this litigation will form a part of the grant award.

8. Petaluma also intends to apply for future DHS/FEMA grant funding when those opportunities become available.

### Irreparable Harm From the Potential Loss of DHS/FEMA Funding

9. Imposition of the new grant conditions at issue in this litigation would force Petaluma to accept those conditions or potentially lose access to critical DHS/FEMA funding. As noted, Petaluma uses DHS/FEMA grant funding to serve a critical role providing mutual aid and evacuee support in regional emergencies, like the Tubbs and Glass wildfires—and the wildfire threat to the region shows no signs of abating. Petaluma also uses this funding to protect its own residents, including those who will benefit from projects like the new Emergency Operations Center (EOC) as well as some of Petaluma's most vulnerable residents, seniors who will require Petaluma's assistance in the event of local fire or flooding events. During the 2017 Tubbs fire in Santa Rosa, a number of residents in a senior mobile-home park tragically lost their lives because they were unable to evacuate their homes in time.

10. Loss of this funding would thus be significantly detrimental to Petaluma's disaster preparedness and response capability, putting local lives and property at risk. That is particularly true given that, until Petaluma's new Police and Fire headquarters and EOC facility is constructed and open, the City will continue to rely during emergencies on improvised EOC capabilities in the Police Department. The Police Department facilities, which the new public safety headquarters building will replace, do not meet current emergency facilities standards, including seismic standards. Loss of the FEMA EOC funding could delay the opening of the new public safety and EOC facilities while the City works to replace the lost funding, and/or increase pressure on the City's General Fund.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

///

1 | Executed on 9/29/2025 at Petaluma, California.

_____
Brian Cochran

4

Declaration of BRIAN COCHRAN                                    Case No.