| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail: Raphael.Rajendra@cco.sccgov.org<br>Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail: David.Louk@sfcityatty.org<br>Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF ARIEL SOLIE** |

**DECLARATION OF AREL SOLIE**

I, AREL SOLIE declare:

1. I am a resident of the State of Washington, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Department of Emergency Management Director for Pierce County, Washington. I have been in my position since 2025. As Director, I am responsible for leading the county's emergency management program, which includes emergency preparedness, mitigation, response, and recovery. I advise the County Executive and Council on emergency management issues and provide leadership to managers and staff in the administration of our entire department's operations, budget, and activities. I serve in a critical leadership role as defined by the Pierce County Comprehensive Emergency Management Plan (CEMP) during emergencies or disasters and coordinate policy level emergency management activities among federal, state, and local partners.

3. My prior relevant employment history includes Homeland Security Section Commander at the Washington State Patrol where I oversaw emergency management operations and grants, and Section Manager at the Washington Military Department, State Emergency Management Division where I established the state of Washington's federal homeland security grant program and associated processes and served as the State Administering Agency. This represents a combined 22 years of emergency management and federal homeland security grant experience.

**Background**

4. Pierce County, Washington is home to diverse hazards including floods, wildfires, earthquakes, hazardous materials, extreme weather, and volcanic activity from Mount Rainier that could result in a major lahar mud flow. With over 1800 square miles and a population nearing one million, Pierce County the second largest county in the state of Washington and the 56th largest county in the nation. Pierce County is home to an international shipping port and Joint Base Lewis-McChord. Pierce County has many soft targets including stadiums, fairgrounds, and a ferry transportation system. Several major state routes and interstates run through Pierce County, and we also have a significant number of essential bridges that connect communities, islands, peninsulas and waterways. Pierce

County is part of the Seattle Metropolitan Statistical Area, which is ranked between 13th and 16th annually for national terrorism risk. Pierce County is the host of a FIFA World Cup 2026 Fan Zone, part of a larger multi-week international soccer tournament that will monopolize most emergency response resources in our County and in neighboring King County. FIFA expects upwards of 750,000 people to visit the region for these international soccer matches.

**PIERCE COUNTY'S DHS/FEMA Grant Funding**

5.       Pierce County is heavily reliant on federal homeland security grant funding to support critical emergency management and homeland security terrorism related projects, resources, and operations. Pierce County is currently managing active federal homeland security grant awards, both direct and indirect, totaling $19,516,544. It also has pending applications for an additional $3,122,747 of non-competitive grants with FEMA, and Pierce County expects to apply for a minimum of $3,000,000 in federal homeland security, emergency management, and mitigation funding within the next year. Grant funding represents over 50% of Pierce County's emergency management funding. Pierce County currently applies for one grant directly through DHS/FEMA, and the remaining current grant opportunities are indirect subrecipient grants from applications and awards through the Washington Military Department, Emergency Management Division.

6.       Pierce County has the following active direct Department of Homeland Security/Federal Emergency Management Agency (DHS/FEMA) awards: Federal Fiscal Years (FFY) 2023 and 2024 FEMA Urban Search and Rescue (US&R), Washington Task Force 1: $2,811,213 plus reimbursement for federal deployments totaling $6,522,506 in federal US&R funding. The FEMA US&R program provides a highly specialized search and rescue response capability that can be deployed within four hours to catastrophic events throughout the country. The US&R program has been funded by FEMA since at least 2002. This Task Force is comprised of over 200 trained members from various agencies across the state who become certified to respond in certain roles to search and rescue efforts. This includes structural collapse and stabilization, swiftwater rescue, search K9 teams, medicine, hazardous materials, engineers, and logistics personnel. Washington's US&R team is one of 28 across the nation that are funded by FEMA.

7.       Active indirect/subgrantee awards to Pierce County include the FFY 2023 and 2024

1  State Homeland Security Program (SHSP) grant, the FFY 2024 Urban Area Security Initiative (UASI) grant, the FFY 2024 Emergency Management Performance Grant (EMPG), and the multi-year Hazard Mitigation Grant Program grant (HMGP).

8. The SHSP grant totals $1,165,115 which supports 2 emergency management staff who lead exercises, mass care, reunification, incident command, active shooter drills, specialty team training, rescue task force equipment (ballistic protection vests, helmets, trauma kits for fire departments), intelligence and information sharing process development in the County Emergency Operations Center (EOC), and Community Emergency Response Team training. This grant is relied upon by the Puyallup Tribe of Indians, large and small cities within Pierce County, and essential response partners in public health, public works, education, fire, law enforcement, search and rescue. The grant provides critical resources for mass care, training and exercises, critical response equipment, information sharing, and emergency preparedness.

