# EXHIBIT A


**U.S. Department of Homeland Security**
Washington, D.C. 20472



# GENERAL MEMORANDUM

September 3, 2025

| | |
|---|---|
| **FOR:** | National Urban Search and Rescue Response System Program Managers/Grant Managers |
| **FROM:** | Catherine Deel, Branch Chief Urban Search and Rescue Branch |
| **SUBJECT:** | **US&R GM 2025-029 – Message from the Grant Programs Directorate (GPD) – Due Diligence Notice to Recipients Regarding Monitoring of Disaster and Non-Disaster Federal Awards** |

The purpose of this General Memorandum is to forward important information from the Grant Programs Directorate (GPD):

On September 3, 2025, FEMA will issue a notice to all grant recipients about U.S. Department of Homeland Security's (DHS) continued effort to monitor grant activities for disaster and non-disaster grants. This notice will make it clear that all recipients and subrecipients are expected to fully cooperate with requests for documentation related to this monitoring, timely completion of work and associated drawdowns, and a federal award's period of performance. It also notifies them that FEMA will no longer be waiving or adjusting non-federal cost-sharing requirements under a federal award without exigent circumstances, which is not applicable to the US&R Readiness Cooperative Agreements.

Questions regarding this GM should be directed to Buddy Ey (elwood.ey-iii@fema.dhs.gov) or Cat Deel (catherine.deel@fema.dhs.gov). If you have any questions regarding the notification itself, please email NDGrants@fema.dhs.gov or Cat Deel.

Attachment