TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF LEYNE MILSTEIN** |

## DECLARATION OF LEYNE MILSTEIN

I, Leyne Milstein, declare:

1. I am a resident of the State of California, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am currently employed by the City of Sacramento as the Interim City Manager. I officially assumed the role on January 14, 2025.

3. I began working for the City of Sacramento in 2005 as a Principal Budget Analyst, assumed the role of Budget Manager in 2006, and in 2008, I was appointed as the Director of the Finance Department. In 2017, I became an Assistant City Manager, overseeing the Finance, Human Resources, and Information Technology Departments. I held this position until I was appointed the Interim City Manager in January 2025.

4. Sacramento's City Manager is the Chief Executive Officer of the City and is responsible for the leadership and direction of all operations, programs, and services, per the Sacramento City Charter. As the Interim City Manager, I oversee all City operating and support services departments, consisting of 6,000 full-time, part-time, and seasonal employees; manage the City's annual operating budget; and facilitate the implementation of the Sacramento City Council's policies and priorities.

5. Sacramento is the capital city of the state of California, which is currently the fourth largest economy in the world, and it lies at the confluence of the Sacramento River and American River. At the 2020 census, the City of Sacramento had a population of 524,943.

6. As detailed herein, for FY 2025, Sacramento has been awarded, and has yet to accept, approximately $1.4 million in DHS/FEMA grants. Sacramento has also requested approximately $10 million in DHS/FEMA grants for FY 2024 and FY 2025 combined, and these requests are still pending.

### Urban Areas Security Initiative

7. The Sacramento Police Department receives approximately $3 million annually in funds from the Homeland Security Grant Program, Urban Areas Security Initiative ("UASI"). The

amount fluctuates year-to-year, depending on federal appropriations and whether FEMA's risk methodology changes and impacts the allocation calculation.

8. Sacramento primarily uses the UASI funds to prevent, prepare for, protect against, respond to, and recover from acts of terrorism and other catastrophic events.

9. USAI grant funds pay for a Director (Police Lieutenant), Program Specialist, Exercise & Evaluation Coordinator (Fire Captain), and an Administrative Analyst. The grant also pays for Fusion Center personnel that are mandated by the grant to enlist for at least one project.

10. On September 23, 2025, the Sacramento Police Department submitted its FY 2025 "pre-application" in the amount of $3,734,739.00 to Cal OES. The "pre-application" is currently pending review. Because the application remains outstanding and based on the NOFO for the grant, Sacramento anticipates that DHS / FEMA will apply the 2025 DHS Standard Terms and Conditions, including the conditions challenged in this lawsuit, to the grant.

11. The Sacramento Police Department's UASI application process typically involves submitting a "pre-application" to Cal OES, detailing its plan for the coming grant year. The "pre-application" is reviewed by Cal OES and submitted to FEMA for final approval. Once approved by FEMA, the Sacramento Police Department receives an award letter, which is submitted to the Chief of Police with the budget of the approved funding amount. Once the Chief signs off on the award, City Council approval is sought. If the award is approved by the City Council, the grant award packet goes through the appropriate signature process and is submitted to Cal OES for final approval. Grant funds are received on a reimbursable basis.

12. Sacramento receives approximately $3 million annually (for a three-year grant period) through the UASI. This funding is critical for terrorism preparedness. The dollars support specialized equipment, multi-agency training, and response planning for high-risk incidents like chemical, biological, and cyber-attacks. The funding strengthens regional readiness and ensures interoperability among public safety agencies in and around our capital city.

13. Losing UASI support would reduce police access to counterterrorism resources, intelligence sharing, and rapid-response tools. Fire agencies would face setbacks in hazmat and

chemical, biological, radiological, and nuclear readiness, while emergency management offices would struggle with regional disaster planning.

14. The Sacramento Police Department anticipates it will apply for a UASI grant for FY 2026.

### Urban Search and Rescue

15. The Sacramento Fire Department receives approximately $1.5 million annually in funds from Urban Search and Rescue grant ("US&R").

16. Sacramento uses the US&R funds for the purchase of all US&R related supplies, equipment, and training – which may include US&R related travel. The US&R program is used for FEMA deployments such as natural disasters, terrorist attacks, and may support state deployments as requested.

17. The Sacramento Fire Department heavily relies on the US&R grant as it funds the whole US&R program/team. The grant funds five main administrative roles (two logistics coordinators, an analyst, an administrative technician, and a training manager), in addition to approximately 207 US&R members.

18. The Sacramento Fire Department applied for, and on September 25, 2025, was awarded a total of $1,497,311.00 in funds for FY 2025 US&R. The award agreement requires Sacramento to accept the newly imposed conditions challenged in this lawsuit.

19. US&R is a reimbursable grant and all US&R expenses are reimbursed during drawdown.

20. US&R is a major source of funding for Sacramento. Loss of these funds would have a large impact on Sacramento Fire Department because it is a key resource for emergency responses.

21. Sacramento Fire Department anticipates applying for a US&R grant in FY 2026. However, FEMA determines the amount, and this information has yet to be released.

### Assistance to Firefighters Grant Program

22. Sacramento Fire Department also receives funds from the Assistance to Firefighters Grant Program ("AFG").

23. Sacramento uses these AFG funds to provide essential health and wellness services for our firefighters that are either not covered in the City's budget or exceed allocated funding. These services focus on enhancing physical, medical, and mental health programs. For example, the Sacramento Fire Department contracts with third-party vendors to offer comprehensive medical and physical screenings aimed at early detection and intervention. This strategy ensures better care and treatment for our firefighters while reducing overall injury-related costs.

24. The amount of funds request by the Sacramento Fire Department each fiscal year varies depending on the needs of the health and safety of its members.

25. For FY 2023, the Sacramento Fire Department received an AFG award of $1,424,975.00 ($1,295,431.81 federal funding and $129,543.10 City match). The Sacramento Fire Department is currently in the period of performance for the FY 2023 AFG, which ends on September 25, 2026.

26. In December 2024, Sacramento Fire Department submitted its FY 2024 application for $7,381,313.41 (10% match required) and the application is still pending. Because the application remains outstanding and based on the NOFO for the grant, Sacramento anticipates that DHS / FEMA will apply the 2025 DHS Standard Terms and Conditions, including the conditions challenged in this lawsuit, to the grant.

27. The AFG is a reimbursable grant.

28. The Sacramento Fire Department would be adversely impacted if it is not granted the funds requested in its FY 2024 AFG application. Without these funds, the department would have to rely on institutional processes and underfunded budget lines for health and wellness programs for its firefighters – an approach that has proven to be reactive and ineffective.

29. The Sacramento Fire Department plan to submit applications for any future opportunities for AFG funds. The amounts request will vary based on the needs of the department at the time of the application period.

30. In conclusion, the programs funded by UASI, US&R, and AFG provide key public safety services to the City of Sacramento, our state capital, and its residents. Sacramento simply

does not have the budget to absorb the loss of these funds and the loss of any one of them would be devastating to the City and the residents we are charged with protecting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/29/25 at Sacramento, California.

_____
LEYNE MILSTEIN