TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-8330 <br><br> **DECLARATION OF GABRIEL RUBI** |

## DECLARATION OF GABRIEL RUBI

I, Gabriel Rubi, declare:

1. I am a resident of the State of California, and I am over the age of 18 years. I am competent to testify as to the matters contained in this declaration, and make it based on my personal knowledge, as well as my review of the City of San Diego's ("San Diego") relevant business records.

2. Currently, I serve as the Supervising Management Analyst for the City of San Diego's Fire-Rescue Department (SDFD). In this role, I oversee the grants budget and assist in the grants administration of SDFD. This includes administering grant funding from the U.S. Department of Homeland Security (DHS) and Federal Emergency Management Agency (FEMA).

3. SDFD encompasses all fire, emergency medical, lifeguard, as well as management personnel. Specifically, SDFD provides 9-1-1 services, fire inspections and permits, and emergency and rescue services, in addition to hazard prevention and safety education for the community, to ensure the protection of over 1.4 million San Diego residents and the environment.

4. As a coastal city in Southern California with a port, harbor, and border with Mexico, San Diego uniquely faces increased border and national security threats and wildfire risks. These are several reasons why San Diego receives and relies on substantial DHS grant funding, most of which are from FEMA and are passed through the State of California or County of San Diego.

5. San Diego's federal funding derives from numerous FEMA grant programs, some examples being the Port Security Grant Program (PSGP), Assistance to Firefighters Grants Program (AFG), and the National Urban Search and Rescue (US&R) Response System. (The City of San Diego's Office of Emergency Services (OES) also relies on several FEMA grants, as addressed in a declaration submitted by OES Executive Director Christopher Heiser.)

6. SDFD has received approximately $13.5 million in awarded active FEMA grants for these programs and it has applied for these programs for recent fiscal years.

7. San Diego's FEMA grants are set up on a reimbursement basis. They require the expenditure of San Diego's funds for eligible costs and federal reimbursement later.

8. More specifically, the Port Security Grant is intended to help protect critical port infrastructure from terrorism, enhance maritime domain awareness, improve port-wide maritime security risk management, and maintain maritime security mitigation protocols.

9. Previously, in 2018, San Diego was a recipient of the Port Security Grant and used funding for SDFD lifeguards to purchase a Radiological Nuclear Detection Capable All-Hazards Response Vessel to update their fleet. Upgrading SDFD's fleet with new capabilities and modern technology is vital for operational readiness, particularly for search and rescue operations and to address port security threats or medical emergencies in the region. For instance, SDFD may need to deploy detection equipment with patrol units or recover an abandoned smuggling vessel. SDFD has expended all funds under this awarded grant and received federal reimbursement.

10. More recently, San Diego's Fire-Rescue Department applied for a Port Security Grant in the amount of $995,011.50 for Fiscal Year 2025, with a required match of $331,670.50 out of San Diego's funds. If awarded, SDFD lifeguards would use funding to purchase another Radiological Nuclear Detection Capable All-Hazards Response Vessel to expand and update their fleet.

11. The new vessel anticipated to be purchased with PSGP funding will enhance SDFD's emergency response capabilities. Specifically, it would enable SDFD's lifeguards to rapidly respond to all hazards in the region, including any potential terrorist strike against San Diego's densely populated and active harbor, which is identified as a Soft Target and Crowded Place (ST-CP). As a mutual aid resource, this vessel is expected to support marine security functions by sweeping pier hulls and visualizing underwater improvised explosive devices though its integrated technical systems. Additionally, it will allow SDFD lifeguards to employ the most current public safety technology to mitigate threats against the vulnerability of ST-CPs in the port region as well as augment efforts being made by San Diego to improve maritime domain security.

12. At present, SDFD has not yet been notified whether it has been awarded the Port Security Grant. However, if San Diego is unable to receive funding for the above-described vessel, it would limit SDFD's capabilities to detect threats and quickly respond to emergencies. And any newly imposed conditions would force San Diego to accept the conditions or lose access to nearly $1 million in PSPG funding for a vessel that San Diego's Fire-Rescue Department truly needs.

