| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:    Raphael.Rajendra@cco.sccgov.org<br>           Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:    David.Louk@sfcityatty.org<br>           Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>  Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF CHRISTOPHER HEISER** |

Declaration of CHRISTOPHER HEISER                                                        Case No. 3:25-cv-8330

**DECLARATION OF CHRISTOPHER HEISER**

I, Christopher Heiser, declare:

1.  I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of the City of San Diego's relevant business records.

2.  I am the Executive Director of the City of San Diego's Office of Emergency Services (San Diego OES). I have served in this role since 2021 and oversee disaster preparedness as well as emergency management and response, including recovery and mitigation programs. Previously, I was a Fire-Rescue Deputy Chief and Incident Commander with San Diego. Overall, I have served in many incident and emergency management capacities over my 40-year career.

3.  San Diego OES aims to promote a secure and resilient City with the capabilities required across the whole community to prevent, protect against, mitigate, respond to, and recover from threats and hazards that pose the greatest risk. San Diego faces a range of major emergencies including wildfires, earthquakes, flooding, and coastal storms due to its geography and climate. The City is also at risk of hazardous materials incidents tied to its busy port, highways, and industrial areas, as well as public health emergencies. San Diego's geographic location along the United States-Mexico border, which includes the busiest international port of entry in the world, as well as its major airport and numerous military installations renders it vulnerable to cross-border threats and terrorism acts targeting transportation and trade. San Diego OES actively identifies the responsibilities of disaster preparedness within our local jurisdiction to effectively respond in times of crisis with a coordinated, regional approach to ensure the safety of the entire San Diego region.

4.  During emergency situations, San Diego OES leads all response efforts at the city level and works closely with the California Governor's Office of Emergency Services (Cal OES) and San Diego County Office of Emergency Services (County OES). This is because emergency management and response involve partnerships among all levels of government.

5.  As part of its many responsibilities, San Diego OES coordinates the City's response to and recovery from emergencies. This includes but is not limited to developing comprehensive plans and procedures for emergencies; assessing threat levels; providing emergency preparedness

materials to the public; conducting and coordinating response trainings to disasters; and engaging in regional emergency planning efforts to protect the entire San Diego community.

6. While San Diego maintains its emergency management capabilities as part of its core municipal responsibilities, federal grant funding passed through Cal OES or County OES from the Federal Emergency Management Agency (FEMA) of the United States Department of Homeland Security (DHS) greatly enhances OES's overall ability to strengthen preparedness, response, and recovery operations. FEMA grants are critical in supporting and expanding the scope and effectiveness of San Diego's emergency management efforts.

7. Currently, San Diego OES heavily relies on three active FEMA grants—Urban Area Security Initiative (UASI), State Homeland Security Program (SHSP), and the Emergency Management Performance Grant (EMPG)—totaling an allocation of around $45 million. (The City of San Diego also relies on multiple other FEMA grants, as addressed in a declaration submitted by the Supervising Management Analyst for San Diego's Fire-Rescue Department Gabriel Rubi.)

8. San Diego OES's FEMA grants are set up on a reimbursement basis. This means that federal funds, once allocated and awarded to San Diego, do not become immediately available. Instead, federal grant programs require the expenditure of San Diego's own funds first with the expectation of submitting required documentation for federal reimbursement later.

9. San Diego OES's most significant FEMA grant is the Urban Area Security Initiative, which supports San Diego's ongoing efforts to enhance regional preparedness and capabilities in designated high-threat, high-density urban areas. OES administers the UASI grant on behalf of the San Diego Urban Area, distributing funding across multiple disciplines, 18 jurisdictions, and partner organizations to strengthen regional public safety and homeland security. UASI funding is primarily used to enhance the protection of soft targets and crowded places, promote intelligence and information sharing, combat domestic violent extremism, protect critical infrastructure, bolster cybersecurity, and improve community preparedness and resilience against terrorist attacks and other major incidents.

10. The UASI program is federally appropriated by Congress as part of the Homeland Security Grant Program. FEMA allocates UASI funding annually to eligible Urban Areas based on

a risk-based assessment that considers threat, vulnerability, and consequence factors including population density, the presence of critical infrastructure, and historical or emerging threat data. This approach ensures that federal resources are directed to Urban Areas facing the highest risk from terrorism and other major hazards, such as the San Diego Urban Area.

