TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:   David.Louk@sfcityatty.org
          Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF JULIE JEAKLE** |

# DECLARATION OF JULIE JEAKLE

I, JULIE JEAKLE, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Acting Director of the County of San Diego Office of Emergency Services and have served in this capacity since May 2025. I began my career with the County of San Diego in 2015, serving as an Emergency Services Coordinator, Senior Emergency Services Coordinator and Group Program Manager overseeing disaster preparedness, response and recovery operations. Prior to joining the County, I served as an Emergency Services Coordinator for the City of Carpinteria. From 2002 to 2011, I held various positions at the American Red Cross, including Regional Director of Community Services and Director of Volunteer & Youth Services.

3. Based on my background and experience with the County of San Diego, I understand the critical role that grant funding plays in supporting the County's emergency services operations and advancing the long-term goal of building disaster-resilient communities. Grant funding enables County departments and, through County pass-through allocations, all eighteen incorporated cities and eight Fire Protection Districts within San Diego County, to undertake projects and provide services that would otherwise be unattainable through the County's General Fund alone. These grant funds are essential to advancing critical priorities as they are used to enhance regional interoperability and coordination, expand disaster response capabilities, and strengthen community resilience.

## Background

4. San Diego County faces significant disaster risks due to its diverse geography, large population, and proximity to international borders. The region is vulnerable to catastrophic wildfires, earthquakes, flooding, and severe storms, as well as acts of terrorism. San Diego County is also a hub for military operations, international commerce, and tourism, increasing both its strategic importance and its exposure to potential threats. These overlapping risks make sustained investment

in preparedness, response, and recovery capabilities essential to safeguarding life, property, and the economic stability of the region.

### County of San Diego's DHS/FEMA Grant Funding

5. For two decades, the County of San Diego has relied on federal funding to prepare for, protect against, respond to, and recover from catastrophic disasters. The County is the recipient of several necessary Department of Homeland Security (DHS) grants, including State Homeland Security Grant Program (SHSP), Emergency Management Performance Grant (EMPG), and Urban Area Security Initiative (UASI).

6. Between 2014 to 2024, the County of San Diego was awarded nearly $56 million in SHSP, EMPG, and UASI grant funds. These grants fund salaries and training for emergency response personnel; operation of emergency communication systems that deliver critical information to the public during times of emergency; procurement of response equipment for fire, law enforcement, emergency medical services, and hazardous materials response teams; joint trainings and exercises to strengthen regional coordination and response capabilities; and the development of regional emergency response plans to ensure operational readiness.

7. In FY24/25, the County of San Diego was awarded over $3.9 million in SHSP, EMPG, and UASI grant funds. The County passed through nearly $1.3 million to regional partners, including eighteen incorporated cities and eight Fire Protection Districts in San Diego County. These grant funds make up approximately 33% of the County Office of Emergency Services' budget.

8. In FY25/26, the County of San Diego anticipates receiving over $4.7 million in SHSP, EMPG, and UASI grant funds. $1.4 million is anticipated to be passed through to regional partners, including eighteen incorporated cities and eight Fire Protection Districts in San Diego County. These grant funds are anticipated to make up approximately 30% of the County Office of Emergency Services' budget.

9. SHSP grants exist to provide federal funding to States to build the necessary capacity to prevent, prepare for, protect against, and respond to acts of terrorism. SHSP grants are formula-based grants, not competitive grants. SHSP is structured as a reimbursement grant, requiring

jurisdictions to first incur eligible expenditures and subsequently submit supporting documentation to obtain reimbursement for authorized costs.

10. In California, the California Governor's Office of Emergency Services ("Cal OES") serves as the administrative agency and administers federal Homeland Security Grant Program (HSGP) funds, including SHSP. Cal OES passes through SHSP funds to local jurisdictions in support of risk-driven, capabilities-based strategies to address regional capability targets. The County of San Diego is a subrecipient/subgrantee of SHSP funds through Cal OES and has received SHSP funding since 2003.

11. In FY24/25, the County of San Diego was awarded over $2.8 million in SHSP grant funds. The County passed through over $1.0 million to regional partners, including eighteen incorporated cities and eight Fire Protection Districts in San Diego County. In FY25/26, the County anticipates receiving over $3.1 million in SHSP grant funds. $1.2 million is anticipated to be passed through to regional partners, including eighteen incorporated cities and eight Fire Protection Districts in San Diego County.

