TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:   (415) 355-3308
E-Mail:      David.Louk@sfcityatty.org
             Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 5:25-cv-08330-EJD <br><br> **DECLARATION OF KIMBERLY M. BURRUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date:  November 20, 2025 <br> Time:          9:00 a.m. <br> Before:        Hon. Edward J. Davila <br> Place:         U.S. District Court <br>                San Jose Courthouse <br>                280 South 1st Street <br>                Courtroom 4—5th Floor <br>                San Jose, CA 95113 <br><br> Trial Date:    None set. |

Decl. of Kimberly M. Burrus ISO Plts' Mtn for PI     1

# DECLARATION OF KIMBERLY M. BURRUS IN SUPPORT OF MOTION FOR PLAINTIFFS' PRELIMINARY INJUNCTION

I, Kimberly M. Burrus, declare as follows:

1. I am the Chief Security Officer for the San Francisco Municipal Transportation Agency ("SFMTA"). As Chief Security Officer, I am responsible for safety and security for all our facilities, our passengers and employees, as well as our mass transit (rail and bus) lines. Prior to joining the SFMTA on December 1, 2019, I worked for 23 years as a law enforcement officer, rising to the rank of Commander in Baltimore, Maryland. After retiring from law enforcement, I transferred my skill set to become Chief Security Officer for the SFMTA.

2. I hold a Bachelor's of Science and a Master's of Science, each in Management, from The Johns Hopkins University. I have completed an array of trainings from law enforcement, including an FBI Leeda Leadership training and several FEMA and ICIS trainings. I possess a certification in grant writing, and was a recipient of an International Association of Chiefs of Police (IACP) Fellowship.

3. The SFMTA is notable as a transit agency that does not have its own dedicated police force. We do not have a consistent or dedicated set of officers assigned to our transit system. An inherent challenge with this approach is that SFMTA is fully reliant on the San Francisco Police Department ("SFPD"). But if SFPD does not have resources to dedicate to transit, or SFMTA does not have the resources to contract out to hire SFPD officers, it can leave our system vulnerable.

4. Since I joined the SFMTA in 2019, SFMTA has in most year received funding from DHS known as Operational Packages (or "OPacks"), which covers hiring for additional police for special events and "surge overtime." In deciding whether to apply for OPacks grants, SFMTA looks at the pattern of awards and the amount received in prior years. For example, in 2024 we received only around $600,000 for OPacks. At this point, SFMTA has used the vast majority of the OPacks grant. If we were not able to receive the 2025 grant, we would not have any special event or surge overtime funding for this coming year.

5.  Instead, we would only be able to draw from our dedicated Memorandum of Understanding (MOU) with SFPD, with funds generated from our operating budget. Due to budget cuts over time, under the MOU SFMTA's Surge Patrol team, which used to include a commander, a clerk, and 20 K-9 officers (canine handlers), has been reduced to a single commander and five K-9 officers. At this point, the staffing provided under the MOU is definitely not enough to cover all of the special events we need to cover in an annual cycle.

6.  In addition, SFMTA is presently being asked by City Hall to cut our operating budget between 5-7% for next year. We are already operating at a reduced amount compared to prior years, and there are very few grants available for security.

7.  SFMTA's grant proposal addresses TSGP's high priority of "Enhancing the Protection of Soft Targets and Crowded Places." Both during major events as well as day-to-day, public transportation is considered a "soft target" because it is open to the public and easily accessible. There have been intrusions into subways, unattended packages left on the system, as well as incendiary devices. In addition, we want to avoid the possibility of individuals breaching SFMTA's tunnels, where they could tamper with and damage property, such as cellular equipment and other sensitive areas. Those kinds of events can lead to catastrophes that result in the loss of life as well as major delays. In such circumstances, SFMTA would want to be sure it has funding for a surge patrol, where a police deployment can protect the tunnels and other critical infrastructure. As we documented in our OPacks grant application, there were at least four recent shooting incidents on SFMTA trains and buses in the past few years.

8.  Thus, we rely on federal security grants to supplement citywide police activity with transit-specific needs. The $3,066,376.00 grant SFMTA received will significantly increase our capacity to fund supplemental surge activities. The SFMTA typically uses the funds for deploying officers to our special events and for additional surge overtime for officers. In practice, the grant would nearly triple

Decl. of Kimberly M. Burrus ISO Plts' Mtn for PI       3

the police staffing we can dedicate for these purposes. As we documented in our grant application, the OPacks funding is estimated to provide tens of thousands of extra protection hours at these special events over the next year.

9. San Francisco hosts an array of special events throughout the year, such as Bay to Breakers, Outside Lands, Fleet Week, and numerous sporting events at Chase Center and Oracle Park. SFPD is responsible for covering the events themselves, but SFMTA is responsible for covering our assets connected to those events, such as transit hubs, subway stations, and bus platforms.

10. To safely staff those special events, the SFMTA needs a contingency of officers that can be directed to those transit hubs, subway stations, and platforms during such events, and we are only able to obtain that small contingency through uses of overtime and specialized surge deployment as covered by the MOU and security grants.

11. SFPD is operating below the minimum staffing levels; therefore, resources are scaled thin when covering a citywide event, so SFPD typically cannot allocate a contingency group large enough to manage transit specific needs. SFMTA often operates special bus convoys and Muni transit runs at the end of events, with large passenger lines to return.

12. In addition to the many large special events every year, San Francisco will see an additional influx of people using and transferring from our transit systems for several particularly large events in the coming year, including the Super Bowl in February 2026 and the 2026 FIFA World Cup next summer.

13. For these reasons, the OPacks grant is critical to funding surge patrol to protect public safety, ensure the integrity of our system, and anti-terrorism prevention efforts across the numerous large special events the City and region will host over the coming year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025, in San Francisco, California.

By: /s/ Kimberly Burrus
Kimberly M. Burrus