TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:   (415) 355-3308
E-Mail:      David.Louk@sfcityatty.org
             Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-08330-EJD<br><br>**DECLARATION OF KIM BOWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: November 20, 2025<br>Time: 9:00 a.m.<br>Before: Hon. Edward J. Davila<br>Place: U.S. District Court<br>San Jose Courthouse<br>280 South 1st Street<br>Courtroom 4—5th Floor<br>San Jose, CA 95113<br><br>Trial Date: None set. |

Decl. of Kim Bowman ISO Plt's Mtn for PI                    1

**DECLARATION OF KIM BOWMAN**

I, KIM BOWMAN, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Assistant Deputy Director of Emergency Services at San Francisco's Department of Emergency Management ("DEM"). I have held this position since 2021. DEM leads San Francisco in planning, preparedness, communication, response, and recovery for daily emergencies, large scale citywide events, and major disasters. In charge of San Francisco's 911 dispatch center and large-scale emergency operations, DEM is the vital link in emergency communication between the public and first responders, and provides key coordination and leadership to City departments, stakeholders, residents, and visitors. Building public trust and community resilience are essential components of DEM's work.

3. As Assistant Deputy Director of Emergency Services, my duties include, but are not limited to, managing and overseeing San Francisco's emergency plans intended to ensure that San Francisco is ready to respond to a variety of threats and hazards, coordinating training around emergency management and disaster preparedness, and collaborating with San Francisco's Homeland Security Executive Committee comprised of the San Francisco Police Department, Sheriff's Office, Fire Department, and City Administrator to prioritize emergency management and disaster preparedness projects. I also work in partnership with DEM's grant manager to prioritize how the Division of Emergency Services allocates limited funding to promote emergency management and preparedness, and make sure partners timely use and allocate funds to satisfy project objectives.

4. San Francisco is one of the largest and most diverse urban centers in the United States. It is also at risk for multiple disasters and emergencies, including but not limited to earthquakes, tsunamis, fire, severe storms, urban flooding, extreme heat, cold weather, hazardous air quality conditions, or acts of terrorism targeting critical infrastructure. Many of these disasters or emergencies can take place at any time and are extremely difficult, if not impossible, to predict. As an example, Scientists anticipate that there is a 72% probability of at least one magnitude 6.7 or greater earthquake,

capable of causing widespread damage, impacting the San Francisco Bay region within the next 30 years.

5.  Federal funding is vitally important to DEM to support critical emergency management and preparedness functions, staffing, and community trust and resilience building. For instance, DEM has historically applied for and received State Homeland Security Program ("SHSP") and Emergency Management Performance Grant ("EMPG") funds as a pass-through from the State of California. In California, the California Office of Emergency Services (CalOES) applies directly to FEMA for these program funds and then passes funds through to State and local agencies.

6.  SHSP funds assist DEM prevent, protect against, mitigate, respond to, and recover from acts of terrorism and other threats. Specifically, this grant provides resources required for implementation of the National Preparedness System[1] and working toward the National Preparedness Goal of a secure and resilient nation through prevention, protection, mitigation, response, and recovery. DEM and its predecessor department have received this award consistently since 2003. Recent funding totaled $775,892 in fiscal year 2024, and $878,889 in fiscal years 2022 and 2023. Projects funded by the SHSP grant include seven positions across San Francisco departments, technology upgrades for the San Francisco Police Department operations center, uniforms for SFPD volunteers, and communication equipment for the DEM Watch Center. Funded positions enhance planning and community preparedness capabilities, develop and sustain community preparedness, train and credential civilian volunteers, and strengthen planning and community preparedness capabilities for emergency events.

7.  EMPG similarly provides DEM with resources required for implementation of the National Preparedness System and works toward the National Preparedness Goal. Funding totaled $269,472 in fiscal year 2024 and $291,793 in fiscal year 2023. These EMPG awards have been used to fund multiple DEM positions over the years, including a planner dedicated to catastrophic events, focusing on recovery planning, vulnerable populations planning, and multi-hazard emergency response planning, positions to enhance operational coordination and information sharing through updates of

---

[1] The National Preparedness System sets forth an organized process for everyone in the whole community to advance preparedness activities and achieve the National Preparedness Goals. By working together, everyone can help keep the nation safe and resilient.

notification systems, a community resilience and preparedness position focused on disaster preparedness planning and outreach for San Francisco vulnerable communities.

8. On September 27, DHS issued award notifications, with award letters dated September 26, 2025. Although California had been preliminarily allocated $55,863,486, it received only $17,156,754. On September 29, California and a coalition of other states whose funds were similarly reduced filed a lawsuit challenging the reallocation decision and seeking declaratory and injunctive relief setting aside the decision and requiring DHS and FEMA to adhere to their statutory responsibilities in allocating homeland-security funds.

9. Consistent with its long-standing practice, DEM anticipates submitting its final applications to the State for EMPG and SHSP for fiscal year 2025. Based on previous allocations and target allocations in the EMPG notice of funding opportunity, DEM anticipates that it will receive $267,970 in funding. This EMPG award will fund DEM staff performing duties outlined in the grant.

10. If the states are successful in their lawsuit, DEM also anticipates applying for $853,526 in SHSP funds to fund seven positions that support emergency management and preparedness functions, a "Stop the Bleed" training with the San Francisco Sheriff's Office at San Francisco City Hall to prepare for managing crisis during active shooting situations, acts of terrorism, or domestic violence extremism, and "LISTOS" emergency equipment and training in order to be better prepared to respond to local disasters and domestic violence. In the event that the states are not successful, DEM's allocation will likely be reduced, making the available funds even more critical.

11. San Francisco is currently operating under severe financial strain. Because DEM relies heavily on San Francisco's shrinking general fund for financial support, DEM is particularly constrained and has already had to make difficult decisions to lay off workers and reduce services. Supplemental federal assistance is critical to alleviate financial pressure and to maintain emergency management and preparedness capabilities in San Francisco.

12. The harms a loss of federal funding would cause to DEM are more than hypothetical. DEM has already been discussing whether layoffs will be necessary in light of diminishing federal assistance because converting longstanding positions to general funds will be extremely difficult due to

San Francisco's financial strain. DEM will likely be forced to eliminate positions supported by longstanding federal awards if they cannot be converted to general funds.

13. Staffing reductions also harm DEM's ability to prepare for disasters and emergencies. For example, federal funding pays for staff in the Watch Center, which is the central information hub for citywide emergency communications and notifications. If DEM is forced to cut Watch Center personnel, other employees would have to absorb the work and situational awareness would be reduced citywide due to increased demands on personnel. Other staff are emergency planners, trainers, and operations and community staff. Cutting those positions would lead to less exercises, fewer emergency and disaster plans, reduced relationships with the community, and hampered community trust. This will make the community less prepared at a community level.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 30, 2025 in San Francisco, California.

KIM BOWMAN