TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 5:25-cv-08330-EJD <br><br> **DECLARATION OF KIMMIE WU IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date: November 20, 2025 <br> Time: 9:00 a.m. <br> Before: Hon. Edward J. Davila <br> Place: U.S. District Court <br> San Jose Courthouse <br> 280 South 1st Street <br> Courtroom 4—5th Floor <br> San Jose, CA 95113 <br><br> Trial Date: None set. |

Decl. of Kimmie Wu ISO Plts' Mtn for PI                          1

# DECLARATION OF KIMMIE WU

I, KIMMIE WU, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Chief Financial Officer of the San Francisco Police Department ("SFPD"), a position that I have held since February 26, 2024. In my role as Chief Financial Officer, I help lead financial strategy, ensure responsible use of public funds, oversee budgeting, financial systems, and reporting, and support SFPD's commitment to excellence in law enforcement to protect life and property, prevent crime, and reduce the fear of crime.

3. SFPD is committed to ensuring public safety for all San Francisco residents and the millions of visitors that come to the City year-after-year. To do this, SFPD aims to engage in just, transparent, unbiased and responsive policing, and to build trust and collaboration with the community.

4. Federal funding is vitally important to SFPD to support critical public safety functions, equipment or technology upgrades, and staffing. Use of these funds have allowed law enforcement in San Francisco to solve crimes faster and better serve the community.

5. Historically, SFPD has received funds from the Department of Homeland Security/FEMA to carry out its missions. For instance, SFPD was awarded the Port Security Grant Program ("PSGP") in fiscal years 2022 and 2023 for a total of $652,500. Funds were used to acquire essential equipment for SFPD's Marine Unit, which is responsible for assisting with rescuing vessels and individuals in distress and investigating crimes in the San Francisco Bay. Similarly, SFPD has received the Boating Safety & Enforcement Equipment Grants in fiscal years 2023 and 2024 for a total of $144,600 to support the Marine Unit.

6. SFPD timely submitted an application for PSGP funding for fiscal year 2025 seeking $24,000 to replace an inflatable vessel that was procured in 1988 and is no longer seaworthy. This is the SFPD Marine Units' only vessel of its kind. Consistent with previous PSGP awards, this funding would allow the SFPD Marine Unit to replace equipment essential to its operations, including by accessing

areas where vessels with larger draft cannot reach around San Francisco's bridges, shores, piers, and ports.

7. As SFPD demonstrated in its PSGP application for fiscal year 2025, the SF Bay is the largest harbor on the West Coast of the United States. San Francisco's waterways consist of heavy commercial activity including tanker, container, break-bulk and automotive shipping, as well as tour boats, passenger ferries, and cruise ship arrivals and departures to numerous piers. The Marine Unit is the primary maritime local law enforcement unit for San Francisco and provides daily coverage of the 64 square miles of San Francisco waterways. Their duties include, but are not limited to, enforcement of state and local measures for regulation of boating activities, daily patrols of critical infrastructure located on the City's waterfront to deter and prevent crime and terrorist activity, and search and rescue operations.

8. FEMA awarded a PSGP grant in the amount of $24,000 on September 27, 2025. The award included terms related to diversity, equity, inclusion, and immigration that SFPD has never seen before in its FEMA funding.

9. San Francisco is currently operating under severe financial strain, a condition significantly exacerbated by the economic fallout of the 2020-2023 COVID-19 pandemic, and thus SFPD is operating under tremendous budgetary pressure. San Francisco faces a challenging fiscal outlook, with projected expenditure growth consistently outpacing general fund revenues. Because of this strain, departments in San Francisco have been asked to make significant cuts from their already hamstrung budgets, and make difficult decisions about which projects to prioritize.

10. SFPD is critically understaffed and incurs considerable overtime expenses to respond to increased public safety requests and demands. The majority of SFPD's existing budget is directed towards salaries with very little discretionary funding. Due to staffing and public safety needs, and limited fiscal flexibility, new equipment is generally the first area to be sacrificed to address budget deficits, and maintain staffing needs.

11. This means SFPD is not anticipating being able to fund the replacement of critical, expired, damaged, or defective equipment using general fund allocations. The loss of federal funding

for equipment would limit SFPD's ability to tackle the challenging issues concerning crime and public safety and add strain to existing resources.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 30, 2025 in San Francisco, California.

_____
KIMMIE WU