TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:   (415) 355-3308
E-Mail:      David.Louk@sfcityatty.org
             Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 5:25-cv-08330-EJD <br><br> **DECLARATION OF MIKYNG KIM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date:  November 20, 2025 <br> Time:          9:00 a.m. <br> Before:        Hon. Edward J. Davila <br> Place:         U.S. District Court <br>                San Jose Courthouse <br>                280 South 1st Street <br>                Courtroom 4—5th Floor <br>                San Jose, CA 95113 <br><br> Trial Date:    None set. |

## DECLARATION OF MIKYNG KIM

I, MIKYUNG KIM, declare as follows:

1. I am an employee of the City and County of San Francisco and the Interim General Manager for the Bay Area Urban Areas Security Initiative (Bay Area UASI). In that role, I oversee numerous initiatives including cybersecurity, countering violent extremism, targeted violence and terrorism prevention, regional catastrophic planning, community resilience, and threat hazard identification and risk assessment planning. I have also overseen projects related to public information alert and warning, law enforcement information and intelligence sharing, and interoperable communications.

2. Prior to becoming the Interim General Manager, I was responsible for developing professional services contracts with consultants and creating Memorandums of Understanding (MOU) with sub-recipient jurisdictions. Prior to joining the Bay Area UASI, I was the federal Housing and Urban Development (HUD) Grants Manager for the San Francisco Human Services Agency. While at the San Francisco Human Services Agency, I also served as a Contracts Manager and a Program Manager for a federally subsidized housing program that serves unhoused individuals and families with co-occurring disorders. I received a Master of Public Administration (MPA) from SFSU and a BA degree in Legal Studies with a minor in American Literature from UC Berkeley.

3. Except where otherwise indicated, the following facts are known to me personally, and if called upon as a witness, I would testify to them competently.

4. Bay Area UASI is a regional agency that administers federal emergency management grants dedicated to preventing, protecting against, responding to, and recovering from terrorist incidents and catastrophic events for its members—the three major Bay Area cities and its 12 counties.

5. The Bay Area UASI is inclusive of over 100 incorporated cities and a combined total population exceeding 8.2 million people. As of 2015, the region's economy totaled more than $785.5 billion, ranking it 19th among all countries in the world. In addition to residents, the Bay Area attracts over 16 million visitors annually who spend more than $16.6 million per day. One of the most culturally and geographically diverse areas in the nation, it is home to critical infrastructure, a concentration of banking, Fortune 500 and technology companies, light and heavy industry, and iconic

sites and destinations. Because of these and other factors, the Department of Homeland Security ranks the Bay Area the fourth highest urban area in terms of risk and threat.

6. The City and County of San Francisco ("San Francisco") is the fiscal agent of Bay Area UASI and receives significant funding and support for emergency management activities as a member of the Bay Area UASI.

7. Bay Area UASI administers three federal Department of Homeland Security grants: Securing the Cities (STC), the Regional Catastrophic Preparedness Grant Program (RCPGP), and the Urban Area Security Initiative (UASI) Grant.

8. The UASI grant enhances regional preparedness and capabilities in designated high-threat, high-density areas. UASI funds are provided to states pursuant to a risk assessment, which determines each high-risk urban area within the state's relative threat, vulnerability, and consequences from acts of terrorism, considering factors such as population density and history of threats. States that receive UASI funds must provide the high-risk urban area(s) within their borders with at least 80% of the grant funds.

9. In California, the California Office of Emergency Services (CalOES) applies directly to FEMA for UASI Program funds on behalf of State and local agencies. Funding is then awarded to eligible organizations within the UASI areas of Anaheim/Santa Ana Area, the Bay Area, Los Angeles/Long Beach Area, Riverside, Sacramento, and San Diego.

10. In 2024, California Office of Emergency Services (CalOES) received $118,534,552 in UASI funds, with an allocation amount of $32,754,895 to the Bay Area UASI.

