TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:   (415) 355-3308
E-Mail:      David.Louk@sfcityatty.org
             Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-08330-EJD<br><br>**DECLARATION OF KYLE THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: November 20, 2025<br>Time: 9:00 a.m.<br>Before: Hon. Edward J. Davila<br>Place: U.S. District Court<br>San Jose Courthouse<br>280 South 1st Street<br>Courtroom 4—5th Floor<br>San Jose, CA 95113<br><br>Trial Date: None set. |

# DECLARATION OF KYLE THOMAS

I, KYLE THOMAS, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Emergency and Security Manager for the Port of San Francisco (the "Port"). I have held this position with the Port since 2023. As Emergency and Security Manager, my responsibilities include managing internal and external security officers, emergency management, and writing port security grants. Prior to joining the Port, I served San Francisco as a police officer in the San Francisco Police Department. Since 2013, I was stationed with SFPD's Marine Unit, which provides daily coverage of the 64 square miles of San Francisco waterways.

3. The Port of San Francisco is a critical seaport consisting of maritime passenger and cargo terminals, petroleum-vessel anchorages, and MARAD vessel lay-berths. The Port also has numerous facilities regulated under the Maritime Transportation Safety Act ("MTSA") of 2002. Two major bridges, the local subway system, and the Bay-wide ferry network all make landfall on Port and City property.

4. The Port is required by law to implement physical security measures to protect vessels and facilities belonging to the Port. The Port is also a vital link in providing layered defense to maritime infrastructure in the San Francisco Bay Area and has forged working relationships with local maritime response agencies, including the Coast Guard, Customs & Border Protection, San Francisco Police Department, San Francisco Fire Department, and the City Department of Emergency Management, amongst others. The Port also coordinates closely with other ports in the region concerning security and emergency preparedness.

5. The Port is in the midst of a multi-year effort to improve security through infrastructure improvements, target hardening, and training programs, and is increasing maritime domain awareness through improved coordination and information sharing with partners who provide layered security to the Port such as SFPD, SFFD, and the Coast Guard. Some of these improvements have been carried out

through Port Security Grant Program ("PSPG") funding, and have included refreshing CCTV systems, procuring lighting and security fencing, and acquiring supportive equipment.

6. Once FEMA published the Fiscal Year 2025 PSGO Notice of Funding Opportunity, the Port applied for $73,372.50 to replace CCTV cameras that were installed over the past four to fifteen years in order to increase security and assist law enforcement agencies and apprehend criminals. Modernization of the Port's video surveillance system reduces vulnerabilities to the Port's many assets, reduces security threats to areas near maritime transit systems, assists in the rapid deployment of resources, and reduces the need for private security expenses to surveil all of the Port's property.

7. The Port received a PSGP award on September 27, 2025. This PSGP award included terms related to diversity, equity, inclusion, and immigration that I have never seen before.

8. San Francisco is under severe financial strain and City departments are competing for already limited discretionary funds. In light of the financial limitations, there is no guarantee that the Port will be able to replace its surveillance system on its own without federal PSGP funding, leaving the patchwork of vulnerabilities the Port intended to redress in applying. Federal and regional partners would not reap the benefits of CCTV replacement either in trying to prevent criminal activity. Maintaining the existing system without replacements also adds to additional financial strain because the Port must continue to retain private security guards to surveil what the CCTV replacements would otherwise be able to automate and integrate with existing emergency management systems.

9. In addition to many large special events that take place every year on or near Port property, San Francisco will see an additional influx of people on or near Port assets for several particularly large events in the coming year, including but not limited to, the Super Bowl in February 2023 and 2026 FIFA World Cup next summer.

//
//
//
//

10. For these reasons, PSPG funding is critical to help protect public safety, ensure the integrity of the Port system, and deter acts of terrorism.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 30, 2025 in San Francisco, California.

_____
KYLE THOMAS