1   TONY LOPRESTI, SBN 289269
    County Counsel
2   KAVITA NARAYAN, SBN 264191
    Chief Assistant County Counsel
3   MEREDITH A. JOHNSON, SBN 291018
    Lead Deputy County Counsel
4   RAPHAEL N. RAJENDRA, SBN 255096
    HANNAH M. GODBEY, SBN 334475
5   Deputy County Counsels
    70 West Hedding Street, East Wing, Ninth Floor
6   San José, California  95110-1770
    Telephone: (408) 299-5900
7   E-Mail:    Raphael.Rajendra@cco.sccgov.org
               Hannah.Godbey@cco.sccgov.org
8
9

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
           Steven.Mills@sfcityatty.org

10  *Attorneys for Plaintiff*
    *County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15  COUNTY OF SANTA CLARA; CITY AND
    COUNTY OF SAN FRANCISCO, *et. al*.,
16

Case No. 3:25-cv-8330

17          Plaintiffs,

**DECLARATION OF RAYMOND
RIORDAN**

18          vs.

19  KRISTI NOEM, *et al*.,

20          Defendants.

21

22

23

24

25

26

27

28

**DECLARATION OF RAYMOND RIORDAN**

I, Raymond Riordan, declare:

1.      I am a resident of the State of California and I am over the age of 18 years.  I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2.      I am the Director of the City Manager's Office of Emergency Management for the City of San Jose. I have been in that position since 2017. Prior to my current position, I worked 31 years in Emergency Management for the CH2M Hill Engineering Company, City of San Ramon, East Bay Municipal Utility District, and Contra Costa County.

3.      I work with my federal counterparts at the Federal Emergency Management Agency ("FEMA"), which provides grants to local municipalities such as San Jose.

## Background

4.      The City of San Jose ("City") is the third most populous city in California and the twelfth in the United States with a population of approximately 980,000. The City is located in a region of very high seismic activity with several geological faults in the greater San Francisco Bay Area that have the potential to cause serious earthquakes which could result in damage to buildings, roads, bridges, and property within the City. The City is also situated within two major watersheds in the South San Francisco Bay, in an area with a history of flooding due to heavy rain and inadequate storm drains and flood protection conveyance systems, which has resulted in property damage. FEMA's Flood Insurance Rate Maps indicate that, during a 100-year flood event, 7% or approximately 16,000 parcels in the City would be subject to flooding. The City faces significant wildfire concerns across multiple Fire Hazard Severity Zones particularly within zones of transition between wilderness and developed land impacting 10,215 addresses. San Jose's Office of Emergency Management provides disaster preparedness at all times and works with the Police Department and the Fire Department to respond to emergencies, including evacuations of populations at risk during emergencies and providing post-disaster services to those affected by emergencies.

Declaration of RAYMOND RIORDAN                                              Case No.

**City of San Jose's DHS Grant Funding**

5.     The City has $6,050,857 in executed grants through the Department of Homeland Security from which the City anticipates receiving approximately $2,635,807 in funding through September 2026. We received notice of award for an additional $22,600 grant that is awaiting execution. The City has also applied for $26,418,922 in grants from DHS, and is awaiting notices of award.

6.     The Department of Homeland Security grants the City has historically received, currently have, or are applying for are as follows:

a.     Assistance to Firefighters Grant Program (AFG): The City received $85,500 in 2023 for equipment for firefighters in various fire stations. San Jose applied in December 2024 to replace 200 Automated External Defibrillators in the amount of $587,098 to be used when the Fire Department responds to certain medical service calls. It is anticipated that FEMA will complete its notification of awards or denials by September 30, 2025. The City has not received notice as of the date of this declaration.

b.     Emergency Management Performance Grant (EMPG): The City's portion of the EMPG grant allocated to California and administered through Santa Clara County from an award in 2023 for $39,648 was used in FY24-25 for training and to purchase technology and equipment for the Emergency Operation Center. There is also a 2024 award in the amount of $22,600 that is pending execution with Santa Clara County that will also be used for training, and to purchase technology and equipment.

c.     Hazard Mitigation Grant Program (HMGP): The City was awarded HMGP grant for $6,544,138 for the term through April 2027. In December 2021, San Jose executed the grant agreement for phase one in the amount of $1,959,656 on a reimbursement basis to implement a soft-story seismic retrofit program, including adoption of an ordinance mandating seismic retrofit for multi-family soft-story buildings. The HMGP grants are provided through the California Office of Emergency Services ("Cal OES"). The City is awaiting approval from Cal OES to close out completion of phase one and execute a new grant agreement for phase two in the amount of $4,584,482. On September 15, 2025, San

2

Jose applied for $18,060,082 in HMGP to develop and implement a rebate program for property owners that retrofit their soft-story homes to mitigate against catastrophic damage and displacement that may be caused by earthquakes.

d. State Homeland Security Program (SHSP): From the 2022 SHSP grant in the amount of $252,132 provided through Santa Clara County, $23,312 is pending reimbursement for Community Emergency Response Team (CERT) training courses in FY24-25 for the Office of Emergency Management. The 2023 SHSP grant in the amount of $267,796 has been used by the Fire Department for an inspection robot to access and inspect areas too small or dangerous for humans, and to fund an All Hazards Coordinator to coordinate, plan, and implement all fire agency Homeland Security programs and elements in the Santa Clara County Operational Area. The 2023 SHSP is pending reimbursement. The City has applied through the County of Santa Clara for $635,299 for 2024 SHSP and for $617,854 for 2025 SHSP to pay, in part, for counterterrorism readiness for the Super Bowl LX and FIFA World Cup in 2026. We received notice on April 4, 2025 from the County that, due to concerns that federal funding may be subject to new conditions, future funds would be on hold.

