TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:   David.Louk@sfcityatty.org
          Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-8330 <br><br> **DECLARATION OF MICHAEL P. CALLAGY** |

## DECLARATION OF MICHAEL P. CALLAGY

I, Michael P. Callagy declare:

1. I am a resident of the State of California, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the County Executive Officer for the County of San Mateo. I have been in this position since 2018. I oversee the efficient running of daily County operations and carry out the policies established by the Board of Supervisors. My public sector career spans 41 years, 29 years of which were spent in law enforcement. I am a licensed attorney in the State of California with a JD from Santa Clara University. I hold a Bachelor of Arts and Master's in Public Administration from the College of Notre Dame and a Master's in Homeland Defense and Security from the Naval Postgraduate School.

### Background

3. The County of San Mateo (the "County"), located in the heart of the San Francisco Bay Area, is uniquely vulnerable to a wide spectrum of threats and hazards. This makes sustained funding from the U.S. Department of Homeland Security ("DHS"), including through the State Homeland Security Grant Program ("SHSGP"), Urban Area Security Initiative ("UASI"), Hazard Mitigation Grant Program ("HMGP"), Emergency Management Performance Grant ("EMPG"), and the Pre-Disaster Mitigation ("PDM") grant program, an operational and public safety necessity.

4. The County has a population exceeding 700,000 residents and is bordered by the Pacific Ocean to the west and the San Francsico Bay to the east. This geography presents dual coastal and inland risk factors, including sea-level rise, coastal flooding, and tsunamis. San Mateo County also lies along the San Andreas Fault, placing it in a seismically active region with a high probability of major earthquakes.

5. The County's geographical landscape also puts it at an increased risk for devastating wildfires. The County spans 445 square miles of land, nearly three quarters of which is open space. Nevertheless, the County is densely populated, and partially forested and hilly in its inland zones.

Many communities are in Wildland-Urban Interface areas where residences, infrastructure and wild vegetation intermix, increasing the risk of devastating wildfire spread.

6. The County is also home to critical infrastructure of regional and national importance, such as the San Francisco International Airport ("SFO"). Local technology and biotech companies are also essential to both the local and national economy.

7. Because of its importance and unique risk-profile, the County is part of the Bay Area UASI region, a federally designated high-risk urban area. Its proximity to San Francisco and Silicon Valley means that coordinated regional emergency preparedness and information sharing is essential. Participation in UASI has allowed San Mateo to improve regional response capabilities in a manner that would otherwise be unaffordable without federal support.

8. In addition to its local homeland security responsibilities, San Mateo County plays a critical role regionally through its management of the Northern California Regional Intelligence Center ("NCRIC"). NCRIC is a federally recognized fusion center operating under the U.S. Department of Homeland Security's National Network of Fusion Centers.

9. NCRIC serves 26 counties in Northern California and is a vital hub for the collection, analysis, and dissemination of terrorism and organized crime threat intelligence. It partners with federal, state, and local public safety and emergency management agencies across the Bay Area to prevent, protect against, and respond to human-made threats and major hazards in the Federal Northern District of California.

10. Through NCRIC, San Mateo County facilitates real time threat analysis for law enforcement and other emergency services, critical infrastructure protection, suspicious activity reporting, and cybersecurity intelligence sharing.

11. NCRIC is a cornerstone of regional safety and San Mateo County's ongoing management of NCRIC ensures that DHS objectives related to cross-jurisdictional collaboration are realized throughout Northern California.

12. This regional responsibility, combined with the County's own unique hazard profile underscores the critical need for DHS support, not only to protect the County itself, but to enable it to fulfill its unique role in national homeland security.

**The County of San Mateo's DHS/FEMA Grant Funding**

13. The County currently receives nearly $3 million in funding from DHS and FEMA and has applied to receive another $1.5 million in 2025.

14. The County currently has active grants through SHSGP, UASI, EMPG, PDM, and HMGP. The County's SHSGP and UASI grants provide over $1.5 million annually to support the County's emergency response and preparedness capacity. Locally, these funds bolster the Sheriff's Homeland Security Division, as well such as the Department of Emergency Management ("DEM") and Emergency Medical Services ("EMS"). These vital emergency response programs serve the entire community and enhance the County's readiness to manage large-scale emergencies.

