| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California  95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:    Raphael.Rajendra@cco.sccgov.org<br>              Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:    David.Louk@sfcityatty.org<br>              Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF DANA C. REED** |

**DECLARATION OF DANA C. REED**

I, Dana C. Reed, declare:

1. I am a resident of the State of California, and I am over the age of 18 years. I make this declaration in support of Plaintiffs' motion for a preliminary injunction. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Director of Emergency Management for the County of Santa Clara ("Santa Clara"), where I oversee the Office of Emergency Management (OEM). I also oversee the Office of Emergency Management for the Santa Clara County Central Fire Protection District. I have held these positions for eleven years.

3. Previously, I was a Deputy Fire Chief with the City of San José, California, and I also served as an Emergency Services Specialist with the NASA Ames Fire Department at the Moffett Field Federal Airfield. Overall, I have worked in incident management and emergency management for nearly 45 years, including managing Emergency Operations Centers and serving as an Incident Commander in the field during emergency incidents. I also currently chair the Emergency Managers Committee of the Santa Clara County Operational Area Signatories and serve on the Approval Authority for the Bay Area Urban Areas Security Initiative.

**Background on Santa Clara and OEM**

4. Santa Clara is a charter county and a political subdivision of the State of California. It is home to approximately 1.9 million residents, making it the most populous county in Northern California and more populous than 12 U.S. states.

5. Santa Clara is also one of the most diverse counties in the nation. More than 40 percent of Santa Clara's residents are foreign-born, and more than 60 percent of children in Santa Clara County have at least one foreign-born parent. These percentages are the highest of any county in California and among the highest of any county in the United States.

6. Santa Clara's foreign-born population exceeds 750,000 and includes people holding a wide range of immigration statuses: naturalized citizens; lawful permanent residents; refugees and asylees; visa-holders including students, employees, and victims of human trafficking or other

crimes who have assisted law enforcement and hold T or U visas; and people without lawful immigration status.

7. Santa Clara's mission is to plan for the needs of a dynamic community, provide quality services, and promote a healthy, safe, and prosperous community for all. Under state law, Santa Clara is responsible for administering the social safety net and providing services to meet the basic needs of vulnerable residents. Santa Clara is also responsible for public services that promote the safety and welfare of the community overall, including public health, disaster response, and public safety functions.

8. A loss of federal funding—especially funding from the Federal Emergency Management Agency (FEMA) of the Department of Homeland Security (DHS)—would jeopardize critically important services designed to build our community's resiliency and capability to prevent and respond to emergencies and disasters of all types, and to protect community safety when disaster does strike. Among the services heavily supported by FEMA funding streams are the operations coordinated by OEM.

9. Under California's emergency management framework, OEM is the lead emergency management agency for the entire Santa Clara County Operational Area ("Op Area"), which encompasses the geographical region of Santa Clara County and all the local jurisdictions—including cities, towns, and special districts—within it. In its lead Op Area role, OEM's core function is to promote, facilitate, and support the efforts of Santa Clara and of all of the cities, towns, and local districts within the county to prepare for, respond to, and recover from disasters, emergencies, and complex incidents of all types, including both natural disasters, such as earthquakes, and manmade incidents and events, such as cyber and terrorist attacks. OEM is also responsible for direct emergency management in the unincorporated areas of the county. This includes determining resource priorities and coordinating the response during a proclaimed emergency, including coordinating the provision of mutual aid or other resources from other localities and from the state and federal governments.

10. In addition to and in tandem with the responsibilities described above, OEM provides emergency management training; engages in region-wide hazard planning and mitigation efforts;

activates, staffs, and operates Santa Clara County's Emergency Operations Center, which serves Santa Clara and the entire Op Area during emergency incidents; and coordinates public and private efforts to recover following incidents.

