TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
           Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF OLIVER CHI** |

# DECLARATION OF OLIVER CHI

I, OLIVER CHI, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the City Manager for the City of Santa Monica. I have been in that position since July 2025. I earned a master's degree in public administration from the University of Southern California, served as the City Manager for the City of Irvine from 2021 to 2025, and have also held leadership roles in the cities of Huntington Beach, Monrovia, Rosemead, and Barstow.

## Background

3. Santa Monica is a municipal corporation and charter city organized under the laws of the State of California. It has a Council-Manager form of government. Per the City Charter, the City Manager is the chief executive officer and head of the administrative branch of the City government. As the City Manager, I am responsible to the City Council for the proper administration of all affairs of the City, including preparing a budget annually, submitting it to the City Council, and being responsible for its administration after adoption.

4. Santa Monica is a city of 8.3 square miles on the westside of Los Angeles County. Santa Monica's residential population is approximately 93,000 and its day-time population increases to approximately 150,000 with large numbers of tourists, shoppers, and employees. Santa Monica attracts over 6 million tourists each year.

5. Santa Monica is adjacent to the Pacific Palisades which burned in a devastating wildfire in January 2025 in which over 6,800 structures were destroyed. Though no structures burned in Santa Monica, thousands of Santa Monica residents were under mandatory evacuation orders and a curfew during the fire, and Santa Monica Police and Fire Department personnel were deployed to maintain security and assist with the fire fight. Santa Monica also experienced wind damage and had to clear significant amounts of debris. Following the fires, Santa Monica has taken major actions to support the Palisades community in its recovery, including the relocation of several schools to local properties and the ongoing no-cost space agreement to house the U.S. Small

Business Administration's Business Recovery Center in the Santa Monica library

6. While Santa Monica was spared from direct fire damage during the Palisades Fire, we face greater fire risks than ever before. On March 24, 2025, the California Department of Forestry and Fire Protection (CAL FIRE) released updated Fire Hazard Severity Zone (FHSZ) maps for Local Responsibility Areas. For the first time, Santa Monica was included in the FHSZ maps. There are approximately 3,095 housing units and 237 businesses located within the newly designated fire hazard zones in Santa Monica.

7. Santa Monica, like most cities in California, is also at risk for earthquakes. Hazard research using FEMA software estimates $3.4 billion in total economic loss for Santa Monica after a major earthquake on the Santa Monica fault. To mitigate these risks, Santa Monica updated its seismic retrofit standards and launched a Seismic Retrofit Program in March 2017. As a part of that program, city staff identified are approximately 2,000 potentially seismically hazardous buildings in Santa Monica. Approximately 1,700 of these are soft-story multi-family residential buildings for which owners must complete retrofit projects in the next 9 months or sooner.

### Santa Monica's DHS/FEMA Grant Funding

8. Santa Monica receives over $2 million annually in FEMA homeland security grants, as a subrecipient of the California Office of Emergency Services (Cal OES), the City of Los Angeles, and the County of Los Angeles. As a subrecipient of the Cal OES, Santa Monica also manages a $1,930,860 FEMA grant for the design-phase costs of the City's seismic retrofit program and a $135,000 FEMA grant to develop hazard mitigation plans, and expects to receive over $1.5 million from FEMA to recover from losses incurred during the recent Palisades Fire. On September 24, 2025, Santa Monica was approved for an additional $119,056 FEMA grant for firefighter wellness and anticipates being approved for a FEMA grant of approximately $4.8 million to reimburse property owners for construction-phase costs of the seismic retrofit program.

9. Regarding our hazard mitigation planning grant, on August 21, 2023, FEMA notified Cal OES that Santa Monica was approved for a $135,000 grant under the Hazard Mitigation Grant Program ("HMGP") to develop a Local Hazards Mitigation Plan ("LHMP"). This grant is associated with the summer 2021 California wildfires disaster declaration designated as "DR-4610." The grant

is being used to facilitate the city's planning process and fund robust community outreach materials to educate Santa Monica residents and businesses about local hazards and potential risks of unmitigated disaster events, including earthquakes, tsunamis, and wildfires. Santa Monica submits reimbursement requests to Cal OES for this HMGP grant. The period of performance for this grant has been extended to February 20, 2027.

10. Regarding the homeland security grants, Santa Monica has participated in the Homeland Security Grant Program (HSGP), including the Urban Area Security Initiative (UASI) program and the State Homeland Security Grant Program (SHSP), for over 20 years. Around the fall each year, jurisdictions throughout the Los Angeles area submit applications to a regional working group and approval authority who determine which projects to submit for funding under that UASI and SHSP programs for that grant year's performance period, which begins September 1 and runs for 33 months. Typically, around the following winter or early spring, DHS releases a Notice of Funding Opportunity ("NOFO") for that fiscal year's HSGP, which lays out the state and regional allocations for the SHSP and UASI programs. After the NOFO is released and projects are approved for funding, the City of Los Angeles executes a subrecipient agreement with Santa Monica for a portion of the UASI funds and the County of Los Angeles executes a subrecipient agreement with Santa Monica for a portion of the SHSP funds. All grant funds are paid by the City and County of Los Angeles on a reimbursement basis. Subrecipient agreements are typically executed within 6-12 months after the beginning of the period of performance.

