# EXHIBIT A

**Award offered**

# EMW-2024-FG-00429: Fiscal Year (FY) 2024 Assistance to Firefighters Grant

## CITY OF SANTA MONICA

| | |
|---|---|
| Period of performance | 09/30/2025 - 09/29/2027 |
| Federal resources awarded | $119,056.36 |
| Required non-federal resources | $11,905.64 |
| Federal resources disbursed to recipient | $0.00 |
| Pending disbursements to recipient | $0.00 |
| Balance of federal resources available | $119,056.36 |

## My to do list

| Description | Status | Date of status | Due date | Action |
|---|---|---|---|---|
| Award | Not started | 09/24/2025 | 10/24/2025 3:47 pm | Actions ▼ |

## Organization : CITY OF SANTA MONICA

This information is current of SAM.gov as of: 09/12/2025

### Registration summary

| | |
|---|---|
| UEI-EFT | Q35KCJJNN3J3 |
| DUNS | 074152596 |

| | |
|---|---|
| Registration status | **Active** |
| Registration last update date | **09/11/2025** |
| Registration expiration date | |
| Has active exclusion? | **No** |
| Debt subject to offset? | **N** |

## Business Information

| | |
|---|---|
| Doing business as name | |
| Physical address | **1685 MAIN ST**<br>**SANTA MONICA, CA 90401** |
| Mailing address | **333 OLYMPIC DRIVE**<br>**SANTA MONICA, CA 90401** |

## Financial reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|

## Performance progress reports

| Report | Due date | Status | Date of status | Action |
|---|---|---|---|---|

## Closeout reports

| Report | Due date | Status | Date of status | Action |

## Request for Information

| RFI number | Request date | Status | Date of status | Action |