| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:   Raphael.Rajendra@cco.sccgov.org<br>           Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:   David.Louk@sfcityatty.org<br>           Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>   Plaintiffs,<br><br>   vs.<br><br>KRISTI NOEM, *et al.*,<br><br>   Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF JASON NUTT** |

Declaration of JASON NUTT                                                                                                      Case No. 3:25-cv-8330

**DECLARATION OF JASON NUTT**

I, JASON NUTT, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Assistant City Manager for the City of Santa Rosa ("City" or "Santa Rosa"), a California municipal corporation and charter city, and I have served in that role since 2019. From March 2015 until January 2024, I served as the City's Transportation & Public Works Director, holding the combined title of Assistant City Manager/Transportation & Public Works Director from 2019 until January 2024. I was the City's Deputy Director of Transportation & Public Works – Traffic from August 2005 until January 2010.

3. In coordination with the City Manager, I am directly involved with the development and monitoring of the City's budget including grant funding streams on which Santa Rosa relies to provide municipal services.

## Background

4. Santa Rosa provides a wide range of municipal services including public safety, social, health, housing and homelessness services, emergency management, public infrastructure construction and maintenance, transit operations, and water and wastewater services, in addition to other general municipal services. Santa Rosa provides these services to the community, without regard to immigration status, in furtherance of the City's values of inclusiveness, transparency, excellence, innovation, teamwork, and integrity to cultivate a vibrant, safe, resilient and livable city.

5. Annually, the Santa Rosa City Council approves a budget for the upcoming fiscal year which starts on July 1 and ends June 30. On June 17, 2025, the Santa Rosa City Council approved an approximately $517 million budget for all City operations for fiscal year 2025-26. The budget includes declining revenue projections, with expenditures exceeding revenues, resulting in an $8.4 million budget deficit and requiring the use of critical emergency reserves set aside for future disasters such as the devastating wildfires Santa Rosa has experienced since 2017. The adopted budget was developed following public discussions in January, April, and May of 2025 where the

1

City Council provided guidance to the City Manager to develop a final proposed budget to address the nearly $20 million budget deficit. The adopted budget included substantial reductions citywide including elimination of 55 general fund employee positions, layoffs and reductions in important city services such as public safety, emergency management, homeless services, recreation services, organizational administration, financial administration, and land use and planning.

6. Santa Rosa, along with other jurisdictions in Sonoma County, faced an onslaught of large-scale vegetation fires since 2017. The fire season in our region has expanded to a nearly year-round event with fires that are larger and more damaging than in the past.

7. Santa Rosa was significantly impacted by five major wildfires between 2017 and 2020.

   a. The Tubbs Fire in 2017 was the most devastating to the community with nine fatalities in Santa Rosa, 3,098 Santa Rosa homes destroyed and 25% of Santa Rosa hotel stock lost. In total, the Tubbs Fire destroyed over 5,500 structures and resulted in 22 confirmed fatalities. The Tubbs Fire is considered the fourth deadliest fire in California history and caused significant destruction to Santa Rosa.

   b. The Nuns Fire, also in 2017, threatened Santa Rosa but did not enter City limits. The fire burned 44,573 acres, damaged 172 structures, destroyed 1,355 structures, and resulted in three fatalities in neighboring localities.

   c. In 2019, fire suppression efforts successfully prevented the Kincade Fire from spreading to Santa Rosa but forced large-scale evacuations in Santa Rosa and resulted in major smoke damage throughout the City.

   d. In 2020, fire suppression efforts successfully prevented the Sonoma-Lake-Napa Unit Lightning Complex Fire ("LNU Fire") from entering City limits but the fire greatly impacted Sonoma County. The LNU Complex burned a total of 363,220 acres across five counties, including Sonoma County.

   e. In 2020, shortly after the LNU Fire, the Glass Fire burned 67,484 acres from Napa County to Sonoma County. This fire destroyed 32 homes in Santa Rosa.

