| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:   Raphael.Rajendra@cco.sccgov.org<br>           Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:   David.Louk@sfcityatty.org<br>          Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF LUCIA SCHMIT** |

# DECLARATION OF LUCIA SCHMIT

I, LUCIA SCHMIT, declare:

1. I am a resident of the State of Washington and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Director of the Snohomish County Department of Emergency Management. I have been in that position since 2022. I have previously held emergency management positions at the local, state, federal and international levels. This includes time working for the Virginia Department of Emergency Management in Arlington County, VA; the US Forest Service; the Federal Emergency Management Agency ("FEMA"); and the City of Seattle, totaling over 20 years in emergency management. I hold a Masters of Science in Engineering Management, with a concentration in Crisis, Emergency and Risk Management and am a Certified Emergency Manager by the International Association of Emergency Managers. One of my responsibilities at FEMA under the first Trump Administration was developing grant eligibility requirements relating to implementation of the National Incident Management System. This included the Homeland Security Grant Program and Emergency Management Performance Grant. In doing this, we were keenly aware of the critical role these grants play in sustaining response capabilities at the local level.

## Background

3. Snohomish County Department of Emergency Management ("DEM") provides emergency management services throughout the unincorporated areas of the County as well as nineteen cities, towns and tribes within Snohomish County. DEM is a member of the Seattle-Metro Urban Area Security Initiative ("UASI") and Homeland Security Region 1 ("HLS R1"). DEM also serves as the fiduciary agent for the Homeland Security Grant Program allocation for HLS R1.

4. Snohomish County topography includes numerous valleys, lowlands, forestlands and waterfront that are the result of natural geological processes. While these features make Snohomish County a desirable place to live, they also create risk when paired with population density. In particular, Snohomish County is prone to hazardous weather events and flooding as well as an increasing risk of wildfire. Snohomish County is also at risk for earth movement events including

earthquakes, landslides and volcanoes. Other risks include active assailants, hazardous materials spills and aircraft accidents.

### Snohomish County's DHS/FEMA Grant Funding

5. Snohomish County has historically received DHS/FEMA funding through several indirect grants that pass through the Washington State Military Department: the Homeland Security Grant Program ("HSGP"), including funding under its Urban Areas Security Initiative ("UASI") and State Homeland Security Program ("SHSP") components; and the Emergency Management Performance Grant ("EMPG") program. For FY2023 and FY2024, DEM has current grants in the following amounts: $670,474 in EMPG funds; $885,203 in SHSP funds; and $1,676,743 in UASI funds. Snohomish County also has a pending award of $425,000 for FY2023 Flood Mitigation Assistance ("FMA") funds and anticipates asking for funding to support incident response functions during the 2026 FIFA World Cup. For FY2025, the DEM has pending awards in the following amounts: $303,237 in EMPG funds; $368,325 in SHSP funds; and $1,009,251 in UASI funds. For FY2026, DEM expects to apply for the following grant awards: approximately $540,000 in SHSP funds; approximately $370,000 in EMPG funds; and approximately $750,000 in UASI funds. While the annual funding amounts vary somewhat from year to year, one third of the core emergency management staff at DEM are funded by FEMA preparedness grants.

6. The Seattle urban area was one of seven original recipients of UASI funds, identified at the program's inception in 2003 as an urban area at high risk for terrorism. While funding amounts have varied somewhat, Snohomish County has received UASI funding every year since then. Over the last four years, we've received an average of $645,701 in UASI grants. For FY2023 and FY2024, DEM UASI funds in the amount of $1,676,743 are directed towards planning activities and capability development necessary to prevent, prepare for, protect against and respond to acts of terrorism. Snohomish County is home to a number of potential terrorist targets including the Olympic pipeline, Naval Station Everett, Boeing (one of the world's largest defense contractors), and the Washington State ferry system. The work performed with these funds includes conducting threat and hazard identification and risk assessments, training amateur radio volunteers, updating command and control vehicles, improving responder communications including in the County's

Declaration of LUCIA SCHMIT                                                                      Case No. ```

Emergency Operations Center, replacing aging law enforcement aircraft and updating associated equipment for use in capturing bad guys and finding lost hikers, increasing election security, conducting studies to better understand regional risks and capabilities, procuring specialty training and equipment for teams like the bomb squad, and investments in 272 Stop the Bleed kits now installed in public spaces across the County in the event of an active shooter incident or other traumatic injuries. These programs are designed to address terrorism threats and election security and to save lives.

