TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF JOHANNES HOEVERTSZ** |

# DECLARATION OF JOHANNES HOEVERTSZ

I, Johannes Hoevertsz, declare:

1. I am a resident of the State of California, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Director of Public Infrastructure for the County of Sonoma. I have been in that position since 2022. I previously was the County's Director of the Transportation and Public Works Department, and prior to that served as the Public Works Director and the Road Commissioner for the County of Madera.

## Background

3. The County of Sonoma is located in Northern California, approximately 55 miles north of San Francisco. With a population of around 500,000 residents, Sonoma County's 1,588 square miles is bordered by the Pacific Ocean on the west, Marin County and San Pablo Bay to the south, Solano, Napa, and Lake Counties to the east, and Mendocino County to the north. The County is impacted by a variety of hazards, natural and man-made, including wildfires, earthquakes, and floods.

4. The County of Sonoma has an extensive history of flooding and weather storm events. The County has proclaimed an emergency for flooding more than any other hazard, and according to the National Flood Insurance Program (NFIP), $130 million in flood claims have been paid in Sonoma County since 1980, the highest flood damage cost of any county on the West Coast. Beyond immediate dangers, driving on flooded roads damages roadbeds, leading to costly repairs and extended road closures. FEMA's National Risk Index indicates that the County is in the 99.17% percentile for flood hazard risk, and its expected annual loss from flooding alone is $23 million. According to 2023 CalOES data, Sonoma has the highest risk of any California county of incurring damage from debris flow. With major flooding events occurring every one to two years, each flood event has led to multiple stranded vehicles and high-risk water rescues, with economic losses average $500,000 to $1,000,000 per major flooding event. Floods, severe stormwater runoff, and debris flows from major rainfall events regularly inundate, wash out, or block major and critical

County roads and erode roadway banks and culverts. In the last three years alone, at least two people have died in separate incidents when their vehicles became submerged by flood waters on County roadways.

**SPI's DHS/FEMA Grant Funding**

5. The County of Sonoma's Public Infrastructure Department (SPI) oversees certain federal FEMA HMGP grant funding awarded to the County of Sonoma as subrecipient through the California Governor's Office of Emergency Services (CalOES). SPI's goal and mandate are to ensure that its public facilities, such as its roads, are safe, secure, and functional for use by the public and for County operations, especially during critical times and during disasters and emergency events.

6. Currently, SPI is responsible for $968,550 in FEMA HMGP funding awarded to the County. In addition, SPI has submitted an application for $155,666.25 to fund a separate mitigation project. The subject FEMA HMGP funding does and would constitute and provide the majority (seventy five percent) of total project costs for the respective projects.

7. SPI anticipates continuing to apply for FEMA HMGP grants in FY2025 and FY2026 as those grant opportunities are announced, including for additional wildfire mitigation, flooding mitigation, and early warning initiatives.

8. The awarded FEMA HMGP grant is for the "River Bank Stabilization to Save River Road" project (FEMA No. DR4344-PJ0270-072). The grant was approved on April 20, 2022. Total project cost is $1,291,400, with $968,550 funded by FEMA HMGP through subgrant from the State of California. The grant is paid to the County on a reimbursement basis, via reimbursement requests made to the California Governor's Office of Emergency Services (CalOES).

9. The "River Bank Stabilization to Save River Road" project is an initiative regarding River Road, which is a major east-west thoroughfare in the western portion of Sonoma County. Many portions of River Road are subject to erosion, flooding, and bank stabilization issues related to the adjacent Russian River and the steep terrains through which the road travels. The project serves to provide a design for long-stabilization and engineering solutions to this critical County roadway, to ensure that residents, commuters, and emergency responders can access safe transportation routes

1  both during ordinary times and during severe storms and fire events. Having received notification of
2  the FEMA HMGP funding award for the project, the County entered into engineering and other
3  design services contracts for the necessary project work.

4      10.    In addition, SPI has submitted an application on August 4, 2023, for the "Flood
5  Monitoring and Early Warning System for High-Risk Road Segments" project (FEMA No. DR4856-
6  AP-01825). FEMA began review on September 5, 2024, and the Initiation of Consultation was
7  received by the California Office of Emergency Services from FEMA on July 28, 2025.  The
8  project's total cost is $207,555, with $155,666.25 requested from FEMA.

