TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
           Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al*.,

Plaintiffs,

vs.

KRISTI NOEM, *et al*.,

Defendants.

Case No. 3:25-cv-8330

**DECLARATION OF SAMUEL WALLIS**

**DECLARATION OF SAMUEL WALLIS**

I, Samuel Wallis, declare:

1.      I am a resident of the State of California, and I am over the age of 18 years.  I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2.      I am the Deputy Director of the Department of Emergency Management ("DEM") of the County of Sonoma (the "County").  I have been in that position since 2023.  Previously, I was the Community Alert and Warning Manager and an Emergency Services Coordinator for the County, and have been serving this County since 2014. I hold a Master's Degree in Emergency Management from Walden University (August 2016), Bachelors of Arts in English from Sonoma State University (December 1991). I am a retired Lieutenant Colonel having served for 27 years in the United States Army as an Infantryman and Engineer in multiple overseas deployments including two combat zones as well as domestic disasters.  I have been a lecturer on Emergency Management topics for FEMA and the State of California.

### Background

3.      The County of Sonoma is located in Northern California, approximately 55 miles north of San Francisco. With a population of around 500,000 residents, Sonoma County's 1,588 square miles is bordered by the Pacific Ocean on the west, Marin County and San Pablo Bay to the south, Solano, Napa, and Lake Counties to the east, and Mendocino County to the north. The County is impacted by a variety of hazards, natural and man-made, including wildfires, earthquakes, and floods.

4.      Approximately one-third of Sonoma County's 485,000 residents reside in Sonoma County's Wildland/Urban Interface or Intermix (WUI). Sonoma County has the potential for significant wildfire losses in the County's extensive Wildfire Urban Interface (WUI) areas. More than 50.5% of the County land area, approximately 513,388 acres, is coniferous forests and oak woodlands. 68% of these forested parcels are in private ownership. Fuels conditions vary considerably across ecosystems and microclimates, but most of Sonoma County's WUI areas are in areas identified by CAL FIRE as high or very high fuel rank/potential.

5.      On October 8, 2017, several fires started in Sonoma and Napa Counties that took over

(NFIP), $130 million in flood claims have been paid in Sonoma County since 1980, the highest flood damage cost of any county on the West Coast. Beyond immediate dangers, driving on flooded roads damages roadbeds, leading to costly repairs and extended road closures. FEMA's National Risk Index indicates that the County is in the 99.17% percentile for flood hazard risk, and its expected annual loss from flooding alone is $23 million. According to 2023 CalOES data, Sonoma has the highest risk of any California county of incurring damage from debris flow. With major flooding events occurring every one to two years, each flood event has led to multiple stranded vehicles and high-risk water rescues, with economic losses averaging $500,000 to $1,000,000 per major flooding event.

10.    DEM oversees federal grant funding from FEMA and DHS through the California Governor's Office of Emergency Services (CalOES) as a subrecipient. DEM aims to help Operation Area (OA) Partners in the County improve resilience against these disasters and threats through these grants. Furthermore, DEM leads and coordinates several major programs, including community disaster preparedness, public education, training, response planning, alert and warning systems, incident response management, continuity of operations, as well as short-term recovery initiatives.

### DEM's DHS/FEMA Grant Funding

11.    DEM currently has $2,288,116 in grant funding from CalOES via DHS/FEMA as the subgrantee. DEM is expected to apply for approximately $500,000 in additional grants from DHS/FEMA through CalOES, including SHSGP FY25. DEM has been awarded $78,000 for UASI FY25 as of 09/23/2025 and is pending receiving the agreement. DEM receives reimbursement grants only.  DEM has received SHSGP/UASI grants since FY2021.

