| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California  95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:     Raphael.Rajendra@cco.sccgov.org<br>                  Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail:     David.Louk@sfcityatty.org<br>                  Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al*.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KRISTI NOEM, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF JAMES L. SPAULDING** |

## DECLARATION OF JAMES L. SPAULDING

I, JAMES L. SPAULDING, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I hold a Bachelor of Science in Business Administration from the University of Colorado (2004).

3. I am presently employed as the Finance Manager for the Sonoma County Water Agency ("Sonoma Water") and have served in this position since 2021. Prior to this role I served as Sonoma Water's Grant Manager for six (6) years.

### Background

4. Sonoma Water was created as a special district in 1949 by the California Legislature to provide flood protection and water supply services. Legislation enacted in 1995 added the treatment and disposal of wastewater to Sonoma Water's responsibilities. As a wholesale water supplier, Sonoma Water manages and maintains a water transmission system that supplies roughly 90% of pressurized water to nine cities and water agencies, principally from naturally filtered Russian River water, serving over 600,000 residents throughout Sonoma and northern Marin Counties. Water is provided to its various contractors through turnouts from Sonoma Water's aqueducts and each of the water contractors is responsible for maintaining its own retail distribution system. While many of the water contractors maintain some local supply source in addition to water purchase from Sonoma Water, in most cases that constitutes a very small percentage of their total water requirements, meaning a break in Sonoma Water's system has significant effects on all downstream systems. In 1995, Sonoma Water assumed responsibility from the County of Sonoma for managing the county sanitation zones and districts, which provide wastewater collection/treatment, and recycled water distribution/disposal services for approximately 22,000 residences and businesses. In addition, Sonoma Water provides flood protection for our communities and manages a proactive stream maintenance program that maintains more than 80 miles of creeks throughout our service area.

5. Sonoma Water, and Sonoma County as a whole, faces significant natural hazard risks in our service area, particularly from earthquake, flood, and wildfires. Recommendations for protecting water supply in the event of an earthquake are consistently among the highest priorities in the hazard mitigation plans for both Sonoma Water and the utilities that ultimately deliver water to consumers. Sonoma County is the northernmost of the nine counties that constitute the seismically active San Francisco Bay Area. Earthquakes in the Bay Area occur due to a sudden slip on one of the several major faults of the San Andreas Fault system. Some of the major faults in the San Andreas Fault system include the Hayward, Rodgers Creek, Calaveras, San Gregorio, and Mayacamas faults. Several of these faults have been seismically active in historical time and have produced large earthquakes with surface rupture. With Rodgers Creek Fault cutting across many of Sonoma Water's critical water system components, including the Santa Rosa aqueduct, a major earthquake is likely to cause significant earthquake damage. In addition to potable water supply, Sonoma Water plays an integral role in firefighting. The primary fire-fighting capability within Sonoma Water's service area is borne by each contractor's retail distribution system which relies on Sonoma Water's water transmission system. Therefore, while not responsible for providing the storage and pressures required for firefighting on their systems, Sonoma Water plays a crucial and critical role in fighting fires within its service area.

6. Since 2008, Sonoma Water, as a sub-recipient to California Governor's Office of Emergency Services ("Cal OES"), has received over $16 million in indirect funding from the U.S. Department of Homeland Security ("DHS") through Federal Emergency Management Agency ("FEMA") for targeted mitigation projects that have improved the resiliency of Sonoma Water's facilities and infrastructure to withstand the effects of natural hazard events.

### Sonoma Water's DHS/FEMA Grant Funding

7. Sonoma Water has a combined $9,924,590 in active or pending award announcements for indirect federal funding through various DHS/FEMA programs, with $3,293,564 in active awards and a $487,500 pending budget amendment request, as well as, and a pending sub-application for $6,143,525.

8. Sonoma Water has a total of $2,956,867 in active indirect funding through FEMA's

Hazard Mitigation Grant Program ("HMGP") and $487,500 in pending awards. Funding through HMGP allows local governments to develop hazard mitigation plans and implement long-term hazard reduction projects with the purpose of reducing the loss of life and property due to future natural disasters. HMGP funding becomes available statewide once there is a presidentially declared disaster anywhere in the state. These funds flow from FEMA to Cal OES, to Sonoma Water via quarterly reimbursement requests. Of this amount, $2,806,867 is for our Ely Booster Station that sits within a 100-year floodplain and is within five miles of the Rodgers Creek Fault. This station houses pumps that aid in the transportation of potable water that serve over 310,000 people throughout southern Sonoma and northern Marin Counties. The purpose of this project is to design and implement plans for a retrofit that would effectively provide protection against a 500-year flood event, and a magnitude 7.0 earthquake. In addition to the current award amount, we have a pending budget adjustment request for this project that is seeking an additional $487,500 in grant funds due to ongoing global supply chain issues that have delayed manufacturing, which has increased personnel, equipment, and material costs. Sonoma Water has also received $150,000 in grant funding to support our effort in updating our LHMP. The purpose of an LHMP is to prepare for natural disasters by identifying vulnerabilities in our region and developing strategies to alleviate their impact. To receive funding under HMGP you must have a FEMA approved LHMP and all plans must be updated and approved every five years. Sonoma Water has received indirect funding under HMGP since 2008 to support our LHMP efforts. Sonoma Water has a combined total of $336,697 in active indirect federal funding under other DHS/FEMA programs. As a sub-recipient to Sonoma County, $86,697 in federal funding under State Homeland Security Grant Program ("SHSGP") is for the purchase and installation of a video surveillance/alarm monitoring system to enhance the protection of Sonoma County's primary water supply. As a subrecipient to Cal OES, $250,000 in federal funding under FEMA's State and Local Cybersecurity Grant Program ("SLCGP") is for upgrading our cybersecurity intrusion systems.

