TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
           Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF JAMES L. SPAULDING** |

# DECLARATION OF JAMES L. SPAULDING

I, JAMES L. SPAULDING, declare:

1. I am a resident of the State of California and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I hold a Bachelor of Science in Business Administration from the University of Colorado (2004).

3. I am presently employed as the Finance Manager for the Sonoma County Water Agency ("Sonoma Water") and have served in this position since 2021. Prior to this role I served as Sonoma Water's Grant Manager for six (6) years. Sonoma Water has managed Sonoma Valley County Sanitation District ("District") since 1995.

## Background

4. Sonoma Valley County Sanitation District began operation in 1953. During a 1995 restructuring of Sonoma County government, Sonoma Water assumed responsibility for managing the District. The District is a separate legal entity from Sonoma Water, with a separate Board that own the assets of the district. The District currently serves 17,927 Equivalent Single-Family Dwellings with an estimate service population of 42,000 within a 4,500-acre service area. The District is the sole entity providing public wastewater collection and treatment for the City of Sonoma and numerous unincorporated communities within Sonoma Valley. The treatment plant has a design capacity of 3 million gallons per day and treats wastewater to tertiary treatment levels. High-quality recycled water is an important resource, and its use offsets potable water demands and enhances the environment. Since 2018, the District, as a sub-recipient to California Governor's Office of Emergency Services ("Cal OES"), has received over $5,499,998 in indirect funding from the U.S. Department of Homeland Security ("DHS") through the Federal Emergency Management Agency ("FEMA") for projects that have improved the resiliency of the District's facilities and infrastructure to withstand the effects of natural hazard events.

## District's DHS/FEMA Grant Funding

5. The District has a combined $6,896,748 in active or pending award announcements

for indirect funding through FEMA's Hazard Mitigation Grant Program ("HMGP"). As a sub-recipient to Cal OES, the District was awarded $5,299,998 to support seismic retrofit of the secondary clarifiers at the District's wastewater treatment plant, although the project is currently in closeout after project completion. Funding through HMGP allows local governments to develop hazard mitigation plans and implement long-term hazard reduction projects with the purpose of reducing the loss of life and property due to future natural disasters. HMGP funding becomes available statewide once there is a presidentially declared disaster anywhere in the state. These funds flow from FEMA to Cal OES, to the Distrct, via quarterly reimbursement requests. The District has a pending sub-application from 2023 with Cal OES for $1,596,750 for HMGP funding, to support a bank stabilization project along Sonoma Creek and Kohler Creek to reduce risk to public health and the environment posed by erosion that threatens a key sanitation siphon and adjacent gravity trunk main serving the northern Sonoma Valley. The estimated subaward date, at the time of application, was July 2024. This date has been pushed with no clear estimate of award date as of September 2025.

6. In August 2023, the District submitted a HMGP sub-application to Cal OES for $1,596,750 in federal funding, through the Presidential Major Disaster Declaration, DR-4683, to support the bank stabilization and protection at Kohler Creek and Sonoma Creek, to reduce risk to public health and the environment posed by erosion that threatens a key sanitation siphon and adjacent gravity trunk main serving the northern Sonoma Valley. The project will prevent the eventual collapse of unsupported pipes or breakage due to impact from boulders or other debris in the creek during high flows.

7. The District's Local Hazard Mitigation Plan ("LHMP"), a document required to receive funding under HMGP and approved by FEMA, identified vulnerabilities in our region and developed strategies to alleviate their impact. As a result of the LHMP and the District's efforts, multiple projects were identified by the District as potentially eligible for future funding under FEMA's HMGP, with varying estimated costs between $2 million and $6 million. We currently intend to apply for funding if the opportunity becomes available through a new Presidential Major Disaster Declaration. Over the past 3 years, DHS/FEMA funding on average has represented 15% of

the Districts Capital Budget with individual years ranging between 10 - 22%. Loss of this funding would have significant impacts affecting the 42,000 residents the District serves.

### Irreparable Harm From the Potential Loss of FEMA Funding

8. I understand that the District may need to choose between accepting new funding conditions imposed by FEMA and DHS or foregoing this critical funding. The inability to utilize FEMA funding would have significant impacts affecting the 42,000 residents the District serves. Self-funding the proposed projects that are either pending or identified for near-term construction could result in a 5-fold increase to a planned FY26-27 rate increase of 6% to over 36%. Each customer would need to pay this increased rate, or the project would have to be deferred with the risk of increased costs due to emergency repairs.

9. Loss of this funding would delay and impact the construction needed to protect its vital infrastructure to avoid damage, failures, disruption in service, loss of property, and repair costs while avoiding risks to public health and the environment.

10. The District's proposed Bank Stabilization and Protection Project at Kohler Creek and Sonoma Creek was considered a high priority for the District at the time of the HMGP application in August 2023, and erosion at the site continues to advance and increase the risk of multiple failure scenarios with every high-flow event. At the time of application, the estimated subaward date was July 2024; however, this date has since been pushed with no certain estimate of when it would be awarded as of September 2025.

11. The condition of the temporary onsite protection measures continues to degrade, and the level of concern and risk of failure have significantly increased over the past two winters. The District has completed tribal coordination, secured all necessary construction easements, and obtained regulatory approvals, including a 401 Water Quality Certification and USACE 404 permit under the Clean Water Act, and a Section 1600 Lake and Streambed Alteration Agreement and Section 2081 Incidental Take Permit from the California Department of Fish and Wildlife. Design is complete and the project is undergoing final internal review before public advertisement. These newly imposed conditions would jeopardize the District's ability to use the grant funds or to construct in 2026 as scheduled. Delaying the 2026 construction date means that the creek banks and

the channel bed will continue to unravel, which may alter pre-project conditions that may necessitate design changes, additional permitting coordination, and increased construction costs. The delays would pose a threat to critical sewer infrastructure that passes near two residences valued at $600,000 and $1,000,000, with a rupture resulting in significant sewage spill, loss or impairment of service to approximately 338 residential and business connections, and impacts to several sensitive aquatic species, including the federally threatened steelhead and state and federally endangered California freshwater shrimp.

12. Despite the District's continued efforts to implement seismic mitigation projects for its sanitation system, the 2002 U.S. Geological Survey-led Working Group on California Earthquake Probabilities ("WGCEP") determined that the probability of a major earthquake in the Bay Area in the next 25 years is 62%, with a 27% chance that one will occur on the Rodgers Creek fault. As a result, the District has identified several priority seismic mitigation projects to implement as budget allows, but the projects are reliant in part on securing grant funding. Losing access to its current and future HMGP funding would mean that the District will need to restructure its priorities and delay much needed improvements, replacements, and/or rehabilitation of its aging infrastructure that has served its useful life and further delay the implementation of natural hazard reliability projects to increase system's reliability and resilience following a major earthquake. The 42,000 residents the District serves would be impacted as significant identified risks would remain.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _September 29, 2025_ at Santa Rosa, CA.

_____
JAMES L. SPAULDING