TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-8330<br><br>**DECLARATION OF SHARON MCDONOUGH** |

I, SHARON MCDONOUGH, declare:

1. I am a resident of the State of Arizona, and I am over the age of 18 years. I am competent to testify as to the matters in this declaration, and make it based on my personal knowledge, as well as my review of relevant business records.

2. I am the Chief of the Tucson Fire Department ("TFD"). I assumed operational control of the department in late March 2025, and was formally appointed on June 2, 2025, when former Chief Charles Ryan retired. I served as Director of the City Of Tucson's Public Safety Communications Department from December 2021 through March 2025, and held various positions within the TFD from October 1990 through December 2021.

## Background

3. Tucson is the economic center of southeastern Arizona, located in Pima County. Pima County has a population of over one million people, approximately half of whom live within the jurisdictional boundaries of Tucson. Tucson's fire department ("TFD") covers an area of nearly 242 square miles, primarily consisting of densely populated urban neighborhoods, significant commercial corridors, and industrial zones. The department operates 22 fire stations staffed by a dedicated team of 659 career uniformed personnel, including paramedics and specialists in technical rescue, hazardous materials response, and fire prevention. TFD responds to over 105,000 emergency incidents annually, with this figure on an upward trajectory.

4. TFD relies on substantial grants from FEMA, both direct and pass-through, for training and equipping its emergency responders and seeking to mitigate local hazardous conditions. With its extremely hot, dry climate, fires are a constant concern in Southern Arizona. In 2020, for example, the Bighorn Fire burned nearly 120,000 acres in the Mt. Lemmon area north of Tucson. 2025 has been a very dry year, with drought conditions continuing. When it does rain, flash floods often require heroic measures to save the lives of individuals caught in them. Tucson also occasionally receives grants from other components of DHS.

**Tucson's DHS/FEMA Grant Funding**

**Prior Year Grants**

5.    TFD is currently utilizing $312,000 in pass-through FEMA State Homeland Security Grant Program ("SHSGP") funding from the Arizona Department of Homeland Security ("ADHS") as well as $1,844,916 in direct FEMA grants. The department has applied this year for over $5.7 million of FEMA Staffing for Adequate Fire and Emergency Response ("SAFER") and Assistance to Fire Fighter ("AFG") grants, and for almost $1 million in pass-through SHSGP FEMA grants from ADHS. Depending on the award amounts and the year, FEMA funding can constitute up to 4% of TFD's annual budget.

6.    Tucson is also currently utilizing an $829,696 grant award from FEMA's FY 2023 Regional Catastrophic Preparedness Grant Program ("RCPGP").

7.    For the pass-through grants, ADHS pays TFD on a reimbursement basis based on a packet of supporting materials including all invoices, payroll detail, class instruction agenda, sign-in sheet and proof of payment (check, credit card statements and bank statements). These reimbursement packets can be submitted either monthly or quarterly.

8.    FEMA direct grants are also paid on a reimbursement basis after submission of detailed supporting documentation on a monthly or annual basis. Depending on the grant, the required documents are uploaded in the FEMAGO portal.

9.    The period of performance for the FY 2024 pass-through SHSGP grants will end September 30, 2025. These funds are being used by TFD for regional preparedness programs benefitting all of Southern Arizona.

10.    TFD's current FY 2022 and 2023 AFG funding, a total of $1,844,916 received directly from FEMA, has been used to provide paramedic training. The FY 2022 grant is being closed out. The period of performance for the FY 2023 grant ends September 25, 2026.

11.    The FY 2023 RCPGP grant is being used to further the region's overall community resilience capacity by better understanding the risks, capabilities, and needs of communities that have seen historic disinvestment. This outreach, engagement, assessment, and planning effort will be conducted through community-driven stakeholder participation.

These grant funds will provide the City of Tucson, and its community partners, the opportunity to create a flexible and scalable plan outlining how to create resiliency hub networks in the community. The period of performance for this grant ends September 30, 2027.

**New and Pending FEMA Grants**

12. TFD has applied for the following FY 2025 FEMA SHSGP grants as pass-throughs from ADHS and is awaiting award notifications:

A. **$120,000 for TFD Tethered Drones**. TFD is seeking funding to purchase two tethered drone systems to enhance the department's ability to respond to all hazards events. Tethered drones provide real-time aerial surveillance, improving situational awareness and response coordination in high-risk situations such as active shooter incidents, explosive threats, and large-scale disasters. Their continuous power supply and secure data transmission make them essential for ensuring public safety, facilitating rapid decision-making, and enhancing the department's overall operational effectiveness during critical events.

B. **$453,645 for Southern Arizona Regional CBRNE and WMD - Equipment and Training**. The Arizona Regional/Border Hazmat Response Team (SARBHRT) was formed in 2009. It is a regional special operations planning team that assesses equipment needs, identifies essential training that is standardized and compliant with NFPA 472, and develops operating guidelines for all four Southern Arizona counties (Cochise, Pima, Santa Cruz, and Yuma). The funding being sought will help provide equipment and training for the participating regional partners. This will directly enhance the ability of the SARBHRT to be proactive in detecting, identifying, and locating the precursors of weapons made by terrorists or other violent state or non-state actors including explosive, radiological, chemical and biological sources.

