| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California 95110-1770<br>Telephone: (408) 299-5900<br>E-Mail: Raphael.Rajendra@cco.sccgov.org<br>Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID S. LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone: (415) 355-3308<br>E-Mail: David.Louk@sfcityatty.org<br>Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-08330-EJD<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: November 20, 2025<br>Time: 9:00 a.m.<br>Before: Hon. Edward J. Davila<br>Place: U.S. District Court<br>San Jose Courthouse<br>280 South 1st Street<br>Courtroom 4—5th Floor<br>San Jose, CA 95113<br><br>Trial Date: None set |

# PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of attached **Exhibits 1-12** in support of their Motion for Preliminary Injunction.

## I. Legal Standard

A court must take judicial notice of facts not in dispute if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(c)(2). A court may take judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). It is well established that judicial notice may be taken of "matters of public record," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including government documents. *See DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of "government documents . . . and undisputed matters of public record").

## II. Exhibits 1-12 Are Subject to Judicial Notice

Each of the exhibits attached is a matter of public record not reasonably subject to dispute and therefore subject to judicial notice.

**Exhibit 1** is the Department of Homeland Security's ("DHS") FY 2025 DHS Standard Terms and Conditions Version 3 Dated April 18, 2025 **("Standard DHS Terms")** and is judicially noticeable as a matter of public record. This Court has previously held that "government memoranda, bulletins, reports, letters, and statements of public record are appropriate for judicial notice." *Cnty. of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1217 n.11 (N.D. Cal. 2017) (taking judicial notice of Memorandum prepared by U.S. Department of Justice official.

**Exhibit 2** is the Declaration of David Richardson, Senior Official Performing the Duties of the Administrator at FEMA, filed on June 9, 2025 in opposition to Plaintiffs' Motion for a Preliminary Injunction in *Illinois et al. v. Federal Emergency Management Agency et al.*, Case No. 1:25-cv-00206-WES-PAS, in the United States District Court, District of Rhode Island **("Richardson Decl.")** and is judicially noticeable as a matter of public record. Courts "may take notice of proceedings in other

courts . . . if those proceedings have a direct relation to matters at issue." *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (quoting *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992)).

**Exhibit 3** is FEMA's August 2025 Preparedness Grants Manual **("Grants Manual")** and is judicially noticeable as a matter of public record. *See DeHoog*, 899 F.3d at 763 n.5.

**Exhibit 4** is a memorandum dated July 29, 2025, issued by Attorney General Pam Bondi titled Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination **("Discrimination Guidance Memo")** and is judicially noticeable as a matter of public record. "[G]overnment memoranda" are among the kinds of public records "appropriate for judicial notice." *Cnty. of Santa Clara*, 267 F. Supp. 3d at 1217 n.11.

**Exhibits 5-11** are Federal Notices of Funding Opportunity documents and are judicially noticeable as matters of public record. Courts may take judicial notice of government documents. *See DeHoog*, 899 F.3d at 763 n.5.

**Exhibit 5** is Department of Homeland Security's (DHS) Notice of Funding Opportunity (NOFO) - Fiscal Year 2025 Homeland Security Grant Program ("HSGP") **("HSGP NOFO")**, which includes the Urban Area Security Initiative ("UASI") and State Homeland Security Grant Program ("SHSP").

**Exhibit 6** is Department of Homeland Security's (DHS) Notice of Funding Opportunity (NOFO) - Fiscal Year 2025 Emergency Management Performance Grant Program ("EMPG") **("EMPG NOFO")**.

**Exhibit 7** is Department of Homeland Security's (DHS) Notice of Funding Opportunity (NOFO) - Fiscal Year 2025 Port Security Grant Program (PSGP) **("PSGP NOFO")**.

**Exhibit 8** is Department of Homeland Security's (DHS) Notice of Funding Opportunity (NOFO) - Fiscal Year 2025 Transit Security Grant Program ("TSGP") **("TSGP NOFO")**.

**Exhibit 9** is Department of Homeland Security's (DHS) Notice of Funding Opportunity (NOFO) - Fiscal Year 2024 Assistance to Firefighters Grant Program ("AFG") **("AFG NOFO")**.

