TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:   (415) 355-3308
E-Mail:      David.Louk@sfcityatty.org
             Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>　　Defendants. | Case No. 5:25-cv-08330-EJD<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　November 20, 2025<br>Time:　　　　9:00 a.m.<br>Before:　　　Hon. Edward J. Davila<br>Place:　　　　U.S. District Court<br>　　　　　　San Jose Courthouse<br>　　　　　　280 South 1st Street<br>　　　　　　Courtroom 4—5th Floor<br>　　　　　　San Jose, CA 95113<br><br>Trial Date:　　None set |

**[PROPOSED] ORDER ON PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

On October 1, 2025, Plaintiffs' Request for Judicial Notice In Support of Motion for Preliminary Injunction ("RJN") was filed. The Court, having considered the RJN and documents filed therewith, including Exhibits 1-12, and good cause appearing therein, hereby GRANTS Plaintiffs' RJN and takes judicial notice of **Exhibits 1 through 12** pursuant to Federal Rule of Evidence 201.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. Edward J. Davila
United States District Judge