TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 W. Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3308
E-Mail:   David.Louk@sfcityatty.org
          Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-08330-EJD<br><br>**PLAINTIFFS' MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  November 20, 2025<br>Time:          9:00 a.m.<br>Before:        Hon. Edward J. Davila<br>Place:         U.S. District Court<br>               San Jose Courthouse<br>               280 South 1st Street<br>               Courtroom 4—5th Floor<br>               San Jose, CA 95113<br><br>Trial Date:    None set |

Pursuant to Northern District of California Civil Local Rule 6-3(a), Plaintiffs[1] request that this Court shorten time and establish an expedited briefing and hearing schedule for Plaintiffs' Motion For Preliminary Injunction, concurrently being filed, such that a hearing is held on or before Wednesday, October 22, 2025. Specifically, Plaintiffs propose the following schedule for briefing and consideration of Plaintiffs' Motion:

1. Defendants[2] must file an opposition, if any, by Tuesday, October 14, 2025 at 12:00 p.m. Pacific Time.
2. Plaintiffs must file a reply in support, if any, by Friday, October 17, 2025 at 5:00 p.m. Pacific Time.
3. The Court will hold a hearing on the Motion on or before Wednesday, October 22, 2025.

As explained in the attached Declaration of David S. Louk, on the morning of October 1, 2025, counsel for Plaintiffs emailed counsel for Defendants to request their position on the Motion to Shorten Time and the proposed schedule. As of the time of this filing, Defendants have not responded, and counsel for Plaintiffs do not expect an immediately forthcoming response due to the Government lapse in funding. Declaration of David S. Louk ¶¶ 6-7. No previous time modifications have occurred in this case. *Id.* ¶ 8. If granted, Plaintiffs' requested time modification would have no effect on any other aspect of the case schedule. *Id.* ¶ 9.

**BACKGROUND**

Plaintiffs' Motion seeks a preliminary injunction enjoining Defendants from imposing and enforcing a delineated set of unconstitutional and unlawful conditions and requirements on Plaintiffs'

---

[1] Plaintiffs are the County of Santa Clara; City and County of San Francisco; City of Alameda; City of Bellingham; City of Berkeley; City of Culver City; City of Los Angeles; County of Los Angeles; Los Angeles County Consolidated Fire Protection District; Martin Luther King, Jr. County; County of Marin; City of Oakland; City of Palo Alto; City of Pasadena; City of Petaluma; Pierce County; City of Sacramento; City of San Diego; County of San Diego; City of San José; County of San Mateo; City of Santa Monica; City of Santa Rosa; Snohomish County; County of Sonoma; Sonoma County Community Development Commission; Sonoma County Water Agency; Sonoma Valley County Sanitation District; and City of Tucson.

[2] Defendants are Kristi Noem, in her official capacity as Secretary of Homeland Security; the United States Department of Homeland Security; David Richardson, in his official capacity as Senior Official Performing the Duties of FEMA Administrator; and the Federal Emergency Management Agency.

emergency management and disaster preparedness grant awards. As set forth in this Motion to Shorten Time, the Declaration of David S. Louk filed herewith, and in Plaintiffs' Motion for Preliminary Injunction, relief is needed before 3:47 p.m. Pacific Time on October 24, 2025, as Plaintiffs must decide as early as that date and time whether to agree to the unconstitutional and unlawful conditions and requirements, or forfeit federal funding they rely on to prevent and respond to serious threats to public safety, including wildfires, earthquakes, floods, severe weather events, infectious disease, invasive agricultural pests, mass shootings, acts of terrorism, threats of physical violence at large-scale special events such as the Super Bowl, and other emergencies and disasters.

## ARGUMENT

For decades, Congress has appropriated billions of dollars on an annual basis to support States and local governments in preparing for, responding to, and mitigating the harms of emergency events, threats, and disasters. For the first time in the 75-year history of Congress's financial support for state and local emergency management, the Executive Branch is now wielding this critical federal funding to force States and local governments to acquiesce to a series of unconstitutional and unlawful conditions and requirements.

