TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 W. Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3308
E-Mail:   David.Louk@sfcityatty.org
          Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-08330-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME AND ESTABLISH EXPEDITED BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Northern District of California Civil Local Rule 6-1(b), and having considered the parties' positions with regard to Plaintiffs' Motion to Shorten Time and Establish Expedited Briefing and Hearing Schedule for Plaintiffs' Motion for Preliminary Injunction, the Court ORDERS the following schedule:

1. Defendants must file a brief in opposition to Plaintiffs' Motion for Preliminary Injunction, if any, by Tuesday, October 14, 2025 at 12:00 p.m. Pacific Time.

2.    Plaintiffs must file a reply in support of the Motion for Preliminary Injunction, if any, by Friday, October 17, 2025 at 5:00 p.m. Pacific Time.

3.    The Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction on _____, 2025, at _____:_____ a.m./p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: _____, 2025

HON. EDWARD J. DAVILA
United States District Judge