United States District Court
Northern District of California

1       UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3

4       COUNTY OF SANTA CLARA, *et al.*,                Case No. _____

5               Plaintiff(s),

6                   v.                                  **APPLICATION FOR ADMISSION OF**
                                                        **ATTORNEY PRO HAC VICE**
7       FEDERAL EMERGENCY                               (CIVIL LOCAL RULE 11-3)
        MANAGEMENT AGENCY, *et al.*,
8               Defendant(s).

9

10          I, _____, an active member in good standing of the bar of

11      _____, hereby respectfully apply for admission to practice pro hac

12      vice in the Northern District of California representing: _____ in the

13      above-entitled action. My local co-counsel in this case is _____, an

14      attorney who is a member of the bar of this Court in good standing and who maintains an office

15      within the State of California.  Local co-counsel's bar number is: _____.

16

17      _____           _____
        MY ADDRESS OF RECORD                       LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18

19      _____           _____
        MY TELEPHONE # OF RECORD                   LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20      _____           _____
        MY EMAIL ADDRESS OF RECORD                 LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22          I am an active member in good standing of a United States Court or of the highest court of

23      another State or the District of Columbia, as indicated above; my bar number is: _____.

24          A true and correct copy of a certificate of good standing or equivalent official document

25      from said bar is attached to this application.

26          I have been granted pro hac vice admission by the Court _____ times in the 12 months

27      preceding this application.

28

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _____

5                                                                         _____

                                                                           APPLICANT

6  ═══════════════════════════════════════════════════════════

7

8                              ORDER GRANTING APPLICATION

9                       FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                                                                      _____

18                                                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

# United States District Court

## Western District of Washington



### CERTIFICATE OF GOOD STANDING

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that

**Rebecca J Guadamud** was admitted to practice in said Court on **July 27, 2010** to the Western District of Washington, and is in good

standing as a member of the bar of said Court.

Dated at Seattle, Washington on the 24th   day of September, 2025.

Ravi Subramanian
Clerk of Court

By_____
Deputy Clerk