TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:   Raphael.Rajendra@cco.sccgov.org
          Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:   David.Louk@sfcityatty.org
          Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 5:25-cv-8330-EJD<br><br>**NOTICE OF FILING IN NO. 3:25-CV-01350-WHO OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Trial Date:         Not set |

1  Plaintiffs hereby provide notice to the Court that on October 1, 2025, Plaintiffs filed an
Administrative Motion to Consider Whether Cases Should Be Related ("Motion to Relate") in *City and County of San Francisco, et al. v. Trump, et al.* (No. 3:25-cv-01350-WHO). The Motion to Relate is attached hereto as Exhibit A.

Respectfully submitted,

Dated: October 3, 2025

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA
HANNAH M. GODBEY
Deputy County Counsels

By: /s/ Raphael N. Rajendra
RAPHAEL N. RAJENDRA
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
DAVID S. LOUK
STEVEN A. MILLS
Deputy City Attorneys

/s/ David Chiu
By: DAVID CHIU
City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

|   |   |
|---|---|
| 1 | By: /s/ Sharanya Mohan |
| 2 | SHARANYA (SAI) MOHAN (SBN 350675) |
|   | ERIN MONJU* |
| 3 | NAOMI TSU* |
|   | TOBY MERRILL* |
| 4 | PUBLIC RIGHTS PROJECT |

By: /s/ Sharanya Mohan
SHARANYA (SAI) MOHAN (SBN 350675)
ERIN MONJU*
NAOMI TSU*
TOBY MERRILL*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

Attorneys for Plaintiffs
CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER, KING COUNTY, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION DISTRICT, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

YIBIN SHEN
Alameda City Attorney

By: /s/ Yibin Shen
YIBIN SHEN (SBN 233545)
CARA SILVER (SBN 136992), Special Counsel
DANIEL J. TURNER (SBN 336499), Deputy City Attorney
2263 Santa Clara Avenue, Rm 280
Alameda, CA 94501
Tel: (510) 747-4750
yshen@alamedaca.gov
csilver@alamedaca.gov
dturner@alamedaca.gov

Attorneys for Plaintiff

|    |    |
|----|----|
| 1  | CITY OF ALAMEDA |
| 2  | FARIMAH F. BROWN |
| 3  | Berkeley City Attorney |
| 4  |    |
|    | By: /s/ Farimah F. Brown |
| 5  | FARIMAH F. BROWN (SBN 201227), City Attorney |
|    | KATRINA L. EILAND (SBN 275701), Deputy City |
| 6  | Attorney |
|    | STEPHEN A. HYLAS (SBN 319833), Deputy City |
| 7  | Attorney |
| 8  | 2180 Milvia Street, Fourth Floor |
|    | Berkeley, CA 94704 |
| 9  | Tel: (510) 981-6998 |
|    | Fax: (510) 981-6960 |
| 10 | fbrown@berkeleyca.gov |
|    | keiland@berkeleyca.gov |
| 11 | shylas@berkeleyca.gov |
| 12 |    |
|    | Attorneys for Plaintiff |
| 13 | CITY OF BERKELEY |
| 14 |    |
| 15 | KING COUNTY PROSECUTING ATTORNEY |
|    | LEESA MANION |
| 16 |    |
|    | By: /s/ David J. Hackett |
| 17 | DAVID J. HACKETT* |
|    | Executive General Counsel |
| 18 | ALISON HOLCOMB* |
|    | Deputy Executive General Counsel |
| 19 | Special Deputy Prosecuting Attorneys |
| 20 | Chinook Building |
|    | 401 5th Avenue, Suite 800 |
| 21 | Seattle, WA 98104 |
|    | Tel: (206) 477-2720 |
| 22 | David.Hackett@kingcounty.gov |
|    | aholcomb@kingcounty.gov |
| 23 |    |
| 24 | Attorneys for Plaintiff |
|    | MARTIN LUTHER KING, JR. COUNTY |
| 25 |    |
| 26 | HYDEE FELDSTEIN SOTO |
|    | City Attorney of the City of Los Angeles |
| 27 |    |
|    | By: |
| 28 |    |

