1  BRETT A. SHUMATE
   Assistant Attorney General
2  Civil Division
   ANDREW WARDEN
3  Assistant Branch Director
   CRAIG H. MISSAKIAN
4  United States Attorney
   J. STEPHEN TAGERT
5  Trial Attorney
6  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF SANTA CLARA**, *et al.*, | CASE NO. 5:25-cv-08330-EJD |
| Plaintiffs, | **FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| v. | |
| **KRISTI NOEM**, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), the federal Defendants hereby move the Court for an order staying all briefing in this case related to Plaintiffs' motion for preliminary injunction (ECF No. 19) and Plaintiffs' motion to shorten time and establish expedited briefing and hearing schedule (ECF No. 21), and continuing all such deadlines until after Congress has enacted funding for the Department of Justice and federal Defendants and the shutdown of the federal government has come to an end.

1. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive agencies, including the federal Defendants in this litigation. The Department does not know when funding will be restored by Congress.

2. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys and employees of the U.S. Department of Homeland

Security ("DHS") and the Federal Emergency Management Agency ("FEMA") are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. An officer or employee of the United States who violates 31 U.S.C. § 1341(a) (obligate/expend in excess or advance of appropriation), § 1342 (voluntary services prohibition), or § 1517(a) (obligate/expend in excess of an apportionment or administrative subdivision as specified in an agency's regulations) "***shall*** be subject to appropriate administrative discipline including, when circumstances warrant, suspension from duty without pay or removal from office." 31 U.S.C. §§ 1349(a), 1518 (emphasis added).

3. Undersigned counsel will be furloughed for the duration of the lapse in appropriations.

4. In addition, the work of employees from DHS and FEMA is also necessary. If the instant motion is denied, the work needed from DHS and FEMA may not be possible.

5. Undersigned counsel therefore requests a stay of all deadlines related to briefing in this case related to Plaintiffs' motion for preliminary injunction (ECF No. 19) and Plaintiffs' motion to shorten time and establish expedited briefing and hearing schedule (ECF No. 21) until Congress has restored appropriations to the Department. The Government further requests that, at that point, all current deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

6. Although this Court has authority to extend or stay these deadlines without a formal motion or notice to opposing counsel, *see* Fed. R. Civ. P. 6(b)(1)(A), undersigned counsel nevertheless contacted Plaintiff's counsel on October 3, 2025, and requested that Plaintiff stipulate to a stay of this case. *See* Decl. of John Stephen Tagert ¶ 3. Plaintiff's counsel said they opposed the Motion. *Id.*

7. If this motion for a stay is granted, undersigned counsel will promptly notify the Court as soon as the government shutdown has ended and confer with opposing counsel and submit within one week a joint proposed schedule for litigation of Plaintiffs' motion for a preliminary injunction.

8. In the alternative, if the Court denies the motion to stay, Defendants respectfully request an extension to respond to Plaintiffs' motion to shorten time and establish expedited briefing and hearing schedule (ECF No. 21) until three days after the Court issues its order on this Motion.

FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS
5:25-cv-08330-EJD

* * *

Although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines related to briefing in this case related to Plaintiffs' motion for preliminary injunction (ECF No. 19) and Plaintiffs' motion to shorten time and establish expedited briefing and hearing schedule (ECF No. 21) until Department of Justice attorneys and federal Defendants' employees are permitted to resume their usual civil litigation functions.

DATED: October 3, 2025                    Respectfully submitted,

                                          /s/ J. Stephen Tagert
                                          
                                          BRETT A. SHUMATE
                                          Assistant Attorney General
                                          Civil Division
                                          
                                          ANDREW WARDEN
                                          Assistant Branch Director
                                          
                                          CRAIG H. MISSAKIAN
                                          United States Attorney
                                          
                                          J. STEPHEN TAGERT
                                          Federal Programs Branch
                                          Civil Division, Department of Justice
                                          1100 L Street NW
                                          Washington, DC 20005
                                          Telephone: (202) 305-8486
                                          stephen.tagert@usdoj.gov
                                          
                                          *Counsel for Defendants*