BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ANDREW WARDEN
Assistant Branch Director
CRAIG H. MISSAKIAN
United States Attorney
J. STEPHEN TAGERT
Trial Attorney
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF SANTA CLARA, *et al.*,** | CASE NO. 5:25-cv-08330-EJD |
| Plaintiffs, | **DECLARATION OF JOHN STEPHEN TAGERT** |
| v. | |
| **KRISTI NOEM, *et al.*,** | |
| Defendants. | |

I, J. Stephen Tagert, declare as follows:

1. I am a Trial Attorney with the United States Department of Justice, Civil Division. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Federal Defendants' Administrative Motion for A Stay in Light of Lapse of Appropriations, filed concurrently herewith.

2. I have been informed that I will be furloughed for the duration of the lapse in appropriations.

3. On October 3, 2025, I contacted Plaintiffs' counsel regarding this motion. Plaintiffs' counsel stated that they opposed staying the proceedings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2025.

*/s/ J. Stephen Tagert*
J. STEPHEN TAGERT
Federal Programs Branch

DECLARATION OF JOHN STEPHEN TAGERT
5:25-cv-08330-EJD

Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8486
stephen.tagert@usdoj.gov

DECLARATION OF JOHN STEPHEN TAGERT
5:25-cv-08330-EJD