UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COUNTY OF SANTA CLARA**, *et al.*,

    Plaintiffs,

    v.

**KRISTI NOEM**, *et al.*,

    Defendants.

CASE NO. 5:25-cv-08330-EJD

## [PROPOSED] ORDER

In light of the lapse of federal appropriations to the Department of Justice, Federal Defendant moved this Court for an order staying all deadlines related to briefing in this case related to Plaintiffs' motion for preliminary injunction (ECF No. 19) and Plaintiffs' motion to shorten time and establish expedited briefing and hearing schedule (ECF No. 21) and extending all such deadlines for a period of time commensurate with the duration of the lapse in appropriations. Good cause appearing, Defendant's motion is hereby GRANTED.

The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED: October ____, 2025

_____
HON. EDWARD J. DAVILA
United States District Judge