TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, CA  95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:    (415) 355-3308
E-Mail:       David.Louk@sfcityatty.org
              Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-08330-EJD<br><br>**PLAINTIFFS' OPPOSITION TO FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY**<br><br>Hearing Date:  November 20, 2025<br>Time:           9:00 a.m.<br>Before:         Hon. Edward J. Davila<br>Place:          U.S. District Court<br>                San Jose Courthouse<br>                280 South 1st Street<br>                Courtroom 4—5th Floor<br>                San Jose, CA 95113<br><br>Trial Date:    None set |

Plaintiffs oppose Defendants' administrative motion for an indefinite stay pending the conclusion of the lapse in federal appropriations that began on October 1, 2025. ECF 35. This case can and should proceed notwithstanding that lapse, for several reasons.

*First*, as Plaintiffs indicated in their Motion for Preliminary Injunction filed on October 1, 2025, Plaintiffs are facing ongoing irreparable harm due to the budget uncertainty caused by Defendants' placement of unlawful conditions on the federal funding for disaster planning, response, and recovery at issue in this case. The urgency is a function of Defendants' imposition of the conditions themselves as well as the timelines Defendants have imposed on Plaintiffs. Plaintiffs must accept their awards as early as 3:47 p.m. Pacific Time on October 24, 2025, or else irreparably lose access to the awarded funding; they therefore need relief before that time. *See* Plaintiffs' Notice of Motion and Motion for Preliminary Injunction (ECF 19) at 23-24. Indeed, the threat of looming injury to Plaintiffs is sufficiently imminent that even the default briefing schedule for disposition of preliminary injunction motions established under Northern District of California Local Rule 7-2(a) would be insufficient to afford Plaintiffs the relief they seek in the time they need it. Thus, Plaintiffs have filed a motion to shorten time and expedite the preliminary-injunction briefing schedule so that the Court could hold a hearing on the motion and render a decision before 3:47 p.m. Pacific Time on October 24. *See* Plaintiffs' Motion to Shorten Time (ECF 21) at 4. Even a short stay risks upsetting an already tight briefing schedule proposed to afford Plaintiffs the opportunity to obtain the relief they seek by October 24. (This is why Plaintiffs also oppose Defendants' request to delay their deadline to respond to Plaintiffs' Motion to Shorten Time.)

*Second*, counsel for Defendants may continue to work on this case as needed. In support of their motion, Defendants assert that a stay is necessary because, under 31 U.S.C. § 1342, "Department of Justice attorneys and employees of [the Federal Defendants] are prohibited from working, even on a volunteer basis", except in very limited circumstances. ECF 35 at 2. However, counsel for Defendants may continue working on this case if otherwise "authorized by law." 31 U.S.C. § 1341(a)(1)(B). The Department of Justice interprets this provision (as DOJ has in past government shutdowns) to mean that DOJ attorneys must generally request a stay of ongoing litigation, but "[i]f a court denies such a

Pltfs.' Opp. to Mtn. for a Stay
Case No. 5:25-cv-08330-EJD

2

request and orders a case to continue, the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue." U.S. Department of Justice FY 2026 Contingency Plan 3 (Sept. 29, 2025) ("DOJ Contingency Plan") at 3, *available at* https://perma.cc/UNK2-F7SE. "With respect to litigation, the Department's [contingency] plan assumes that the Judicial Branch will continue to operate, though possibly at a reduced level, through the lapse." *Id.*; *see also Kornitzky Group, LLC v. Elwell*, 912 F.3d 637, 638 (D.C. Cir. 2019) (Srinivasan, J., concurring) (concluding that the denial of a stay amounts to legal authorization for DOJ attorneys to continue working). The same is true for agency counsel and support staff. Defendants' motion equivocates that work by agency staff "*may* not be possible." ECF 35 at 2 (emphasis added). But the same interpretation of 31 U.S.C. § 1342 in DOJ's contingency plan would apply to all Federal Defendant Agencies. In fact, DHS's own contingency plan estimates that *more than 84 percent* of FEMA's employees will continue to work during the lapse in appropriations. Dep't of Homeland Sec., *Procedures Relating to a Lapse in Appropriations* (Sept. 29, 2025), at 46, *available at* https://perma.cc/UXW6-4SRA; *id.* at 26 (recognizing that, although travel is generally prohibited during lapses, it is permissible during lapses when "necessary for ongoing litigation in Federal court for which a stay has not been issued").

