UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA; CITY AND
COUNTY OF SAN FRANCISCO, *et. al.*,

Plaintiff(s),

v.

KRISTI NOEM, *et al.*,                              ,

Defendant(s).

Case No. 3:25-cv-8330

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Toby Merrill            , an active member in good standing of the bar of
Commonwealth of Massachusetts    , hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: Plaintiffs            in the
above-entitled action. My local co-counsel in this case is Sharanya Mohan            , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: 350675            .

490 43rd Street, #115, Oakland, CA 94609

MY ADDRESS OF RECORD

(510) 738-6788

MY TELEPHONE # OF RECORD

toby@publicrightsproject.org

MY EMAIL ADDRESS OF RECORD

490 43rd Street, #115, Oakland, CA 94609

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 738-6788

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sai@publicrightsproject.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I work remotely from and reside in Massachusetts, for an organization with the listed
office address and phone number in California.

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 601071.

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months
preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: October 1, 2025                                         Toby Merrill
                                                                    APPLICANT

5

6

7

8                           ORDER GRANTING APPLICATION

9                      FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Toby Merrill           is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

16

17
                                                    _____
18                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                    2