# CURRENT STATUS CERTIFICATE

October 6, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Rebecca Ellen Lawson Wendling**, license no. **35887** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **November 29, 2004.**

As of the date of this certificate, Rebecca Ellen Lawson Wendling is and has been in good standing as a(n) **Active lawyer** of the Washington State Bar Association, who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate.

_____
Terra Nevitt
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA