United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4          _____ ,           Case No. _____
5                  Plaintiff(s),
6             v.                                 **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                                                 (CIVIL LOCAL RULE 11-3)
7          _____ ,
8                  Defendant(s).
9
10         I, _____, an active member in good standing of the bar of
11     _____, hereby respectfully apply for admission to practice pro hac
12     vice in the Northern District of California representing: _____ in the
13     above-entitled action. My local co-counsel in this case is _____, an
14     attorney who is a member of the bar of this Court in good standing and who maintains an office
15     within the State of California. Local co-counsel's bar number is: _____.
16
17     _____            _____
       MY ADDRESS OF RECORD                      LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18
19     _____            _____
       MY TELEPHONE # OF RECORD                  LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20
       _____            _____
       MY EMAIL ADDRESS OF RECORD                LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21     Local counsel and applicant are colleagues at a nonprofit law firm located at
       the address and with the phone number above. Applicant resides in Oregon.

22         I am an active member in good standing of a United States Court or of the highest court of
23     another State or the District of Columbia, as indicated above; my bar number is: _____.
24         A true and correct copy of a certificate of good standing or equivalent official document
25     from said bar is attached to this application.
26         I have been granted pro hac vice admission by the Court _____ times in the 12 months
27     preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE