

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

NAOMI R. TSU

as an Attorney of this Court.

      I, as State Court Administrator of the State of Oregon, certify that on the 3rd day of July, 2024

NAOMI R. TSU

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

February 11, 2025.

NANCY COZINE
State Court Administrator



_____
Authorized Representative