UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

County of Santa Clara, et al,

Plaintiff(s),

v.

Kristi Noem, et al,

Defendant(s).

Case No. 5:25-cv-8330-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Naomi Tsu, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: plaintiffs in the above-entitled action. My local co-counsel in this case is Sharanya Mohan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 350675.

| | |
|---|---|
| 490 43rd St. #115, Oakland, CA 94609 | 490 43rd St. #115, Oakland, CA 94609 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (510) 738-6788 | (510) 738-6788 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| naomi@publicrightsproject.org | sai@publicrightsproject.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

Local counsel and applicant are colleagues at a nonprofit law firm located at the address and with the phone number above. Applicant resides in Oregon.

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 242511.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/3/25

/s/ Naomi Tsu
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Naomi Tsu is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 6, 2025

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE