UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>  Defendants. | Case No. 25-cv-08330-WHO<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 21 |

Plaintiffs[1] have moved to shorten time so that their motion for preliminary injunction may be heard on October 22, 2025. Because some plaintiffs must decide by October 24, 2025 whether to accept the federal funding in question, I agree that an expedited hearing is necessary. Their motion is GRANTED. Defendants[2] will file an opposition by 12:00 p.m. Pacific Time on October 14, 2025. Plaintiffs will then file a reply by 5:00 p.m. Pacific Time on October 17, 2025. I will hear this matter at 2:00 p.m. Pacific Time on October 22, 2025.

**IT IS SO ORDERED.**

Dated: October 7, 2025

William H. Orrick
United States District Judge

---

[1] Plaintiffs are the County of Santa Clara; City and County of San Francisco; City of Alameda; City of Bellingham; City of Berkeley; City of Culver City; City of Los Angeles; County of Los Angeles; Los Angeles County Consolidated Fire Protection District; Martin Luther King, Jr. County; County of Marin; City of Oakland; City of Palo Alto; City of Pasadena; City of Petaluma; Pierce County; City of Sacramento; City of San Diego; County of San Diego; City of San José; County of San Mateo; City of Santa Monica; City of Santa Rosa; Snohomish County; County of Sonoma; Sonoma County Community Development Commission; Sonoma County Water Agency; Sonoma Valley County Sanitation District; and City of Tucson.

[2] Defendants are Kristi Noem, in her official capacity as Secretary of Homeland Security; the United States Department of Homeland Security; David Richardson, in his official capacity as Senior Official Performing the Duties of FEMA Administrator; and the Federal Emergency Management Agency.