BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ANDREW WARDEN
Assistant Branch Director
CRAIG H. MISSAKIAN
United States Attorney
J. STEPHEN TAGERT
Trial Attorney
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF SANTA CLARA, et al.**, | CASE NO. 3:25-cv-08330-WHO |
| Plaintiffs, | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PRELIMINARY INJUNCTION BRIEFING AND HEARING, EXTENDING PLAINTIFFS' DEADLINE TO RESPOND TO GRANT AWARDS, AND STAYING DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |
| v. | |
| **KRISTI NOEM, et al.**, | |
| Defendants. | |

Pursuant to Civ. L.R. 6-2 and 7-12, the Plaintiffs and Defendants in the above-captioned case stipulate and agree as follows:

On October 1, 2025, Plaintiffs filed a motion for preliminary injunction (ECF No. 19) related to conditions placed on grants and grant funding by Defendants that Plaintiffs allege violate the Separation of Powers, the Spending Power, and the Administrative Procedure Act. Plaintiffs simultaneously moved to shorten time for their motion for preliminary injunction because of imminent deadlines for Plaintiffs to accept grant awards, including a deadline of October 24, 2025 at 3:47 p.m. for one plaintiff (the City of Santa Monica) to accept one grant (the Assistance to Firefighters Grant). *See* ECF No. 21; *see also* ECF No. 1 ¶ 144.

1. On October 3, 2025, because of the lapse of appropriations, Defendants moved for a stay of the case. ECF No. 35.

2. On October 7, 2025, the Court granted Plaintiffs' Motion to Shorten Time and set a briefing schedule directing Defendants to file their opposition to the motion for preliminary injunction by 12:00 p.m. on October 14, 2025, and Plaintiffs to file any reply by 5:00 p.m. on October 17, 2025 "[b]ecause some plaintiffs must decide by October 24, 2025 whether to accept the federal funding in question." ECF No. 54. No ruling on Defendants' motion to stay (ECF No. 35) has been issued.

3. On October 8, 2025, Defendants informed Plaintiffs that Defendants had unilaterally extended Plaintiff Santa Monica's deadline to accept its Assistance to Firefighters Grant by 30 days. On that same date, Plaintiffs informed Defendants that there were other impending deadlines in the month of October for accepting grants challenged in this case. Defendants confirmed that all deadlines to respond to Plaintiffs' grant awards challenged in his case would be extended to Monday, November 24, 2025 at 11:59 p.m. PST.

4. On the condition that the deadlines to respond to the grant awards challenged in this case be extended, Plaintiffs are willing to agree to Defendants' request to modify the briefing schedule to give the parties and the Court more time to address the issues involved in Plaintiffs' motion for preliminary injunction.

5. The parties thus respectfully request that the Court modify the briefing schedule to allow Defendants to respond to the motion for preliminary injunction by 11:59 p.m. PST on Friday, October 24, 2025, and Plaintiffs to file their reply by 11:59 p.m. PST on Tuesday, November 4, 2025. The Court then can set a hearing on the matter at its convenience and in time for it to consider the arguments made and to issue a ruling that enables Plaintiffs to make informed decisions about the grant awards before their deadlines to accept those awards.

6. Additionally, the parties agree that Defendants' obligation to respond to the Complaint shall be stayed pending a ruling on the motions for preliminary injunction. The parties further agree to file a joint status report to govern further proceedings, including Defendants' response to the Complaint, 14 days after the Court's ruling on the motion for preliminary injunction.

7. Approving this stipulation would not impact any other deadlines in this case.

8. Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

(1) The deadline for any Plaintiff to accept any grant award or grant funding related to this Action shall be the later of (a) Monday, November 24, 2025 at 11:59 p.m. Pacific Time, and (b) the deadline otherwise set by the grant award. Defendants shall not treat as untimely any acceptance by any Plaintiff with respect to any grant award that is submitted on or before the deadline established by this Paragraph.

(2) Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 19) shall be due by Friday, October 24, 2025 at 11:59 p.m. Pacific Time, and Plaintiffs' reply shall be due by Tuesday, November 4, 2025 at 11:59 p.m. Pacific Time.

(3) The parties request that the Court hold a hearing on Plaintiffs' Motion for Preliminary Injunction at its convenience on or before Wednesday, November 19, 2025.

(4) Defendants' deadline to respond to the Complaint is stayed pending a ruling on the motion for preliminary injunction. The parties shall file a joint status report regarding further proceedings, including Defendants' response to the Complaint, 14 days after the Court's ruling on the motion for preliminary injunction.

(5) All initial case management activity and discovery are stayed pending resolution of the motion for preliminary injunction and the parties' submission of the joint status report to govern further proceedings.

A proposed order is attached.

DATED: October 10, 2025                    Respectfully submitted,

                                           /s/ J. Stephen Tagert

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director

CRAIG H. MISSAKIAN
United States Attorney

J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels

By: */s/ Raphael N. Rajendra*
RAPHAEL N. RAJENDRA
Deputy County Counsel

Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110-1770
Telephone:    (408) 299-5900
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

DAVID CHIU, SBN 189542

City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys

By: /s/ *Steven Mills*
STEVEN MILLS
Deputy City Attorney

Office of the City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 355-3308
David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

Attorneys For Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

By: /s/ *Sai Mohan*
SHARANYA (SAI) MOHAN (SBN 350675)
ERIN MONJU*
NAOMI TSU*
TOBY MERRILL*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

* Admitted *pro hac vice*

Attorneys for Plaintiffs CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER, KING COUNTY, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION DISTRICT, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE

COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

By: /s/ *Michael N. Dundas*
MICHAEL J. DUNDAS (SBN 226930)
Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098)
Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, CA 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

Attorneys For Plaintiff
CITY OF LOS ANGELES

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

*/s/ J. Stephen Tagert*

J. STEPHEN TAGERT (VA Bar No. 99641)

**FILER'S ATTESTATION**

I, J. Stephen Tagert, am the ECF user whose identification and password are being used to file this STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PRELIMINARY INJUNCTION BRIEFING AND HEARING, EXTENDING PLAINTIFFS' DEADLINE TO RESPOND TO GRANT AWARDS, AND SET DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.