UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COUNTY OF SANTA CLARA, et al.**,

      Plaintiffs,

  v.

**KRISTI NOEM, et al.**,
      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 5:25-cv-08330-WHO

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PRELIMINARY INJUNCTION BRIEFING AND HEARING, EXTENDING PLAINTIFFS' DEADLINE TO RESPOND TO GRANT AWARDS, AND SET DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

Upon consideration of the parties' stipulation submitted on October 10, 2025, and for good cause shown, the Court hereby orders:

(1)    The deadline for any Plaintiff to accept any grant award or grant funding related to this Action shall be the later of (a) Monday, November 24, 2025 at 11:59 p.m. Pacific Time, and (b) the deadline otherwise set by the grant award. Defendants shall not treat as untimely any acceptance by any Plaintiff with respect to any grant award that is submitted on or before the deadline established by this Paragraph.

(2)    Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 19) shall be due by Friday, October 24, 2025 at 11:59 p.m. Pacific Time, and Plaintiffs' reply shall be due by Tuesday, November 4, 2025 at 11:59 p.m. Pacific Time.

(3)    The Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction at its convenience on or before Wednesday, November 19, 2025.

(4)    Defendants' deadline to respond to the Complaint is stayed pending a ruling on the motion for preliminary injunction. The parties shall file a joint status report regarding further proceedings, including Defendants' response to the Complaint, 14 days after the Court's ruling on the motion for preliminary injunction.

(5)    All initial case management activity and discovery are stayed pending resolution

of the motion for preliminary injunction and the parties' submission of the joint status report to govern further proceedings.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October _____, 2025

_____
WILLIAM H. ORRICK III
United States District Judge