UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-08330-WHO<br><br>**ORDER DENYING DEFENDANTS'<br>MOTION TO STAY**<br><br>Re: Dkt. Nos. 35, 37 |

Citing the ongoing federal government shutdown, defendants move to stay all proceedings in this case and to suspend the filing deadlines for plaintiffs' pending motion for preliminary injunction. *See* Dkt. No. 35. Plaintiffs object to a stay. *See* Dkt. No. 37. As explained in my prior order granting plaintiffs' motion to shorten, *see* Dkt. No. 54, plaintiffs face an October 24, 2025 deadline to accept federal government funding. Given the urgency of the motion for preliminary injunction, defendants' request is DENIED. The parties are expected to adhere to all upcoming deadlines and hearing dates.

**IT IS SO ORDERED.**

Dated: October 10, 2025

William H. Orrick
United States District Judge