TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; *et al.*,<br><br>Defendants. | Case No. 3:25-cv-08330-WHO<br><br>**SUPPLEMENTAL DECLARATION OF DAVID S. LOUK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: November 19, 2025<br>Time: 10:00 a.m.<br>Before: Hon. William H. Orrick<br>Place: Zoom Videoconference<br><br>Trial Date: None set |

Supp. Louk Declaration ISO Mot. for PI
Case No. 3:25-cv-08330-WHO

1

# SUPPLEMENTAL DECLARATION OF DAVID S. LOUK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, David S. Louk, declare and state the following:

1. I am an attorney and a member of the Bar of this Court. I am a Deputy City Attorney with the San Francisco City Attorney's Office, and an attorney of record for plaintiff City and County of San Francisco in the action *County of Santa Clara, et al. v. Noem, et al.*, No. 5:25-cv-08330-WHO (N.D. Cal.), filed in this District on September 30, 2025. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify to the matters stated here.

2. Attached hereto as **Exhibit 10** is a true and correct copy of the California Fiscal Year 2025 HSGP Award Letter sent from FEMA to the State of California's Office of Emergency Services ("CalOES") approving its application for the Fiscal Year 2025 Homeland Security Grant Program (HSGP), effective date September 26, 2025, as filed in *Illinois v. FEMA*, No. 1:25-cv-00206-WES-PAS (D.R.I) (Dkt. No. 73-4) and obtained from the same docket. It is my understanding that this award letter is exemplary of HSGP awards that pass UASI and SHSP funding through to subrecipients like Plaintiffs here, as set out in Article 70 of the award.

3. Attached hereto as **Exhibit 11** is a true and correct copy of an Award Letter sent from FEMA to CalOES approving its application for the Fiscal Year 2025 Emergency Management Performance Grant Program, effective date September 28, 2025, which the California Attorney General's Office shared with Plaintiffs' Counsel. It is my understanding that this award letter is exemplary of the EMPG awards that pass EMPG funding — and their terms — through to subrecipients like Plaintiffs here.

4. Attached hereto as **Exhibit 12** is a true and correct copy of a Memorandum from FEMA to Plaintiff States in *State of Illinois v. FEMA*, effective date October 21, 2025, notifying the 21 Plaintiff States in *State of Illinois v. FEMA* of FEMA's intent to amend grant awards to comply with the Order issued in that case, as filed in *Illinois v. FEMA*, No. 1:25-cv-00206-WES-PAS (D.R.I) (Dkt. No. 76-2) and obtained from the same docket. It is my understanding that this Memorandum is consistent with the fact that and manner in which FEMA has revised, and may continue revise, certain of Plaintiffs' FY 2025 awards in ways that are not relevant to the substance of the pending Motion.

Supp. Louk Declaration ISO Mot. for PI
Case No. 3:25-cv-08330-WHO

2

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge, and that this declaration was executed in
3  San Francisco, California, on November 4, 2025.

                                                  */s/ David S. Louk*
                                                  DAVID S. LOUK