TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:    (415) 355-3308
E-Mail:        David.Louk@sfcityatty.org
              Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

*[additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-08330-WHO<br><br>**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   November 19, 2025<br>Time:            10:00 a.m.<br>Judge:           Hon. William H. Orrick<br>Place:           Zoom Videoconference<br><br>Trial Date:      None set |

**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of attached **Exhibits 13-14** in support of their Motion for Preliminary Injunction.

## I.    Legal Standard

A court must take judicial notice of facts not in dispute if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(c)(2). A court may take judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). It is well established that judicial notice may be taken of "matters of public record," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including government documents. *See DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of "government documents . . . and undisputed matters of public record").

## II.    Exhibits 13-14 Are Subject to Judicial Notice

Each of the exhibits attached is a matter of public record not reasonably subject to dispute and therefore subject to judicial notice.

**Exhibit 13** is the Department of Homeland Security's (DHS) and Federal Emergency Management Agency's (FEMA) Notice of Funding Opportunity (NOFO) for the FIFA World Cup Grant Program ("FWCGP NOFO").

**Exhibit 14** is a memorandum dated October 28, 2025, from David R. Arnold, identified as FEMA's Acting Deputy Administrator for Resilience, to state and local officials entitled "FIFA World Cup Grant Program Notice of Funding Opportunity."

For these reasons, Plaintiffs respectfully request that the Court take judicial notice of the above documents.

1

2 Dated: November 4, 2025                         TONY LOPRESTI
                                                County Counsel
3                                               KAVITA NARAYAN
                                                Chief Assistant County Counsel
4                                               MEREDITH A. JOHNSON
                                                Lead Deputy County Counsel
5                                               RAPHAEL N. RAJENDRA
                                                HANNAH M. GODBEY
6                                               Deputy County Counsels

7
                                                By: /s/Raphael N. Rajendra
8                                                   RAPHAEL N. RAJENDRA
                                                    Deputy County Counsel
9
                                                    Attorneys for Plaintiff
10                                                  COUNTY OF SANTA CLARA

11

12                                              DAVID CHIU
                                                City Attorney
13                                              YVONNE R. MERÉ
                                                Chief Deputy City Attorney
14                                              MOLLIE M. LEE
                                                Chief of Strategic Advocacy
15                                              SARA J. EISENBERG
                                                Chief of Complex and Affirmative Litigation
16                                              DAVID S. LOUK
                                                STEVEN A. MILLS
17                                              Deputy City Attorneys

18                                              By: /s/Steven A. Mills
19                                                  STEVEN A. MILLS
                                                    Deputy City Attorney
20
                                                    Attorneys For Plaintiff
21                                                  CITY AND COUNTY OF SAN FRANCISCO

22

23

24

25

26

27

28

1

By: /s/Sharanya Mohan
SHARANYA (SAI) MOHAN (SBN 350675)
ERIN MONJU**
NAOMI TSU**
TOBY MERRILL**
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

Attorneys for Plaintiffs CITY OF ALAMEDA, CITY OF
BELLINGHAM, CITY OF BERKELEY, CITY OF
CULVER CITY, KING COUNTY, COUNTY OF LOS
ANGELES, LOS ANGELES COUNTY FIRE
PROTECTION DISTRICT, COUNTY OF MARIN,
CITY OF OAKLAND, CITY OF PALO ALTO, CITY
OF PASADENA, CITY OF PETALUMA, PIERCE
COUNTY, CITY OF SACRAMENTO, CITY OF SAN
DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE,
COUNTY OF SAN MATEO, CITY OF SANTA
MONICA, CITY OF SANTA ROSA, COUNTY OF
SONOMA, SONOMA COUNTY WATER AGENCY,
SONOMA VALLEY COUNTY SANITATION
DISTRICT, SONOMA COUNTY COMMUNITY
DEVELOPMENT COMMISSION, SNOHOMISH
COUNTY, CITY OF TUCSON

By: /s/Michael J. Dundas
MICHAEL J. DUNDAS (SBN 226930)
Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098)
Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, CA 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

Attorneys for Plaintiff
CITY OF LOS ANGELES

**Admitted *pro hac vice*

1

**FILER'S ATTESTATION**

2

3    I, STEVEN A. MILLS, am the ECF user whose identification and password are being used to

4    file PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF

5    MOTION FOR PRELIMINARY INJUNCTION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby

6    attest that the other above-named signatories concur in this filing.

7

By: /s/Steven Mills

8    STEVEN A. MILLS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28