# EXHIBIT 14

# TO

# SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

U.S. Department of Homeland Security
Washington, DC 20472



**Grant Programs Directorate Information Bulletin**
**No. 541**
**October 28, 2025**

**MEMORANDUM FOR**: State Administrative Agency Heads
State Administrative Agency Points of Contact
Urban Area Security Initiative Points of Contact
State Homeland Security Directors
State Emergency Management Agency Directors
Tribal Nation Leaders
Tribal Nation Points of Contact

**FROM**: David R. Arnold
Acting Deputy Administrator for Resilience

*David R. Arnold* (Digitally signed by David R. Arnold, Date: 2025.10.28 16:51:36 -04'00')

**SUBJECT**: FIFA World Cup Grant Program Notice of Funding Opportunity

The Federal Emergency Management Agency (FEMA), a component of the U.S. Department of Homeland Security, is pleased to announce the release of the Notice of Funding Opportunity (NOFO) for the FIFA World Cup Grant Program (FWCGP). This program will provide $625 million in federal funding to enhance security and preparedness for the 2026 FIFA World Cup events in the United States.

This standalone grant program supports the safe execution of the largest sporting event in history, co-hosted with Canada and Mexico, which is expected to attract over five million international visitors and generate tens of billions of dollars in economic activity across 11 U.S. host cities over 38 days. Funding will be allocated through State Administrative Agencies (SAAs) to Host City Committee Task Forces, which will make subawards to local governments to implement security measures for players, attendees, venues, and critical infrastructure.

Due to the current lapse in federal government funding, FEMA is unable to update Grants.gov or FEMA Grants Outcomes (FEMA GO) at go.fema.gov with new funding opportunities. To prevent delays in supporting these critical events, the FWCGP NOFO and all application materials are being distributed via email to the eligible SAAs. FEMA is accepting applications via email during the lapse to ensure jurisdictions can still apply for funding without interruption. Once the lapse in funding is resolved, FEMA may transition back to accepting applications through FEMA GO, and additional communication will be provided to applicants regarding this change.

Eligible applicants must apply for funding and submit required forms and information as attachments via email to FEMA-GPD-GrantPrograms@fema.dhs.gov. Standard forms are

available at grants.gov/forms/forms-repository/sf-424-family. Detailed instructions regarding application submission will be provided via email.

Applicants are strongly encouraged to begin the application process as soon as possible, including renewing their required Unique Entity Identifier (UEI) number with the System for Award Management (see SAM.gov) if necessary. The UEI is required for applicants. Failure to have a valid UEI with SAM.gov will prevent an applicant from submitting applications through FEMA GO once the funding lapse is resolved. Instructions on how to request a UEI can be found at sam.gov/content/entity-registration. Completed applications must be submitted to FEMA-GPD-GrantPrograms@fema.dhs.gov no later than **5 p.m. ET, on December 5, 2025.**

FEMA plans to evaluate and make awards no later than January 30, 2026.

For additional questions or assistance, please contact FEMA-GPD-GrantPrograms@fema.dhs.gov.