| | |
|---|---|
| TONY LOPRESTI, SBN 289269<br>County Counsel<br>KAVITA NARAYAN, SBN 264191<br>Chief Assistant County Counsel<br>MEREDITH A. JOHNSON, SBN 291018<br>Lead Deputy County Counsel<br>RAPHAEL N. RAJENDRA, SBN 255096<br>HANNAH M. GODBEY, SBN 334475<br>Deputy County Counsels<br>70 West Hedding Street, East Wing, Ninth Floor<br>San José, California  95110-1770<br>Telephone: (408) 299-5900<br>E-Mail:    Raphael.Rajendra@cco.sccgov.org<br>            Hannah.Godbey@cco.sccgov.org<br><br>*Attorneys for Plaintiff*<br>*County of Santa Clara* | DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>DAVID S. LOUK, SBN 304654<br>STEVEN A. MILLS, SBN 328016<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5408<br>Telephone:    (415) 355-3308<br>E-Mail:    David.Louk@sfcityatty.org<br>           Steven.Mills@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*City and County of San Francisco* |

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>　　　　Defendants. | Case No. 3:25-cv-08330-WHO<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　November 19, 2025<br>Time:　　　　10:00 a.m.<br>Judge:　　　Hon. William H. Orrick<br>Place:　　　Zoom Videoconference<br><br>Trial Date:　None set |

Pls.' Supp. RJN [Proposed] Order
Case No. 3:25-cv-08330-WHO

1

**[PROPOSED] ORDER ON PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

On November 4, 2025, Plaintiffs' Supplemental Request for Judicial Notice In Support of Motion for Preliminary Injunction ("Supp. RJN") was filed. The Court, having considered the request and documents filed therewith, including Exhibits 13-14, and good cause appearing therein, hereby GRANTS Plaintiffs' Supp. RJN and takes judicial notice of **Exhibits 13 and 14** pursuant to Federal Rule of Evidence 201.

**IT IS SO ORDERED.**

Dated: _____

HON. William H. Orrick
United States District Judge

Pls.' Supp. RJN [Proposed] Order
Case No. 3:25-cv-08330-WHO

2