TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail: David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-08330-WHO<br><br>**STATEMENT OF RECENT DECISIONS**<br><br>Hearing Date: November 19, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. William H. Orrick<br>Place: Zoom Videoconference<br><br>Trial Date: None set |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs bring to the Court's attention the Order Granting Preliminary Injunction in *Housing Authority of the City and County of San Francisco v. Turner*, No. 25-cv-08859-JST, 2025 WL 3187761 (N.D. Cal. Nov. 14, 2025). This order, issued after Plaintiffs filed their reply brief on November 4, 2025, concerns the federal government's imposition of conditions prohibiting diversity, equity, and inclusion, and that require compliance with all executive orders. The order also discusses standing, the Tucker Act, final agency action, discretionary acts, the merits of APA, separation of powers, and spending power claims, irreparable harm, and the balancing of equities. It is relevant to Plaintiff' pending motion for preliminary injunction, which is scheduled to be heard by the Court on November 19, 2025. A copy of the order is attached hereto as Exhibit A.

Plaintiffs also bring to the Court's attention the Order Granting Motion for Preliminary Injunction in *American Association of University Professors v. Trump*, No. 25-cv-07864-RFL, 2025 WL 3187762 (N.D. Cal. Nov. 14, 2025). This order, which also issued after Plaintiffs filed their reply brief, concerns unlawful conditions to reinstate funds. The order also discusses the Tucker Act, final agency action, discretionary acts, the merits of APA, unconstitutional conditions, the spending power, the scope of Title VI, and the balancing of equities. It is also relevant to Plaintiffs' pending motion. A copy of the order is attached hereto as Exhibit B.

Dated: November 17, 2025

Respectfully submitted,

TONY LOPRESTI
County Counsel
KAVITA NARAYAN
Chief Assistant County Counsel
MEREDITH A. JOHNSON
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA
HANNAH M. GODBEY
Deputy County Counsels

By: /s/Raphael N. Rajendra
RAPHAEL N. RAJENDRA
Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
DAVID S. LOUK
STEVEN A. MILLS
Deputy City Attorneys

By: /s/Steven Mills

STEVEN A. MILLS
Deputy City Attorney

Attorneys For Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

By: /s/Sharanya Mohan
SHARANYA (SAI) MOHAN (SBN 350675)
ERIN MONJU**
NAOMI TSU**
TOBY MERRILL**
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

Attorneys for Plaintiffs CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER CITY, KING COUNTY, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY FIRE PROTECTION DISTRICT, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

HYDEE FELDSTEIN SOTO
Los Angeles City Attorney

By: /s/Michael J. Dundas
    MICHAEL J. DUNDAS (SBN 226930)
    Chief Assistant City Attorney
    JOSHUA M. TEMPLET (SBN 267098)
    Deputy City Attorney
    Office of the Los Angeles City Attorney
    200 North Main Street, Room 800
    Los Angeles, CA 90012
    Tel: (213) 978-8100
    mike.dundas@lacity.org
    joshua.templet@lacity.org

Attorneys For Plaintiff
CITY OF LOS ANGELES

**FILER'S ATTESTATION**

I, STEVEN A. MILLS, am the ECF user whose identification and password are being used to file this Statement of Recent Decisions. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated: November 17, 2025

By: /s/Steven A. Mills
    STEVEN A. MILLS