UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** November 19, 2025 | **Time:** 39 minutes<br>9:59 a.m. to 10:38 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-08330-WHO | **Case Name:** County of Santa Clara, et al. v. Noem, et al. | |

**Attorneys for Plaintiffs:**  Steven Mills, Sharanya Mohan, and Raphael Rajendra
**Attorney for Defendants:**  John Stephen Tagert

**Deputy Clerk:** Jean Davis              **Court Reporter:** Kendra Steppler

PROCEEDINGS

Hearing on Motion for Preliminary Injunction conducted via videoconference. The Court summarizes tentative. Argument of counsel heard. Motion taken under submission; written order to follow.