BRETT A. SHUMATE
Assistant Attorney General
ANDREW WARDEN
Assistant Branch Director
CRAIG H. MISSAKIAN
United States Attorney
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-5486
stephen.tagert@usdoj.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-08330-WHO <br><br> **STIPULATION TO EXTEND DEADLINES FOR PARTIES TO FILE JOINT STATUS REPORT AND FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned case stipulate and agree to extend the deadline to submit their joint status report addressing further proceedings to **December 12, 2025,** and to extend Defendants' deadline to respond to the Complaint to **January 16, 2026.**  In support, the Parties state as follows:

1.      Plaintiffs filed a complaint against Defendants on September 30, 2025. *See* Compl. (ECF No. 1

2.      Defendants were served on October 3, 2025, making Defendants' deadline to respond to the Complaint December 2, 2025, because the federal government has 60 days to respond to a complaint. Fed. R. Civ. Pro. 12(a)(2).

3.      In light of the Court's recent decision granting a preliminary injunction on November 21, 2025, Order (ECF No. 73), and due to competing obligations in other cases, Defendants request additional time until January 16, 2025, to respond to the Complaint.  Plaintiffs agree to this request.

4.      The Court's order setting a briefing schedule on the motion for preliminary injunction ordered the parties to file a joint status addressing further proceedings within fourteen days of decision on the motion.  *See* ECF No. 63.  The status report is currently due December 5, 2025.  The parties jointly request one additional week, until December 12, to submit the joint status report.  This additional time will enable the parties to assess Court's decision on the motion for preliminary injunction and consider appropriate next steps in this case.

5.      Approving this stipulation would not impact any other deadlines in this case.

6.      Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

(1) The deadline for the parties to submit a joint status report addressing further proceedings is December 12, 2025.

(2) The deadline for Defendants to respond to the Complaint is January 16, 2026.

1

A proposed order is attached.

DATED: November 28, 2025                    Respectfully submitted,


                                            /s/ J. Stephen Tagert
                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            ANDREW WARDEN
                                            Assistant Branch Director

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                            J. STEPHEN TAGERT
                                            Federal Programs Branch
                                            Civil Division, Department of Justice
                                            1100 L Street NW
                                            Washington, DC 20005
                                            Telephone: (202) 305-5486
                                            stephen.tagert@usdoj.gov

                                            *Counsel for Defendants*


                                            TONY LOPRESTI, SBN 289269
                                            County Counsel
                                            KAVITA NARAYAN, SBN 264191
                                            Chief Assistant County Counsel
                                            MEREDITH A. JOHNSON, SBN 291018
                                            Lead Deputy County Counsel
                                            RAPHAEL N. RAJENDRA, SBN 255096
                                            HANNAH M. GODBEY, SBN 334475
                                            Deputy County Counsels

                                        By: /s/ Hannah M. Godbey
                                            HANNAH M. GODBEY
                                            Deputy County Counsel
                                            Office of the County Counsel
                                            County of Santa Clara
                                            70 West Hedding Street, East Wing, 9th
                                            Floor
                                            San José, CA 95110-1770
                                            Telephone:    (408) 299-5900
                                            Raphael.Rajendra@cco.sccgov.org

1    Hannah.Godbey@cco.sccgov.org
     *Attorneys for Plaintiff*
2    COUNTY OF SANTA CLARA

3
     DAVID CHIU, SBN 189542
4    City Attorney
     YVONNE R. MERÉ, SBN 175394
     Chief Deputy City Attorney
5    MOLLIE M. LEE, SBN 251404
     Chief of Strategic Advocacy
6    SARA J. EISENBERG, SBN 269303
     Chief of Complex and Affirmative
7    Litigation
     DAVID S. LOUK, SBN 304654
8    STEVEN A. MILLS, SBN 328016
     Deputy City Attorneys
9
     By:  */s/ Steven Mills*
10   STEVEN MILLS
     Deputy City Attorney
11
     Office of the City Attorney
12   Fox Plaza
     1390 Market Street, 7th Floor
13   San Francisco, CA 94102-5408
     Telephone:    (415) 355-3308
     David.Louk@sfcityatty.org
14   Steven.Mills@sfcityatty.org

15   *Attorneys For Plaintiff*
     CITY AND COUNTY OF SAN
16   FRANCISCO

17
     By:  */s/ Sharanya Mohan*
18   SHARANYA MOHAN (SBN 350675)
     ERIN MONJU*
19   NAOMI TSU*
     TOBY MERRILL*
20   Public Rights Project
     490 43rd Street, Unit #115
21   Oakland, CA 94609
     Tel: (510) 738-6788
22   sai@publicrightsproject.org
     erin@publicrightsproject.org
     naomi@publicrightsproject.org
23   toby@publicrightsproject.org

24   * Admitted *pro hac vice*

3

1

2

3

4

5

6

7

8

9

10

11

*Attorneys for Plaintiffs* CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER, KING COUNTY, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION DISTRICT, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

12

By: */s/ Michael J. Dundas*
MICHAEL J. DUNDAS (SBN 226930)
Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098)
Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, CA 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

*Attorneys For Plaintiff*
CITY OF LOS ANGELES

13

14

15

16

17

18

19

20

21

22

23

24

4

**DECLARATION**

    I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

*//s/ J. Stephen Tagert*
J. STEPHEN TAGERT (VA Bar No. 99641)

**FILER'S ATTESTATION**

    I, J. Stephen Tagert, am the ECF user whose identification and password are being used to file this Stipulation.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.