UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COUNTY OF SANTA CLARA, et al.**,

    Plaintiffs,

v.

**KRISTI NOEM, et al.**,

    Defendants.

CASE NO. 3:25-cv-08330-WHO

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR PARTIES TO FILE JOINT STATUS REPORT AND FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

Upon consideration of the parties' stipulation submitted on November 28, 2025, and for good cause shown, the Court hereby orders:

(1) The deadline for the parties to submit a joint status report addressing further proceedings is December 12, 2025.

(2) The deadline for Defendants to respond to the Complaint is January 16, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2025

_____
WILLIAM H. ORRICK III
United States District Judge