UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF SANTA CLARA, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **KRISTI NOEM**, **et al**., <br> Defendants. | CASE NO. 3:25-cv-08330-WHO <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR PARTIES TO FILE JOINT STATUS REPORT AND FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Upon consideration of the parties' stipulation submitted on November 28, 2025, and for good cause shown, the Court hereby orders:

(1)   The deadline for the parties to submit a joint status report addressing further proceedings is December 12, 2025.

(2)   The deadline for Defendants to respond to the Complaint is January 16, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 1, 2025

_____
WILLIAM H. ORRICK III
United States District Judge