BRETT A. SHUMATE
Assistant Attorney General
ANDREW WARDEN
Assistant Branch Director
CRAIG H. MISSAKIAN
United States Attorney
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-8486
stephen.tagert@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF SANTA CLARA, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM., *et al.*,<br><br>            Defendants. | Case No. 3:25-cv-08330-WHO<br><br>**JOINT STATUS REPORT ADDRESSING FURTHER PROCEEDINGS** |

Pursuant to this Court's order of December 1, 2025 (ECF No. 76), the parties submit this Joint Status Report regarding future proceedings. The parties agree that this case can be resolved most efficiently through cross-motions for summary judgment. Accordingly, the parties request that the Court adopt the following schedule to govern further proceedings:

(1)    The deadline for Defendants to file an administrative record for the agency actions challenged in this case should be set for March 17, 2026.

(2)    The parties will jointly submit a proposed schedule for summary judgment briefing by April 1, 2026.

1    (3)    Defendants' obligation to file an answer to the complaint is stayed pending the

2  Court's resolution of the parties' cross-motions for summary judgment, on the condition that any

3  affirmative defenses not raised by Defendants in summary judgment briefing are waived.

4

5

6

7  DATE:  December 12, 2025                   Respectfully submitted,

8

9                                             /s/ *J. Stephen Tagert*
10                                            BRETT A. SHUMATE
                                              Assistant Attorney General
11                                            Civil Division
                                              ANDREW WARDEN
12                                            Assistant Branch Director
                                              CRAIG H. MISSAKIAN
13                                            United States Attorney
                                              J. STEPHEN TAGERT
14                                            Federal Programs Branch
                                              Civil Division, Department of Justice
15                                            1100 L Street NW
                                              Washington, DC 20005
16                                            Telephone: (202) 305-5486
                                              stephen.tagert@usdoj.gov
17

18

19                                            *Counsel for Defendants*

20

21                                            TONY LOPRESTI, SBN 289269
                                              County Counsel
22                                            KAVITA NARAYAN, SBN 264191
                                              Chief Assistant County Counsel
23                                            MEREDITH A. JOHNSON, SBN 291018
                                              Lead Deputy County Counsel
24                                            RAPHAEL N. RAJENDRA, SBN 255096
                                              HANNAH M. GODBEY, SBN 334475
25                                            Deputy County Counsels
26

27                                            By:  */s/ Hannah M. Godbey*
                                              HANNAH M. GODBEY
28                                            Deputy County Counsel

*County of Santa Clara v. Trump*, 25-cv-8330-WHO:  Joint Status Report
2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th
Floor
San José, CA 95110-1770
Telephone:     (408) 299-5900
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org
*Attorneys for Plaintiff*
COUNTY OF SANTA CLARA


DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative
Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys

By: _/s/ Steven Mills_
    STEVEN MILLS
    Deputy City Attorney

Office of the City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 355-3308
David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys For Plaintiff*
CITY AND COUNTY OF SAN
FRANCISCO


By: _/s/ Sharanya Mohan_
    SHARANYA MOHAN (SBN 350675)+
    ERIN MONJU*
    NAOMI TSU*
    TOBY MERRILL*
    Public Rights Project
    490 43rd Street, Unit #115
    Oakland, CA 94609

*County of Santa Clara v. Trump*, 25-cv-8330-WHO:  Joint Status Report
3

Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

\* Admitted *pro hac vice*

*Attorneys for Plaintiffs* CITY OF ALAMEDA, CITY OF BELLINGHAM, CITY OF BERKELEY, CITY OF CULVER, KING COUNTY, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CONSOLIDATED FIRE PROTECTION DISTRICT, COUNTY OF MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

By: */s/ Michael J. Dundas*
MICHAEL J. DUNDAS (SBN 226930)
Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098)
Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, CA 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

*Attorneys For Plaintiff*
CITY OF LOS ANGELES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this report are true and correct to the best of my knowledge.

*//s/ J. Stephen Tagert*
J. STEPHEN TAGERT (VA Bar No. 99641)


**FILER'S ATTESTATION**

I, J. Stephen Tagert, am the ECF user whose identification and password are being used to file this Stipulation.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.