UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COUNTY OF SANTA CLARA, et al.**,

Plaintiffs,

v.

**KRISTI NOEM, et al.**,

Defendants.

CASE NO. 3:25-cv-08330-WHO

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST WITHIN THE JOINT STATUS REPORT SUBMITTED BY THE PARTIES**

Upon consideration of the parties' joint status report submitted on December 12, 2025, the Court hereby orders that:

(1) The deadline for Defendants to file an administrative record for the agency actions challenged in this case is set for March 17, 2026.

(2) The parties will jointly submit a proposed schedule for summary judgment briefing by April 1, 2026.

(3) Defendants' obligation to file an answer to the complaint is stayed pending the Court's resolution of the parties' cross-motions for summary judgment, on the condition that any affirmative defenses not raised by Defendants in summary judgment briefing are waived.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December _____, 2025

_____
WILLIAM H. ORRICK III
United States District Judge