UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF SANTA CLARA, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **KRISTI NOEM, et al.**, <br> Defendants. | CASE NO. 3:25-cv-08330-WHO <br><br> **ORDER GRANTING STIPULATED REQUEST WITHIN THE JOINT STATUS REPORT SUBMITTED BY THE PARTIES** |

Upon consideration of the parties' joint status report submitted on December 12, 2025, the Court hereby orders that:

(1) The deadline for Defendants to file an administrative record for the agency actions challenged in this case is set for March 17, 2026.

(2) The parties will jointly submit a proposed schedule for summary judgment briefing by April 1, 2026.

(3) Defendants' obligation to file an answer to the complaint is stayed pending the Court's resolution of the parties' cross-motions for summary judgment, on the condition that any affirmative defenses not raised by Defendants in summary judgment briefing are waived.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 16, 2025

_____
WILLIAM H. ORRICK III
United States District Judge