1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CLARA, et al.,

Plaintiffs,

v.

KRISTI NOEM, et al.,

Defendants.

Case No.  25-cv-08330-WHO

**FURTHER CASE MANAGEMENT
CONFERENCE ORDER**

**IT IS HEREBY ORDERED** that a further Case Management Conference will be held in this case before the Honorable William H. Orrick on January 20, 2026, at 2:00 P.M. via Zoom Webinar.  This conference shall be attended by lead trial counsel for parties who are represented. The parties shall assume that the Court will deny defendants' motion to dismiss the Second Amended Complaint; the Court anticipates that the opinion will be filed in advance of the Case Management Conference.

**Case Management Conference Requirements**

a.      Counsel are directed to confer in advance of the Case Management Conference. Not less than seven days before the conference, counsel shall file a joint case management statement in compliance with the Civil Local Rules and the Standing Order for All Judges of the Northern District of California. Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure. Failure to show good cause for such failure may subject the parties to sanctions.

b.  Each party shall be represented at the Case Management Conference by counsel with authority to commit to determinations on all matters referred to in the aforementioned Standing Order, Civil Local Rules, and Joint Case Management Statement.

c.  Any request to reschedule the above date should be made in writing, and by stipulation, if possible, not less than ten days before the conference date. Good cause must be shown.

d.  The parties should be prepared to set the dates for trial, pretrial conference, last day for hearing dispositive motions, cutoffs for expert and fact discovery, and the designation of experts.  The parties should also be ready to discuss whether any ADR is appropriate in this matter.

Dated: December 18, 2025



WILLIAM H. ORRICK
United States District Judge