# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** January 20, 2026 | **Time:** 4 minutes<br>2:21 p.m. to 2:25 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.:** 25-cv-08330-WHO | **Case Name:** County of Santa Clara v. Noem | |

**Attorneys for Plaintiffs:** Ravi Rajendra, Steven Mills, Sharanya Mohan, and Joshua Templet
**Attorney for Defendants:** Stephen Tagert

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Robin Herrera

### PROCEEDINGS

Case Management Conference conducted via videoconference. The impact of the government's recent appeal on the litigation schedule is discussed. The schedule proposed in the parties' case management statement is agreeable, and the Court relieves the parties of the duty to participate in early ADR per the Court's standing policy. It is anticipated that the administrative record will be filed on March 17, 2026, and it is expected that the case will be resolved by means of competing motions for summary judgment. The parties shall propose a case schedule by April 1, 2026.