

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JAN 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-402 |
| Originating Case Number: | 3:25-cv-08330-WHO |
| Short Title: | County of Santa Clara, et al. v. Noem, et al. |

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**
**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-402 |
| Originating Case Number: | 3:25-cv-08330-WHO |
| Case Title: | County of Santa Clara, et al. v. Noem, et al. |

**1/26/2026**

| | |
|---|---|
| David Richardson | Mediation Questionnaire due |
| Federal Emergency Management Agency | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |

**2/17/2026**

| | |
|---|---|
| Kristi Noem | Preliminary Injunction Opening Brief Due |
| David Richardson | Preliminary Injunction Opening Brief Due |
| United States Department of Homeland Security | Preliminary Injunction Opening Brief Due |
| Federal Emergency Management Agency | Preliminary Injunction Opening Brief Due |

**3/17/2026**

| | |
|---|---|
| County of Marin | Preliminary Injunction Answering Brief Due |
| City of Pasadena | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| City of Los Angeles | Preliminary Injunction Answering Brief Due |
| County of Santa Clara | Preliminary Injunction Answering Brief Due |
| City of Santa Monica | Preliminary Injunction Answering Brief Due |
| City of Palo Alto | Preliminary Injunction Answering Brief Due |
| Los Angeles County Consolidated Fire Protection District | Preliminary Injunction Answering Brief Due |
| City of Sacramento | Preliminary Injunction Answering Brief Due |
| City of Oakland | Preliminary Injunction Answering Brief Due |
| Sonoma County Water Agency | Preliminary Injunction Answering Brief Due |
| City of Tucson | Preliminary Injunction Answering Brief Due |
| County of Sonoma | Preliminary Injunction Answering Brief Due |
| City of Culver City | Preliminary Injunction Answering Brief Due |
| Sonoma Valley County Sanitation District | Preliminary Injunction Answering Brief Due |
| City of Petaluma | Preliminary Injunction Answering Brief Due |
| County of King | Preliminary Injunction Answering Brief Due |
| County of Snohomish | Preliminary Injunction Answering Brief Due |
| City of San Diego | Preliminary Injunction Answering Brief Due |
| City of Santa Rosa | Preliminary Injunction Answering Brief Due |
| City of Berkeley | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| County of Pierce | Preliminary Injunction Answering Brief Due |
| City of Alameda | Preliminary Injunction Answering Brief Due |
| Sonoma County Community Development Commission | Preliminary Injunction Answering Brief Due |
| City and County of San Francisco | Preliminary Injunction Answering Brief Due |
| City of San Jose | Preliminary Injunction Answering Brief Due |
| County of San Diego | Preliminary Injunction Answering Brief Due |
| County of San Mateo | Preliminary Injunction Answering Brief Due |
| City of Bellingham | Preliminary Injunction Answering Brief Due |
| County of Los Angeles | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**