BRETT A. SHUMATE
Assistant Attorney General
ANDREW WARDEN
Assistant Branch Director
CRAIG H. MISSAKIAN
United States Attorney
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-8486
stephen.tagert@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants*. | Case Nos.: 3:25-cv-08330-WHO<br><br>**DEFENDANTS' RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

The plaintiffs in *City of Fresno, et al. v. Noem, et al.*, No. 5:26-cv-01535-BLF (N.D. Cal.) ("*City of Fresno*"), filed an administrative motion to consider whether that case should be related to the above-captioned case ("*County of Santa Clara*") and/or *City and County of San Francisco, et al. v. United States Department of Justice, et al.*, No. 3:25-cv-09277-JD (N.D. Cal.) ("*CCSF*"). ECF No. 116.

The defendants in *City of Fresno* have not been served, and the government is not making an appearance on behalf of the defendants in that matter by filing this response in accordance with Civil Local Rule 3-12(e). The government's preliminary review of the respective pleadings confirms the *City*

*of Fresno* plaintiffs' assertion that none of the plaintiffs in *City of Fresno* pursue the same challenges to the same agency grant conditions in either *County of Santa Clara* or *CCSF*.  *See* ECF No. 116 at 4. Nevertheless, the government agrees that other plaintiffs challenge some of the same grant conditions, raising similar legal issues, against the same agency defendants, in *County of Santa Clara* and *CCSF*.

In light of the facts that (1) none of the *City of Fresno* plaintiffs appear to be pursuing overlapping claims against the same agency defendants but (2) there are similar claims/legal issues/defendants in these cases, the government does not take a position on whether *City of Fresno* should be related to either *County of Santa Clara* or *CCSF*.

DATED: March 6, 2026                                  Respectfully submitted,

                                                     */s/ J. Stephen Tagert*

                                       BRETT A. SHUMATE
                                       Assistant Attorney General
                                       Civil Division

                                       ANDREW WARDEN
                                       Assistant Branch Director

                                       CRAIG H. MISSAKIAN
                                       United States Attorney

                                       J. STEPHEN TAGERT
                                       Federal Programs Branch
                                       Civil Division, Department of Justice
                                       1100 L Street NW
                                       Washington, DC 20005
                                       Telephone: (202) 305-8486
                                       stephen.tagert@usdoj.gov

                                       *Counsel for Defendants*