BRETT A. SHUMATE
Assistant Attorney General
ANDREW WARDEN
Assistant Branch Director
CRAIG H. MISSAKIAN
United States Attorney
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-8486
stephen.tagert@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-08330-WHO <br><br> **STIPULATION TO EXTEND DEADLINES FOR PARTIES** |

Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned case stipulate and agree to extend the deadline for Defendants to submit the administrative record in this case to **April 16, 2026.**  In support, the Parties state as follows:

1.    Defendants' current deadline to file the administrative record is March 17, 2026, and the parties must jointly submit a proposed schedule for summary judgment briefing by April 1.  *See* Order (ECF No. 79).

2.    Due to the ongoing lapse of appropriations, Defendants' resources have been strained, and Defendants have requested Plaintiffs to consent to an extension of these deadlines.

3.    Plaintiffs agreed to an extension to set Defendants' administrative record production deadline for **April 16** and a deadline of **May 7** for the parties to propose a schedule for summary judgment briefing to the Court.

4.    This additional time will enable the parties to engage in meaningful negotiations regarding the scope of the administrative record.

5.    Approving this stipulation would not impact any other deadlines in this case.

6.    Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

(1) The deadline for Defendants to produce an administrative record is April 16, 2026.

(2) The deadline for the parties to provide the Court with a summary judgment schedule is May 7, 2026.

A proposed order is attached.

DATED: March 16, 2026                            Respectfully submitted,


                                                 */s/ J. Stephen Tagert*

                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General


1

Civil Division

ANDREW WARDEN
Assistant Branch Director

CRAIG H. MISSAKIAN
United States Attorney

J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels

By: */s/ Hannah M. Godbey*
HANNAH M. GODBEY
Deputy County Counsel
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110-1770
Telephone:    (408) 299-5900
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org
*Attorneys for Plaintiff*
COUNTY OF SANTA CLARA

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404

2

Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative
Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys

By: */s/ Steven Mills*
STEVEN MILLS
Deputy City Attorney

Office of the City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 355-3308
David.Louk@sfcityatty.org
Steven.Mills@sfcityatty.org

*Attorneys For Plaintiff*
CITY AND COUNTY OF SAN
        FRANCISCO


By: */s/ Sharanya Mohan*
SHARANYA MOHAN (SBN 350675)
ERIN MONJU*
NAOMI TSU*
TOBY MERRILL*
ELIANA GREENBERG (SBN 366319)
GRACE LEE*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org

* Admitted *pro hac vice*

*Attorneys for Plaintiffs* CITY OF
ALAMEDA, CITY OF BELLINGHAM,
CITY OF BERKELEY, CITY OF CULVER
CITY, KING COUNTY, COUNTY OF
LOS ANGELES, LOS ANGELES
COUNTY CONSOLIDATED FIRE
PROTECTION DISTRICT, COUNTY OF

3

MARIN, CITY OF OAKLAND, CITY OF PALO ALTO, CITY OF PASADENA, CITY OF PETALUMA, PIERCE COUNTY, CITY OF SACRAMENTO, CITY OF SAN DIEGO, SAN DIEGO COUNTY, CITY OF SAN JOSE, COUNTY OF SAN MATEO, CITY OF SANTA MONICA, CITY OF SANTA ROSA, COUNTY OF SONOMA, SONOMA COUNTY WATER AGENCY, SONOMA VALLEY COUNTY SANITATION DISTRICT, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, SNOHOMISH COUNTY, CITY OF TUCSON

By: _/s/ Michael J. Dundas_
MICHAEL J. DUNDAS (SBN 226930)
Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098)
Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, CA 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

*Attorneys For Plaintiff*
CITY OF LOS ANGELES

4

## DECLARATION

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

*//s/ J. Stephen Tagert*
J. STEPHEN TAGERT (VA Bar No. 99641)

## FILER'S ATTESTATION

I, J. Stephen Tagert, am the ECF user whose identification and password are being used to file this Stipulation.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

5