UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF SANTA CLARA, et al.,** | ) CASE NO. 25-cv-08330-WHO |
| Plaintiffs, | ) **[PROPOSED] ORDER GRANTING** |
| v. | ) **STIPULATION TO EXTEND** |
| **KRISTI NOEM, et al.,** | ) **DEADLINES** |
| Defendants. | ) |

Upon consideration of the parties' stipulation submitted on March 16, 2026, and for good cause shown, the Court hereby orders:

(1) The deadline for Defendants to produce an administrative record is April 16, 2026.

(2) The deadline for the parties to provide the Court with a summary judgment schedule is May 7, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2026

_____
WILLIAM H. ORRICK III
United States District Judge

*County of Santa Clara, et al. v. Kristi Noem, et al.*, 25-cv-08330-WHO – Proposed Stipulated Order
1