UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COUNTY OF SANTA CLARA, et al.**,   )   CASE NO. 25-cv-08330-WHO
                                     )
         Plaintiffs,                 )   **[~~PROPOSED~~] ORDER GRANTING**
                                     )   **STIPULATION TO EXTEND**
    v.                               )   **DEADLINES**
                                     )
**KRISTI NOEM, et al.**,             )
         Defendants.                 )
                                     )
                                     )
                                     )
                                     )
                                     )

Upon consideration of the parties' stipulation submitted on March 16, 2026, and for good cause shown, the Court hereby orders:

(1) The deadline for Defendants to produce an administrative record is April 16, 2026.

(2) The deadline for the parties to provide the Court with a summary judgment schedule is May 7, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 17, 2026        _____
                             WILLIAM H. ORRICK III
                             United States District Judge

*County of Santa Clara, et al. v. Kristi Noem, et al.*, 25-cv-08330-WHO – ~~Proposed~~ Stipulated Order
1