UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

County of Santa Clara, et al.          ,

Plaintiff(s),

v.

Kristi Noem, et al.                    ,

Defendant(s).

Case No. 3:25-cv-08330

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mika Kurose Rothman, an active member in good standing of the bar of the Supreme Court of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Martin Luther King, Jr. County, WA in the above-entitled action. My local co-counsel in this case is Sai Mohan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 350675.

401 5th Ave Ste 800, Seattle, WA 98104-2391
MY ADDRESS OF RECORD

(206) 263-1972
MY TELEPHONE # OF RECORD

mrothman@kingcounty.gov
MY EMAIL ADDRESS OF RECORD

490 43rd Street, Unit #115, Oakland, CA 94609
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 738-6788
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sai@publicrightsproject.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 55870.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____                              Mika Kurose Rothman

                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Mika Kurose Rothman    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    March 30, 2026



UNITED STATES DISTRICT JUDGE

Updated 11/2021                                2

_United States District Court_
_Northern District of California_