TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
E-Mail:    Raphael.Rajendra@cco.sccgov.org
           Hannah.Godbey@cco.sccgov.org

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
E-Mail:    David.Louk@sfcityatty.org
           Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
*County of Santa Clara*

*Attorneys for Plaintiff*
*City and County of San Francisco*

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,[†] *et al.*,<br><br>Defendants. | Case No. 3:25-cv-08330-WHO<br><br>**STIPULATION TO VACATE DEADLINE FOR PARTIES TO PROPOSE SUMMARY JUDGMENT BRIEFING SCHEDULE AND ESTABLISH NEW CASE SCHEDULE** |

[†] Markwayne Mullin is automatically substituted for his predecessor, Kristi Noem, pursuant to Federal Rule of Civil Procedure 25(d).

Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs and Defendants in the above-captioned case stipulate and agree to extend the deadline for the Parties to submit a proposed summary judgment briefing schedule as set forth below.  In support, the Parties state as follows:

1.      Plaintiffs filed a complaint against Defendants on September 30, 2025 regarding certain conditions Defendants purported to attach to federal grant programs and grant awards, including the Discrimination Condition, EO Condition, and Immigration Conditions contained within the FY 2025 DHS Terms and Conditions Version 3 Dated April 18, 2025 adopted and issued by Defendant Department of Homeland Security (DHS).  Compl. (ECF No. 1) at ¶¶ 169-173.

2.      On November 21, 2025, the Court issued a preliminary injunction that bars Defendants "from directly or indirectly taking any action to withhold, freeze, or condition funds from the plaintiffs based on" the Discrimination Condition and the EO Condition within the FY 2025 DHS Terms and Conditions.  Order on Prelim. Inj. (ECF No. 74.)

3.      Defendants have not sought, and no court has issued, a stay of this Court's preliminary injunction order.

4.      On January 20, 2026, Defendants filed a Notice of Appeal of the Court's preliminary injunction order. (ECF No. 109.)  On January 29, 2026, the Parties jointly moved the United States Court of Appeals for the Ninth Circuit for a stay of proceedings in Defendants' appeal of this Court's preliminary injunction order pending the Ninth Circuit's issuance of the mandate in *County of King v. Turner*, No. 25-3664, on the ground that the issues in Defendants' appeal are similar to the issues on appeal in *County of King*.  On January 30, 2026, the Ninth Circuit granted the Parties' motion.  The Ninth Circuit has not yet issued the mandate in *County of King v. Turner*, No. 25-3664, so proceedings remain stayed in Defendants' appeal.

5.      Defendants produced an administrative record to Plaintiffs on April 16, 2026.  The Parties have conferred and continue to confer about the scope of Defendants' production, whether any amendment to the record or its certification is needed, and whether Defendants must produce a privilege log.

6.      Plaintiffs anticipate applying for federal grant funding in federal Fiscal Year 2026 under one or more grant programs administered by DHS or Defendant Federal Emergency

Management Agency (FEMA).

7.    DHS adopted, and on or about April 16, 2026 DHS issued, the FY 2026 DHS Terms and Conditions Dated April 16, 2026 (the "FY 2026 DHS Terms & Conditions").  Plaintiffs are reviewing and assessing the FY 2026 DHS Terms and Conditions.

8.    Plaintiffs anticipate filing an amended or supplemental complaint before moving for summary judgment.  Plaintiffs anticipate that their amended or supplemental complaint will challenge certain portions of the FY 2026 DHS Terms & Conditions, including as Defendants purport to apply those conditions to Plaintiffs through specified grant programs and grant awards, and may address additional DHS or FEMA grant programs not yet discussed in the complaint.

9.    The Parties agree that the just, speedy, and inexpensive determination of this action would be more effectively and efficiently achieved if the Parties' briefing on anticipated cross-motions for summary judgment were informed by the Ninth Circuit's disposition of *County of King v. Turner*, No. 25-3664, and if summary judgment proceeded after Plaintiffs have filed an amended or supplemental complaint, after the Parties have resolved any disputes regarding the April 16 administrative record through negotiations or through relief from the Court, and after Defendants have produced an administrative record regarding additional agency actions challenged under the APA in Plaintiffs' anticipated amended or supplemental complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, that:

1.    The May 7, 2026 deadline for the parties to provide the Court with a summary judgment schedule (ECF No. 124) is VACATED.

