UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br>        Plaintiffs,<br><br>        v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-08330-WHO<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO VACATE DEADLINE FOR PARTIES TO PROPOSE SUMMARY JUDGMENT BRIEFING SCHEDULE AND ESTABLISH NEW CASE SCHEDULE** |

Upon consideration of the parties' stipulation submitted on May 6, 2026 and entitled "Stipulation to Vacate Deadline for Parties to Propose Summary Judgment Briefing Schedule and Establish New Case Schedule" and for good cause shown, the Court hereby orders:

1.    The May 7, 2026 deadline for the parties to provide the Court with a summary judgment schedule (ECF No. 124) is VACATED.

//

//

//

//

//

//

//

//

1

2.      Within 14 calendar days after the Ninth Circuit issues the mandate in *County of King v. Turner*, No. 25-3664, the parties shall submit to the Court a proposed schedule for amendment of the pleadings, production of an administrative record associated with any agency actions alleged to be invalid in Plaintiffs' amended or supplemental complaint, and briefing on the parties' anticipated cross motions for summary judgment.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 8, 2026

_____

WILLIAM H. ORRICK III
United States District Judge

2