9. The UASI grant totals $671,299 which supports two emergency management staff who lead regional planning efforts, procurement of an Explosive Ordinance Disposal (EOD) bomb response vehicle, and UASI jurisdictional collaboration. Although much of this grant is terrorism and law enforcement focused, the all-hazard benefits from these grants support planning, training, exercises, organization, and equipment for all jurisdictions in Pierce County and all partner response agencies, to include the partners listed above.

10. The EMPG grant totals $281,957 which supports 1.8 staff in support of emergency operations and the County's ability to plan for, communicate with partners, and respond effectively to disasters.

11. The HMGP grants total $7,477,553 which supports two staff to prepare and promulgate the County's Hazard Mitigation Plan and coordinate hazard mitigation projects (power resiliency to critical radio site, Community Wildfire Protection Plan, and lahar sirens). Pierce County applied for these grants in calendar years 2021 and 2022, and our current grant agreements are in place through April 2026 and February 2027. Post-disaster funding through HMGP is handled on a reimbursement basis through the Washington Military Department. One additional HMGP grant award is currently under review by Pierce County for wildfire scoping totaling $49,673.

12. For these and other indirect/subrecipient grants, Pierce County prepares project descriptions/applications which are consolidated into formal applications/investment justifications and submitted as statewide applications by the State Administrative Agency (SAA). SHSP, UASI, EMPG and HMGP are all reimbursement grants. For these and similar grants, Pierce County receives an award or sub-recipient award, expends the funds within prescribed categories and deliverables, and submits reimbursement requests either through the SAA or directly from FEMA. These programs address terrorism prevention, all-hazard mitigation, and all-hazard preparedness and response activities.

13. Pierce County's FY25 FEMA US&R grant application was submitted directly to DHS/FEMA for approximately $1.2 million. Pierce County has received this award every year since at least 2002 and has built an incredible team of highly trained responders to answer the call within Washington or across the nation to emerging disasters. This grant is available to jurisdictions by invitation only and the Pierce County, Washington Task Force 1 (WA-TF1) team has responded to disasters such as 9/11/2001 World Trade Center, Hurricanes Katrina, Milton and Helene, Maui wildfires (2023), and Texas floods (2025). There are four staff funded by this grant who ensure the Task Force is trained, deployable, with all equipment on hand and operational. For direct grants such as US&R, Pierce County prepares and submits applications directly to DHS/FEMA through an online application portal (currently called FEMA GO). Pierce County receives an award, expends the funds within prescribed categories and deliverables, and submits reimbursement requests directly from FEMA. Pierce County also has agreements with the participating agencies who provide the Task Force team members. When task force team members train or deploy, the participating agencies submit reimbursement to Pierce County and Pierce County requests reimbursement from DHS/FEMA. Once DHS/FEMA reimburses Pierce County, the county then reimburses the participating agency for their expenses. The NOFO for this grant was released on July 28, 2025 and the county applied on August 12, 2025.

14. On September 26, 2025 Pierce County received the FY 2025 US&R Cooperative agreement. Article 19 of the agreement is titled "Anti-Discrimination" and imposes the DEI

condition that was referenced in the FY 2025 US&R NOFO on recipients[1]. Further, Article 31 incorporates all of the NOFO requirements by reference. Article 33 states, "Recipients must comply with the requirements of Presidential Executive Orders related to grants (also known as federal assistance and financial assistance), the full text of which are incorporated by reference."

15. The US&R award package also contains a requirement for communication and cooperation with immigration at Article 11, however, that requirement appears to be waived in Article 60 which is titled "Non-Applicability of Specific Agreement Articles." Notably, Article 60 only exempts paragraph (2)(a)(iii) of the Anti-Discrimination provision in Article 19, and the "President Executive Orders" provision is not exempted.

16. In a communication sent on Friday, September 26, FEMA indicated that that there was an award date deadline discrepancy between the FEMA GO system and the US&R award. It is my understanding that the FEMO GO system indicates that recipients have 30 days to accept instead of 90 days as indicated in the award. FEMA indicated that the FEMA GO system will be updated to reflect 90 days to accept. Based on this, I believe Pierce County will have 90 days to review terms and accept or decline the award.

17. Pierce County submitted the FY25 Urban Search and Rescue Task Force grant

---

[1] Article 19 of the US&R Cooperative Agreement states: Recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 372(b)(4). (1) Definitions. As used in this clause – (a) DEI means "diversity, equity, and inclusion." (b) DEIA means "diversity, equity, inclusion, and accessibility." (c)Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190 of January 29, 2025. (d) Federal anti-discrimination laws mean Federal civil rights law that protect individual Americans from discrimination on the basis of race, color, sex, religion, and national origin. (e) Illegal immigrant means any alien, as defined in 8 U.S.C. § 1101(a)(3), who has no lawful immigration status in the United States.(2) Grant award certification. (a) By accepting the grant award, recipients are certifying that: (i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and (ii) They do not engage in and will not during the term of this award engage in, a discriminatory prohibited boycott. (iii) They do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration. (3) DHS reserves the right to suspend payments in whole or in part and/or terminate financial assistance awards if the Secretary of Homeland Security or her designee determines that the recipient has violated any provision of subsection (2). (4) Upon suspension or termination under subsection (3), all funds received by the recipient shall be deemed to be in excess of the amount that the recipient is determined to be entitled to under the Federal award for purposes of 2 C.F.R. § 200.346. As such, all amounts received will constitute a debt to the Federal Government that may be pursued to the maximum extent permitted by law.