Declaration of Gabriel Rubi

13. Without PSGP funding, San Diego has no alternate funding source to purchase an updated vessel for SDFD's lifeguards. Currently, SDFD lifeguards rely on a relatively outdated fleet and require the updated capabilities of a new vessel to continue protecting San Diegans along the coast. So far, in 2025, SDFD's lifeguards have responded to 110 search and rescue incidents and 211 vessel assist incidents. And SDFD needs to be equipped to address future incidents.

14. In addition, San Diego is a direct recipient of the Assistance to Firefighters Grants Program, of which SDFD was awarded approximately $2.2 million in prior fiscal years.

15. The purpose of the AFG program is to fund critically needed resources to equip and train emergency personnel such as firefighters and first responders, enhance operational efficiencies of Fire Departments, and support community resilience. AFG aims to protect the health and safety of the public as well as firefighting personnel against fire and fire-related hazards.

16. SDFD relies on and expends AFG funds to purchase essential equipment and gear to protect San Diego's firefighters and first responders. These include personal protective equipment, vehicle extrication and stabilization equipment to safely extract trapped individuals from their vehicles, self-contained breathing apparatuses, personal escape systems, health screening exams to properly detect and identify health hazards, and fire station fitness equipment to support the health, fitness, and training of SDFD firefighters when responding to emergencies. Most of these purchases improve firefighter safety, support compliance with National Fire Protection Association (NFPA) standards, reduce occupational health risks, and modernize department equipment.

17. SDFD previously applied for approximately $1 million in AFG funding but has not yet heard back on whether it received an award. In its grant application, SDFD indicated it seeks AFG funding to outfit two wildland firefighting faller teams and replace equipment that no longer meet current standards. Specifically, anticipated funds will be used to purchase Thermal Imaging Cameras and Select-O-Flow Combination Nozzles to enhance firefighter safety, improve operational effectiveness, and ensure compliance with evolving industry and NFPA standards.

18. AFG funding is critical to equip firefighters with modern PPE and the equipment they need to protect our communities as well as our environment from wildfires and disasters.

3

Declaration of Gabriel Rubi

19. Finally, San Diego is a direct recipient of funds from the National Urban Search and Rescue Response System. The purpose of the US&R program is to establish a framework for organizing federal, state and local emergency response teams as integrated federal disaster response task forces. These specialized task forces are equipped to conduct round-the-clock search-and-rescue operations following earthquakes, tornadoes, floods, hurricanes, aircraft accidents, hazardous materials spills, and catastrophic structural collapses. When deployed, these task forces support emergency responders' efforts to locate survivors and manage recovery operations.

20. In the San Diego region, SDFD spearheads the Urban Search and Rescue California Task Force 8 (CA-TF8) of the FEMA Urban Search and Rescue Task Force System. CA-TF8 is comprised of a large variety of emergency and non-emergency agencies in San Diego.

21. San Diego Fire-Rescue Department has approximately $10.5 million in active US&R awarded funds. Generally, SDFD is awarded over $1 million in US&R funding each year. Funding is used to purchase equipment as well as support San Diego's efforts on CA-TF8.

22. Recently, SDFD applied for US&R funding for Fiscal Year 2025 and received a FEMA award of $1,378,311.00. San Diego plans to use this award to cover the salaries of two administrative managers, pay for a series of specialized training sessions and FEMA refresher drills, and fund travel expenses to attend trainings and costs related to maintaining equipment and supplies. These are costs associated with San Diego spearheading a task force, maintaining a level of readiness for emergencies, as well as providing critical emergency response services.

23. San Diego does not have alternate funding to redirect to the task force if it were to lose its Fiscal Year 2025 award. And newly imposed grant conditions would force SDFD to comply with the new terms or lose access to critical funding to maintain its FEMA deployable readiness and effectiveness as an integral partner in search and rescue operations. The San Diego region depends on CA-TF8 to appropriately respond to emergencies, fire hazards, and disasters.

24. San Diego's Fire-Rescue Department provides crucial public safety services that are relied on by the entire San Diego community. The inner workings of the department are complex as are the matters that they handle. The uncertainty of grant funding negatively impacts SDFD's short-

and long-term financial planning, including its ability to plan out its budget. But ultimately, it harms SDFD's overall ability to respond to emergencies, risking the lives of San Diegans.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2025 at City of San Diego, California.

_____
Gabriel Rubi

Declaration of GABRIEL RUBI                                                                                      Case No.