11. The San Diego OES UASI Grant Administrator serves as staff support for the Urban Area Working Group (UAWG). UAWG is a collaborative subcommittee established by the San Diego County Unified Disaster Council (UDC) to support regional emergency preparedness and homeland security efforts. Comprised of representatives from jurisdictions and first responder agencies across the Urban Area, the UAWG is tasked with enhancing capabilities to prevent, protect against, respond to, and recover from terrorist events and other hazards. Acting under the authority of the UDC, the UAWG leads the development of the San Diego Urban Area's Security Strategy, prepares UASI grant applications, and determines UASI funding allocations.

12. UASI funding supports specialized teams that significantly enhance regional safety and response capabilities. For example, the San Diego Police Department (SDPD) and San Diego Sheriff's Office (SDSO) jointly operate a helicopter program, utilizing federal funding to acquire critical equipment and foster coordination between both law enforcement agencies. UASI also funds the San Diego Fire-Rescue Department's (SDFD) bomb squad as well as the SDSO bomb squad, both of which are essential for responding to bomb threats and other high-risk incidents. While San Diego maintains its core public safety operations, UASI funding significantly strengthens these specialized units, improving their effectiveness and readiness. A loss of this funding would create vulnerabilities in the San Diego region, negatively impacting the City's response capabilities and overall public safety efforts.

13. The SDFD and the County of San Diego's Department of Environmental Health (DEH) also play essential roles in responding to hazardous materials (HAZMAT) incidents across the region. UASI funding supports the equipment and resources necessary for both agencies to effectively manage these high-risk situations. HAZMAT response is critical for safeguarding public health and safety, as it involves handling potentially dangerous substances that can pose significant threats to both people and the environment. Through coordinated efforts, SDFD and DEH ensure a

rapid, efficient response to minimize risks and protect the community.

14. UASI funding plays a crucial role in supporting public safety communications infrastructure, which is essential for coordinating emergency responses across the region. This funding helps maintain and upgrade key components of the City's communication systems, including cell towers, Computer Aided Dispatch (CAD) systems, radios, dispatch centers, and tower sites. Effective communication is vital for public safety, enabling emergency personnel to share real-time information, coordinate responses, and make informed decisions during emergencies. Any loss of UASI funding would significantly impair San Diego's ability to maintain and enhance these critical systems, creating limitations in the region's ability to respond to disasters, coordinate among agencies, and ensure the safety of the public.

15. UASI funding also supports regional staff salaries and technology at the San Diego Law Enforcement Coordination Center (LECC). As part of the National Network of Fusion Centers, the LECC serves as San Diego's regional threat assessment hub, gathering, analyzing, and sharing terrorism-related intelligence with agencies critical to homeland security efforts. Federal funding is essential for maintaining the LECC's ability to address emerging threats, such as terrorism, transnational organized crime, cyber threats, and natural disasters. Without UASI funding, the region would lose key LECC staff and technology, severely impacting the City's capacity for coordinated information sharing, terrorism prevention, and effective threat response. The loss of the LECC would undermine regional preparedness and compromise community preparedness and safety.

16. The region's SWAT teams are specialized tactical units trained to respond to high-risk incidents such as hostage situations, armed barricades, and terrorist threats. They play a vital role in regional safety, particularly given San Diego's proximity to the international border, frequent large-scale events, and critical infrastructure. UASI grant funds support these teams by providing essential training and equipment, including vehicles, night vision goggles, and tactical gear, which enhances their ability to operate safely and effectively. This support is critical to maintaining readiness and ensuring a coordinated response to complex emergencies.

17. Additionally, UASI funding plays a key role in supporting fire service training across

the region, with a strong emphasis on building technical rescue capabilities and enhancing response to structural and wildland fires. These funds allow agencies to conduct large-scale drills and specialized training that improve coordination and readiness across jurisdictions. The investment in training ensures firefighters are equipped to handle complex incidents such as building collapses, swift water rescues, and large brush fires. This preparedness is critical to protecting lives, property, and critical infrastructure throughout the region.

18. UASI funds support key San Diego emergency management staff responsible for developing and maintaining Urban Area and core city emergency plans and risk analyses. This includes updates to mass care and sheltering plans, emergency response planning, and training and exercises for alert and warning systems. San Diego OES staff lead the development and review of City-level emergency response and hazard mitigation plans, coordinate integration of emergency plans across departments and with external partners, and maintain two Emergency Operations Centers (EOCs). Funding also supports coordination with the U.S. Navy on nuclear response planning and participation in related exercises, with San Diego OES directly integrated into the Navy's response framework for potential nuclear threats affecting San Diego. Loss of funding would significantly hinder San Diego's emergency preparedness by limiting training, reducing the ability to conduct facility threat assessments, and restricting public outreach and education efforts.