12. These SHSP grant funds are being used, and will be used, to support salaries and training for emergency response personnel, including staff to operate the County of San Diego's Emergency Operations Center and regional alert and warning systems; operation of emergency communication systems that deliver critical information to the public during times of emergency; procurement of response equipment for fire, law enforcement, emergency medical services, and hazardous materials teams; joint trainings and exercises to strengthen regional coordination and response capabilities; cybersecurity personnel, equipment and resources; the development of regional emergency response plans to ensure operational readiness; and other capabilities necessary to safeguard life, property, and the region's resilience against evolving threats.

13. Specifically, these SHSP funds are being used to support the salaries of three emergency services coordinators who perform vital preparedness, response, and recovery work, which is roughly 20% of the County Office of Emergency Services' emergency response staff. Funds are also being used to operate Alert San Diego, the official mass notification system for San Diego County; manage critical equipment and technology in the County's Emergency Operations

Center, including geographic information systems and cybersecurity software; and support a critical public information contract to ensure the public has access to timely and accurate information during an emergency. Regional partners are relying on these SHSP funds to procure interoperable radio systems, search and rescue equipment, and other technology to support fire and law enforcement field operations; acquire first responder personal protective equipment, medical countermeasure pharmaceuticals, and patrol trauma kits; support training for fire, law enforcement, emergency management, and public health professionals; and procure hardware and software to support 911 dispatch alert systems and protect against cyber security threats.

14. As a SHSP grant subgrantee, each year the County of San Diego submits a pre-application to Cal OES in January/February based on the prior year's grant award amount as the baseline. In San Diego County, the County is responsible for administering and distributing SHSP funds allocated to our region to jurisdictional partners. When the federal Notice of Funding Opportunity (NOFO) is released, generally in the spring, the State notifies jurisdictions, including the County of San Diego, of their award allocation for the upcoming year. If the allocation differs from the pre-application estimate, jurisdictions may revise and resubmit their applications to Cal OES. The State will then submit their application. In September/October, Cal OES typically issues the official award letter, and by December, the County Office of Emergency Services requests approval from the Board of Supervisors to accept the SHSP grant funds. Following Board approval, the County submits its final application to Cal OES with all required disclosures, assurances, and certifications of compliance with applicable DHS terms and conditions.

15. The release of the FY25 SHSP NOFO was delayed, creating significant challenges for state and local government applicants, including the County of San Diego. This delay resulted in a shortened application period, uncertainty regarding the availability of funding, and disruptions to planning and coordination efforts necessary to develop and implement eligible projects. The County has not yet received the official SHSP award letter from Cal OES.

16. The FY25 SHSP NOFO indicated that recipients must comply with the 2025 DHS Standard Terms and Conditions at the time of the award, that is, the FY25 DHS General Terms and

Conditions, revised April 18, 2025. The inclusion of these new conditions has led to uncertainty regarding funding and disruption to planning and coordination efforts.

17. EMPG provides federal funding to States to assist state, local, tribal, and territorial emergency management agencies in implementing FEMA's National Preparedness System, including by building continuity-of-government capabilities to ensure essential functions in a catastrophic disaster. EMPG grants are formula-based grants, not competitive grants. EMPG is structured as a reimbursement grant, requiring jurisdictions to first incur eligible expenditures and subsequently submit supporting documentation to obtain reimbursement for authorized costs.

18. In California, Cal OES serves as the administrative agency for EMPG funds. Cal OES passes through these grant funds to local jurisdictions in support of developing emergency management capabilities and all-hazards preparedness activities. The County of San Diego is a subrecipient/subgrantee of EMPG funds through Cal OES and has received EMPG funding since 2003.

19. In FY24/25, the County of San Diego was awarded $692,978 in EMPG grant funds. The County passed through over $221,753 to regional partners, including two incorporated cities in San Diego County. In FY25/26, the County anticipates receiving $690,432 in EMPG grant funds. $220,938 is anticipated to be passed through to regional partners, including two incorporated cities in San Diego County.

20. The EMPG grant provides funding for salaries for emergency preparedness and response personnel, including staff responsible for operating the County of San Diego's Emergency Operations Center and regional alert and warning systems; supports community preparedness and outreach initiatives, including materials, trainings and resources; the development and maintenance of regional emergency response plans to ensure operational readiness; and related initiatives that protect life, property, and the region's resilience against evolving threats.

21. Specifically, the County is using these EMPG funds to support the salaries of three emergency services coordinators who perform this vital work, roughly 20% of the County Office of Emergency Services' emergency response staff, and to purchase vital emergency preparedness

materials to educate the public about regional hazards and protective measures they can take to be disaster prepared.