11. For Fiscal Year 2025, California applied to FEMA for UASI funds in April 2025. DHS's FY 2025 Notice of Funding Opportunity listed the UASI target allocations for each high-risk urban area based on DHS/FEMA's risk-informed assessment. California was preliminarily allocated $109,325,268 in UASI funds and the target allocation for the Bay Area UASI was $32,451,685.

12. On September 27, DHS issued award notifications, with award letters dated September 26, 2025. Although California had been preliminarily allocated $109,325,269, it received only $93,473,801, approximately 86% of the expected funds. On September 29, California and a coalition of other states whose funds were similarly reduced filed a lawsuit challenging the reallocation decision

Decl. of Mikyung Kim ISO Plts' Mtn for PI                3

and seeking declaratory and injunctive relief setting aside the decision and requiring DHS and FEMA to adhere to their statutory responsibilities in allocating homeland-security funds.

13. If the states are successful in their lawsuit, Bay Area UASI expects CalOES to allocate $32,451,685 in UASI funds to the Bay Area UASI. If the states are not successful, Bay Area UASI anticipates that its allocation will be approximately 86% of this amount (approximately $27.75 million).

14. After California accepts its award, it must pass through at least 80% of UASI funds to local or tribal governments within 45 days. California does this by issuing a subaward letter that sub-recipients like Bay Area UASI must sign and return within 20 calendar days of receipt.

15. As detailed in the documentation Bay Area UASI submitted to CalOES, Bay Area UASI plans to keep approximately $10 million of the UASI money it receives through the state to fund management and administration of UASI as well as a plethora of projects that benefit the entire region, including an explosive ordnance disposal project designed to protect soft targets and crowded places in the event of a terrorist-related incident.

16. Bay Area UASI intends to pass the rest of the UASI money it receives from the state on to its member jurisdictions. San Francisco expects to receive approximately $2.5 million. Among other things, that money will be used to fund the following:

- A Handheld X-Ray screening system and Portable Camera Kit to enable law enforcement agencies to mitigate a potential threat with ability to screen suspicious packages, vehicles, or items that impose danger to the community. The Portable Camera Kit will allow special response teams and units to interdict and respond to possible terrorist operations and will allow for safe reconnaissance of suspicious items, IEDS and/or activity associated with interdictions and detection of possible terrorist events.
- Two emergency services planners for the San Francisco Department of Emergency Management. Their duties will include: developing and coordinating the creation and implementation of emergency and disaster plans, policies, and procedures; taking a lead role in developing all-hazard plans that support the mission of prevention by implementing core capabilities and operational coordination within the whole community including response to

terrorism; establishing and managing work groups to support planning; and participating in regional and nationwide emergency management networks, and associations.

- Portable water distribution equipment for deployment in San Francisco, San Mateo and neighboring counties for firefighting and hazard mitigation in the aftermath of a major natural disaster or terrorist attack.
- Electric tools, concrete crushers and hydraulic extrication tools, and other equipment to strengthen rescue operations involving trapped, injured, and immobile victims during a disaster or terrorist incident within the City of San Francisco or a neighboring jurisdiction.
- Equipment for explosive detection canines to advance searching tactics and to prevent K9 injury. The SFPD relies on K9 teams to search large building structures and mass transportation centers/vehicles for explosives.
- Equipment to help with interdiction and disruption, specifically air purifying respirators, night vision equipment, and tactical lightweight ladders to be used in the case of a major terrorist attack or CBRNE (Chemical, Biological, Radiological, Nuclear, and Explosive) incident.

17. San Francisco is currently operating under severe financial strain, a condition significantly exacerbated by the economic fallout of the 2020-2023 COVID-19 pandemic, and thus SFPD is operating under tremendous budgetary pressure. San Francisco faces a challenging fiscal outlook, with projected expenditure growth consistently outpacing general fund revenues. Because of this strain, departments in San Francisco have been asked to make significant cuts from their already hamstrung budgets, and make difficult decisions about which projects to prioritize. Accordingly, it would be extremely difficult for San Francisco to find alternate funds to cover these projects if UASI funds were not available.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 30, 2025 in San Francisco, California.

MIKYUNG KIM