e. Urban Areas Security Initiative (UASI): The City has received UASI grants since 2005. The 2022, 2023, and 2024 UASI awards totaling $4,771,151 were used to prepare for various emergencies including to fund three staff positions, a Resource and Community Coordinator (through January 2025), Training and Exercise Coordinator, and Alert and Warning Coordinator. Their responsibilities, in part, are to coordinate alert and warning services with multiple departments and the County of Santa Clara, train and certify City employees, and to oversee the emergency warning equipment – all functions critical to ensuring that residents receive adequate warning of disasters and information of resources available to them to recover from an emergency. The Police Department is using the funds to continue preparing for and responding to potential incidents of terrorism and other hazards, and to acquire emergency equipment such as NEXT radios and Medvac-Bearcat. The Fire Department used the grant award from 2024 to purchase

Declaration of RAYMOND RIORDAN                                                    Case No.

1    equipment to provide emergency services including arson equipment, BK radios, a

2    security gate, Motorola radios, and satellite phone upgrades. The term of the 2024 UASI

3    grant was November 1, 2024 through June 30, 2026. The City and County of San

4    Francisco acts as the fiduciary for the Bay Area UASI, and the DHS funds are received

5    by Cal OES through a subrecipient grant. San Jose has submitted its 2025 projects for an

6    estimated amount of $1,570,000, and staff are awaiting notice of award. The 2025

7    requests include funding for an Office of Emergency Management Alert and Warning

8    Coordinator, and equipment for the Fire and Police Department.

9    f.    The City intends to apply for DHS UASI funding in 2026 in order to acquire critical

10        incident equipment for tactical responses to overt and covert gang and narcotics

11        investigations, and large pre-planned demonstrations and events; and to protect

12        dignitaries, conduct bomb sweeps and investigations, and provide direct support to

13        partner agencies in the apprehension of career criminals and violent offenders.

14    **Irreparable Harm From the Potential Loss of DHS Funding**

15    7.    We are aware of the actual and threatened imposition of the "FY 2025 DHS Terms

16    and Conditions Version 3 Dated April 18, 2025" to DHS/FEMA grants, including the conditions

17    challenged in this lawsuit.

18    8.    These newly imposed conditions would force the City of San Jose to accept those

19    conditions or lose access to approximately $20 million in DHS funding.

20    9.    The City takes pride in its ability to manage a thinly staffed organization.

21    Nevertheless, the City has an ongoing general fund budget shortfall. The federal grants allow the

22    City to purchase necessary law enforcement and fire and rescue equipment that can support regional

23    response to natural and human caused emergencies, purchases that are particularly crucial as we

24    begin to prepare for major events including the Super Bowl LX and FIFA World Cup in 2026 . If the

25    City were to lose the federal funding, it would face the difficult decision to cut costs while still

26    maintaining essential services to our residents. The loss of federal funds, even on a temporary basis,

27    could lead to layoffs and the elimination of programs that serve our most vulnerable residents.

28

Declaration of RAYMOND RIORDAN                                    Case No.

10.     For example, the impact of not accessing the DHS grants would diminish the ability of the Fire and Police departments and Office of Emergency Management to fully respond to needs of residents, businesses and visitors to San Jose when an emergency or disaster occurs. Specifically,

    a.   For the Office of Emergency Management, the lack of funds would eliminate two positions, not currently funded in the City's general fund: Alert and Warning Coordinator and Education and Training Coordinator. The Education and Training Coordinator ensures the emergency management organization is adequately trained, certified, and is in a readiness level to respond when called upon. The Alert and Warning Coordinator ensures the Alert and Warning equipment is operational, accessible and implemented at the time an evacuation order or notice of threat is timely and distributed to those at risk.  The loss of these positions would impact the public's safety.  Additionally, the emergency management organization relies on federal funding for equipment acquisitions, maintenance and replacement for critical equipment required to carry out the mission of response to disasters.

    b.   For the Police Department, loss of federal funding would mean the City has less capacity to coordinate and gather intelligence, would not receive all requested counterterrorism training in preparation for the Super Bowl LX and FIFA World Cup in 2026, and would not have all the equipment requested to respond to critical incidents throughout the city.

    c.   For the Fire Department, loss of federal funding would have direct implications and detrimental impacts that jeopardize the City's ability to maintain its mission towards protection of life, property, and the environment through its fire and rescue services. The Fire Department is allocated limited general funds that underscores its dependency on alternative funding options being made available for service enhancements and community safety. The risk of not receiving funds for grant projects would have a direct impact on the Department's operational effectiveness and service capabilities specifically in its ability for command, control, and

Declaration of RAYMOND RIORDAN                                     Case No.

coordination for local and regional large-scale events, and emergency incidents

including mutual aid, terrorist attacks, and/or natural disasters. Safeguarding the

City's natural and built environment is predicated on evolving industry standards and

best practices for securing critical infrastructure, ensuring community resiliency, and

delivery of effective fire prevention and emergency response services that have an

impact on the safety of first responders, residents, and non-residents alike in San Jose.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on ___30 Sept 2025___ at San Jose, California.


_____
RAYMOND RIORDAN

Declaration of RAYMOND RIORDAN                                    Case No.