15. In addition, the County secures hundreds of thousands of additional dollars through active grants under from PDM and HMGP. These grants are essential in backing the County's ongoing wildfire fuel-reduction efforts, particularly in areas at the wildland-urban interface, helping to reduce the threat of catastrophic wildfires.

16. More broadly, DEM receives significant grant funding through programs like EMPG and HMGP to support both local and multi-jurisdictional emergency management operations. This financial assistance underpins the County's efforts to coordinate prevention, response, and recovery across jurisdictions.

17. The Sheriff's Office, Emergency Services Bureau ("ESB") annually requests, and receives UASI funding to support the Sheriff's Homeland Security Division, as well as other County emergency response services. Currently, ESB and other County services are operating under a grant award of $976,990 in UASI funding awarded in FY 2024. ESB has applied for this same amount of UASI funding for the FY 2025 and anticipates applying for more next year.

   a. The UASI grant is used to support the County Sheriff's Homeland Security Division, which works to ensure the County's residents are safe from a range of threats, including terrorism, natural disasters, hazardous materials, pandemics, and other emergencies.

   b. This grant is also used to support EMS's ability to respond to mass-casualty events in the County, allowing EMS to purchase PPE for first responders and medical supplies

to maintain surge capacity in the event of large-scale emergencies, as well as to provide trainings on preparedness and responses to large scale emergencies. EMS does not receive general funding from the County for these vital services and without the UASI and SHSHGP funding, the County's medical services would be woefully underprepared to respond to a large-scale emergency.

 c. The UASI grant is also used to support DEM, providing support for Artificial Intelligence assisted software for rapid risk analysis.

 d. The UASI grant is further distributed to support radio infrastructure for the County's fire response. Such assistance is vital given the County's vast open space and susceptibility to wildfire.

18. ESB also annually requests and receives SHSGP funding to support the Sheriff's Homeland Security Division, as well as other County emergency response services. Currently, ESB and other County services are operating under a grant award of $696,626 from FY 2024. ESB has applied for this same amount of SHSGP funding for FY 2025 and anticipates applying for more in the following year.

 a. This funding has been allocated in part to the San Mateo County Coalition for Safe School Emergency Preparedness and Education, helping protect the youth of San Mateo County from serious emergencies and incidents. Losing this funding would jeopardize efforts to keep San Mateo County schools safe.

 b. DEM and EMS have also been allocated a portion of this funding to support full-scale exercises and training that enhance disaster preparedness and response capabilities internally, and tests inter-agency coordination during emergencies. Losing this funding would significantly weaken the County's capacity to prepare for and respond to crises, jeopardizing public safety and healthcare system resilience.

 c. Finally, the Sheriff's Department is using this funding to develop a bomb squad robot, and to maintain other grant-purchased equipment. Losing this funding would not only threaten future Countywide security enhancements but also put prior investments at risk.

19. The County Parks Department currently has a $285,000 HMGP grant to conduct critical wildfire fuel reduction treatments in Junipero Serra County Park. Wildfire risk reduction in Junipero Serra County Park is a high priority due to its proximity to a High Fire Hazard Area in northern San Mateo County. San Bruno and nearby areas of unincorporated San Mateo County and Millbrae have an estimated population of nearly 51,000 people, and there are over 17,500 structures within two miles of the project area. Without this funding, the Department would have to defer wildfire mitigation efforts at other high-risk locations. Deferring critical wildfire mitigation efforts put communities at risk and increases the likelihood of catastrophic wildfires that destroy entire communities.

20. DEM currently receives $396,975 in PDM grant funding for wildfire fuel reduction and other wildfire mitigation efforts at Filoli, a nonprofit attraction that hosts roughly 500,000 visitors a year. Located in the County, wildfire mitigation at Filoli helps preserve a cherished non-profit providing local land conservation and sustainability education, while also protecting the surrounding community from devastating wildfire damage.

21. DEM also receives annual EMGP funding. EMPG provides critical funding to support the County's emergency management capabilities, including strategic communication, evacuation planning, and response coordination tools. These investments ensure that residents receive timely information, agencies coordinate effectively, and lifesaving operations can be carried out during disasters. DEM is currently operating under a grant award of $252,062. A loss of this funding would severely limit the County's ability to maintain and advance core preparedness response functions. Without the Grant, we would not be able to sustain strategic communication systems, modernize evacuation planning, or maintain critical response tools. The absence of these capabilities would reduce the County's ability to coordinate disaster planning and protect lives during fast moving disasters, such as wildfires, severe storms, earthquakes, and public health emergencies—all of which the County is predisposed to due to its geographical landscape and high-density population. Ultimately, the community would face increased risk and slower recovery due to reduced readiness and response capacity.