### Santa Clara's FEMA Grant Funding

11. OEM receives a significant amount of federal grant funding from FEMA. OEM receives federal grants from three different grant programs: the State Homeland Security Grant Program (SHSP), the Emergency Management Performance Grant (EMPG), and the Urban Area Security Initiative (UASI). OEM's SHSP and EMPG funding is administered by and passed through the State of California Governor's Office of Emergency Services (CalOES). In turn, Santa Clara passes through a portion of SHSP and EMPG funding to other agencies within the Op Area. Santa Clara's UASI funding comes to it after being passed through the City and County of San Francisco. In addition, OEM has received grant funding in the past, and has also recently applied for funding, from the Hazard Mitigation Grant Program (HMGP), which is also passed through CalOES. All four grant programs are critical to keeping our community resilient, healthy, and safe.

12. All funds under these grant programs are given on a reimbursement basis. In other words, although an overall sub-grant amount is determined by FEMA and CalOES in advance for each fiscal year, Santa Clara actually receives the funds only after it submits documentation showing it has completed qualifying projects. In the meantime, the projects are funded by Santa Clara and by the cities, towns, and special districts in the Op Area that are carrying them out. Santa Clara currently has approximately $500,000 in outstanding FEMA grant funding that has been expended, but not yet reimbursed, for FY 2025.

*SHSP*

13. First, under SHSP, Santa Clara receives funds to build the capability to prevent, protect against, mitigate, respond to, and recover from acts of terrorism. SHSP enables Santa Clara to fund community-wide exercises that test responses to catastrophic events, to train first responders on terrorism response, to create plans ensuring it can meet the needs of residents with disabilities during disasters, and to purchase critical equipment for hazard response.

14. Santa Clara's SHSP allocation for FY 2023 was $1,882,403. This grant funded four

3
Declaration of DANA C. REED                                    Case No.

positions throughout the Op Area that focus on counterterrorism and emergency planning: (1) a full-time SHSP Training and Exercise & Grant-Funded Equipment Coordinator position to convene monthly meetings on the Op Area's training and exercise needs, track and inventory grant-funded equipment, and review training, exercise, and equipment requests; (2) half the salary of a full-time Management & Administration of Homeland Security Grant Program position to maintain compliance with state and federal grant requirements; (3) a full-time All-Hazards Coordinator position to ensure that fire departments throughout the Op Area are adequately equipped and trained to respond to terrorist and all-hazards events; and (4) a full-time Domestic Violent Extremism Liaison to assess local indicators of radicalization and share that intelligence across all law enforcement agencies in the Op Area.  In addition, this grant funded critical equipment such as security systems for Santa Clara County election sites and public health facilities; law enforcement information-sharing systems, mobile camera trailers, bomb-squad hazmat suits, thermal binoculars, 3D printers to research and develop tools to defuse explosives, and an all-terrain Utility Task Vehicle; mobile barriers to protect crowds at community events; and a watertight robot to aid in search-and-rescue efforts.  Finally, this grant also supported services such as emergency-preparedness trainings for law enforcement and fire departments, for community-based and non-governmental organizations, and for private businesses, as well as the development of a plan to move and track hospital patients during disasters.

15.   Santa Clara's SHSP allocation for FY 2024 was $1,664,434.  This grant funded the same four critical staff positions as in FY 2023, plus a fifth one: a full-time Community Resilience Coordinator to engage the local community in the emergency planning process.  In addition, this grant funded critical equipment such as security systems for Santa Clara County election sites, law enforcement information-sharing systems, rapid DNA technology for terrorist interdiction and criminal investigations, and mobile equipment such as storage trailers for decontamination equipment and portable ventilators to deploy in mass casualty events.  Finally, this grant also supported services such as a comprehensive cybersecurity assessment of Santa Clara County information technology infrastructure and trainings throughout the Op Area.

16.   Santa Clara's SHSP allocation for FY 2025 is $1,852,295.  This grant will fund the

same five critical staff positions as in FY 2024.  In addition, this grant will fund important public safety and security equipment such as security systems for Santa Clara County election sites; law enforcement information-sharing systems, mobile camera trailers, and portable X-ray systems, as well as a tactical reconnaissance robot that can provide audio and visual information about hazards while allowing first responders to remain at a safe distance; Level B hazmat suits for firefighters; and active shooter/trauma drop kits for use in mass casualty events.  Finally, this grant will fund trainings throughout the Op Area.