11. For the last several years, Santa Monica has received over $2 million annually in combined UASI and SHSP funds, which have been used to coordinate regional trainings for fire department personnel, for HazMat and Urban Search and Rescue training and equipment, and for cybersecurity improvements, among other things. Santa Monica anticipates executing a SHSP 2024 Subrecipient Agreement in the coming months.

12. In late July August 2025, DHS released the Fiscal Year 2025 HSGP NOFO. The Los Angeles region's allocation of UASI funds for Fiscal Year 2025 funds was reduced dramatically from Fiscal Year 2024, by approximately 35%. As a result, the projects Santa Monica proposed to the regional working group in fall 2024 to be funded under the Fiscal Year 2025 UASI and SHSP

3

programs will have to be cut significantly.

13. Section 9.O of the Fiscal Year 2025 HSGP NOFO (page 50) states that "[a]n immigration term and condition, including those in the DHS Standard Terms and Conditions, may be material to the Department of Homeland Security's decision to make this grant award, and the Department of Homeland Security may take any remedy for noncompliance, including termination, if the state or territorial recipient or any local government subrecipient fails to comply with this term and condition."

14. Santa Monica expects that any subrecipient agreement we execute for Fiscal Year 2025 UASI and SHSP grants, likely in the next year, will incorporate the Fiscal Year 2025 DHS Standard Terms and Conditions. Previous UASI and SHSP subrecipient agreements have incorporated the DHS Standard Terms and Conditions applicable to the fiscal year the funds were allocated for.

15. Regarding the seismic retrofit grants, in August 2021, Santa Monica was approved by FEMA for a $1,930,860 grant for seismic retrofit work, as a Cal OES subrecipient, under HMGP. This grant is associated the November 2018 California wildfire disaster declaration, designated as "DR-4407". The purpose of this grant is to reimburse Santa Monica and property owners for pre-construction or "Phase One" costs of seismically retrofitting buildings throughout the city. This project is critical to ensuring property owners can afford to and will retrofit their potentially hazardous properties, a large majority of which are residential rental buildings including many rent controlled buildings with some of Santa Monica's most vulnerable residents.

16. Under the Phase One program, property owners are eligible to be reimbursed for 75% of their retrofit design costs up to $5,000 per property. Santa Monica reimburses property owners directly for these Phase One seismic retrofit design costs and then seeks reimbursement from FEMA through Cal OES. FEMA has extended the period of performance for the Phase One program to January 3, 2026, and upon information and belief, FEMA has indicated to city staff it may be further extended.

17. When Santa Monica applied for this HMGP grant for the seismic retrofit program, we projected that the total Phase One costs would be approximately $2,508,480, and that Phase Two

construction costs for those retrofit projects whose plans were approved during Phase One would run about $6,435,500, for a total program cost of $9,000,000. FEMA's notice of approval of funding for Phase One contemplates approval of funding for the Phase Two construction costs—the actual seismic retrofit work that will secure at risk buildings. Therefore, sometime in the next year or so, Santa Monica expects to be approved for up to $4.8 million (75% of the total Phase Two projected costs) from HMGP to reimburse property owners for Phase Two construction costs, for those projects whose plans were approved during Phase One.

18.  Regarding our fire recovery grants, Santa Monica currently receives funding under FEMA's Public Assistance Grant Program, administered by Cal OES, for recovery efforts related to the January 2025 Palisades Fire. Santa Monica has received approximately $207,000 in reimbursements from Cal OES to date and has submitted requests for approximately $1.33 million more that are pending payment. These funds will primarily reimburse for costs of debris removal and police and fire department personnel overtime related to evacuation and firefighting activities.

19.  Santa Monica has also been approved for funding under the Assistance to Firefighters Grant ("AFG") program. On September 24, 2025, Santa Monica was notified that we were approved for a $119,056 AFG program grant to fund a firefighter wellness and fitness program, which will include cancer screenings to Santa Monica's 138 Fire Department personnel over 2 years, and fitness assessments and counseling to help remove the stigma of mental health challenges including traumatic stress. The deadline to execute a grant agreement to accept this award is October 24, 2025 at 3:47 pm. A copy of a screenshot from the FEMA GO website showing this deadline is attached hereto as **Exhibit A.**

20.  Article 19 on page 16 of the AFG award package states that "(2) . . . (a) By accepting the grant award, recipients are certifying that: (i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and (ii) They do not and will not during the term of this award engage in, a discriminatory prohibited boycott." Article 19 goes on to state that recipients are also certifying "(iii) They do not, and will not during the term of this award, operate any program that benefits illegal immigrants or incentivizes illegal immigration,"

but Article 58 on page 31 states this condition does not apply to this grant even though it is stated in the award package.