### Santa Rosa's DHS/FEMA Grant Funding

8. The City currently receives approximately $47 million in grants from the Department of Homeland Security, through the Federal Emergency Management Agency ("FEMA"). The FEMA grants are used for a variety of wildfire mitigation activities and public safety initiatives.

9. The Santa Rosa Fire Department ("SRFD") currently receives $2.36 million in funding annually from a Staffing for Adequate Fire and Emergency Response ("SAFER") grant awarded by FEMA. The SAFER grant pays for salaries and benefits of twelve firefighter paramedic positions through January 2027. This grant allows SRFD to staff its two paramedic squads. The grant funds the entirety of the City's paramedic squad, including 12 firefighter paramedic positions. SRFD does not have the funding to maintain these squads. These funds allow SRFD to provide critical emergency medical services to the community.

10. The City was awarded approximately $14.2 million in FEMA Hazard Mitigation Grant Program funds for the City's Laguna Treatment Plant ("LTP") Flood protection project. The City received approval for the grant but has not yet received the grant agreement. LTP is a wastewater treatment facility that serves approximately 230,000 residents in Santa Rosa and neighboring localities including Rohnert Park, Cotati, Sebastopol and unincorporated portions of Sonoma County. The grant award will be used to update the facility to protect from 100 year and 500year flood events. The City does not have funds available to complete this project without these federal funds. If the work is not completed and a flood occurs, the City's sewage treatment obligations could not be met. Further the City and impacted regions risk the release of hazardous materials, hazardous working conditions for City employees at LTP, costs for cleanup and repairs, fines for illegal discharges, and regional public health and water quality issues.

11. SRFD also receives approximately $3.6 million from the FEMA Hazard Mitigation Grant Program ("HMGP") for vegetation management projects associated with the City's Hazardous Vegetation and Fuels Management Ordinance. The City has received approval of this grant but is still awaiting final obligation and the grant agreement. Grant funds are used for vegetation removal and fuel reduction projects along City evacuation routes, vegetation management education, and vegetation management compliance across the City. Elimination of the HMGP grant funding would

eliminate SRFD's ability to perform these vital vegetation management program projects, projects that proactively protect the community from wildfire risks. With the high risk of wildfire in our region, it is vital that the City mitigate known risks to reduce these threats. Without the mitigation programs these federal grants fund, Santa Rosa and the surrounding communities would be at a significantly higher risk of a devastating wildfire.

12. SRFD is in the process of applying for approximately $200,000 in Assistance to Firefighters Grants Program ("AFG") grant funding through FEMA. If awarded by FEMA, the AFG grant would allow SRFD to purchase critical specialized firefighting and emergency medical equipment the City would otherwise lack the resources to acquire. SRFD previously used AFG grant funds to acquire a self-contained breathing apparatus and cardiac monitors. Without federal assistance, SRFD is unable to purchase this vital equipment needed to protect our firefighters.

13. Santa Rosa relied on the understanding that the City would receive DHS/FEMA grant funding when it prepared and approved the fiscal year 2025-26 budget. The challenged new grant conditions being imposed by DHS have left Santa Rosa in limbo about whether it will receive FEMA grant funding that Santa Rosa included in the fiscal year 2025-26 budget, as well as Santa Rosa's ability to apply for critical DHS/FEMA grant funding in the future. Santa Rosa has already made massive expenditures to recover from disasters, invest in aging infrastructure, and provide services on the expectation of being reimbursed with federal dollars. Loss of any significant portion of these grant funds will result in increased risk of infrastructure failure due to deferred maintenance and lack of preparedness for future disasters, accelerating the City's need to use critical emergency reserves in fiscal year 2025-26, reserves that have been set aside to support community health, safety and governmental operations during potential future disasters like the devastating wildfires Santa Rosa has experienced since 2017. Simply put, Santa Rosa would not be able to cover such a shortfall. As a result, further mitigation steps the City may be forced to make include dramatic additional budgetary cuts, including potential further layoffs and reductions to basic city services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on SEPTEMBER 30, 2025 at Santa Rosa, California.

_____
JASON NUTT