7. Decisions on how to spend UASI funding are made by a multi-disciplinary and multijurisdictional governing body. This group has unanimously agreed since at least 2010 in the importance of having dedicated personnel to coordinate terrorist readiness and capability assessments in each jurisdiction, so DEM has had at least one FTE consistently funded by the UASI grant since then. Seven discipline-specific subcommittees develop and prioritize projects in their subject areas. These projects then get reviewed and ranked by a multi-jurisdictional Urban Area Working Group, whose rankings are validated by another governing body, the regional Core Group. This is a long and time-intensive process, and Snohomish County participates at all levels, which is a huge investment of staff time. The process typically runs from September to December in order to be ready for the release of the Federal NOFO in the coming year. When the NOFO arrives and we know our exact funding amount, we finalize our project proposals and the Washington State Military Department, Emergency Management Division ("Washington State EMD") State Administrative Agent combines our proposals with the other local jurisdictions into a single regional application. Upon receipt of the award, Washington State enters into contracts with each of the jurisdictions included in the application.

8. Snohomish County DEM receives some of the funding directly from Washington State EMD, but many of the law enforcement and fire/HazMat/EMS projects are run out of the City of Seattle. For example, in 2024, using UASI funds through the City of Seattle, Snohomish County participated in Radiological Monitoring drills that incorporated Marine Units from South County Fire and the City of Everett. Using the same funds, Snohomish County also participated in structural collapse training along with South County Fire, the City of Everett, the City of Marysville and

Snohomish Regional Fire and Rescue. Snohomish County agencies benefit from the training, but the dollar amount is not captured in the amounts provided here.

9. For FY2023 and FY2024, DEM SHSP funds in the amount of $885,203 are directed towards regional planning, organization, training, equipping and responding to a terrorist attack among HLS R1 members. In addition to the potential terrorist targets located in Snohomish County and described above, the HLS R1 is also home to potential terrorist targets such as petroleum refineries and the international border with Canada as well as various soft targets such as event centers. These funds also help purchase and install communications equipment and expansion of amateur radio communications systems especially through rural mountainous areas. These funds help purchase resiliency kits and other emergency and disaster resources for county residents living in unincorporated areas. Finally, these funds also support securing ballot collection boxes and remote monitoring of election sites. Snohomish County has received SHSP funds since the program's inception in 2003.

10. The state allocates the majority of SHSP funding, known as "Enduring Needs" funding, across nine Homeland Security Regions. Snohomish County DEM serves as the regional coordinator for the state's HLS R1, which includes Snohomish, Skagit, Island, San Juan, and Whatcom counties. Snohomish County currently funds 1.38 FTE with these funds, one to coordinate training and other preparedness activities across HLS R1, and .38 to support outreach and public information within the County. Up until 2025, one FTE was subtracted prior to applying a population-based formula to distribute the remaining funds across the five-county region. Starting with FY 2025 funding, the population-based formula will be applied before any FTE are funded for Snohomish County. Thirty five percent of these funds go towards training and equipment for law enforcement special teams. The Snohomish County Sheriff's Office will typically purchase the equipment they need based off the available funding, and DEM will submit receipts and reimburse the Sheriff's Office when we receive reimbursement from Washington State. For DEM equipment purchases and personnel costs, we expend the funds and then submit for reimbursement through Washington State.

11. The remaining, non-Enduring Needs SHSP funds, are focused on FEMA's National

Priority Areas, as designated in the NOFO for the year. Washington State distributes those grants statewide according to a competitive process. For example, for FY2025, the application process began in the fall of 2024 when DEM began coordinating across HLS R1 jurisdictions and with response partners to identify and develop projects. These were reviewed and voted on by the Homeland Security Regional Coordinators across the state to determine which ones would be funded. DEM will receive our pass-through contract with Washington State which combines both Enduring Needs and National Priority Area funding. We will then enter into contracts with the other counties in HLS R1. Those counties expend funds and submit their reimbursements to us, and we combine them into quarterly regional reimbursement submissions to Washington State EMD. Starting with FY 2025 funds, Whatcom and Skagit Counties will submit their reimbursements directly with Washington State EMD, and DEM will only serve as the grant coordinator for San Juan and Island Counties.

12. For FY2023 and FY2024, DEM EMPG funds in the amount of $670,474 are directed towards developing mass care capabilities, supporting intra- and interjurisdictional planning, training DEM staff, developing administrative and fiscal policies, writing a community wildland protection plan to mitigate wildfire risk, building and maintaining mobile support units for deployment during large-scale earthquake, funding for public communication and warning systems and other planning updates. These grants have provided consistent funding to the County since 2000, though federal funding for local emergency management existed prior to that year under different names. EMPG has consistently funded DEM personnel since that date. It currently funds 2.75 FTE. Beginning in June or July of each year DEM will build out a workplan for EMPG funding, which we submit to Washington State EMD for EMPG funding in the following year. Our workplan specifies the work that we will perform with the grant funds and how we will provide the local match. We then submit expense reports as the funding is expended and receive reimbursement from the Washington State EMD.