9      11.    The "Flood Monitoring and Early Warning System for High-Risk Road Segments"
10 project is a critical project to ensure life and safety on several flood-prone County roadways. In
11 recent years, flooding has led to numerous road closures, damaged culverts, shoulder washouts, and
12 emergency water rescues at several locations in rural and low-laying areas where roadways intersect
13 creeks, rivers, and drainages. Several fatalities have occurred as a result of persons becoming stuck
14 in their vehicles in flooded roadways. Roadway flooding incidents place a significant burden on
15 County resources, delay emergency access, and expose residents and motorists to life-threatening
16 conditions. Without real-time flood detection or early warning capabilities, emergency response has
17 relied on delayed field assessments or public reports, increasing the risk of preventable fatalities,
18 injuries, and property losses. To address these recurring vulnerabilities, the "Flood Monitoring and
19 Early Warning System for High-Risk Road Segments" project would install solar-powered flood
20 monitoring cameras and automated, high-water warning systems at high-risk intersections. High
21 water sensors would automatically activate flashing roadside warning signs to notify motorists in
22 real time, while cameras will deliver live-feed visual data to emergency management platforms,
23 enabling proactive road closures, better coordination among agencies, and improved situational
24 awareness.

### FEMA HMGP Grant Conditions

26     12.    The existing award for the "River Bank Stabilization to Save River Road" project
27 contains a "Standard Mitigation Grant Program (HMGP) Conditions; FEMA Region IX, August
28 2018" rider that states "DHS financial assistance Recipients and Subrecipient are required to follow

the provisions of …applicable Hazard Mitigation Assistance Uniform Guidance." I have reviewed the current FEMA "Hazard Mitigation Assistance Program and Policy Guide" (Version 2.1; Effective January 20, 2025; FEA Number FP-206021-0001). It states that "Hazard mitigation activities must adhere to all relevant statutes, regulations and requirements, including: … Other applicable federal, state, local, tribal and territory laws; implementing regulations; and executive orders." Based on my understanding of the HMGP grant conditions, the Program guide, and my experience with FEMA and federal grants in general, I expect that FEMA will require compliance with this Program requirement, including the requirement that the County must comply with all "implementing regulations" and "executive orders."

13. I have also reviewed the Department of Homeland Security's "FY 2025 DHS Standard Terms and Conditions." It states "The Fiscal Year (FY) 2025 Department of Homeland Security (DHS) Standard Terms and Conditions apply to all new federal awards of federal financial assistance (federal awards) for which the federal award date occurs in FY 2025 and flow down to subrecipients unless a term or condition specifically indicates otherwise" Based on my understanding of the Standard Terms and Conditions, HMGP grant conditions, and my experience with FEMA and federal grants in general, I expect that FEMA will require compliance with the Standard Terms and Conditions, including the requirement that the County must comply with all "Presidential Executive Orders," the immigration communication and cooperation provisions, the "Anti-Discrimination" provisions, and the "materiality" acknowledgment.

14. Assuming these grant conditions are required, the County of Sonoma would be forced to either accept those conditions or lose access to over $1,124,216 in DHS/FEMA funding.

## Irreparable Harm From the Potential Loss of FEMA Funding

15. Losing FEMA HMGP funding for the "River Bank Stabilization to Save River Road" project will result in immediate and irreparable harm. There is no adequate local or other funding alternative for the project. If Sonoma County is forced to decline the HMGP funds or to return obligated funds, then the County would not have funding to pay its project contractors as required by existing contracts for completed and underway project work. Further immediate and irreparable

harm would result to the County and its residents and visitors since River Road and the critical access it provides would remain vulnerable to washouts and closures.

16. Losing the FEMA HMGP funding for the "Flood Monitoring and Early Warning System for High-Risk Road Segments" project will result in immediate and irreparable harm. There is no adequate local or other funding alternative for the project. If Sonoma County is not awarded HMGP funds or has to decline them, then the County will face immediate and irreparable harm due to continued risks to drivers and other users of County's flood-prone roadways, and increased life-safety threats due to stuck and submerged vehicles and high-risk water rescues of stranded drivers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2025 at Santa Rosa, California.

_____
JOHANNES J. HOEVERTSZ