12.    The SHSGP grant's funding supports OA Partners in Sonoma County by providing resources for equipment and supplies aimed at enhancing their resilience against natural disasters and man-made threats, such as earthquakes, floods, and active shooter incidents. This funding

(NFIP), $130 million in flood claims have been paid in Sonoma County since 1980, the highest flood damage cost of any county on the West Coast. Beyond immediate dangers, driving on flooded roads damages roadbeds, leading to costly repairs and extended road closures. FEMA's National Risk Index indicates that the County is in the 99.17% percentile for flood hazard risk, and its expected annual loss from flooding alone is $23 million. According to 2023 CalOES data, Sonoma has the highest risk of any California county of incurring damage from debris flow. With major flooding events occurring every one to two years, each flood event has led to multiple stranded vehicles and high-risk water rescues, with economic losses averaging $500,000 to $1,000,000 per major flooding event.

10.     DEM oversees federal grant funding from FEMA and DHS through the California Governor's Office of Emergency Services (CalOES) as a subrecipient. DEM aims to help Operation Area (OA) Partners in the County improve resilience against these disasters and threats through these grants. Furthermore, DEM leads and coordinates several major programs, including community disaster preparedness, public education, training, response planning, alert and warning systems, incident response management, continuity of operations, as well as short-term recovery initiatives.

### DEM's DHS/FEMA Grant Funding

11.     DEM currently has $2,288,116 in grant funding from CalOES via DHS/FEMA as the subgrantee. DEM is expected to apply for approximately $500,000 in additional grants from DHS/FEMA through CalOES, including SHSGP FY25. DEM has been awarded $78,000 for UASI FY25 as of 09/23/2025 and is pending receiving the agreement. Attached hereto as Exhibit A is a true and correct copy of a spreadsheet that contains a breakdown of DEM's Federal Funding Status as of July 2025.  Attached hereto as Exhibit B is a true and correct copy of a spreadsheet that contains a summary of DEM grant projects.  DEM receives reimbursement grants only.  DEM has received SHSGP/UASI grants since FY2021.

12.     The SHSGP grant's funding supports OA Partners in Sonoma County by providing resources for equipment and supplies aimed at enhancing their resilience against natural disasters and man-made threats, such as earthquakes, floods, and active shooter incidents. This funding

initiative has been in place since 1999. For instance, the SHSGP FY23 grant allowed a small local fire agency to acquire body armor, enabling their personnel to function as Rescue Task Force Members during active shooter situations within Sonoma County.

13.      The EMPG grant's funding has been allocated to fund emergency duties in Sonoma County since 1995, to enhance preparedness, protection, response, mitigation, and recovery efforts during disasters. EMPG offers opportunities for DEM staff to engage in training and help coordinate, as well as instruct OA Partners in incident response management. For example, DEM supported Cloverdale, an operational area partner, by planning and implementing the Cloverdale Evacuation Exercise using EMPG funding.

14.      The HMGP Multi-Jurisdictional Hazard Mitigation Plan (MJHMP) funding provides financial support for the DEM to update the Sonoma County MJHMP and to identify new hazards that have emerged, ensuring the community is adequately prepared for potential disasters in compliance with FEMA's mitigation planning requirements as set forth in 44 CFR § 201.6(c)(2)(i)) and (d)(3), the new Local Mitigation Planning Policy Guide, and the Local Mitigation Planning Handbook.

Active grants under DHS/FEMA:

- SHSGP FY23 - $510,629.00
- SHSGP FY24 - $477,966.00
- EMPG FY24 - $208,062.00
- HMGP MJHMP - $420,002.00

15.      DEM has been awarded a UASI FY2025 grant but has not yet received the grant agreement.

16.      DEM anticipates applying for two indirect DHS/FEMA grants: the State Homeland Security Grant Program (SHSGP) FY2025 and the Urban Area Security Initiative (UASI) FY2026, as a subgrantee through CalOES. The NOFO includes the 2025 DHS Standard Terms and Conditions, which require that recipients agree to comply with all program requirements as a

4

1 condition of receiving an award.