9. In September 2025, Sonoma Water submitted a HMGP sub-application to Cal OES for $6,143,525 in federal funding (with an estimated award date of April 2028) under the Presidential Major Disaster Declaration, DR-4856, to support the seismic retrofitting of our water transmission

pipelines at the Bennett Valley Fault zone to withstand a magnitude 7.0 earthquake. This seismic retrofitting project will prevent a rupture of Sonoma Water's potable water transmission system in eastern Sonoma County, which would result in loss of potable water service for approximately 46,269 residents in parts of Santa Rosa, Lawndale, City of Sonoma, and Valley of the Moon Water District.

10. Since 2008, Sonoma Water has completed and continues to implement several hazard mitigation projects under HMGP to reduce and mitigate future disaster losses within Sonoma County, while continuing our effort to provide a reliable source of drinking water to our communities and neighboring agencies. Sonoma Water has been awarded for multiple hazard mitigation projects, including, but not limited to, seismic mitigation of our water transmission lines, flood mitigation projects at our lift stations, and the design and installation of Advanced Radar Flood Warning Systems. There are several projects that have been identified under Sonoma Water's LHMP that we anticipate applying for should the opportunity arise through a new Presidential Major Disaster Declaration. Over the past 10 years, DHS/FEMA funding on average has represented 19% of Sonoma Water's annual Transmission Capital Budget with individual years ranging between 6 – 32%. Loss of this funding would have significant impacts affecting up to 600,000 residents that depend on Sonoma Water's Aqueducts. More detailed impacts specific to the projects with awarded or pending applications is detailed in #11 below

### Irreparable Harm from the Potential Loss of FEMA Funding

11. I understand that the District may need to choose between accepting new funding conditions imposed by FEMA and DHS or foregoing this critical funding. Should Sonoma Water be required to accept the conditions as written it could potentially lose access to an estimated $9,437,892 in DHS/FEMA funding, of which $3,294,367 is for Ely Booster Station project and $6,143,525 for the Bennett Valley Fault zone project. In such case, Sonoma Water will need to reassess our active projects under HMGP and evaluate the potential budgetary impacts. This may require reducing or deferring planned projects to ensure completion of ongoing commitments (such as Ely Booster Station) and completing the projects through other funding means, however, feasible funding mechanisms are very limited for many of our enterprise funds.

12. At its current stage of the Ely Booster Station Project, it is likely that Sonoma Water will be looking to complete the project without HMGP funding. The loss of currently obligated HMGP funding for Ely Booster Station will necessitate significant adjustments to the budget, diverting resources from other important projects that are already in the pipeline, or canceling and/or deferring scheduled improvements or mitigation projects to a later date. Although these adjustments may look simple on paper, each adjustment will carry a significant consequence as projects get pushed back, designs get abandoned, and Sonoma Water's critical infrastructures are left vulnerable to natural hazards. In September 2025, Sonoma Water submitted a HMGP subapplication to Cal OES for $6,143,525 in federal funding under the Presidential Major Disaster Declaration, DR-4856, to prevent the failure of Sonoma Water's transmission system that provides service of potable water to approximately 46,269 residents and businesses in eastern Santa Rosa and Sonoma Valley. The estimated award date is April 2028. While Sonoma Water has implemented multiple measures to protect its water transmission system in the vicinity of the Rodgers Creek Fault throughout Sonoma County, the two transmission system pipelines—Sonoma Aqueduct and the Oakmont Pipeline—directly traverses the Bennett Valley Fault Zone and remains unprotected. This project would not be able to proceed without federal support as the rate payer base could not feasibly accept the large rate increase that would be required to fully self-fund the capital project which would require Bond fundings and an additional 12-15% rate increase on top of rate increase that are currently nearing double digits. Loss of federal funding would effectively shelve the project and leave contractors and their customers vulnerable to aqueduct failure in a significant seismic event.

13. Despite Sonoma Water's continued efforts to implement seismic mitigation projects for its water transmission system, the 2002 U.S. Geological Survey-led Working Group on California Earthquake Probabilities ("WGCEP") determined that the probability of a major earthquake in the Bay Area in the next 25 years is 62%, with a 27% chance that one will occur on the Rodgers Creek Fault. As a result, Sonoma Water's LHMP identifies multiple high-priority seismic mitigation projects, with an estimated construction cost of $51,340,196, scheduled for construction between 2028 and 2035. As many of these projects are reliant in part on securing grant funding, loss of any current and future HMGP funding would mean that Sonoma Water will need to restructure our

5

Declaration of JAMES L. SPAULDING                                    Case No. ```

priorities and delay much needed improvements, replacements, and/or rehabilitation of our aging infrastructure that has served its useful life and further delay the implementation of seismic mitigation projects to improve system's reliability and resilience to ensure continued water supply for approximately 600,000 people, while also ensuring adequate supply for heightened fire suppression demands during a major earthquake.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on _September 29, 2025_ at Santa Rosa, CA.

_____
James L. Spaulding

Declaration of JAMES L. SPAULDING        Case No. ```