C. **$247,476 for Southern Arizona Regional Technical Rescue Equipment**. The Southern Arizona Regional Technical Rescue Group ("SARTRG") is a collaborative group of fire and police agencies, along with their emergency managers,

representing the four Southern Arizona counties listed above. This group consists of over 20 departments and agencies that have been working together since 2015, including TFD. Through cooperation, collaboration, and ongoing training, SARTRG strives to provide response and mitigation of both human-made and natural disasters within the region. This funding is being sought to pay for equipment purchases that will help personnel improve their response and mitigation efforts for an array of humanmade, terrorist caused, or natural disasters. Currently, several agencies within our region have shown a dire need to purchase, upgrade, and replace necessary equipment to safely and effectively protect their citizens and respond to incidents. These agencies will be outfitted with the essential technical rescue equipment to begin initial rescue, extrication, and stabilization of victims. By providing this first-line response equipment, agencies will be able to begin care while utilizing local equipment until additional resources arrive on scene.

D. **$157,255 for Southern Arizona Regional Technical Rescue Group (SARTRG) Technical Rescue Technician (TRT) Training**. This funding will be used to conduct DHS-approved TRT training courses and supplies for the participating SARTRG agencies. This will further strengthen the response and mitigation of technical rescue incidents in Southern Arizona through highly trained and well-equipped responders.

13. TFD was just awarded $1,147,348.14 in FY 2024 AFG funding. This grant was inadvertently accepted through the FEMA GO grants system before being approved by the City Manager as required by Tucson's grant policy; Tucson is working with FEMA to unwind the acceptance. This money will be used to provide paramedic training. The severe economic disruptions caused by the Covid-19 pandemic put a strain on Tucson's general fund for several years. This impacted TFD's capacity to train and hire paramedics even as the community's need for emergency medical services increased. Though the FY 2023 AFG funding has helped TFD to begin recovering from that period of underfunding, the effort needs to continue. With looming retirements, promotions to other ranks, and unanticipated attrition, TFD will continue

to need new paramedics.

14. TFD has applied for $4,529,910 in FY 2024 SAFER funding to support hiring 14 additional firefighters to sustain safe, effective operations. This funding is vital as TFD is facing increasing regional pressures. The City of South Tucson ("South Tucson"), a smaller incorporated community within Tucson's jurisdictional boundaries, has significantly reduced its fire department. TFD, under an intergovernmental agreement with South Tucson, is now responding to all full-alarm fire emergencies within that community, utilizing existing staffing. Further compounding the strain is TFD's expanded automatic aid model, now operating under Memorandums of Understanding with neighboring jurisdictions. While this strengthens regional resilience, it demands more from TFD responders: cross-training, longer responses, and adaptability in unfamiliar environments. These demands heighten the need for adequate staffing to uphold firefighter safety and operational efficiency.

15. The FY 2024 SAFER NOFO, 2024 AFG NOFO, and the FY 2025 NOFO for the Homeland Security Grant Program incorporate the new FY 2025 DHS Standard Terms and Conditions that were issued in April of this year. The FY 2024 SAFER award package references those terms and conditions as well, and I expect the AFG grant award/agreement will also incorporate them. It is also my understanding that ADHS will require compliance with these conditions for the pass-through SHSGP grants.

16. The new DHS Standard Terms and Conditions include a certification that Tucson does not "operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology;" a promise to comply with all Executive Orders related to grants; and promises to cooperate with federal immigration enforcement.

**Irreparable Harm From the Potential Loss of FEMA Funding**

17. The new DHS Standard Terms and Conditions, as applicable, that are being incorporated into new grant funding force Tucson to accept problematic new conditions or lose access to millions of dollars in DHS/FEMA funding.

18. Over the past several years, Tucson has demonstrated unwavering dedication to safeguarding public services, even as it has navigated a persistent era of fiscal austerity.

Despite careful stewardship, the City faces mounting economic pressures, including the projected onset of a national recession, global trade tariffs driving up operational costs, significant reduction in State Shared Revenue allocations, and the sunset of essential special revenue streams. These converging challenges have significantly constrained Tucson's ability to invest in critical frontline services, especially fire and emergency response.

19. Amid this landscape of tightening resources and rising demands, federal funding through the SAFER and AFG Grants is not merely beneficial but essential. TFD operates with a deeply constrained budget. A significant amount of its operating funds are drawn from Tucson's General Fund, with the remainder coming from a special revenue source scheduled to expire imminently. Over 87% of the department's operating budget is committed to personnel salaries and benefits, leaving minimal flexibility for operational enhancements, recruits academies, or staffing growth. Grant funding is, therefore, not supplementary; it is catalytic. Without it, TFD lacks the fiscal bandwidth to respond to increasing service demands or strategically expand its workforce. The SAFER and AFG Grants represent a strategic investment in public safety, workforce resilience, and community protection. This funding is a life-saving resource that equips TFD to fulfill its mission without compromising financial integrity or operational effectiveness. TFD's ability to protect life, property, and the well-being of over half a million residents hinges on securing the resources to maintain and grow our workforce.

20. The loss of the pass-through SHSGP grants, though smaller in amount, would devastate efforts to coordinate and enhance emergency response efforts on a regional basis. TFD has primary responsibility for the procurement, distribution, and deployment of critical CBRNE (Chemical, Biological, Radiological, Nuclear, and Explosive) and WMD hazmat response equipment, as well as the provision of technical rescue and specialized training activities within Pima, Santa Cruz, Cochise, and Yuma counties using FEMA funds. Critical support for remote and underserved departments, including in-service training, refresher courses, and customized sessions tailored to the unique needs of each area, will cease and regional safety will suffer as a result.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/30/25 at Tucson, Arizona.

SHARON MCDONOUGH