**Exhibit 10** is Department of Homeland Security's (DHS) Notice of Funding Opportunity (NOFO) - Fiscal Year 2024 Staffing for Adequate Fire and Emergency Response Grant Program ("SAFER") **("SAFER NOFO")**.

**Exhibit 11** is The Department of Homeland Security's (DHS) Notice of Funding Opportunity (NOFO) - Fiscal Year 2025 National Urban Search and Rescue Response System **("US&R NOFO")**.

**Exhibit 12** a memorandum from Deputy Attorney General Todd Blanch titled Civil Rights Fraud Initiative, dated May 19, 2025 **("Civil Rights Fraud Initiative Memo")**. "[G]overnment memoranda" are among the kinds of public records "appropriate for judicial notice." *Cnty. of Santa Clara*, 267 F. Supp. 3d at 1217 n.11.

For these reasons, Plaintiffs respectfully request that the Court take judicial notice of the above documents.

Dated: October 1, 2025

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
DAVID S. LOUK
STEVEN A. MILLS
By: Deputy City Attorneys

*/s/ David S. Louk*
DAVID S. LOUK
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

```
                        TONY LOPRESTI
                        County Counsel
                        KAVITA NARAYAN
                        Chief Assistant County Counsel
                        MEREDITH A. JOHNSON
                        Lead Deputy County Counsel
                        RAPHAEL N. RAJENDRA
                        HANNAH M. GODBEY
                        Deputy County Counsels

                        /s/ Tony Lopresti
                        TONY LOPRESTI
                        County Counsel
                   By:
                        Attorneys for Plaintiff
                        COUNTY OF SANTA CLARA

                   By:  /s/ Sharanya Mohan
                        SHARANYA (SAI) MOHAN (SBN 350675)
                        ERIN MONJU*
                        NAOMI TSU*
                        TOBY MERRILL*
                        PUBLIC RIGHTS PROJECT
                        490 43rd Street, Unit #115
                        Oakland, CA 94609
                        Tel: (510) 738-6788
                        sai@publicrightsproject.org
                        erin@publicrightsproject.org
                        naomi@publicrightsproject.org
                        toby@publicrightsproject.org

                        Attorneys for Plaintiffs
                        CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY,
                        CITY OF CULVER CITY, KING COUNTY, COUNTY OF LOS ANGELES,
                        LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION
                        DISTRICT, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO
                        ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY,
                        CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY,
                        CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA
                        MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA
                        COUNTY COMMUNITY DEVELOPMENT CORPORATION, SONOMA
                        COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION
                        DISTRICT, SNOHOMISH COUNTY, CITY OF TUCSON
```

|   |   | YIBIN SHEN<br>Alameda City Attorney |
|---|---|---|
|   | By: | /s/ Yibin Shen<br>YIBIN SHEN (SBN 233545)<br>CARA SILVER (SBN 136992), Special Counsel<br>DANIEL J. TURNER (SBN 336499), Deputy City Attorney<br>2263 Santa Clara Avenue, Rm 280<br>Alameda, CA 94501<br>Tel: (510) 747-4750<br>yshen@alamedaca.gov<br>csilver@alamedaca.gov<br>dturner@alamedaca.gov |

Attorneys for Plaintiff
CITY OF ALAMEDA

FARIMAH BROWN
Berkeley City Attorney

By: /s/ Farimah F. Brown
FARIMAH F. BROWN (SBN 201227), City Attorney
KATRINA L. EILAND (SBN 275701), Deputy City Attorney
STEPHEN A. HYLAS (SBN 319833), Deputy City Attorney
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Tel: (510) 981-6998
Fax: (510) 981-6960
fbrown@berkeleyca.gov
keiland@berkeleyca.gov
shylas@berkeleyca.gov