Plaintiffs are the sites of major population centers and are collectively responsible for the safety and wellbeing of tens of millions of residents. Like virtually every state and local government across the nation, Plaintiffs rely on federal funding to support their emergency management functions. Indeed, each of the Plaintiffs has applied for one or more of the following grants from DHS: Port Security Grant Program (PSGP); Transit Security Grant Program (TSGP); Assistance to Firefighters (AFG); Staffing for Adequate Fire and Emergency Response (SAFER); Homeland Security Grant Programs (HSGP), including State Homeland Security Program (SHSP) and Urban Areas Security Initiative (UASI); Hazard Mitigation Grants Program (HMGP); Emergency Management Performance Grants Program (EMPG); and Urban Search & Rescue (US&R). Over the past week or so—during the waning days of the 2025 federal fiscal year—Defendants began issuing awards for these grants and presenting the Plaintiffs with grant agreements that incorporate the unconstitutional and unlawful conditions and requirements.

Based on deadlines imposed by Defendants, some Plaintiffs must decide as early as 3:47 p.m. on October 24, 2025 whether to sign award agreements and accept the unconstitutional and unlawful conditions and requirements, or forfeit federal funding earmarked by Congress for vital public safety and security services. But, under the default schedule established for the disposition of preliminary injunction motions under Northern District of California Local Civil Rule 7-2(a), Plaintiffs' Motion for Preliminary Injunction would be heard no earlier than November 5, 2025, twelve days after the October 24 deadline. Additionally, the Court informed Plaintiffs today, October 1, 2025, that the earliest available hearing date on the Court's calendar is November 20, 2025. This timing mismatch is why the default schedule is insufficient to protect Plaintiffs' cognizable interests, and why Plaintiffs would be prejudiced and suffer substantial harm in the absence of the requested time modification.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court shorten time and establish the expedited schedule set forth above for briefing and a hearing on Plaintiffs' Motion for a Preliminary Injunction.

Respectfully submitted,

Dated: October 1, 2025

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA
HANNAH M. GODBEY
Deputy County Counsels

By: */s/ Tony LoPresti*
TONY LOPRESTI
County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
DAVID S. LOUK
STEVEN A. MILLS
Deputy City Attorneys

*/s/ David S. Louk*
By: DAVID S. LOUK
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


By: */s/ Sharanya Mohan*
SHARANYA (SAI) MOHAN (SBN 350675)
ERIN MONJU*
NAOMI TSU*
TOBY MERRILL*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

Attorneys for Plaintiffs
CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER, KING COUNTY, COUNTY OF LOS ANGELES, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA

COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

YIBIN SHEN
Alameda City Attorney

By: */s/ Yibin Shen*
YIBIN SHEN (SBN 233545)
CARA SILVER (SBN 136992), Special Counsel
DANIEL J. TURNER (SBN 336499), Deputy City Attorney
2263 Santa Clara Avenue, Rm 280
Alameda, CA 94501
Tel: (510) 747-4750
yshen@alamedaca.gov
csilver@alamedaca.gov
dturner@alamedaca.gov

Attorneys for Plaintiff
CITY OF ALAMEDA

FARIMAH F. BROWN
Berkeley City Attorney

*/s/ Farimah F. Brown*
By: FARIMAH F. BROWN (SBN 201227), City Attorney
KATRINA L. EILAND (SBN 275701), Deputy City Attorney
STEPHEN A. HYLAS (SBN 319833), Deputy City Attorney
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Tel: (510) 981-6998
Fax: (510) 981-6960
fbrown@berkeleyca.gov
keiland@berkeleyca.gov
shylas@berkeleyca.gov