|   |   |
|---|---|
| 1 | /s/ Michael J. Dundas |
| 2 | MICHAEL J. DUNDAS (SBN 226930), Chief Assistant City Attorney |
| 3 | JOSHUA M. TEMPLET (SBN 267098), Deputy City Attorney |
| 4 | Office of the Los Angeles City Attorney |
|   | 200 North Main Street, Room 800 |
| 5 | Los Angeles, California 90012 |
|   | Tel: (213) 978-8100 |
| 6 | mike.dundas@lacity.org |
| 7 | joshua.templet@lacity.org |
| 8 | Attorneys for Plaintiff |
|   | CITY OF LOS ANGELES |
| 9 |   |
|   | By: /s/ Thomas J. Faughnan |
| 10 | THOMAS J. FAUGHNAN (SBN 155238), Senior Assistant County Counsel |
| 11 | BRIGIT GREESON ALVAREZ (SBN 237301), Deputy County Counsel |
| 12 | Office of the County Counsel |
| 13 | 648 Kenneth Hahn Hall of Administration |
|   | 500 West Temple Street Los Angeles, |
| 14 | California 90012-2713 |
| 15 | Tfaughnan@counsel.lacounty.gov |
|   | Bgreesonalvarez@counsel.lacounty.gov |
| 16 | Tel: (213) 681-0408 |
| 17 | Counsel for Plaintiffs |
| 18 | COUNTY OF LOS ANGELES and |
|   | LOS ANGELES COUNTY CONSOLIDATED FIRE |
| 19 | PROTECTION DISTRICT |
| 20 | BRIAN E. WASHINGTON |
|   | County Counsel |
| 21 |   |
|   | By: /s/ Kate K. Stanford |
| 22 | KATE K. STANFORD (SBN 302825), Deputy County Counsel |
| 23 | EDWARD F. SEARS (SBN 297775), Deputy County Counsel |
| 24 | 3501 Civic Center Drive, Suite 275 |
| 25 | San Rafael, CA 94903 |
|   | Tel: (415) 473-6117 |
| 26 | kate.stanford@marincounty.gov |
| 27 |   |
|   | Attorneys for Plaintiff |
| 28 | COUNTY OF MARIN |

|   |   |
|---|---|
| 1 | |
| 2 | RYAN RICHARDSON<br>City Attorney |
| 3 | |
| 4 | By: /s/ Ryan Richardson<br>RYAN RICHARDSON (SBN 223548), City Attorney |
| 5 | MARIA BEE (SBN 167716), Chief Assistant City Attorney |
| 6 | JAIME HULING DELAYE (SBN 270784), Supervising City Attorney |
| 7 | H. LUKE EDWARDS (SBN 313756), Deputy City Attorney |
| 8 | DIVYA MUSINIPALLY (SBN 316114), Deputy City Attorney |
| 9 | One Frank H. Ogawa Plaza, 6th Floor |
| 10 | Oakland, California 94612<br>Tel: (510) 238-3836 |
| 11 | Fax: (510) 238-6500<br>ledwards@oaklandcityattorney.org |
| 12 | |
| 13 | Attorneys for Plaintiff<br>CITY OF OAKLAND |
| 14 | |
| 15 | MOLLY S. STUMP<br>City Attorney |
| 16 | By: /s/ Mark Vanni |
| 17 | MOLLY S. STUMP (SBN 177165), City Attorney<br>CAIO A. ARELLANO (SBN 262168), Chief Assistant City Attorney |
| 18 | MARK J. VANNI (SBN 267892), Assistant City Attorney |
| 19 | CITY OF PALO ALTO |
| 20 | 250 Hamilton Ave., 8th Floor<br>Palo Alto, CA 94301 |
| 21 | Tel: (650) 329-2171<br>Fax: (650) 320-2646 |
| 22 | Molly.Stump@PaloAlto.gov<br>Caio.Arellano@PaloAlto.gov |
| 23 | Mark.Vanni@PaloAlto.gov |
| 24 | |
| 25 | Attorneys for Plaintiff<br>CITY OF PALO ALTO |
| 26 | ERIC DANLY<br>City Attorney |
| 27 | |
| 28 | By: /s/ Eric Danly<br>ERIC DANLY (SBN 201621), City Attorney |

6

|   |   |
|---|---|
| 1 | 11 English Street |
| 2 | Petaluma, CA 94952 |
|   | Tel: (707) 778-4362 |
| 3 | EDanly@cityofpetaluma.org |
| 4 | Attorney for Plaintiff |
|   | CITY OF PETALUMA |
| 5 |   |
| 6 | MARY E. ROBNETT |
|   | Pierce County Prosecuting Attorney |
| 7 |   |
|   | By: /s/ Jonathan R. Salamas |
| 8 | JONATHAN R. SALAMAS (WSBA # 39781), Deputy |
|   | Prosecuting Attorney / Civil* |
| 9 | 930 Tacoma Avenue South, Suite 946 |
|   | Tacoma, WA  98402-2102 |
| 10 | Tel: 253-798-4862 |
|   | Fax: 253-798-6713 |
| 11 | jonathan.salamas@piercecountywa.gov |
| 12 |   |
|   | Attorney for Plaintiff |
| 13 | PIERCE COUNTY |
| 14 |   |
|   | SUSANA ALCALA WOOD |
| 15 | City Attorney |
| 16 | By: /s/ Andrea Velasquez |
|   | ANDREA VELASQUEZ (SBN 249210), Supervising |
| 17 | Deputy City Attorney |
|   | KATHERINE UNDERWOOD (SBN 249308), Senior |
| 18 | Deputy City Attorney |
| 19 | 915 I St Fl 4, Sacramento, CA 95814-2621 |
|   | Tel: 916-808-5346 |
| 20 | Fax: 916-808-7455 |
|   | AVelasquez@cityofsacramento.org |
| 21 | KUnderwood@cityofsacramento.org |
| 22 |   |
|   | Attorneys for Plaintiff |
| 23 | CITY OF SACRAMENTO |
| 24 |   |
|   | HEATHER FERBERT |
| 25 | City Attorney |
| 26 | By: /s/ Mark Ankcorn |
|   | MARK ANKCORN (SBN 166871), Senior Chief |
| 27 | Deputy City Attorney |
|   | JULIE RAU (SBN 317658), Deputy City Attorney |
| 28 | 1200 Third Avenue, Suite 1100 |