*Third*, and similarly, Defendants fail to acknowledge that 89 percent of DOJ employees are already excepted from the furlough, including the majority of employees of the Civil Division. *See* DOJ Contingency Plan at 2, 12.

*Last*, courts regularly deny requests by the federal government to stay briefing or argument due to a government shutdown, *see Kornitzky Group*, 912 F.3d at 638–39, including in the past few days. *See, e.g.*, *District of Columbia v. Trump*, No. 1:25-cv-03005, Minute Order (D.D.C. Oct. 2, 2025) (denying federal government's motion to stay deadlines for briefing "related to the preliminary injunction motion," including in light of the alleged "ongoing irreparable harm to the" plaintiffs (cleaned up)); *AFGE v. Trump*, No. 3:25-cv-03698, ECF No. 276 (N.D. Cal Oct. 3, 2025); *FreeState Justice v. EEOC*, No. 1:25-cv-02482, ECF No. 23 (D. Md. Oct. 3, 2025); *R.I. Coalition Against Domestic Violence v. Kennedy*, No. 1:25-cv-00342, Text Order (D. R.I. Oct. 1, 2025); *see also People for the Ethical Treatment of Animals v. U.S. Dep't of Agric.*, 912 F.3d 641 (D.C. Cir. 2019); *Air*

1  *Transp. Ass'n of Am., Inc. v. FAA*, 912 F.3d 642 (D.C. Cir. 2019); *Priests For Life v. U.S. Dep't of*
2  *Health and Human Servs.*, No. CV 13-1261, 2013 WL 5572730, at *1 (D.D.C. Oct. 2, 2013).

3        Counsel for Defendants may therefore lawfully continue working if the Court denies the
4  requested stay, which this Court should deny.

5
6                                                Respectfully submitted,

7
8  Dated:  October 3, 2025                TONY LOPRESTI
                                                          County Counsel
9                                                            KAVITA NARAYAN
                                                           Chief Assistant County Counsel
10                                                           MEREDITH A. JOHNSON
                                                          Lead Deputy County Counsel
11                                                           RAPHAEL N. RAJENDRA
                                                          HANNAH M. GODBEY
12                                                           Deputy County Counsels

13                                  By: */s/ Raphael N. Rajendra*
                                                          RAPHAEL N. RAJENDRA
14                                                           Deputy County Counsel

15                                                           Attorneys for Plaintiff
16                                                           COUNTY OF SANTA CLARA

17
18                                                           DAVID CHIU
                                                          City Attorney
19                                                           YVONNE R. MERÉ
                                                          Chief Deputy City Attorney
20                                                           MOLLIE M. LEE
                                                          Chief of Strategic Advocacy
21                                                           SARA J. EISENBERG
                                                          Chief of Complex and Affirmative Litigation
22                                                           DAVID S. LOUK
                                                          STEVEN A. MILLS
23                                                           Deputy City Attorneys

24                                    By: */s/ David S. Louk*

25                                                           DAVID S. LOUK
                                                          Deputy City Attorney
26
                                                          Attorneys For Plaintiff
27                                                           CITY AND COUNTY OF SAN FRANCISCO

28                                    By:*/s/ Sharanya Mohan*

SHARANYA (SAI) MOHAN (SBN 350675)
ERIN MONJU*
NAOMI TSU*
TOBY MERRILL*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

Attorneys for Plaintiffs CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER, KING COUNTY, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION DISTRICT COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

By: /s/ *Michael J. Dundas*
MICHAEL J. DUNDAS (SBN 226930)
Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098)
Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, CA 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

Attorneys For Plaintiff
CITY OF LOS ANGELES

*Application forthcoming for admission *pro hac vice*

**FILER'S ATTESTATION**

I, David S. Louk, am the ECF user whose identification and password are being used to file this Complaint for Declaratory and Injunctive Relief. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated: October 3, 2025

>                             DAVID CHIU
>                             City Attorney
>                             YVONNE R. MERÉ
>                             Chief Deputy City Attorney
>                             MOLLIE M. LEE
>                             Chief of Strategic Advocacy
>                             SARA J. EISENBERG
>                             Chief of Complex and Affirmative Litigation
>                             DAVID S. LOUK
>                             STEVEN A. MILLS
>                             Deputy City Attorneys
>
>                         By: /s/ *David S. Louk*
>                             DAVID S. LOUK
>
>                             Attorneys for Plaintiff
>                             CITY AND COUNTY OF SAN FRANCISCO

Pltfs.' Opp. to Mtn. for a Stay
Case No. 5:25-cv-08330-EJD

6

# PROOF OF SERVICE

I, CHRISTINE HOANG, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market St, 7th Floor, San Francisco, CA 94102.