2.    Within 14 calendar days after the Ninth Circuit issues the mandate in *County of King v. Turner*, No. 25-3664, the parties shall submit to the Court a proposed schedule for next steps, including as needed a schedule for amendment of the pleadings, production of an administrative record associated with any agency actions alleged to be invalid in Plaintiffs' amended or supplemental complaint, and briefing on the parties' anticipated cross motions for summary judgment.

//

Dated: May 6, 2026

Respectfully submitted,

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
RAPHAEL N. RAJENDRA, SBN 255096
HANNAH M. GODBEY, SBN 334475
Deputy County Counsels

By: */s/ Raphael N. Rajendra*
RAPHAEL N. RAJENDRA
Deputy County Counsel
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110-1770
Telephone:   (408) 299-5900
Raphael.Rajendra@cco.sccgov.org

*Attorneys for Plaintiff*
COUNTY OF SANTA CLARA

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
DAVID S. LOUK, SBN 304654
STEVEN A. MILLS, SBN 328016
Deputy City Attorneys

By: */s/ Steven Mills*
STEVEN MILLS
Deputy City Attorney
Office of the City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:   (415) 355-3308
Steven.Mills@sfcityatty.org

*Attorneys for Plaintiff*
CITY AND COUNTY OF SAN FRANCISCO

Stipulation to Vacate Deadline and Establish New Case Schedule        Case No. 3:25-cv-08330-WHO

By: */s/ Sharanya Mohan*
SHARANYA MOHAN (SBN 350675)
ERIN MONJU*
NAOMI TSU*
TOBY MERRILL*
ELIANA GREENBERG (SBN 366319)
GRACE LEE*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
erin@publicrightsproject.org
naomi@publicrightsproject.org
toby@publicrightsproject.org
eliana@publicrightsproject.org
grace.lee@publicrightsproject.org

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*
CITY OF ALAMEDA, CITY OF
BELLINGHAM, CITY OF BERKELEY, CITY
OF CULVER CITY, KING COUNTY, COUNTY
OF LOS ANGELES, LOS ANGELES COUNTY
CONSOLIDATED FIRE PROTECTION
DISTRICT, COUNTY OF MARIN, CITY OF
OAKLAND, CITY OF PALO ALTO, CITY OF
PASADENA, CITY OF PETALUMA, PIERCE
COUNTY, CITY OF SACRAMENTO, CITY OF
SAN DIEGO, SAN DIEGO COUNTY, CITY OF
SAN JOSE, COUNTY OF SAN MATEO, CITY
OF SANTA MONICA, CITY OF SANTA ROSA,
COUNTY OF SONOMA, SONOMA COUNTY
WATER AGENCY, SONOMA VALLEY
COUNTY SANITATION DISTRICT, SONOMA
COUNTY COMMUNITY DEVELOPMENT
COMMISSION, SNOHOMISH COUNTY, CITY
OF TUCSON

By: */s/ Michael J. Dundas*
MICHAEL J. DUNDAS (SBN 226930)
Chief Assistant City Attorney
JOSHUA M. TEMPLET (SBN 267098)
Deputy City Attorney
Office of the Los Angeles City Attorney
200 North Main Street, Room 800
Los Angeles, CA 90012
Tel: (213) 978-8100
mike.dundas@lacity.org
joshua.templet@lacity.org

*Attorneys for Plaintiff*

5

CITY OF LOS ANGELES

/s/ J. Stephen Tagert

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director

CRAIG H. MISSAKIAN
United States Attorney

J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

**FILER'S ATTESTATION**

I, Raphael N. Rajendra, am the ECF user whose identification and password are being used to file this Stipulation to Vacate Deadline for Parties to Propose Summary Judgment Briefing Schedule and Establish New Case Schedule.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

3582938

Stipulation to Vacate Deadline and Establish New Case Schedule                Case No. 3:25-cv-08330-WHO