application to FEMA via the FEMA GO application portal on August 12, 2025. The grant application deadline was 11:59pm August 11, 2025, but FEMA inadvertently closed the FEMA GO application portal at 5:00pm, requiring FEMA to re-open the application portal on August 12. Pierce County's application was submitted by my staff, at my request, in my capacity as the Director of Emergency Management and the USAR WA-TF1 Sponsoring Agency Chief. As part of the application, we attached a letter signed by me dated August 7, 2025 requesting written confirmation from FEMA that the portions of the FY2025 DHS Standard Terms and Conditions and assurances not specifically exempted in the FY 2025 USR NOFO apply only to program funds and how they are utilized as outlined in the FY25 NOFO and do not apply to Pierce County generally as an entity. However, Pierce County did not receive any such assurances, and on September 3, 2025, the County received a "NOTICE TO RECIPIENTS" of FEMA grant funding from the agency. The notice contained the following language:

> FEMA also advises recipients and subrecipients to review and adhere to the Attorney General's "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination" (July 29, 2025). This guidance clarifies the application of federal antidiscrimination laws to programs or initiatives that may involve discriminatory practices, including those labeled as Diversity, Equity, and Inclusion ("DEI") programs, and identifies best practices. Entities receiving federal funds, like all other entities subject to federal antidiscrimination laws, must ensure that their programs and activities comply with federal law and do not discriminate on the basis of race, color, national origin, sex, religion, or other protected characteristics-no matter the program's labels, objectives, or intentions.

Please see attached Letter from FEMA Regarding Notice to Recipients attached as Exhibit A and Notice to Recipients attached as Exhibit B.

18. In addition to US&R grant funding, Pierce County is expecting in FFY25 $473,054 in SHSP grant funding, $2,403,876 in UASI grant funding (under the Homeland Security Grant Program (HSGP), $308,000 in HMGP funding ,and $245,817 in EMPG grant funding. These funds are received through the State Administering Agency (SAA), Washington Military Department, Emergency Management Division, and administered by Pierce County on behalf of all jurisdictions within the county.  This funding is directed toward planning, organization, training, equipping, and responding to a terrorist attack within Pierce County or in mutual aid support of another county in Washington.

Pierce County expects to request at least an additional $3,000,000 in DHS/FEMA funding within the next year, including Hazard Mitigation Grant Program funding for lahar, warning systems, and wildfire mitigation and education. Pierce County also anticipates requesting DHS/FEMA funding for FIFA World Cup 2026, for which a grant program is set to open in October 2025 and this funding amount is still unknown. These will all be reimbursement grants and indirectly awarded grants through the Washington Military Department, Emergency Management Division. These indirectly funded grants have significant regional benefit and Pierce County Department of Emergency Management coordinates the funding, training, exercises, and equipment associated with these funding streams.

19. I have reviewed the NOFO for the FY 2025 Homeland Security Grant Program (HSGP) and it incorporates the FY 2025 DHS Standard Terms and Conditions. Specifically, the NOFO states:

> A recipient under this funding opportunity must comply with the DHS Standard Terms and Conditions in effect of the date of the federal award. The DHS Standard Terms and Conditions are available DHS Standard Terms and Conditions | Homeland Security. For continuation awards, the terms and conditions for the initial federal award will apply unless otherwise specified in the terms and conditions of the continuation award. The specific version of the DHS Standard Terms and Conditions applicable to the federal award will be in the federal award package.

20. Additionally, page 50 of the NOFO which addresses the submission process for non-disaster grant program reimbursement and requires the grant recipient to disclose "Subrecipient Funding Details" including "Whether the subrecipient's work or mission involves supporting aliens, regardless of whether FEMA funds support such activities," "Whether the payment request includes an activity involving support to aliens", and "Whether the subrecipient has any DEI practices." Finally, the NOFO contains a paragraph on page 50 entitled "Materiality of Pending Immigration Condition."

21. In addition to the HSGP NOFO, I have reviewed the NOFO for the FY 2025 Emergency Management Performance Grant Program (EMPG). The EMPG NOFO has similar language as the HSGP NOFO referenced above and states that "A recipient under this funding opportunity must comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award." The EMPG NOFO also requires recipients to report the same information for subrecipient reimbursement requests regarding providing support to "aliens" and whether the

subrecipient has any "diversity, equity, and inclusion practices." Finally, the EMPG NOFO contains the same "Materiality of Pending Immigration Condition" as the HSGP NOFO.