19. Second, San Diego receives funding from the State Homeland Security Program, which supports the implementation of risk-driven, capabilities-based Homeland Security Strategies to address capability targets. San Diego Police Department uses this funding to purchase critical communications and tactical equipment to enhance police response and capabilities.

20. Recently, SDPD applied for approximately $373,030 in SHSP grant funding for Fiscal Year 2025 through San Diego's pass-through agency, County OES. If awarded, SDPD plans to purchase equipment to identify and respond to terrorist threats as well participate in a series of trainings that support San Diego's terrorism preparedness. Funding is crucial to obtain critical equipment that SDPD needs to protect our community and train its personnel.

21. And third, San Diego receives funding from the Emergency Management Performance Grant, which enables San Diego to provide resources required for implementation of

the National Preparedness System and supports ongoing efforts to build and sustain core capabilities across the prevention, protection, mitigation, response, and recovery during any emergency. EMPG funds staff and equipment for San Diego's Emergency Operations Center.

22. All the above-mentioned FEMA grant funds contribute to making San Diego safe, prepared, and resilient. Earlier this year, FEMA issued Notices of Funding Opportunity for UASI, SHSP, and EMPG, all of which contain new conditions and certifications. In addition to having recently applied for SHSP funding, in the coming months, the City of San Diego plans to timely apply for two additional FEMA grants—(1) around $14,651,693 in UASI funding through Cal OES and (2) around $165,704 in EMPG funding through County OES—to sustain the important efforts that are underway to protect our communities. Federal funding supports San Diego's tremendous efforts in serving as an active contributor to our region's emergency preparation and response plans.

23. As indicated above, the Notice of Funding Opportunity (NOFO) for the Fiscal Year 2025 Homeland Security Grant Program (covering UASI and SHSP) and for the Fiscal Year 2025 EMPG both provide that funding recipients "must comply with the DHS Standard Terms and Conditions in effect as of the date of the federal award," which I understand to be the 2025 DHS Standard Terms and Conditions, as well as certifications associated with those Terms and Conditions. Accordingly, the City expects that the award letter it will be required to sign to receive Fiscal Year 2025 grant funds will incorporate and impose the 2025 DHS Standard Terms and Conditions on the City and related certifications.

24. The freeze, termination, or improper conditioning of any single FEMA grant creates significant uncertainty for San Diego, affecting not only our subgrantees but also the entire public safety community. Imposition of improper conditions on the City's FEMA grants would force the City to either accept the conditions or lose access to many millions of dollars in funding it needs to protect and secure residents living in San Diego and across southern California.

25. The potential loss of FEMA funding would have immediate and severe operational impacts for the City of San Diego. Our Operations Division budget would be significantly reduced and San Diego OES would have to eliminate its regional training manager position. Funding for critical City positions, such as the San Diego Fire-Rescue Department Alternative Energy

Coordinator and All-Hazards Incident Manager, would also cease. The Fire Department's training budget would be reduced, and planned exercises designed to prepare for emergencies would be eliminated. Moreover, San Diego Police Department would be unable to purchase essential equipment, including a mobile command vehicle, and other resources for its SWAT and Mobile Field Teams.

26. Regionally, the Sheriff's Office would lose funding for lifesaving equipment critical to officer safety, and the Fusion Center, which relies on UASI funds to support 11 positions, would face significant operational challenges. Collectively, these reductions would severely impact public safety.

27. Further, if San Diego were unable to prevent or respond effectively to a terrorist attack or major disaster due to the loss of UASI funding, there would be significant regional and economic consequences. San Diego plays a central role in Southern California's infrastructure, including its international border, major port, military installations, and critical industries. Disruptions to public safety, emergency response, or critical infrastructure protection affect the wider regional economy, impede commerce and trade, and create vulnerabilities in national security infrastructure.

28. Given San Diego's budget challenges, the sudden loss of awarded FEMA funding, particularly for critical departments such as San Diego OES, SDPD and SDDF, would disrupt San Diego's safety priorities and have far-reaching consequences on both short-term and long-term emergency management and planning efforts. Federal funding is integral to enhancing and sustaining San Diego's ability to address evolving risks and respond effectively to emergencies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2025 at City of San Diego, California.

_____
Christopher Heiser

7
Declaration of CHRISTOPHER HEISER                                                          Case No.