22. Generally, in the winter/spring, the EMPG federal NOFO is released. The State applies for funding around May and Cal OES is typically notified of the State's award around September. In October, the County of San Diego generally receives a notification of subrecipient subaward approval with their allocation. By December, the County Office of Emergency Services typically requests approval from the Board of Supervisors to accept the EMPG grant funds. Following Board approval, the County submits its final application to Cal OES with all required disclosures, assurances, and certifications of compliance with applicable DHS terms and conditions. In San Diego County, the County is responsible for administering and distributing EMPG funds allocated to our region to jurisdictional partners.

23. The release of the FY25 EMPG NOFO was delayed, creating significant challenges for state and local government applicants, including the County of San Diego. This delay resulted in uncertainty regarding the availability of funding and disruptions to planning and coordination efforts necessary to develop and implement eligible projects. The County has not yet received the official EMPG grant award letter from Cal OES.

24. The FY25 EMPG NOFO indicated that recipients must comply with the 2025 DHS Standard Terms and Conditions at the time of the award, that is, the FY25 DHS General Terms and Conditions, revised April 18, 2025. The inclusion of these new conditions has led to uncertainty regarding funding and disruption to planning and coordination efforts.

25. UASI funds are used to build capacity to prevent, prepare for, protect against, and respond to acts of terrorism with a focus on high-threat, high-density urban areas. UASI grants are formula-based grants, not competitive grants. UASI is structured as a reimbursement grant, requiring jurisdictions to first incur eligible expenditures and subsequently submit supporting documentation to obtain reimbursement for authorized costs.

26. The County of San Diego is a sub-recipient of UASI funds as a pass-through from the City of San Diego who is subrecipient/subgrantee of Cal OES. The County has received UASI funding since 2003.

27. In FY24/25, the County of San Diego was awarded over $396,863 in UASI grant funds and, in FY25/26, the County was awarded $933,436 in UASI grant funds.

28. The County of San Diego is using these UASI grant funds to procure equipment necessary to respond to hazardous materials incidents, including decontamination supplies for first responders; obtain mass casualty response training and equipment for response teams, which includes materials for a "Stop the Bleed" program; and acquire critical emergency evacuation map books so first responders can efficiently communicate evacuation orders, warnings, and shelter-in-place locations to public safety communication centers. FY23 UASI projects are currently underway and include procurement of large animal evacuation equipment including temporary corrals; contractor support to develop a regional fuel contingency plan; procurement of mass casualty apparatus including trucks and trailers with critical medical supplies; and contractor support to develop a countywide public information campaign to enhance regional preparedness and awareness of emergency evacuation messaging and tools. The County typically uses UASI funds for critical resources necessary to safeguard life, property, and the region's resilience against evolving threats.

29. In San Diego County, the UASI grant is administered by the City of San Diego, as a subgrantee through Cal OES. The County of San Diego may submit proposed applications to the City of San Diego for potential UASI funding. The City generally accepts project proposals in November. The Urban Area Working Group reviews project proposals and determines regional project allocations in December. In January of the following year, the City of San Diego submits their grant application to the State. The UASI federal NOFO is released, generally in the spring, and the City of San Diego will be notified of their award around September of the same year. After the City of San Diego is notified of their award allocation, they will send award letters to subrecipients, including the County of San Diego, to notify subrecipients of their award amounts. This notification is sent to subrecipients between March to May of the following year. Subrecipients can then spend funds within the period of performance, which is typically 18 months from the date of the subrecipient award letter. If the award amount is over $250,000, the County Office of Emergency Services requests approval from the Board of Supervisors to accept the UASI grant funds.

30. The release of the FY25 UASI NOFO was delayed, creating significant challenges for state and local government applicants, including the County of San Diego. This delay resulted in uncertainty regarding the availability of funding and disruptions to planning and coordination efforts necessary to develop and implement eligible projects. The County has not yet received the official UASI grant award letter from the City of San Diego.

31. The FY25 UASI NOFO indicated that recipients must comply with the 2025 DHS Standard Terms and Conditions at the time of the award, that is, the FY25 DHS General Terms and Conditions, revised April 18, 2025. The inclusion of these new conditions has led to uncertainty regarding funding and disruption to planning and coordination efforts.

32. The County of San Diego intends to actively pursue future DHS/FEMA grant funding opportunities as they become available, consistent with the County's ongoing commitment to enhance regional preparedness, response, and resilience.