22. DEM also receives grant funding from HMGP. The County's current award of $356,250 supports San Mateo County's multi-jurisdictional local hazard mitigation planning efforts. These funds are used to assess risks, identify vulnerabilities, and develop actionable strategies to reduce the long-term impacts of hazards such as flooding, sea level rise, wildfires, and earthquakes. This planning is the foundation for securing future project funding and ensures the County and its jurisdictions remain eligible for federal disaster mitigation and enhanced state recovery assistance. Loss of HMGP funding would jeopardize the County's ability to maintain up-to-date hazard mitigation plans, a federal requirement for receiving future mitigation project funding. Without these funds, San Mateo County and its cities could lose eligibility for millions of dollars in future federal disaster mitigation before the disaster. This would leave critical infrastructure and lifeline systems more vulnerable to damage from predictable hazards. Ultimately, the community would face greater long-term risk, higher recovery costs, and slow community recovery.

### NCRIC Grant Awards

23. The County also manages grants for NCRIC, which currently receives almost $2.5 million in SHSGP funding and almost $7 million in UASI funding; the County has also already applied for additional SHSGP and UASI funding for NCRIC for the FY 2025. The County anticipates applying for $2.5 million in SHSGP and $7.5 million in UASI funding for NCRIC in the following application cycle. There are no alternative funding sources and without these grants, the County would be unable to achieve the regional priority of maintaining NCRIC.

24. The SHSGP and UASI grant awards enhance the County's ability to support the regional and national mission of NCRIC, which the County is responsible for managing and administering. Currently, the County holds two active DHS grants tied to NCRIC. Those funds help the fusion center fulfill its regional security objectives by funding counterterrorism operations throughout Northern California. They also underwrite NCRIC's collaboration with the National Threat Screening Center, which coordinates responses to broader regional threats and strengthens protection for major special events across the region.

    a. NCRIC currently has a SHSGP grant from 2024 that will be effective through 2027 for $2,488,678.

    b. NCRIC currently has a UASI grant from 2024 that will be effective through 2026 for $6,834,255.

25. Loss of the active or future grants would effectively shutter NCRIC, which is the linchpin for regional collaboration against criminal and terrorist threats. Without alternative funding, the Center would be unable to operate. This would permit terrorist organization and transnational organized crime groups to avoid detection and achieve their goals of harming the public through targeted violence and the distribution of deadly narcotics, such as fentanyl. Even a single successful terrorist event in the region could inflict catastrophic consequences.

26. Moreover, the funding supports the critical infrastructure of information sharing and intelligence systems built between jurisdictions across the region. The fusion center also coordinates a national elections-threat reporting exchange – an initiative that would be at direct risk if grant funding were withdrawn.

### Irreparable Harm From the Potential Loss of FEMA Funding

27. DHS and FEMA's application of the challenged new conditions to the County's grant funding will force the County to accept those conditions or lose access to millions in DHS/FEMA funding. Losing this funding would inflict catastrophic and potentially irreversible damage to the County's and the region's security and resilience infrastructure.

28. NCRIC has no alternative source of funding and without these grants, it would be forced to cease operations, eliminating regional and national coordination against crime, terrorism and transnational narcotics networks. Critical facilities such as the County's forensic laboratory and elections office would also lose security support, making them vulnerable to attack. Warning systems, including tsunami sirens and countywide alert infrastructure would also degrade or fail, putting lives at risk during emergencies.

29. In the absence of DHS and FEMA grants, wildfire mitigation will stall, increasing the threat to life and property, especially in the County's high-risk zones at the wildlife-urban interface.

30. Emergency preparation for floods, earthquakes and other disasters would also be severely impaired. The EMS division, which lacks general fund support, would be unable to sustain

trainings, exercises, and surge planning or readiness for mass casualty events and other large-scale disasters.

31. In sum, the withdrawal of DHS funding would leave the County and its residents, as well as Northern California more broadly, dangerously exposed, undermine all prior investments, and erode both short-term response capability and long-term community resilience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/29/25 at San Mateo, California.

_____
MICHAEL P. CALLAGY