*EMPG*

17. Second, under EMPG, Santa Clara receives funds to prevent, prepare for, mitigate, respond to, and recover from emergencies and disasters of all types.  EMPG supports Santa Clara's distribution of emergency planning materials to schools, community groups, and faith-based organizations; stocking of emergency supply points; provision of specialized earthquake response training; and support of volunteer Community Emergency Response Teams, who are often the first line in disaster response before professional first responders arrive.

18. Santa Clara's EMPG allocation for FY 2023 was $500,004.  This grant funded three positions: (1) a full-time Emergency Operational Area Council Liaison position, responsible for supporting policymakers, emergency managers, and the Op Area by facilitating Council operations and meetings, conducting emergency management research and analysis, and managing EMPG projects; (2) part of the salary of a full-time Voluntary Organizations Active in Disaster Liaison position, responsible for collaborating with non-governmental organizations to ensure the entire community's engagement in disaster response; and (3) half the salary of a full-time Emergency Risk/Communications Officer position, responsible for developing proactive public relations, coordinated and timely crisis communications, and the County Crisis Communications Plan.  In addition, the EMPG grant funded training in all phases of emergency management, including specialized training in crisis communications, exercise design, and emergency planning for schools; technology like laptops, audio-visual equipment, satellite phones, dosimeters, and waste-containment bladders; public outreach concerning local family disaster-alert and disaster-preparedness resources; and critical emergency supplies for distribution by community-based and

faith-based organizations.

19. Santa Clara's EMPG allocation for FY 2024 was $452,624. This grant funded the same full-time Emergency Operational Area Council Liaison and Voluntary Organizations Active in Disaster Liaison staff positions as in FY 2024. In addition, this grant funded substantially the same training, technology, public outreach, and critical emergency supplies as in FY 2023, along with a communications trailer for deployment in the field during disasters.

20. Santa Clara's EMPG allocation for FY 2025 is $451,385. This grant will fund substantially the same positions, training, technology, public outreach, and critical emergency supplies as in prior grant years.

*UASI*

21. Third, under UASI, Santa Clara receives funds that support local agencies in building capacity to prevent, protect against, mitigate, respond to, and recover from terrorist attacks and other catastrophes. UASI supports needs like cybersecurity, communications interoperability, infrastructure protection, emergency medical needs, and public health preparedness—for instance, by helping Santa Clara acquire software that allows police agencies to combine and analyze data from multiple sources, generate leads, and share investigatory data securely.

22. Santa Clara's UASI allocation for FY 2023 was $636,616. This grant funded the replacement of the Sheriff's Bomb Squad's existing primary response vehicle for terrorist bombing attacks and the sharing of law enforcement intelligence on terrorist activity across jurisdictional boundaries and disparate information systems.

23. Santa Clara's UASI allocation for FY 2024 was $573,585. This grant funded the purchase of an armored vehicle for the Sheriff's Emergency Response Team, enhancing its capabilities in hostage and barricade situations, and the purchase of equipment for the Sheriff's Tactical Command Vehicle, which is used as a mobile hub for communications, intelligence, and logistics at major crime and terrorist attack scenes.

24. Santa Clara's UASI allocation for FY 2025 is $573,585. This grant will fund the purchase of a multi-passenger transit van and a decontamination trailer, evacuation devices, and patient-transport devices for Santa Clara's public health and hospital system. These resources are

absolutely critical to safeguarding community health and safety. Santa Clara operates the second-largest public hospital system in the State of California, with the only combined Level I trauma and burn center in the entire region. In 2024, Santa Clara's public hospital system cared for more trauma patients than any other trauma center in California.

*HMGP*

25.     Finally, under HMGP, Santa Clara has received funds to update and enhance hazard mitigation planning efforts. Santa Clara received $176,250 of HMGP funding for this purpose in FY 2022. This grant enabled OEM to contract for services to assist Santa Clara and each of the fifteen cities and towns in the Op Area to revise the Santa Clara County Multi-Jurisdictional Hazard Mitigation Plan. Multi-jurisdictional hazard mitigation plans are prepared and adopted by multiple communities with the primary purpose of identifying, assessing, and reducing the long-term risk to life and property from hazard events; the goal of effective hazard mitigation planning is to "break the cycle" of disaster damage, reconstruction, and repetitive losses. FEMA approved the Santa Clara County Multi-Jurisdictional Hazard Mitigation Plan in February 2024, with an expiration date of February 2029. At that point, Santa Clara would most likely need to seek HMGP funding from FEMA again to support the major task of refreshing its plan.