21. Article 33 on page 19 of the AFG award package states that "Recipients must comply with the requirements of Presidential Executive Orders related to grants (also known as federal assistance and financial assistance), the full text of which are incorporated by reference."

22. Santa Monica's approved AFG application was submitted in response to FEMA's Fiscal Year 2024 AFG Program NOFO. The NOFO does not state that recipients will be required to certify compliance with the anti-DEI conditions stated in Article 19 of the award package. Section F.4.a on page 30 of the NOFO does state that "The applicable DHS Standard Terms and Conditions will be those in effect at the time the award was made," meaning here, the Fiscal Year 2025 DHS Standard Terms and Conditions will apply to the AFG grant awarded on September 24, 2025, if Santa Monica accepts it.

### Irreparable Harm From the Potential Loss of FEMA Funding

23. The newly imposed conditions on FEMA funding in the DHS Standard Terms and Conditions and the AFG grant package, as applicable, would force Santa Monica to accept those conditions or lose access to over $1 million in DHS/FEMA funding for homeland security projects, over $119,000 for firefighter wellness including cancer screenings, and potentially up to $4.8 million for seismic retrofit programs.

24. The Santa Monica Police Department intended to use a portion of the Fiscal Year 2025 UASI money to fund acquisition of a new harbor patrol boat to assist with search and rescue efforts, and for further cybersecurity measures. The Santa Monica Fire Department had planned to continue coordination of trainings for fire agency personnel throughout the region. If we lose access to this funding, these projects will very likely be cut or delayed indefinitely.

25. Specifically, Santa Monica has used UASI and SHSP funds to pay for a Regional Training Officer contractor position in the Santa Monica Fire Department. This contract would have to be terminated if we cannot accept the Fiscal Year 2025 UASI grant. The regional trainings are open to approximately 9,000 firefighters representing twenty-nine fire agencies throughout the region to prepare for man-made or natural disasters. Trainings include Urban Search and Rescue

courses: Trench Rescue Technician, Rescue Systems, Low Angle Rope Rescue, Structural Collapse Technician, Rope Rescue Awareness/Operational, Swiftwater Rescue Technician, Confined Space Awareness & Technician, Animal Rescue; Hazardous Material Technician and Specialist; Leadership Instructor Training; and All Hazards Incident Command Training. If we can't offer those trainings because funding is cut, firefighters in Santa Monica and the region will be less well equipped to respond to disasters, a prospect we cannot afford with our increased risk of fire hazards.

26. The Santa Monica Fire Department also uses HSGP funding to support the Urban Search and Rescue and Hazardous Materials teams' specialty apparatus equipment. These units are cross staffed by Santa Monica Fire Department personnel to respond to search and rescue or hazardous materials incidents locally and regionally. Loss of this funding would affect the training and equipment required to maintain these Type 1 specialty teams.

27. Santa Monica also uses UASI funds to provide the regional Training Delivery Model, offering six to eight video training sessions annually for all fire agencies in the area. These training courses keep firefighters up to date on current competencies and ensure consistent training across agencies for interoperability during cross-jurisdictional incidents

28. Regional Unified Response to Violent Incident tactical command and control trainings for the region will be discontinued if these funds are not accepted. With large-scale events scheduled for the LA region in the coming years that will attract very large numbers of people—including the FIFA World Cup in 2026, Superbowl in 2027, and Olympics in 2028—these trainings, conducted with law enforcement, aim to facilitate coordination between regional fire and police services for incident preparedness and response.

29. Finally, to the extent the anticipated $4.8 million HMGP grant for Phase Two of Santa Monica's seismic retrofit program is conditioned on acceptance of the new DHS Standard Terms and Conditions, this will also mean that hundreds of property owners will not have access to funding to seismically retrofit their buildings, endangering the lives of hundreds or thousands of Santa Monica residents.

30. Santa Monica cannot afford to fund these programs without the FEMA grants. On September 9, 2025, the Santa Monica City Council adopted a resolution outlining the significant

fiscal distress faced by the City and declaring the existence of a fiscal emergency. As outlined in that resolution, the City faces significant liabilities and recent financial forecasts anticipate that the City will operate a structural deficit for several years.

31.  The loss of potentially millions of dollars in FEMA funding would not only leave Santa Monica, its residents, workers, and visitors more vulnerable to fire, earthquake, and other hazards; it would also worsen Santa Monica's already significant fiscal emergency. Considering this emergency, Santa Monica simply would not be able to pay for programs currently funded and anticipated to be funded by FEMA if we lose access to those grants because of the new conditions on funding.

32.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2025 at Santa Monica, California.

_____
OLIVER CHI