13. Earlier this year, DEM submitted its materials to the Washington State EMD for purposes of preparing the grant application to FEMA for FY2025 UASI (in the amount of approximately $1,600,000), SHSP (in the amount of $457,152) and EMPG (in the amount of

$303,237) grants. The Notices of Funding Opportunity for UASI and SHSP grants incorporated the 2025 DHS Standard Terms and Conditions. The County sought funding under these grants to continue the work it has undertaken in previous years as described above. Typically, FEMA and the Washington State EMD execute these grant agreements in September and subrecipient agreements are thereafter provided to DEM for review and execution. To the best of my knowledge, FEMA and the Washington State EMD have not yet executed the FY2025 UASI, SHSP and EMPG grant agreements. While the UASI and SHSP agreements are typically multi-year agreements, the EMPG is usually issued year-to-year. As a result, the County's work under the EMPG grant is at risk if no new grant agreement is executed by September 30, 2025.

### Irreparable Harm From the Potential Loss of FEMA Funding

14. The new conditions that DHS and FEMA are imposing, as applicable, would force Snohomish County to accept those conditions or lose access to approximately $2,105,813 in DHS/FEMA funding for FY2025. The loss of this funding would be crippling to our ability to provide comprehensive emergency management to the county. By necessity we would focus remaining resources on explicit legal requirements and immediate life safety functions, but this creates long term challenges, particularly in efforts to prepare for infrequent but major disasters. Focusing funding on response means fewer investments in preparedness and mitigation, which will only increase the need for response in the future, in a continuing vicious cycle.

15. We are still working with the cities and towns within the County to assess which specific programs we will have to cut, but the loss of 5.13 FTE will result in some combination of the below impacts:

(a) We would no longer be able to support a full-time training coordinator and would have to sharply curtail the training we provide to first responders. The impact of a loss of funding to Snohomish County would be felt far beyond the county boundaries. In 2023 and 2024, Snohomish County DEM provided approximately 40% of the emergency management training in the state of Washington, which was only possible due to this funding.

(b) Much of DEM's work revolves around planning for various disaster and emergency scenarios in order to effectively manage those disaster and emergency events and protect

life safety. Any cuts to FEMA funding would impact DEM's ability to complete supplemental plans and maintain our all-hazard Comprehensive Emergency Management Plan, such as:

    (i) Volunteer/Donations Management Annex: Without plans and procedures in place to receive, organize, and manage a surge of well-meaning volunteers and donations after a disaster, that generosity has the potential to overwhelm responders. We do not have a viable plan for these challenges.

    (ii) Catastrophic/Earthquake Annex: A major earthquake on the Cascadia Subduction Zone, Southern Whidbey Island Fault, or Seattle Fault has the potential to knock out communications and transportation infrastructure in ways that require rethinking how we organize to respond to disasters. We have invested significantly in defining the parameters for our catastrophic plan, but we have not yet developed the operational details.

    (iii) Recovery Framework: Snohomish County's Recovery Framework was last updated in 2020. It is due for a revision to align with the Washington Restoration Framework (2021) and to incorporate lessons learned from COVID recovery.

    (iv) Vulnerable Populations Transportation Plan: Time and again, the highest fatalities in disasters occur among vulnerable people with transportation challenges. DEM currently has a Vulnerable Populations Transportation Framework. However, to make this a fully viable plan, we need to engage with the public and private transportation resources and build out the roles and responsibilities for organizations and agencies who support people requiring transportation assistance.

(c) DEM regularly supports local jurisdictions within Snohomish County in developing annexes to the County mitigation plan. These mitigation plans are required for jurisdictions to be eligible for FEMA mitigation funding. Additionally, mitigation investments pay off by a ratio of 6:1 in terms of dollars saved during response vs. dollars invested through mitigation. Completing Hazard Mitigation Plans is a data- and

engagement-intensive process that many of the cities and towns within the County will not be able to complete without grant-funded County personnel support.

(d) A reduction of outreach on personal preparedness. Personal and family preparedness is one of the best ways to build community resilience and to help residents make it through disasters unscathed. Preparedness education and support is a commonly requested service from residents and community groups across the County. A loss in FEMA funding would force DEM to deny all requests that are not focused on (and funded by) 911 taxes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2025 at Everett, Washington.

_____
LUCIA SCHMIT