2     17.    Sonoma County has received SHSGP and UASI funding annually since FY1999.

3 However, due to the programmatic requirements included in the FY25 NOFO and the associated

4 Terms and Conditions, DEM has concerns that it will be unable to accept the funds if awarded and

5 those conditions are attached, despite having a track record of successfully receiving and managing

6 these funds.

7     18.    These grants support critical homeland security and emergency preparedness

8 programs across Sonoma County, benefiting all residents and visitors, including those in smaller

9 local jurisdictions and OA partners. Funding from SHSGP and UASI is used primarily to acquire

10 equipment, supplies, and train staff to enhance the County's ability to prepare for, respond to, and

11 recover from a wide range of emergencies, including natural disasters (e.g., earthquakes, floods,

12 wildfires) and man-made incidents (e.g., active shooter events, terrorism threats, cyberattacks).

13     19.    By supporting regional coordination and preparedness, these programs strengthen the

14 County's overall resilience and emergency response capabilities, particularly for resource-limited

15 jurisdictions and OA partners that rely on this funding to access lifesaving equipment they would

16 otherwise be unable to obtain. DEM believes that the grant agreements described above will contain

17 some or all of the conditions challenged in this case.

18 **Irreparable Harm From the Potential Loss of FEMA Funding**

19     20.    These newly imposed conditions, as applicable, would force County of Sonoma to

20 lose access to at least $500,000 in DHS/FEMA funding.

21     21.    Losing the SHSGP FY25 and UASI FY25/FY26 funding will significantly diminish

22 the County's capacity to enhance resilience for residents and visitors before, during, and after natural

23 disasters and man-made incidents. This loss will also severely impact small local jurisdictions and

24 operational area partners by eliminating a critical source of funding for equipment and supplies they

5

cannot otherwise afford, weakening the region's overall emergency preparedness and response capabilities.

22.    The loss of these funds would result in significant and far-reaching harms to the County and its Operational Area (OA) partners, both immediately and in the long term:

1.    Impacts on Operational Area (OA) Partners: Many of the County's OA partners rely on this grant funding to procure essential equipment and supplies that help prevent the loss of life and property during natural disasters and man-made threats. These organizations often operate with limited resources and depend on consistent, timely funding. A sudden loss of support would lead to immediate resource shortages, severely impacting their ability to respond effectively in emergencies.

2.    Disruption During Litigation: Even a temporary interruption in funding during the course of litigation would be highly disruptive. Critical procurement processes and program implementation would have to be paused. Restarting these efforts at a later date would require additional time and administrative overhead, leading to delays, inefficiencies, and reduced program effectiveness.

3.    Uncertainty Regarding Future Funding: A lack of funding stability hinders the County's ability to plan and execute long-term strategies to enhance emergency preparedness and resiliency. Uncertainty around future funding restricts our ability to enter into contracts, make procurement decisions, or invest in staffing that requires multi-year commitments.

4.    Inability to Respond to Emergencies: The loss of these funds would directly impact the County's capacity to respond to emergencies in a timely and coordinated manner. Delays caused by funding shortfalls can put lives, property, and public safety at risk, while also eroding public trust in government institutions.

5.    Risks to Upcoming Elections: The County utilizes SHSGP grant funds to support election security and administration. Losing these funds would compromise preparations for upcoming elections, potentially resulting in outdated technology, inadequate staffing, and insufficient physical and cyber security measures. This increases the risk of

Declaration of SAMUEL WALLIS                                                    Case No. ```

1    system vulnerabilities, undermines voter confidence, and could lead to the

2    disenfranchisement of voters.

3

4    In summary, the loss of these funds would significantly degrade the County's ability to operate

5    effectively, respond to emergencies, safeguard democratic processes, and protect the lives and

6    property of our residents.

7        I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and correct.

9        Executed on Sept. 29th 2025 at Santa Rosa, California.

10

11    _____

12                    SAMUEL WALLIS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7