Attorneys for Plaintiff
CITY OF BERKELEY

KING COUNTY PROSECUTING ATTORNEY LEESA MANION

/s/ Alison Holcomb
By: DAVID J. HACKETT*
Executive General Counsel
ALISON HOLCOMB*
Deputy Executive General Counsel
Special Deputy Prosecuting Attorneys
Chinook Building
401 5th Avenue, Suite 800
Seattle, WA 98104
Tel: (206) 477-2720
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov

Attorneys for Plaintiff
MARTIN LUTHER KING, JR. COUNTY

HYDEE FELDSTEIN SOTO
City Attorney of the City of Los Angeles

By: */s/ Michael J. Dundas*
MICHAEL J. DUNDAS (SBN 226930), Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098), Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, California 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

Attorneys for Plaintiff
CITY OF LOS ANGELES

By: */s/ Thomas J. Faughnan*
THOMAS J. FAUGHNAN (SBN 155238), Senior Assistant County Counsel
BRIGIT GREESON ALVAREZ (SBN 237301), Deputy County Counsel
Office of the County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street Los Angeles, California 90012-2713
Tfaughnan@counsel.lacounty.gov
Bgreesonalvarez@counsel.lacounty.gov
Tel: (213) 681-0408

Counsel for Plaintiffs
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION DISTRICT

BRIAN E. WASHINGTON
County Counsel

By: */s/ Kate K. Stanford*

KATE K. STANFORD (SBN 302825), Deputy County Counsel
EDWARD F. SEARS (SBN 297775), Deputy County Counsel
3501 Civic Center Drive, Suite 275
San Rafael, CA 94903
Tel: (415) 473-6117
kate.stanford@marincounty.gov

Attorneys for Plaintiff
COUNTY OF MARIN

|   |   |
|---|---|
|   | RYAN RICHARDSON<br>City Attorney |
| By: | */s/ Ryan Richardson*<br>RYAN RICHARDSON (SBN 223548), City Attorney<br>MARIA BEE (SBN 167716), Chief Assistant City Attorney<br>JAIME HULING DELAYE (SBN 270784), Supervising City Attorney<br>H. LUKE EDWARDS (SBN 313756), Deputy City Attorney<br>DIVYA MUSINIPALLY (SBN 316114), Deputy City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Tel: (510) 238-3836<br>Fax: (510) 238-6500<br>ledwards@oaklandcityattorney.org |
|   | Attorneys for Plaintiff<br>CITY OF OAKLAND |
|   | MOLLY S. STUMP<br>City Attorney |
| By: | */s/ Mark Vanni*<br>MOLLY S. STUMP (SBN 177165), City Attorney<br>CAIO A. ARELLANO (SBN 262168), Chief Assistant City Attorney<br>MARK J. VANNI (SBN 267892), Assistant City Attorney<br>CITY OF PALO ALTO<br>250 Hamilton Ave., 8th Floor<br>Palo Alto, CA 94301<br>Tel: (650) 329-2171<br>Fax: (650) 320-2646<br>Molly.Stump@PaloAlto.gov<br>Caio.Arellano@PaloAlto.gov<br>Mark.Vanni@PaloAlto.gov |
|   | Attorneys for Plaintiff<br>CITY OF PALO ALTO |
|   | ERIC DANLY<br>City Attorney |
| By: | */s/ Eric Danly*<br>ERIC DANLY (SBN 201621), City Attorney<br>11 English Street<br>Petaluma, CA 94952<br>Tel: (707) 778-4362<br>EDanly@cityofpetaluma.org |
|   | Attorney for Plaintiff<br>CITY OF PETALUMA |

|   |   |   |
|---|---|---|
| 1 |   | MARY E. ROBNETT<br>Pierce County Prosecuting Attorney |
| 2 | By: | */s/ Jonathan R. Salamas*<br>JONATHAN R. SALAMAS(WSBA # 39781), Deputy Prosecuting Attorney / Civil*<br>930 Tacoma Avenue South, Suite 946<br>Tacoma, WA  98402-2102<br>Tel: 253-798-4862<br>Fax: 253-798-6713<br>jonathan.salamas@piercecountywa.gov |