Attorneys for Plaintiff
CITY OF BERKELEY

|   |   |
|---|---|
| | KING COUNTY PROSECUTING ATTORNEY<br>LEESA MANION |
| By: | /s/ David J. Hackett<br>DAVID J. HACKETT*<br>Executive General Counsel<br>ALISON HOLCOMB*<br>Deputy Executive General Counsel<br>Special Deputy Prosecuting Attorneys<br>Chinook Building<br>401 5th Avenue, Suite 800<br>Seattle, WA 98104<br>Tel: (206) 477-2720<br>David.Hackett@kingcounty.gov<br>aholcomb@kingcounty.gov |
| | Attorneys for Plaintiff<br>MARTIN LUTHER KING, JR. COUNTY |
| | HYDEE FELDSTEIN SOTO<br>City Attorney of the City of Los Angeles |
| By: | /s/ Michael J. Dundas<br>MICHAEL J. DUNDAS (SBN 226930), Chief Assistant City Attorney<br>JOSHUA M. TEMPLET (SBN 267098), Deputy City Attorney<br>Office of the Los Angeles City Attorney<br>200 North Main Street, Room 800<br>Los Angeles, California 90012<br>Tel: (213) 978-8100<br>mike.dundas@lacity.org<br>joshua.templet@lacity.org |
| | Attorneys for Plaintiff<br>CITY OF LOS ANGELES |
| By: | /s/ Thomas J. Faughnan<br>THOMAS J. FAUGHNAN (SBN 155238), Senior Assistant County Counsel<br>BRIGIT GREESON ALVAREZ (SBN 237301), Deputy County Counsel<br>Office of the County Counsel<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street Los Angeles, California 90012-2713<br>Tfaughnan@counsel.lacounty.gov<br>Bgreesonalvarez@counsel.lacounty.gov |

Tel: (213) 681-0408

Counsel for Plaintiffs
COUNTY OF LOS ANGELES and
LOS ANGELES COUNTY CONSOLIDATED FIRE
PROTECTION DISTRICT

BRIAN E. WASHINGTON
County Counsel

By: /s/ *Kate K. Stanford*
KATE K. STANFORD (SBN 302825), Deputy County Counsel
EDWARD F. SEARS (SBN 297775), Deputy County Counsel
3501 Civic Center Drive, Suite 275
San Rafael, CA 94903
Tel: (415) 473-6117
kate.stanford@marincounty.gov

Attorneys for Plaintiff
COUNTY OF MARIN

RYAN RICHARDSON
City Attorney

By: /s/ *Ryan Richardson*
RYAN RICHARDSON (SBN 223548), City Attorney
MARIA BEE (SBN 167716), Chief Assistant City Attorney
JAIME HULING DELAYE (SBN 270784), Supervising City Attorney
H. LUKE EDWARDS (SBN 313756), Deputy City Attorney
DIVYA MUSINIPALLY (SBN 316114), Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Tel: (510) 238-3836
Fax: (510) 238-6500
ledwards@oaklandcityattorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

MOLLY S. STUMP
City Attorney

By: /s/ Mark Vanni
MOLLY S. STUMP (SBN 177165), City Attorney
CAIO A. ARELLANO (SBN 262168), Chief Assistant City Attorney
MARK J. VANNI (SBN 267892), Assistant City Attorney
CITY OF PALO ALTO
250 Hamilton Ave., 8th Floor
Palo Alto, CA 94301
Tel: (650) 329-2171
Fax: (650) 320-2646
Molly.Stump@PaloAlto.gov
Caio.Arellano@PaloAlto.gov
Mark.Vanni@PaloAlto.gov

Attorneys for Plaintiff
CITY OF PALO ALTO

ERIC DANLY
City Attorney

By: /s/ Eric Danly
ERIC DANLY (SBN 201621), City Attorney
11 English Street
Petaluma, CA 94952
Tel: (707) 778-4362
EDanly@cityofpetaluma.org

Attorney for Plaintiff
CITY OF PETALUMA

MARY E. ROBNETT
Pierce County Prosecuting Attorney

By: /s/ Jonathan R. Salamas
JONATHAN R. SALAMAS (WSBA # 39781), Deputy Prosecuting Attorney / Civil*
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2102
Tel: 253-798-4862
Fax: 253-798-6713
jonathan.salamas@piercecountywa.gov