7

|   |   |
|---|---|
| 1 | San Diego, California 92101-4100 |
| 2 | Tel: (619) 533-5800 |
| 3 | Attorneys for Plaintiff<br>CITY OF SAN DIEGO |
| 4 | |
| 5 | NORA FRIMANN<br>City Attorney |
| 6 | |
| 7 | By: /s/ Nora Frimann<br>NORA FRIMANN (SBN 93249), City Attorney |
| 8 | ELISA TOLENTINO (SBN 245962), Chief Deputy City Attorney |
| 9 | 200 E Santa Clara St., 16th Floor<br>San José, CA 95113-1905 |
| 10 | Tel: 408-535-1900<br>Fax: 408-998-3131 |
| 11 | cao.main@sanjoseca.gov |
| 12 | Attorneys for Plaintiff<br>CITY OF SAN JOSÉ |
| 13 | |
| 14 | JOHN D. NIBBELIN<br>County Counsel |
| 15 | |
| 16 | By: /s/ John D. Nibbelin<br>John D. Nibbelin (SBN 184603), County Counsel |
| 17 | Rebecca M. Archer (SBN 202743), Chief Deputy<br>Lauren F. Carroll (SBN 333446), Deputy |
| 18 | Savannah Eldridge (SBN 357723), Deputy<br>500 County Center, 4th Floor |
| 19 | Redwood City, CA 94063<br>Tel: (650) 363-4250 |
| 20 | jnibbelin@smcgov.org<br>rmarcher@smcgov.org |
| 21 | lcarroll@smcgov.org |
| 22 | seldridge@smcgov.org |
| 23 | Attorneys for Plaintiff<br>COUNTY OF SAN MATEO |
| 24 | |
| 25 | TERESA L. STRICKER<br>City Attorney |
| 26 | |
| 27 | By: /s/ Teresa L. Stricker<br>TERESA L. STRICKER (SBN 160601), City Attorney |
| 28 | |

AUTUMN LUNA (SBN 288506), Chief Assistant City Attorney HANNAH E. FORD-STILLE (SBN 335113), Deputy City Attorney
100 Santa Rosa Ave, Room 8
Santa Rosa, CA 95404
Tel: (707) 543-3040
tstricker@srcity.org
aluna@srcity.org
hfordstille@srcity.org

Attorneys for Plaintiff
CITY OF SANTA ROSA

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By: /s/ Bridget E. Casey
BRIDGET E. CASEY*
REBECCA J. GUADAMUD*
REBECCA E. WENDLING*
Snohomish County Prosecuting Attorney's Office
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201-4046
(425) 388-6392
bcasey@snoco.org
rebecca.guadamud@co.snohomish.wa.us
rwendling@snoco.org

Attorneys for Plaintiff
SNOHOMISH COUNTY

ROBERT H. PITTMAN
County Counsel

By: /s/ Joshua A. Myers
JOSHUA A. MYERS (SBN 250988), Chief Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
joshua.myers@sonomacounty.gov

Attorney for Plaintiff
COUNTY OF SONOMA

ROBERT H. PITTMAN

County Counsel

By: /s/ Joshua A. Myers
JOSHUA A. MYERS (SBN 250988), Chief Deputy
County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
joshua.myers@sonomacounty.gov

Attorney for Plaintiffs
SONOMA COUNTY WATER AGENCY, SONOMA
VALLEY COUNTY SANITATION DISTRICT,
SONOMA COUNTY COMMUNITY
DEVELOPMENT COMMISSION

*Application for Admission Pro Hac Vice Forthcoming*

**FILER'S ATTESTATION**

I, RAPHAEL N. RAJENDRA, am the ECF user whose identification and password are being used to file this Notice of Filing in No. 3:25-cv-1350-WHO of Administrative Motion to Consider Whether Cases Should Be Related. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.