On October 3, 2025, I served the following document:

**PLAINTIFFS' OPPOSITION TO FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY**

on the following persons at the locations specified:

**[See Attached "Service List"]**

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be served electronically through **ECF/PACER** in portable document format ("PDF") Adobe Acrobat.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 3, 2025, at San Francisco, California.

*Christine Hoang*
CHRISTINE HOANG

Pltfs.' Opp. to Mtn. for a Stay
Case No. 5:25-cv-08330-EJD

7

**SERVICE LIST**

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA
HANNAH M. GODBEY
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Tel:: (408) 299-5900
Email: Raphael.Rajendra@cco.sccgov.org
       Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
COUNTY OF SANTA CLARA


SHARANYA (SAI) MOHAN
ERIN MONJU
NAOMI TSU
TOBY MERRILL
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
Email: sai@publicrightsproject.org
       erin@publicrightsproject.org
       naomi@publicrightsproject.org
       toby@publicrightsproject.org

*Attorneys for Plaintiffs*
CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER, KING COUNTY, COUNTY OF LOS ANGELES, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

YIBIN SHEN
Alameda City Attorney
CARA SILVER
Special Counsel
DANIEL J. TURNER
Deputy City Attorney
2263 Santa Clara Avenue, Rm 280
Alameda, CA 94501
Tel: (510) 747-4750
Email: yshen@alamedaca.gov
       csilver@alamedaca.gov

dturner@alamedaca.gov

*Attorneys for Plaintiff*
CITY OF ALAMEDA


FARIMAH F. BROWN
Berkeley City Attorney
KATRINA L. EILAND
Deputy City Attorney
STEPHEN A. HYLAS
Deputy City Attorney
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Tel:    (510) 981-6998
Fax:    (510) 981-6960
Email:  fbrown@berkeleyca.gov
        keiland@berkeleyca.gov
        shylas@berkeleyca.gov

*Attorneys for Plaintiff*
CITY OF BERKELEY


LEESA MANION
King County Prosecuting Attorney
DAVID J. HACKETT
Executive General Counsel
ALISON HOLCOMB*
Deputy Executive General Counsel
Special Deputy Prosecuting Attorneys
Chinook Building
401 5th Avenue, Suite 800
Seattle, WA 98104
Tel:    (206) 477-2720
Email:  David.Hackett@kingcounty.gov
        aholcomb@kingcounty.gov

*Attorneys For Plaintiff*
MARTIN LUTHER KING, JR. COUNTY

HYDEE FELDSTEIN SOTO
Los Angeles City Attorney
MICHAEL J. DUNDAS
Chief Assistant City Attorney
JOSHUA M. TEMPLET
Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, CA 90012
Tel:    (213) 978-8100
Email:  mike.dundas@lacity.org
        joshua.templet@lacity.org

*Attorneys For Plaintiff*
CITY OF LOS ANGELES

Pltfs.' Opp. to Mtn. for a Stay
Case No. 5:25-cv-08330-EJD

9

THOMAS J. FAUGHNAN
Senior Assistant County Counsel
BRIGIT GREESON ALVAREZ
Deputy County Counsel
Office of the County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012-2713
Tel:    (213) 681-0408
Email:  Tfaughnan@counsel.lacounty.gov
        Bgreesonalvarez@counsel.lacounty.gov

*Attorneys for Plaintiffs*
COUNTY OF LOS ANGELES and LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION DISTRICT


BRIAN E. WASHINGTON
Marin County Counsel
KATE K. STANFORD
Deputy County Counsel
EDWARD F. SEARS
Deputy County Counsel
3501 Civic Center Drive, Suite 275
San Rafael, CA 94903
Tel:    (415) 473-6117
Email:  kate.stanford@marincounty.gov

*Attorneys for Plaintiff*
COUNTY OF MARIN

RYAN RICHARDSON
Oakland City Attorney
MARIA BEE
Chief Assistant City Attorney
JAIME HULING DELAYE
Supervising City Attorney
H. LUKE EDWARDS
Deputy City Attorney
DIVYA MUSINIPALLY
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Tel:    (510) 238-3836
Fax:    (510) 238-6500
Email:  ledwards@oaklandcityattorney.org