22. My review of FY 2025 FEMA materials revealed a similar requirement for Subrecipient funding details in the FEMA FY 2025 Preparedness Grants Manual at Section 6.11.3. Specifically, the manual requires recipients to provide the following details about subrecipients for processing of reimbursement requests:

- The name, mission statement, and purpose of each subrecipient receiving funds, along with the amount allocated and the specific role or activity being reimbursed.
- Whether the subrecipient's work or mission involves supporting aliens, regardless of whether FEMA funds support such activities.
- Whether the payment request includes an activity involving support to aliens.
- Whether the subrecipient has any diversity, equity, and inclusion practices.

To my knowledge, this language awas not in prior preparedness manuals.

**Irreparable Harm From the Potential Loss of FEMA Funding**

23. Pierce County is concerned that the Department of Homeland Security's standard terms and conditions on FEMA grant funds, as applicable, may ultimately prevent the county from fully accessing the federal resources needed to protect our communities. Without access to DHS/FEMA funding Pierce County would lose approximately $6 million in current emergency management grant funding, not including the response costs that may be incurred for US&R Task Force deployments to disasters across the country.  The impact of losing these funds includes not only 11 FTEs that provide critical preparedness, mitigation, and response capabilities for the residents of Pierce County, but also essential catastrophic loss of Urban Search and Rescue response capability across the country. These funds protect the most vulnerable during a disaster and address a variety of hazards and threats facing Pierce County and the state of Washington.

24. Pierce County will suffer significant harm from the loss of these federal funds. This could include:

- Devastating impacts on the Pierce County general fund. Although federal grants are not guaranteed, most of Pierce County's FEMA grants have been consistently awarded since 2002 and 2003. Pierce County's economic forecast combined with the potential loss of federal funding in several service areas across the county – and within the state legislative

budget – will create significant strain on the county budget if federal funding is not accessible.

- Pierce County does not have alternate funding options to support these efforts without without making reductions to other county services. These federal funds for local emergency management were appropriated by Congress in 2024 with no indication that the funding landscape would change or that these previously awarded grants may no longer be available due to a significant change in federal terms and conditions.

- These programs impact those most vulnerable after a disaster as mass care, family reunification, community emergency response teams, emergency operations, cyber security, situational awareness, active threats, training and exercises, forward looking infrared camera for law enforcement, and other projects in support of all Pierce County residents. Additionally, many of the federal funds intended for Pierce County are regional in nature, meaning that Pierce County accepts the funds and directs the projects such as vehicle barrier purchases, active threat training, and Hazard Identification and Threat Assessment data analysis on behalf of the entire Urban Area (Pierce County, King County, Snohomish County, City of Seattle, City of Bellevue).

- The economic impact of these awards totals between $4 million and nearly $20 million in a single award year.

- The impacts of even a temporary interruption during the pendency of the litigation include the inability for Washington's Urban Search and Rescue Task Force to deploy to disasters; a requirement for Pierce County to identify funding to support grant-funded personnel while award language is being reviewed by legal personnel.

- Impact of uncertainty regarding future funding, specifically the ability to engage in long-term planning and make commitments to other agencies and organizations

- Potential layoff of up to 11 employees with the capabilities to not only prepare and plan during steady state but also to pivot to emergency response operations during a disaster or emergency.

- In addition to the potential loss of the FEMA US&R Task Force's ability to respond to in-state disasters, Pierce County's ability to respond to disasters and emergencies will be harmed with the loss of funding for critical projects and personnel, such as the Oso landslide in 2014. Emergency management's primary objectives in a disaster are life safety, incident stabilization, and property preservation. If Pierce County loses these emergency management staff, it may lose the ability to effectively respond to natural disasters and other relevant emergencies, risking lives and property.

- Pierce County remains concerned that the subjectivity of the application of terms and conditions may place our programs at risk.

- Pierce County is in in a period of budget uncertainty where unanticipated losses of federal funding cannot be summarily absorbed by general fund dollars. If future funding is rescinded, unable to be accepted due to changing federal terms and conditions, or if Pierce County is no longer able to apply for funding due to terms and conditions, Pierce County would have to consider the critical body of work performed with this funding to determine what can be continued. This will have a cascading effect on other programs as cuts will be necessary to other county services to continue some of these grant-funded emergency management services at a reduced level even if they serve an important role to Pierce County or the state. Pierce County faces immense pressure with the volatility of federal funding and the unclear future for emergency preparedness and response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on SEPTEMBER 29, 2025 at Tacoma, Washington.



_____
AREL SOLIE