### Irreparable Harm From the Potential Loss of FEMA Funding

33. The newly imposed conditions would force the County of San Diego to accept the newly imposed conditions in the FY25 DHS General Terms and Conditions or lose access to an estimated $4.77 million in FY25 DHS/FEMA funding. The loss of grant funding would significantly hinder the County of San Diego's ability to implement critical emergency preparedness and response initiatives.

34. These grant funds are essential to advancing critical priorities as they are used to enhance regional interoperability and coordination, expand disaster response capabilities, and strengthen community resilience. Grant funds provide essential support for specialized law enforcement operations, including training and equipment; staffing and resources for the County of San Diego's Emergency Operations Center and critical alert and warning systems; procurement and deployment of interoperable communications systems; cybersecurity personnel, equipment and resources; joint training and exercises; long-term resilience projects; and other capabilities necessary to safeguard life, property, and the region's resilience against evolving threats.

35. Without this funding, the County of San Diego would be unable to sustain core functions, leading to reductions in staffing, equipment, and training that are essential to operational

readiness, and the County's ability to manage a major crisis would be severely diminished. Approximately 40 percent of the County Office of Emergency Services' emergency response personnel are funded through these grants. This includes six full-time duty officers who provide continuous 24-hour coverage to ensure uninterrupted regional monitoring and coordination of emergency incidents. These officers serve as the first point of contact for situational awareness and resource deployment, enabling rapid activation of appropriate response measures. In addition to immediate incident coordination, they are responsible for developing, updating, and maintaining critical emergency operations plans that guide multi-jurisdictional preparedness, response, and recovery efforts across the region. The loss of grant funding for these positions would directly impair the County's ability to sustain around-the-clock emergency readiness and the capacity to coordinate timely, effective responses to regional disasters. Funds are also being used support other core operations, including the Alert San Diego mass notification system for San Diego County; critical equipment and technology in the County's Emergency Operations Center, including geographic information systems and cybersecurity software; and a critical public information contract to ensure the public has access to timely and accurate information during an emergency. Through the use of these funds, the County is also procuring equipment necessary to respond to hazardous materials incidents, including decontamination supplies for first responders; mass casualty apparatus including trucks and trailers with critical medical supplies; critical emergency evacuation map books so first responders can efficiently communicate evacuation orders, warnings, and shelter-in-place locations to public safety communication centers; and obtain contractor support to develop a regional fuel contingency plan and a countywide public information campaign to enhance regional preparedness and awareness of emergency evacuation messaging and tools.

36.    Furthermore, the loss of grant funds would have a detrimental, cascading impact on region's ability to prepare for, respond to, mitigate, and recover from emergencies. Absent this critical funding, regional partners who rely on pass-through allocations from the County of San Diego would also see cuts to essential programs and capabilities, impacting the region's entire emergency response network. The ripple effects of this funding loss would be felt across sectors, from fire and law enforcement to emergency management and public and environmental health.

Regional partners are relying on these funds to procure interoperable radio systems, search and rescue equipment, and other technology to support fire and law enforcement field operations, such as unmanned aircraft systems and thermal imaging cameras. They are also using funds to acquire first responder personal protective equipment, such as ballistic vests and helmets, medical countermeasure pharmaceuticals, and patrol trauma kits; obtain training for fire, law enforcement, emergency management, and public health professionals; and procure hardware and software to support 911 dispatch alert systems and protect against cyber security threats.

37. The loss of grant funds, coupled with the absence of alternative funding sources, would have serious impacts on the County of San Diego, regional partners that receive pass-through allocations, and the communities they serve. Municipal governments, fire protection districts, and law enforcement agencies rely on these grants to sustain critical preparedness and response programs that cannot be supported through already-strained general operating budgets. With the reduction of federal funding streams across multiple sectors, the County is operating under increasingly constrained fiscal conditions and cannot absorb the loss of these grant funds within its existing operating budget. Without this funding, the County would be forced to scale back or eliminate essential preparedness, response, and recovery initiatives, or shift funding from other priority areas, leaving the County and its partners under-resourced and more vulnerable to disasters, acts of terrorism, and other large-scale emergencies.

38. In addition, the ongoing budgetary uncertainty created by the unpredictable nature of DHS/FEMA funding severely hampers the ability of the County of San Diego and regional partners to plan and conduct operations effectively. Long-term investments in personnel, equipment, training, and infrastructure require stable and predictable funding sources. Without such stability, the County, and jurisdictions that rely on these grants, cannot responsibly commit to multi-year projects. This uncertainty undermines operational readiness and delays critical initiatives, leaving the region less prepared to address both current and emerging threats.

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 30 day of September, 2025 at San Diego, CA.

_____
JULIE JEAKLE