26.     In addition, Santa Clara has applied to CalOES for—and anticipates receiving—approximately $750,000 of HMGP funding in FY 2025. This grant will fund wildfire detection equipment that provides verified, real-time alerts across Santa Clara County's highest-risk "wildland-urban interface" areas—that is, areas where human development meets undeveloped wildlands. These fire sensors would close critical fire detection gaps—especially overnight, when direct observation and public reporting are limited—in areas where conditions can quickly drive explosive fire behavior and minutes lost in detection can mean the difference between containment and catastrophe.

**Irreparable Harm from the Potential Loss of FEMA Funding**

27.     I am aware of the "FY 2025 DHS Terms and Conditions Version 3 Dated April 18, 2025," including the conditions that Plaintiffs including Santa Clara are challenging in this case. I understand that Santa Clara must either accept those conditions or lose access to approximately $3.6

million in FEMA funding for FY 2025. FEMA funding represents nearly 43% of OEM's total budget for FY 2025. Without that funding, OEM could not sustain its current staff or perform its current functions. My assessment based on more than four decades of professional experience in emergency management and response is that our community would be less safe, less secure, and increasingly vulnerable to attacks, hazards, and disasters of all types.

28. Moreover, based on my oversight of OEM's operations, I am aware that the emergency management community is particularly concerned with addressing increased risks of natural disasters, including wildfires, earthquakes, and flooding. This concern informed Santa Clara's decision to apply for an FY 2025 HMGP grant that would fund wildfire detection equipment in the county's highest-risk areas.

29. Based on my oversight of OEM's operations, I am also aware that the emergency management community is particularly concerned with sustaining its preparedness for terrorist and domestic violent extremist attacks given the attack that occurred on New Year's Day 2025 in New Orleans. Santa Clara County will be hosting both Super Bowl LX and the FIFA World Cup in 2026, for which multi-agency planning is well underway. Resources, equipment, and multi-jurisdiction coordination will be needed to support public and community resiliency and safety during these two significant special events, which are expected to draw hundreds of thousands of spectators and visitors. Federal funds are critical to help ensure enhanced capability beyond what local government can provide on its own. The four FEMA funding streams that OEM receives are therefore indispensable, both in light of these events and in general.

30. Without SHSP funding, Santa Clara could not fund community-wide exercises to test responses to catastrophic events, train first responders on terrorism response, create plans to ensure it can meet the needs of residents with disabilities during disasters, or purchase critical equipment for hazard response. Losing SHSP funding would also mean Santa Clara would not be reimbursed for the salary and benefit costs of three existing positions at OEM and two other positions that serve the region, or for prior purchases of critical equipment for hazard response and secure communications.

31. Without EMPG funding, community preparedness and resiliency throughout the Op Area would be in jeopardy. Losing EMPG funding would mean that Santa Clara could not engage in

coordinated community-wide planning by government, schools, and community groups alike; could not provide region-wide emergency management training; would lose technology and resources critical to successful response efforts in disasters; and would not be reimbursed for the salary and benefit costs of two existing OEM staff positions.

32. Without UASI funding, Santa Clara would have to abandon plans to purchase critical equipment—including a decontamination trailer, evacuation devices, and patient-transport devices—required for keeping hospital patients safe during disasters and other emergencies.

33. Without HMGP funding, critical fire detection gaps would continue to endanger Santa Clara residents in and near the county's highest-risk wildland-urban interface areas, where fires could result in catastrophe if they are not timely detected and contained.

34. In short, losing any of the funding streams above would hamstring Santa Clara's ability to intervene at every stage of emergency management: shoring up systemic vulnerabilities to *prevent* disasters, developing tools and protocols to *respond* to disasters, and building resources and protocols to *recover* from disasters. For Santa Clara's nearly two million residents, these functions can be—and have been—a literal lifeline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on SEPT 30, 2025 at San José, California.

_____
DANA C. REED