Attorney for Plaintiff
PIERCE COUNTY

SUSANA ALCALA WOOD
City Attorney

By: */s/ Andrea Velasquez*
ANDREA VELASQUEZ (SBN 249210), Supervising Deputy City Attorney
KATHERINE UNDERWOOD (SBN 249308), Senior Deputy City Attorney
915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346
Fax: 916-808-7455
AVelasquez@cityofsacramento.org
KUnderwood@cityofsacramento.org

Attorneys for Plaintiff
CITY OF SACRAMENTO

HEATHER FERBERT
City Attorney

*/s/ Mark Ankcorn*
MARK ANKCORN (SBN 166871), Senior Chief Deputy City Attorney
JULIE RAU (SBN 317658),Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

By: */s/ Nora Frimann*
NORA FRIMANN (SBN 93249), City Attorney
ELISA TOLENTINO (SBN 245962), Chief Deputy City Attorney
200 E Santa Clara St., 16th Floor
San José, CA 95113-1905
Tel: 408-535-1900
Fax: 408-998-3131
cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ

|   |   |   |
|---|---|---|
| 1 |  | JOHN D. NIBBELIN<br>County Counsel |
| 2 | By: | /s/ John D. Nibbelin |
|   |  | John D. Nibbelin (SBN 184603), County Counsel<br>Rebecca M. Archer (SBN 202743), Chief Deputy<br>Lauren F. Carroll (SBN 333446), Deputy<br>Savannah Eldridge (SBN 357723), Deputy<br>500 County Center, 4th Floor<br>Redwood City, CA 94063<br>Tel: (650) 363-4250<br>jnibbelin@smcgov.org<br>rmarcher@smcgov.org<br>lcarroll@smcgov.org<br>seldridge@smcgov.org |

Attorneys for Plaintiff
COUNTY OF SAN MATEO

TERESA L. STRICKER
City Attorney

By: /s/ Teresa L. Stricker
TERESA L. STRICKER (SBN 160601), City Attorney
AUTUMN LUNA (SBN 288506), Chief Assistant City Attorney HANNAH E. FORD-STILLE (SBN 335113), Deputy City Attorney
100 Santa Rosa Ave, Room 8
Santa Rosa, CA 95404
Tel: (707) 543-3040
tstricker@srcity.org
aluna@srcity.org
hfordstille@srcity.org

Attorneys for Plaintiff
CITY OF SANTA ROSA

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By: /s/ Bridget E. Casey
BRIDGET E. CASEY*
REBECCA J. GUADAMUD*
REBECCA E. WENDLING*
Snohomish County Prosecuting Attorney's Office
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201-4046
(425) 388-6392
bcasey@snoco.org
rebecca.guadamud@co.snohomish.wa.us
rwendling@snoco.org

Attorneys for Plaintiff
SNOHOMISH COUNTY

```
                    ROBERT H. PITTMAN
                    County Counsel

              By:   /s/ Joshua A. Myers
                    JOSHUA A. MYERS (SBN 250988)
                    Chief Deputy County Counsel
                    County of Sonoma
                    575 Administration Drive, Room 105A
                    Santa Rosa, California 95403
                    Telephone: (707) 565-2421
                    Facsimile: (707) 565-2624
                    joshua.myers@sonomacounty.gov

                    Attorney for Plaintiff
                    COUNTY OF SONOMA

                    ROBERT H. PITTMAN
                    County Counsel

              By:   /s/ Joshua A. Myers
                    JOSHUA A. MYERS (SBN 250988)
                    Chief Deputy County Counsel
                    County of Sonoma
                    575 Administration Drive, Room 105A
                    Santa Rosa, California 95403
                    Telephone: (707) 565-2421
                    Facsimile: (707) 565-2624
                    joshua.myers@sonomacounty.gov

                    Attorney for Plaintiffs
                    SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY
                    SANITATION DISTRICT, SONOMA COUNTY COMMUNITY
                    DEVELOPMENT CORPORATION
```

*Application for Admission Pro Hac Vice Forthcoming*

**FILER'S ATTESTATION**

I, DAVID S. LOUK, am the ECF user whose identification and password are being used to file this PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.