Attorney for Plaintiff
PIERCE COUNTY

SUSANA ALCALA WOOD
City Attorney

By: */s/ Andrea Velasquez*
ANDREA VELASQUEZ (SBN 249210), Supervising Deputy City Attorney
KATHERINE UNDERWOOD (SBN 249308), Senior Deputy City Attorney
915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346
Fax: 916-808-7455
AVelasquez@cityofsacramento.org
KUnderwood@cityofsacramento.org

Attorneys for Plaintiff
CITY OF SACRAMENTO

HEATHER FERBERT
City Attorney

By: */s/ Mark Ankcorn*
MARK ANKCORN (SBN 166871), Senior Chief Deputy City Attorney
JULIE RAU (SBN 317658), Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800

Attorneys for Plaintiff
CITY OF SAN DIEGO

NORA FRIMANN
City Attorney

By: */s/ Nora Frimann*
NORA FRIMANN (SBN 93249), City Attorney
ELISA TOLENTINO (SBN 245962), Chief Deputy City Attorney
200 E Santa Clara St., 16th Floor
San José, CA 95113-1905
Tel: 408-535-1900
Fax: 408-998-3131
cao.main@sanjoseca.gov

Attorneys for Plaintiff
CITY OF SAN JOSÉ

```
                        JOHN D. NIBBELIN
                        County Counsel

                    By: /s/ John D. Nibbelin
                        John D. Nibbelin (SBN 184603), County Counsel
                        Rebecca M. Archer (SBN 202743), Chief Deputy
                        Lauren F. Carroll (SBN 333446), Deputy
                        Savannah Eldridge (SBN 357723), Deputy
                        500 County Center, 4th Floor
                        Redwood City, CA  94063
                        Tel: (650) 363-4250
                        jnibbelin@smcgov.org
                        rmarcher@smcgov.org
                        lcarroll@smcgov.org
                        seldridge@smcgov.org

                        Attorneys for Plaintiff
                        COUNTY OF SAN MATEO

                        TERESA L. STRICKER
                        City Attorney

                    By: /s/ Teresa L. Stricker
                        TERESA L. STRICKER (SBN 160601), City Attorney
                        AUTUMN LUNA (SBN 288506), Chief Assistant City
                        Attorney HANNAH E. FORD-STILLE (SBN 335113),
                        Deputy City Attorney
                        100 Santa Rosa Ave, Room 8
                        Santa Rosa, CA 95404
                        Tel: (707) 543-3040
                        tstricker@srcity.org
                        aluna@srcity.org
                        hfordstille@srcity.org

                        Attorneys for Plaintiff
                        CITY OF SANTA ROSA

                        JASON J. CUMMINGS
                        Snohomish County Prosecuting Attorney

                    By: /s/ Bridget E. Casey
                        BRIDGET E. CASEY*
                        REBECCA J. GUADAMUD*
                        REBECCA E. WENDLING*
                        Snohomish County Prosecuting Attorney's Office
                        3000 Rockefeller Avenue, M/S 504
                        Everett, WA 98201-4046
                        (425) 388-6392
```

bcasey@snoco.org
rebecca.guadamud@co.snohomish.wa.us
rwendling@snoco.org

Attorneys for Plaintiff
SNOHOMISH COUNTY

ROBERT H. PITTMAN
County Counsel

By: */s/ Joshua A. Myers*
JOSHUA A. MYERS (SBN 250988), Chief Deputy
County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
joshua.myers@sonomacounty.gov

Attorney for Plaintiff
COUNTY OF SONOMA

ROBERT H. PITTMAN
County Counsel

By: */s/ Joshua A. Myers*
JOSHUA A. MYERS (SBN 250988), Chief Deputy
County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
joshua.myers@sonomacounty.gov

Attorney for Plaintiffs
SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION

**Application for Admission Pro Hac Vice Forthcoming*

**FILER'S ATTESTATION**

I, David S. Louk, am the ECF user whose identification and password are being used to file this Administrative Motion to Consider Whether Cases Should Be Related. Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.