*Attorneys for Plaintiff*
CITY OF OAKLAND

MOLLY S. STUMP
Palo Alto City Attorney
CAIO A. ARELLANO
Chief Assistant City Attorney
MARK J. VANNI

Assistant City Attorney
CITY OF PALO ALTO
250 Hamilton Ave., 8th Floor
Palo Alto, CA 94301
Tel: (650) 329-2171
Fax: (650) 320-2646
Email: Molly.Stump@PaloAlto.gov
  Caio.Arellano@PaloAlto.gov
  Mark.Vanni@PaloAlto.gov

*Attorneys for Plaintiff*
CITY OF PALO ALTO

ERIC DANLY
Petaluma City Attorney
11 English Street
Petaluma, CA 94952
Tel: (707) 778-4362
Email: EDanly@cityofpetaluma.org

*Attorney for Plaintiff*
CITY OF PETALUMA

MARY E. ROBNETT
Pierce County Prosecuting Attorney
JONATHAN R. SALAMAS
Deputy Prosecuting Attorney / Civil*
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2102
Tel: 253-798-4862
Fax: 253-798-6713
Email: jonathan.salamas@piercecountywa.gov

*Attorney for Plaintiff*
PIERCE COUNTY

SUSANA ALCALA WOOD
Sacramento City Attorney
ANDREA VELASQUEZ
Supervising Deputy City Attorney
KATHERINE UNDERWOOD
Senior Deputy City Attorney
915 I St Fl 4, Sacramento, CA 95814-2621
Tel: 916-808-5346
Fax: 916-808-7455
Email: AVelasquez@cityofsacramento.org
  KUnderwood@cityofsacramento.org

*Attorneys for Plaintiff*
CITY OF SACRAMENTO

HEATHER FERBERT
San Diego City Attorney
MARK ANKCORN
Senior Chief Deputy City Attorney
JULIE RAU
Deputy City Attorney

Pltfs.' Opp. to Mtn. for a Stay
Case No. 5:25-cv-08330-EJD

11

1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel:     (619) 533-5800

*Attorneys for Plaintiff*
CITY OF SAN DIEGO

NORA FRIMANN
San José City Attorney
ELISA TOLENTINO
Chief Deputy City Attorney
200 E Santa Clara St., 16th Floor
San José, CA 95113-1905
Tel:     408-535-1900
Fax:    408-998-3131
Email: cao.main@sanjoseca.gov

*Attorneys for Plaintiff*
CITY OF SAN JOSÉ

JOHN D. NIBBELIN
San Mateo County Counsel
Rebecca M. Archer
Chief Deputy
Lauren F. Carroll
Savannah Eldridge
Deputies
500 County Center, 4th Floor
Redwood City, CA 94063
Tel:     (650) 363-4250
Email:   jnibbelin@smcgov.org
         rmarcher@smcgov.org
         lcarroll@smcgov.org
         seldridge@smcgov.org

*Attorneys for Plaintiff*
COUNTY OF SAN MATEO

TERESA L. STRICKER
Santa Rosa City Attorney
AUTUMN LUNA
Chief Assistant City Attorney
HANNAH E. FORD-STILLE
Deputy City Attorney
100 Santa Rosa Ave, Room 8
Santa Rosa, CA 95404
Tel:     (707) 543-3040
Email: tstricker@srcity.org
         aluna@srcity.org
         hfordstille@srcity.org

*Attorneys for Plaintiff*
CITY OF SANTA ROSA

JASON J. CUMMINGS

Pltfs.' Opp. to Mtn. for a Stay
Case No. 5:25-cv-08330-EJD

12

Snohomish County Prosecuting Attorney
BRIDGET E. CASEY
REBECCA J. GUADAMUD
REBECCA E. WENDLING
Snohomish County Prosecuting Attorney's Office
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201-4046
Tel:     (425) 388-6392
Email: bcasey@snoco.org
rebecca.guadamud@co.snohomish.wa.us
          rwendling@snoco.org

*Attorneys for Plaintiff*
SNOHOMISH COUNTY

ROBERT H. PITTMAN
Sonoma County Counsel
JOSHUA A. MYERS
Chief Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Tel:     (707) 565-2421
Fax.:   (707) 565-2624

Email:  joshua.myers@sonomacounty.gov

*Attorney for Plaintiff*
COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION

John Stephen Tagert
Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
202-305-5486

Email: stephen.tagert@usdoj.gov

*Counsel for Defendants*

Pltfs.' Opp. to Mtn. for a Stay
Case No. 5:25-cv-08330-EJD

13